# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MANUEL ANGEL CALDERON,** Individually and On Behalf of All Others Similarly Situated, <br><br> **Plaintiff,** <br><br> -against- <br><br> **NETWORK INFRASTRUCTURE INC.** and **PATRICK CLARKE, Jointly and Severally,** <br><br> **Defendants.** | 1:24-cv-05442 (ALC)(BCM) <br><br> **CONSENT TO BECOME A PARTY PLAINTIFF** |

   By my signature below, I hereby authorize the filing and prosecution of the above styled Fair Labor Standards Act action in my name and on my behalf by the representative Plaintiff Manuel Angel Calderon and designate him as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation and all other matters pertaining to this lawsuit.

   I understand that if I return this form to Pelton Graham LLC, I will be represented by them without prepayment of costs or attorneys' fees. I understand that I can choose to hire my own attorney to file this document with the Court or proceed without an attorney (i.e., pro se) and file this document with the Court by myself. I understand that if I choose to be represented by Pelton Graham LLC and plaintiff is successful: (1) costs expended by attorneys on my behalf will be deducted from my settlement or judgment first; (2) my attorneys may petition the court for an award of fees and costs which may be deducted from my settlement proceeds or paid by defendants on my behalf; and (3) the amount of the fees will be approximately 1/3 of my total settlement or judgment, or such other amount as approved by the Court.

_____    _____    _____
Printed Name           Signature            Date

_____    _____    _____
Street Address          Email Address         Telephone

_____    _____    _____
City, State, Zip code        Approx. Start Date       Approx. End Date
                 (Month/Year)          (Month/Year)

2

IF YOU WISH TO BE REPRESENTED BY PLAINTIFF'S ATTORNEYS, PLEASE RETURN THIS FORM FOR FILING WITH THE COURT BY **[insert date 60 days after mailing]** TO:

PELTON GRAHAM LLC
111 Broadway, Suite 1503
New York, New York 10006
Re: Network Infrastructure Case
Fax: (212) 385-0800
Email: info@peltongraham.com

IF YOU WISH TO BE REPRESENTED BY ATTORNEYS OF YOUR OWN CHOOSING OR IF YOU CHOOSE TO REPRESENT YOURSELF, PLEASE RETURN THIS FORM FOR FILING WITH THE COURT BY **[insert date 60 days after mailing]** TO:

Clerk of Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007
Re: 24-cv-05442

2

**EN LA CORTE DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO SUR DE NUEVA YORK**

| | |
|---|---|
| **MANUEL ANGEL CALDERON, Individualmente y en Representación de Todos Los Otros Similarmente Situados,**<br><br>                              **Demandante,**<br><br>-en contra de-<br><br>**NETWORK INFRASTRUCTURE INC. y PATRICK CLARKE, Individual y Solidariamente,**<br><br>                              **Demandados.** | 1:24-cv-05442 (ALC)(BCM)<br><br><u>**CONSENTIMIENTO PARA HACERSE PARTE DEMANDANTE**</u> |

       Por mi firma abajo, yo aquí autorizo la presentación y prosecución de la Demanda arriba descrita bajo la Ley Federal de Normas Justas de Trabajo en mi nombre y representación por parte del Demandante representativo Manuel Angel Calderón y lo designo como mi agente para que tome decisiones en mi nombre que conciernan al litigio, el método y la forma de conducir este proceso y todas las otras materias relacionadas con esta demanda.

       Yo entiendo que, si retorno este formato a Pelton Graham LLC, yo seré representado por ellos sin ningún pago anticipado de costas procesales u honorarios profesionales. Yo entiendo que yo puedo contratar mi propio abogado con el objeto de presentar este documento ante la Corte o que puedo proceder sin ningún abogado (p.e.: *pro se*) y presentar este documento ante la Corte por mí mismo. Yo entiendo que, si yo elijo ser representado por Pelton Graham LLC y el demandante tiene éxito: (1) las costas procesales incurridas por los abogados en mi nombre serán deducidas inicialmente de mi porción de un acuerdo de conciliación o de la sentencia; (2) mis abogados podrán solicitar a la corte la asignación de honorarios profesionales y costas procesales para ser pagados por los demandados en mi nombre; (3) el monto de los honorarios profesionales será 1/3 parte del total de mi porción del acuerdo de conciliación o de la sentencia, o cualquier otro monto que sea aprobado por la Corte.

_____   _____   _____
Nombre Completo                     Firma                                        Fecha


_____   _____   _____
Dirección Residencia              Correo Electrónico               Teléfono


_____   _____   _____
Ciudad, Estado, Código Postal   Fecha Aprox. Inicio Empleo   Fecha Aprox. Fin Empleo
                                                  (Mes/Año)                                  (Mes/Año)

SI USTED DESEA SER REPRESENTADO POR LOS ABOGADOS DEL DEMANDANTE, POR FAVOR RETORNE ESTE FORMATO PARA SER PRESENTADO ANTE LA CORTE ANTES DEL DIA **[insert date 60 days after mailing]** A:

PELTON GRAHAM LLC
111 Broadway, Oficina 1503
New York, New York 10006
Ref.: Caso Network Infrastructure
Fax: (212) 385-0800
Correo Electrónico: info@peltongraham.com

SI USTED DESEA SER REPRESENTADO POR UN ABOGADO DE SU PROPIA ELECCION O SI DECIDE REPRESENTARSE A SI MISMO, POR FAVOR RETORNE ESTE FORMATO PARA SER PRESENTADO ANTE LA CORTE ANTES DEL DIA
**[insert date 60 days after mailing]** A:

Clerk of Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007
Ref.: 24-cv-05442