IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANUEL ANGEL CALDERON, Individually and On Behalf of All Others Similarly Situated, <br><br> **Plaintiff,** <br><br> -against- <br><br> NETWORK INFRASTRUCTURE INC. and PATRICK CLARKE, Jointly and Severally, <br><br> **Defendants.** | 1:24-cv-05442 (ALC) (BCM) <br><br><br> **STIPULATION AND [~~PROPOSED~~] ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/25

**STIPULATION AND [~~PROPOSED~~] ORDER CONDITIONALLY CERTIFYING A FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND AUTHORIZING NOTICE TO BE ISSUED TO ALL PERSONS SIMILARLY SITUATED**

THIS MATTER came before the Court on the parties' Stipulation Conditionally Certifying a Fair Labor Standards Act Collective Action and Authorizing Notice to be Issued to All Persons Similarly Situated and related relief, and the Court, having reviewed the said Stipulation, and the Proposed Notice and Consent Forms in English and Spanish,

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED** that:

1. The collective action notice entitled "NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN" and the "CONSENT TO BECOME A PARTY PLAINTIFF," attached to this Stipulation as Exhibit A and Exhibit B, respectively, are hereby approved for mailing to potential plaintiffs; and

2. The conditional collective class of potential plaintiffs in this matter shall consist of all current and former construction laborers, laborer-drivers, operators, or gas mechanics, with the exception of foremen, who worked for Defendants Network Infrastructure, Inc. and Patrick Clarke and were required to travel to and/or from one of Network Infrastructure, Inc.'s Yards at the start/conclusion of the workday and/or attend mandatory safety meetings any time on or after July 18, 2021 to **April 23, 2025** (the "Potential Plaintiffs"); and

3. Defendants Network Infrastructure Inc. and Patrick Clarke shall provide to Plaintiff's counsel the names and last known addresses, phone numbers and e-mail addresses (the "Contact Information") of all Potential Plaintiffs. This information shall be supplied to Plaintiff's counsel within ten (10) business days of the date of this Order digitally in one of the following formats: Microsoft Excel or Microsoft Word; and

1

4. Plaintiff's counsel shall mail the notice of collective action to all Potential Plaintiffs no later than fourteen (14) days following Defendants' disclosure of the contact information for the Potential Plaintiffs; and

5. Defendants shall post the "NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN" and "CONSENT TO BECOME A PARTY PLAINTIFF," at the Network Infrastructure office and all Yards where Potential Plaintiffs work in a location visible to all of Defendants' employees and shall provide proof of such posting to Plaintiffs within two (2) weeks of the date of this Order; and

6. All Potential Plaintiffs must opt-in no later than 45 days after the date of the mailing of the notice, by returning the executed form entitled "CONSENT TO BECOME A PARTY PLAINTIFF" to Plaintiff's counsel so it is received by Plaintiff's counsel before that date. Plaintiff's counsel shall thereupon promptly file such executed consents with the Court.

| | |
|---|---|
| By: */s/ Brent E. Pelton* | By: */s/ Edward Grimmett* |
| Brent E. Pelton, Esq. | Edward Grimmett, Esq. |
| PELTON GRAHAM LLC | KAUFMAN DOLOWICH LLP |
| 111 Broadway, Suite 1503 | 135 Crossways Park Drive, Suite 201 |
| New York, NY 10006 | Woodbury, New York 11797 |
| Tel: (212) 385-9700 | Tel: (516) 681-1101 |
| Fax: (212) 385-0800 | Fax: (212) 505-2001 |
| Email: pelton@peltongraham.com | Email: egrimmett@kaufmandolowich.com |

DATED this 23rd day of April, 2025

**SO ORDERED:**

_____
HONORABLE BARBARA C. MOSES
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANUEL ANGEL CALDERON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>NETWORK INFRASTRUCTURE INC. and PATRICK CLARKE, Jointly and Severally,<br><br>Defendants. | 1:24-cv-05442 (ALC)(BCM)<br><br>**COURT AUTHORIZED<br>NOTICE OF LAWSUIT WITH<br>OPPORTUNITY TO JOIN** |

## NOTICE OF LAWSUIT

With the exception of foreman, if you were employed by Network Infrastructure, Inc. and Patrick Clarke (collectively, the "Defendants") in New York State as a construction laborer, laborer-driver, operator, or gas mechanic, and were required to travel to and/or from one of Network Infrastructure, Inc.'s yards at the start/conclusion of the workday and/or attend mandatory safety meetings at any time on or after July 18, 2021 to the present, **you may be eligible to participate in a lawsuit against Defendants for unpaid wages.**

*PLEASE READ THIS NOTICE CAREFULLY!*
*You are NOT being sued. This Notice is NOT a solicitation from a lawyer. The Court authorized this Notice.*

The Court in this case has authorized the plaintiff to send this Notice. The Court has not decided who is right or who is wrong. Your legal rights may be affected, and you must choose if or how to proceed with respect to your potential claims under the federal Fair Labor Standards Act ("FLSA") in this case.

> **To:** With the exception of foreman, all current and former construction laborers, laborer-drivers, operators, and gas mechanics who were/are employed by Defendants and required to travel to and/or from one of Network Infrastructure, Inc.'s yards at the start/conclusion of the workday and/or attend mandatory safety meetings at any time from July 18, 2021 to the present.

- This is a court-authorized notice that a collective action lawsuit may affect your legal rights. This is not a solicitation from a lawyer.

- The purpose of this Notice is to inform you of the existence of a proposed collective action under the federal FLSA, to notify you of your rights as a prospective member of this proposed collective action, and to provide instructions on the procedure for participating in this proposed collective action if you so desire. This Notice is only for the purpose of determining if you want to join this lawsuit and explaining how to join.

- Although the Court has authorized this Notice, it has not decided who is right and who is wrong.

### 1. Why did I get this notice?

You are being sent this notice because, according to Network Infrastructure's records, you were employed by Defendants as a laborer, laborer-driver, operator, or gas mechanic and traveled to and/or from one of Network Infrastructure, Inc.'s yards at the start/conclusion of the workday and/or attended mandatory safety meetings (the "Covered Positions"), on or after July 18, 2021, and you were not employed as a foreman for this entire period. If you worked in one of these Covered Positions at any time on or after July 18, 2021 to the present (the "Covered Period") and worked as foreman or other excluded positions during the Covered Period, you are eligible to participate as to the period that you were in a Covered Position

## 2. What is this lawsuit about?

Plaintiff alleges that Defendants failed to pay Plaintiff and similarly situated employees, for all their hours spent performing certain work for which they were not compensated by Defendants, including: weekly safety meetings that were mandatory for all construction workers at one of Defendants' yards and travel time from the yard to the day's jobsites; safety trainings that were mandatory for all construction workers that were held at Defendants' yards; and, as to laborer-drivers, laborer, and operators who were not foreman, daily work that they were required to perform at Defendants' yards and travel time between Defendants' yard and jobsites. Thus, Plaintiff alleges that he and other similarly situated employees were consistently paid for fewer hours than they actually worked, many of which were hours worked in excess of forty (40) in a week, for which they should have been paid overtime premiums as required by the FLSA. Plaintiff is seeking to recover unpaid overtime premiums, unpaid regular wages, liquidated damages in an amount equal to the unpaid overtime and regular wages under the FLSA, attorneys' fees, and costs for himself and others who join the case.

The Honorable Andrew L. Carter, Jr., United States District Judge, and the Honorable Barbara C. Moses, Magistrate Judge, in the Southern District of New York, are presiding over this lawsuit captioned: *Calderon, et al. v. Network Infrastructure Inc, et al.*, No. 24-cv-05442.

Defendants Network Infrastructure Inc. and Patrick Clarke deny any wrongdoing and maintain that Network Infrastructure, Inc. paid all of its employees properly. The Court has not yet made any decision about whether this lawsuit has merit.

## 3. What is a Collective Action and Who is Involved?

In a collective action lawsuit, one or more persons can bring a lawsuit on behalf of others who have similar claims. Together, these people are called the "collective action members." The individual(s) who brought the lawsuit are called the plaintiffs. When a case is conditionally certified, as this case was, notice is provided to the collective action members to inform them about the case, the claims and defenses of the parties, and to give those persons the opportunity to join the case as additional plaintiffs. The corporate entities and individuals being sued are called the defendants. One court resolves the issues for everyone who decides to join the case.

## 4. How do I join this lawsuit?

If you would like to join this lawsuit and wish to be represented by Plaintiff's counsel in this action, you must complete the attached form called "Consent to Become a Party Plaintiff" and mail it in the enclosed, postage-paid envelope on or before [**insert 45 days after mailing**]. Upon receipt of your Consent form, Plaintiff's counsel will file it (with personal information redacted) with the Clerk of Court. You may then share in any proceeds from a settlement or judgment if Plaintiff's claims are successful, but you would give up any rights to separately sue Network Infrastructure, Inc. about the same legal claims alleged in this lawsuit.

If you lose or misplace the envelope, you may mail the Consent Form to Plaintiff's counsel's office at the following address:

Pelton Graham LLC
Re: Network Infrastructure Lawsuit
111 Broadway, Suite 1503
New York, New York 10006

You may also fax the Consent Form to (212) 385-0800 or email it to: info@peltongraham.com.

Your consent from must be postmarked by [**insert 45 days after mailing**]. If your signed Consent form is not postmarked by [**insert 45 days after mailing**], you will not be allowed to participate in this lawsuit.

If you choose to be represented by another attorney of your choosing, or if you wish to represent yourself (*pro se*), please return this form to:

Clerk of Court<br>
Daniel Patrick Moynihan<br>
United States Courthouse<br>
500 Pearl Street<br>
New York, New York 10007<br>
Re: 24-cv-05442

**If you do not sign and return the Consent form on or before [insert 45 days after mailing], you may not be able to participate in this lawsuit.**

### 5. What if I do not want to join this lawsuit?

If you do not want to be part of the lawsuit, you do not need to do anything. If you do not sign and return the consent form, you will not be part of the lawsuit and will not be bound by or affected by the result (whether favorable or unfavorable). You will not be eligible to share in any proceeds from Plaintiff's settlement or judgment if he is successful. This means that you give up the possibility of getting money or benefits that may come from a trial or settlement in this lawsuit if the Plaintiff is successful.

You retain your right to sue Network Infrastructure individually over the legal claims in this lawsuit, but the limitations period on your federal claim will continue to run. You should be aware that any federal unpaid wage claim typically must be brought within 2 years of the date the claim accrues, unless the employer's violation of the laws was "willful," in which case the claim must be brought within 3 years.

### 6. What happens if I join this lawsuit?

If you join this lawsuit by filing a Consent to Join form, you will be bound by the judgment of the Court on the FLSA issues in this case, whether favorable or unfavorable.

There are no assurances that any recovery will be awarded, and most likely you will be required to provide information and answer questions relating to the work you performed for Defendants and your alleged employment with Defendants. As a plaintiff in this lawsuit, you may be required to provide documents and information relating to your claims against the Defendants, which may include responding to written questions, producing documents requested by Defendants, testifying under oath at a deposition, and testifying under oath at trial. For this reason, if you join the lawsuit, you should preserve all documents relating to your alleged employment with Defendants that are currently in your possession.

### 7. Will I have a lawyer in this case?

If you choose to join this lawsuit and do not retain or hire your own attorney or do not choose to represent yourself, you will be represented by Brent Pelton and Taylor Graham of Pelton Graham LLC, located at 111 Broadway, Suite 1503, New York, New York 10006; telephone: (212) 385-9700; facsimile: (212) 385-0800; email: pelton@peltongraham.com or graham@peltongraham.com.

If you choose to be represented by Pelton Graham LLC, they will represent you on a contingency fee basis. This means that Pelton Graham LLC will receive a part of any settlement obtained or money judgment entered in favor of all members of the collective action. If there is no recovery, you will not have to pay Pelton Graham LLC for the services.

You may also hire your own attorney to represent you in this lawsuit, but you may be responsible for paying that attorney. If you choose to hire your own attorney or to represent yourself (*pro se*), you must indicate that on your Consent Form. You must still return the Consent Form to the Clerk of Court prior to the deadline in order to participate in this lawsuit.

**8. Who represents Defendants?**

Network Infrastructure, Inc. and Patrick Clarke are represented by:

KAUFMAN, DOLOWICH LLP
Andrew L. Richards, Esq.
Edward Grimmett, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1101
arichards@kaufmandolowich.com
egrimmett@kaufmandolowich.com

**9. If I join this lawsuit, will my employment be affected?**

Federal law prohibits Defendants from discriminating or retaliating against you for joining this lawsuit.

**0. What if I am undocumented or I was paid in cash?**

You have a right to participate in this action even if you are undocumented or received your wages in cash.

**1. This Notice has been authorized by the Court**

This Notice and its contents have been authorized by United States Magistrate Judge Barbara C. Moses, for the Southern District of New York, located in New York, New York. The Court has not yet ruled on whether plaintiff's claims or defendants' defenses have any merit.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

If you have any questions about this Notice, you may contact Pelton Graham LLC at the telephone number, email address, or mailing address listed above.

BY ORDER OF MAGISTRATE JUDGE BARBARA C. MOSES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DATED:_____, 2025

4

EN LA CORTE DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO SUR DE NUEVA YORK

| | |
|---|---|
| **MANUEL ANGEL CALDERON, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>-against-<br><br>**NETWORK INFRASTRUCTURE INC. and PATRICK CLARKE, Jointly and Severally,**<br><br>Defendants. | 1:24-cv-05442 (ALC)(BCM) |

Con excepción de los capataces, si Usted estuvo empleado por Network Infrastructure Inc. en el estado de Nueva York como obrero de construcción, obrero-conductor, operador, o mecánico de gas y era requerido a trasladarse desde o hacia una de las yardas de Network Infrastructure Inc. al comienzo o a la culminación de su día de trabajo y/o era requerido a asistir a reuniones de seguridad de carácter mandatorio en cualquier tiempo desde julio 18 de 2021 hasta el presente, **Usted puede ser elegible para participar en esta demanda en contra de los Demandados por el no pago de salarios.**

*¡POR FAVOR LEA ESTA NOTIFICACION CUIDADOSAMENTE!*
*Usted NO está siendo demandado. Esta Notificación NO es una solicitud de servicios profesionales de un abogado. La Corte ha autorizado esta Notificación.*

La Corte en este caso ha autorizado al demandante a remitir esta Notificación. La Corte no ha decidido quien tiene la razón y quien no. Sus derechos legales pueden verse afectados y Usted debe decidir si desea proceder o cómo proceder respecto de sus potenciales reclamos bajo la Ley Federal de Normas Justas de Trabajo ("FLSA" por sus siglas en inglés) en este proceso.

> **Para:** Con la excepción de los capataces, todos los presentes y antiguos obreros de construcción, obreros-conductores, operadores y mecánicos de gas que son o fueron empleados por los Demandados y que eran requeridos a trasladarse desde o hacia una de las yardas de Network Infrastructure, Inc. al comienzo y a la culminación de su día de trabajo y/o que eran requeridos a asistir a reuniones de seguridad de carácter mandatorio en cualquier tiempo desde julio 18 de 2021 hasta el presente.

- Esta es una notificación autorizada por la Corte en una demanda de acción colectiva que puede afectar sus derechos legales. Esta no es una solicitud de servicios profesionales de un abogado.

- El propósito de esta Notificación es informarle a Usted de la existencia de una propuesta acción colectiva bajo la acción federal FLSA, para notificarle de sus derechos como potencial miembro de esta propuesta acción colectiva y para proveerle instrucciones en cómo proceder para participar en esta propuesta acción colectiva si ese es su deseo. Esta Notificación tiene sólo el propósito de determinar si Usted desea o no hacerse parte de esta demanda y de explicarle cómo hacerse parte de la misma.

- A pesar que la Corte ha autorizado la remisión de esta Notificación, ella no ha decidido quien tiene la razón y quien no.

5

### 1. Por qué he recibido esta notificación?

A Usted le ha sido enviada esta notificación porque, de acuerdo con los registros de Network Infrastructure, Usted estuvo empleado por los Demandados como obrero, obrero-conductor, operador, o gas mecánico y se trasladaba desde o hacia una de las yardas de Network Infrastructure al comienzo o a la culminación de su día de trabajo y/o era requerido a asistir a reuniones de seguridad de carácter mandatorio (las "Posiciones Cubiertas"), desde julio 18 de 2021 y Usted no fue empleado como capataz durante todo este periodo. Si Usted trabajó en una de esas Posiciones Cubiertas en cualquier momento después de julio 18 de 2021 hasta el presente (el "Periodo Cubierto") y trabajó como capataz o en otras posiciones excluidas durante el Periodo Cubierto, Usted es elegible para participar por el periodo en el cual Usted trabajó en la Posición Cubierta.

### 2. De qué trata esta demanda?

El Demandante alega que los Demandados fallaron en pagarle al Demandante y otros empleados similarmente situados, por todas las horas trabajadas realizando cierta labor por la cual no fueron compensados por los Demandados, incluyendo: reuniones semanales de seguridad que eran de carácter obligatorio para todos los empleados de construcción en una cualquiera de las yardas de los Demandados y por el tiempo de traslado desde la yarda al sitio de trabajo asignado ese día; por entrenamientos de seguridad que eran obligatorios para todos los empleados de construcción y que se llevaban a cabo en una cualquiera de las yardas de los Demandados; y en cuanto a los obreros-conductores, obreros y operadores que no eran capataces, por trabajo diario que ellos eran requeridos a realizar en una cualquiera de las yardas de los Demandados y el tiempo de traslado desde la yarda hasta los sitios de trabajo. Por tanto, el Demandante alega que él y otros empleados similarmente situados eran consistentemente pagados por menos horas de las que realmente habían trabajado, muchas de las cuales eran horas en exceso de las cuarenta (40) en una semana, por las cuales debieron haber recibido la bonificación de horas extra tal como es requerido por el FLSA. El Demandante busca recuperar las horas extra no pagadas, horas regulares no pagadas y los daños y perjuicios en un monto igual a las horas regulares y las horas extra no pagadas bajo el FLSA, los honorarios profesionales de abogado y las costas procesales para sí mismo y para otros que puedan unirse a este proceso.

El Honorable Andrew L. Carter Jr., Juez de Distrito y la Honorable Barbara C. Moses, Magistrada Juez en el Distrito Sur de Nueva York, son quienes presiden la causa conocida como: *Calderón y otros vs. Network Infrastructure Inc. y otros*, No. 24-cv-05442.

Los Demandados Network Infrastructure y Patrick Clarke niegan haber hecho algo erróneo y mantienen que Network Infrastructure, Inc. pagó a todos sus empleados apropiadamente. La Corte aún no ha tomado ninguna decisión respecto de los méritos de fondo dentro de esta acción.

### 3. Qué es una Acción Colectiva y Quiénes Están Involucrados?

En una demanda de acción colectiva, una o más personas pueden traer una demanda en representación de otros que pudieran tener similares reclamos. Juntos, esas personas son llamadas "los miembros colectivos de la acción". El individuo(s) que trae la demanda es llamado el demandante(s). Cuando un caso es certificado condicionalmente como una acción colectiva, tal como este caso, una notificación es provista a todos los miembros colectivos de la acción para informarles respecto de este proceso, los reclamos y las defensas de cada una de las partes y para darles a esas personas la oportunidad de unirse a la demanda como demandantes adicionales. Las personas jurídicas y los individuos que han sido demandados se les denomina los demandados. Una corte resuelve todos los problemas para las personas que decidan unirse a este proceso.

| 4. Cómo puedo yo unirme a esta demanda? |
|---|

Si Usted desea unirse a esta demanda y ser representado por el abogado del Demandante en esta acción, Usted debe completar el formato adjunto llamado "Consentimiento Para Hacerse Parte Demandante" y remitirlo vía correo postal en el sobre que ya tiene una estampilla prepagada antes del día [**date 45 days after mailing**]. Una vez recibido su formato de Consentimiento, el abogado del Demandante lo presentará ante el Secretario de la Corte (con la debida información personal protegida). En esa forma Usted podría recibir una porción de cualquier recuperación monetaria de un acuerdo de conciliación o una sentencia en caso de que los reclamos del Demandante sean exitosos, pero Usted perdería cualquier derecho de demandar por separado a Network Infrastructure respecto de los mismos hechos legales incoados en esta demanda.

Si Usted extravía o pierde el sobre, Usted puede remitir el Formato de Consentimiento a los abogados del Demandante a la siguiente dirección:

Pelton Graham LLC
Ref.: Demanda de Network Infrastructure
111 Broadway, Oficina 1503
Nueva York, New York 10006

Usted también puede enviar vía fax el Formato de Consentimiento al (212) 385 0800 o enviarlo vía correo electrónico a: info@peltongraham.com.

Su Formato de Consentimiento debe ser remitido con fecha anterior al día [**insert 45 days after mailing**]. Si su Formato de Consentimiento no es enviado antes del día [**insert 45 days after mailing**], a Usted no se le permitirá la participación en esta demanda.

Si Usted desea ser representado por otro abogado de su propia elección o si decide representarse a Usted mismo *(pro se)*, por favor retorne el formato a:

Clerk of Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007
Re: 24-cv-05442

**Si Usted no firma y retorna el Formato de Consentimiento antes de [insert 45 days after mailing], Usted podría no poder participar en la presente demanda.**

| 5. Qué pasa si yo no deseo unirme a esta demanda? |
|---|

Si Usted no desea hacerse parte de esta demanda, Usted no tiene que hacer nada. Si Usted no firma y retorna el formato de consentimiento, Usted no hará parte de esta demanda y no estará vinculado o no se verá afectado por el resultado (ya sea éste favorable o desfavorable). Usted no será elegible para recibir cualquier recuperación de un acuerdo de conciliación o una sentencia en favor del Demandante si este tiene éxito. Esto significa que Usted renuncia a la posibilidad de recibir dinero o beneficios que puedan obtenerse de un juicio o un acuerdo de conciliación en esta demanda en caso que el Demandante tenga éxito.

Usted podrá retener su derecho de demandar a Network Infrastructure individualmente respecto de los reclamos incluidos en esta acción, pero la prescripción de la acción para la presentación de sus reclamos federales seguirá corriendo. Usted debe ser consciente que cualquier reclamo federal por salarios debe ser típicamente traído a conocimiento de la autoridad dentro de los 2 años siguientes a su ocurrencia, a no ser que la violación del empleador haya sido "a propósito", en cuyo caso puede ser traído a conocimiento de la autoridad dentro de los 3 años de su ocurrencia.

| 6. Qué sucede si yo me hago parte de esta demanda? |
|---|

Si Usted se une a esta demanda al presentar su Formato de Consentimiento, Usted se verá vinculado a la sentencia de la Corte respecto de los reclamos bajo el FLSA en este proceso, ya sea ésta favorable o desfavorable.

No existe ninguna seguridad de que una recuperación pueda darse y lo más seguro será que Usted sea requerido a proveer información y responder preguntas relacionadas con el trabajo que Usted realizó para los Demandados y su presunto periodo de empleo con los Demandados. Como demandante es esta acción, Usted puede ser requerido a proveer documentos e información relacionada con sus reclamos en contra de los demandados, lo cual podría incluir responder preguntas por escrito, proveer documentos solicitados por los Demandados y testificar bajo juramento en una declaración jurada o en un juicio. Por esta razón, si Usted decide hacerse parte de esta acción, Usted debe preservar todos los documentos relacionados con su presunto periodo de empleo con los Demandados que aún puedan estar en su posesión.

| 7. Yo tendré un abogado en esta acción? |
|---|

Si Usted decide unirse a esta acción y no contrata un abogado de su propia escogencia o decide representarse a sí mismo, Usted estará representado por Brent Pelton y Taylor Graham de Pelton Graham LLC, localizados en el 111 Broadway, Oficina 1503, Nueva York, Nueva York 10006; teléfono: (212) 385-9700; fax: (212) 385-0800; correo electrónico: pelton@peltongraham.com o graham@peltongraham.com.

Si Usted decide ser representado por Pelton Graham LLC, ellos le representarán a Usted bajo la figura de la contingencia. Esto significa que Pelton Graham LLC recibirá una porción de cualquier acuerdo de conciliación que se obtenga o del dinero recuperado a través de una sentencia dictada en favor de todos los miembros colectivos de la acción. Si no hay una recuperación monetaria, Usted no tendrá que pagar nada a Pelton Graham LLC por los servicios prestados.

Usted también puede contratar un abogado para que lo represente en esta demanda, pero Usted será responsable de pagarle a dicho abogado. Si Usted decide contratar a su propio abogado o representarse a Usted mismo *pro se*, Usted debe indicar ello en su Formato de Consentimiento. Usted debe aún en ese caso retornar un Formato de Consentimiento al Secretario de la Corte antes de la fecha límite con el fin de poder participar en esta demanda.

| 8. Quién representa a los Demandados? |
|---|

Network Infrastructure y Patrick Clarke están siendo representados por:

KAUFMAN, DOLOWICH LLP
Andrew L. Richards, Esq.
Edward Grimmett, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1101
arichards@kaufmandolowich.com
egrimmett@kaufmandolowich.com

| 9. Si yo me uno a esta demanda puede mi empleo verse afectado? |
|---|

La Ley Federal prohíbe a los Demandados discriminar o tomar represalias en contra suya por unirse a la presente demanda.

| **10. Qué sucede si yo soy indocumentado y si fui pagado sólo en efectivo?** |
|---|

Usted tiene el derecho de participar en esta demanda aún si Usted es indocumentado o si recibió sus pagos solo en dinero en efectivo.

| **11. Esta Notificación ha sido autorizada por la Corte** |
|---|

Esta Notificación y su contenido ha sido autorizada por la Magistrada Juez de los Estados Unidos Barbara C. Moses para el Distrito Sur de Nueva York, localizado en Nueva York, Nueva York. La Corte aún no ha proferido una decisión respecto de si los reclamos del demandante o las defensas de los demandados tienen méritos de fondo.

**POR FAVOR ABSTENGASE DE COMUNICAR A LA CORTE RESPECTO DE ESTA NOTIFICACION.**

Si Usted tiene preguntas respecto de esta Notificación, Usted puede contactar Pelton Graham LLC al número de teléfono, correo electrónico y dirección postal que le fue proporcionada más arriba.

POR ORDEN DE LA MAGISTRADA JUEZ BARBARA C. MOSES DE LA CORTE DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO SUR DE NUEVA YORK.

FECHADO: _____, 2025

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MANUEL ANGEL CALDERON,** Individually and On Behalf of All Others Similarly Situated,<br><br>                    **Plaintiff,**<br><br>-against-<br><br>**NETWORK INFRASTRUCTURE INC.** **and PATRICK CLARKE, Jointly and Severally,**<br><br>                    **Defendants.** | 1:24-cv-05442 (ALC)<br><br>**CONSENT TO BECOME A PARTY PLAINTIFF** |

   By my signature below, I hereby authorize the filing and prosecution of the above styled Fair Labor Standards Act action in my name and on my behalf by the representative Plaintiff Manuel Angel Calderon and designate him as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation and all other matters pertaining to this lawsuit.

   I understand that if I return this form to Pelton Graham LLC, I will be represented by them without prepayment of costs or attorneys' fees.  I understand that I can choose to hire my own attorney to file this document with the Court or proceed without an attorney (i.e., pro se) and file this document with the Court by myself. I understand that if I choose to be represented by Pelton Graham LLC and plaintiff is successful: (1) costs expended by attorneys on my behalf will be deducted from my settlement or judgment first; (2) my attorneys may petition the court for an award of fees and costs which may be deducted from my settlement proceeds or paid by defendants on my behalf; and (3) the amount of the fees will be approximately 1/3 of my total settlement or judgment, or such other amount as approved by the Court.

_____          _____          _____
Printed Name                        Signature                           Date


_____          _____          _____
Street Address                      Email Address                       Telephone


_____          _____          _____
City, State, Zip code               Approx. Start Date                  Approx. End Date
                                    (Month/Year)                        (Month/Year)

IF YOU WISH TO BE REPRESENTED BY PLAINTIFF'S ATTORNEYS, PLEASE RETURN THIS FORM FOR FILING WITH THE COURT BY **[insert date 45 days after mailing]** TO:

PELTON GRAHAM LLC
111 Broadway, Suite 1503
New York, New York 10006
Re: Network Infrastructure Case
Fax: (212) 385-0800
Email: info@peltongraham.com

IF YOU WISH TO BE REPRESENTED BY ATTORNEYS OF YOUR OWN CHOOSING OR IF YOU CHOOSE TO REPRESENT YOURSELF, PLEASE RETURN THIS FORM FOR FILING WITH THE COURT BY **[insert date 45 days after mailing]** TO:

Clerk of Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007
Re: 24-cv-05442

**EN LA CORTE DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO SUR DE NUEVA YORK**

| | |
|---|---|
| **MANUEL ANGEL CALDERON, Individualmente y en Representación de Todos Los Otros Similarmente Situados,** | |
| **Demandante,** | |
| -en contra de- | 1:24-cv-05442 (ALC) |
| **NETWORK INFRASTRUCTURE INC. y PATRICK CLARKE, Individual y Solidariamente,** | <u>**CONSENTIMIENTO PARA HACERSE PARTE DEMANDANTE**</u> |
| **Demandados.** | |

Por mi forma abajo, yo aquí autorizo la presentación y prosecución de la Demanda arriba descrita bajo la Ley Federal de Normas Justas de Trabajo en mi nombre y representación por parte del Demandante representativo Manuel Angel Calderón y lo designo como mi agente para que tome decisiones en mi nombre que conciernan al litigio, el método y la forma de conducir este proceso y todas las otras materias relacionadas con esta demanda.

Yo entiendo que, si retorno este formato a Pelton Graham LLC, yo seré representado por ellos sin ningún pago anticipado de costas procesales u honorarios profesionales. Yo entiendo que yo puedo contratar mi propio abogado con el objeto de presentar este documento ante la Corte o que puedo proceder sin ningún abogado (p.e.: *pro se*) y presentar este documento ante la Corte por mí mismo. Yo entiendo que, si yo escojo ser representado por Pelton Graham LLC y el demandante tiene éxito: (1) las costas procesales incurridas por los abogados en mi nombre serán deducidas de mi porción de un acuerdo de conciliación o de la sentencia, lo que ocurra primero; (2) mis abogados podrán solicitar a la corte la asignación de honorarios profesionales y costas procesales para ser pagados por los demandados en mi nombre; (3) el monto de los honorarios profesionales será 1/3 parte del total de mi porción del acuerdo de conciliación o de la sentencia, o cualquier otro monto que sea aprobado por la Corte.

_____   _____   _____
Nombre Completo              Firma                        Fecha

_____   _____   _____
Dirección Residencia         Correo Electrónico           Teléfono

_____   _____   _____
Ciudad, Estado, Código Postal   Fecha Aprox. Inicio Empleo   Fecha Aprox. Fin Empleo
                                (Mes/Año)                    (Mes/Año)

SI USTED DESEA SER REPRESENTADO POR EL ABOGADO DEL DEMANDANTE, POR FAVOR RETORNE ESTE FORMATO PARA SER PRESENTADO ANTE LA CORTE ANTES DEL DIA **[insert date 45 days after mailing]** A:

PELTON GRAHAM LLC
111 Broadway, Oficina 1503
New York, New York 10006
Ref.: Caso Network Infrastructure
Fax: (212) 385-0800
Correo Electrónico: info@peltongraham.com

SI USTED DESEA SER REPRESENTADO POR UN ABOGADO DE SU PROPIA ESCOGENCIA O SI DECIDE REPRESENTARSE A SI MISMO, POR FAVOR RETORNE ESTE FORMATO PARA SER PRESENTADO ANTE LA CORTE ANTES DEL DIA
**[insert date 45 days after mailing]** A:

Clerk of Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007
Ref.: 24-cv-05442

4