UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

MANUEL ANGEL CALDERON,
INDIVIUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED,

                Plaintiff,

                -against-

NETWORK INFRASTRUCTURE, INC.
AND PATRICK CLAKRE, JOINTLY AND
SEVERLY,

                Defendants.

---------------------------------------------------------- x

1:24-cv-05442-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court **ORDERS** the Parties to appear at a telephonic status conference on **Tuesday, June 3, 2025 at 3:00 p.m.** The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 370 0226#). The Parties should be prepared to discuss Defendants' pending request for a pre-motion conference (ECF No. 25) and Plaintiff's Opposition thereto (ECF No. 26), as well as whether the Parties intend to move to consolidate this action and *Cruz v. Network Infrastructure Inc. et al* (1:25-cv-00832-ALC)), and the status of settlement discussions, if any, between the Parties.

**SO ORDERED.**

Dated:  May 28, 2025
         New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**