IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MANUEL ANGEL CALDERON,** Individually and On Behalf of All Others Similarly Situated,<br><br>                **Plaintiff,**<br><br>-against-<br><br>**NETWORK INFRASTRUCTURE INC.** **and PATRICK CLARKE,** Jointly and Severally,<br><br>                **Defendants.** | 1:24-cv-05442 (ALC)(BCM)<br><br>[~~PROPOSED~~] **REVISED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/25

**WHEREAS**, the parties filed a joint Pre-Conference Statement and Proposed Management Plan on January 29, 2025 proposing certain deadlines in the litigation (Dkt. No. 20);

**WHEREAS,** the Court having entered an Initial Case Management Order on February 5, 2025 setting discovery deadlines in the case (Dkt. No. 21);

**WHEREAS,** the Court modified the Initial Case Management Order on July 9, 2025 after a telephonic status conference with the parties (Dkt. No. 69);

**WHEREAS,** on October 14, 2025, the Parties filed a status report and request for extension of discovery and motion briefing deadlines to modify the July 9, 2025 Scheduling Order (Dkt. No. 78);

**WHEREAS**, the Court modified the discovery and motion briefing deadlines on October 15, 2025 (Dkt. No. 79);

**WHEREAS,** Defendants filed a Motion to Compel certain discovery on November 7, 2025 (Dkt. No. 90);

**WHEREAS**, Plaintiffs respond to the Motion to Compel simultaneously herewith and moreover request a thirty (30) day extension of discovery dates to accommodate discovery responses, document production, and depositions of the opt-in plaintiffs per Defendants' Motion to Compel, a request to which Defendants have consented;

**IT IS HEREBY ORDERED:**

1. The terms of the Initial Case Management Order shall continue in full force and effect except for the following modifications:

   a. No later than **November 26, 2025**, each of the opt-in plaintiffs must produce responses to defendants' discovery demands. (See Dkt. 80 ¶ 1; Dkt. 81 at 1.)

   b. No later than **December 3, 2025**, the named plaintiff must produce responses to defendants' post-deposition document requests. (See Dkt. 80 ¶ 2.)

   c. Fact discovery pertaining to the certified § 216(b) collective and pre-class certification discovery, including all depositions of fact and Rule 30(b)(6) witnesses shall be completed by **January 9, 2026**;

   d. Plaintiffs shall file their Motion for Class Certification by no later than **February 23, 2026**, with Defendants' opposition due **March 25, 2026**, and Plaintiffs' reply due **April 5, 2026;**

   e. Experts shall be disclosed no later than thirty (30) days following the Court's decision on the class certification motion;

   f. To the extent that a class is certified, class discovery shall close by no later than sixty (60) days following the Court's decision on the class certification motion;

   g. Expert reports shall be served no later than thirty (30) days following the close of class discovery or the Court's decision on the Class Certification Motion, whichever is later;

    h.    Rebuttal expert reports shall be served no later than thirty (30) days following service of expert reports;

    i.    Expert witness depositions, and all discovery shall be completed no later than thirty (30) days following service of rebuttal reports;

    j.    Any dispositive motions must be filed thirty (30) days after the close of all discovery.

    k.    No further extensions of the discovery deadlines set forth above will be granted absent exceptionally compelling circumstances.

This Order resolves the motion at Dkt. 80.

**SO ORDERED.**

Dated: November 17, 2025

_____
BARBARA MOSES
United States Magistrate Judge