UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL ANGEL CALDERON,
individually and on behalf of all others
similarly situated, *et al*.,

                        Plaintiffs,

            -against-

NETWORK INFRASTRUCTURE, INC. and
PATRICK CLARKE, jointly and severally,

                        Defendants.

24-CV-5442 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed defendants' letter-motion dated December 22, 2025 (12/22/25 Ltr.) (Dkt. 84), seeking: (1) an extension of the January 9, 2026 discovery deadline, which was established by this Court's November 17, 2025 Revised Civil Case Discovery Plan and Scheduling Order (11/17/25 Order) (Dkt. 82); and (2) an order dismissing the claims of opt-in plaintiffs Gary Wabshinak, Michael Gounarides, Rafael Gonzalez, Robert Bapst, Victor Duenas, Daniel Goncalvez, Juan Andrade, Manuel Mendoza, and Joseph Ryan, pursuant to Fed. R. Civ. P. 41(b), on the ground that these plaintiffs have failed to timely comply with their discovery obligations as set forth in the 11/17/25 Order. 12/22/25 Ltr. at 2. Plaintiffs consent to the discovery extension, *id*., but oppose the dismissal request. *See id*. at 2-3.

The Court will address both issues at the upcoming status conference on January 8, 2026. (*See* Dkt. 83.) Opt-in plaintiffs Wabshinak, Gounarides, Gonzalez, Bapst, Duenas, Goncalvez, Andrade, Mendoza, and Ryan are hereby advised that **their claims may be dismissed** for failure to prosecute and/or failure to comply with this Court's orders if, by that date: (i) they have not produced complete responses to defendants' written discovery demands (which were served on October 1, 2025), and (ii) plaintiffs Wabshinak and Gounarides have not appeared for deposition or committed to appear for deposition on dates certain (prior to the requested extended discovery

deadline). Plaintiffs' counsel are directed to promptly send a copy of this Order to each of the opt-in

plaintiffs listed above (translated into their native languages if necessary), both by postal mail and

electronically, if possible. Additionally, counsel are directed to submit a status update letter, no

later than **January 6, 2026**, advising the Court as to the opt-in plaintiffs' progress in complying

with their discovery obligations.

Dated: New York, New York
      December 23, 2025                     **SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**