UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MANUEL ANGEL CALDERON,                       Case No. 1:24-cv-05442-ALC
Individually and On Behalf of All Others
Similarly Situated,                          **NOTICE OF MOTION**

                Plaintiff,

  -against-

NETWORK INFRASTRUCTURE, INC. and
PATRICK CLARKE, Jointly and Severally,

               *Defendants.*
---------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Edward Grimmett, Esq., dated February 11, 2026, and the exhibits annexed thereto, and the accompanying Memorandum of Law in Support, Defendants, Network Infrastructure, Inc. and Patrick Clarke (collectively, the "Defendants"), by their attorneys Kaufman Dolowich LLP, will move this Court before the Honorable Andrew L. Carter, Jr., at the United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be designated by the Court, for an Order: (i) dismissing the Complaint in its entirety pursuant to Fed. R. Civ. P. Rule 12(b)(1) on the grounds that Plaintiffs' claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") are preempted by the Labor Management Relations Act and/or National Labor Relations Act; and (ii) granting all such other and further relief as this Court deems just and proper.

Dated: Woodbury, New York
       February 11, 2026

                                        KAUFMAN DOLOWICH LLP
                                        *Attorneys for Defendants*

                          By: _/s/ Edward Grimmett_____
                                        Andrew Richards, Esq.
                                        Edward H. Grimmett, Esq.
                                        135 Crossway Park Drive, Suite 201
                                        Woodbury, New York 11797
                                        (516) 681-1100
                                        arichards@kaufmandolowich.com
                                        egrimmett@kaufmandolowich.com

To:    All counsel of record (via ECF)