USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/12/26__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANUEL ANGEL CALDERON, individually and on behalf of all others similarly situated, *et al.*, | |
| Plaintiffs, | |
| -against- | |
| NETWORK INFRASTRUCTURE, INC. and PATRICK CLARKE, jointly and severally, | |
| Defendants. | |

24-CV-5442 (ALC) (BCM)

**MODIFIED DISCOVERY SCHEDULING ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's telephonic status conference:

1. The deadline for the close of all fact discovery is extended to **March 9, 2026**. The purpose of the extension is to allow the parties to complete pending discovery, not to serve new discovery demands.

2. Defendants' request for leave to file a motion to dismiss pursuant to Fed. R. Civ. P. 41 is granted. However, no such motion may be filed until the extended close of fact discovery set forth above.

3. Except as modified above, all provisions of the Modified Discovery Scheduling Order (Dkt. 90) remain in effect.

No further extensions of the discovery deadlines set forth above will be granted absent exceptionally compelling circumstances. The Clerk of Court is respectfully directed to close the motion at Dkt. 94.

Dated: New York, New York
       February 12, 2026

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**