# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

___________________________________

MANUEL ANGEL CALDERON,
Individually and On Behalf of
All Others Similarly Situated,
Plaintiff,
v. Case No.
NETWORK INFRASTRUCTURE, INC. 1:24-cv-05442 (ALC)
and PATRICK CLARKE, Jointly and
Severally,
Defendants.

___________________________________

DEPOSITION OF PATRICK CLARKE

DATE: Monday, October 20, 2025
TIME: 8:59 a.m.
LOCATION: Remote Proceeding
Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797
REPORTED BY: Paul Grasso
JOB NO.: 7667227

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF MANUEL ANGEL CALDERON:

BRENT PELTON, ESQUIRE (by videoconference)
Pelton Graham LLC
111 Broadway, Suite 1503
New York, NY 10006
pelton@peltongraham.com
(212) 385-9700

ON BEHALF OF DEFENDANTS NETWORK INFRASTRUCTURE, INC. AND PATRICK CLARKE:

EDWARD GRIMMETT, ESQUIRE (by videoconference)
Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797
egrimmett@KaufmanDolowich.com
(516) 681-1100

ALSO PRESENT:

Belinda Herazo, Pelton Graham LLC Paralegal (by videoconference)

I N D E X


| EXAMINATION: | PAGE |
|---|---|
| By Mr. Pelton | 7 |


E X H I B I T S


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Plaintiff: | | |
| Exhibit 1 | Class and Collective Action Complaint | 100 |
| Exhibit 2 | Network Infrastructure Archived Website - "About Us" page | 112 |
| Exhibit 3 | Network Infrastructure Archived Website - "Health & Safety" page | 115 |
| Exhibit 4 | Network Infrastructure Archived Website - "Gas" page | 117 |
| Exhibit 5 | Defendants' Responses to Plaintiff's Interrogatories | 118 |
| Exhibit 6 | Manuel Calderon Time Cards - Bates Stamped D-1 to D-126 | 128 |
| Exhibit 7 | Defendants' GPS Records - Bates Stamped D-210 to D-280 | 137 |
| Exhibit 8 | Deposition of Plaintiff Manuel Calderon | 156 |

D O C U M E N T S   R E Q U E S T E D

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Safety Meeting Sign-In Sheets | 104 |
| 2 | GPS Data, Pre-Trip Inspection Reports, and Certified Payroll Information for Opt-Ins | 159 |

I N F O R M A T I O N   R E Q U E S T E D

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Name of Payroll Person Prior to Joe Randazzo | 34 |

P. CLARKE

THE REPORTER: Good morning. My name is Paul Grasso; I am the reporter assigned by Veritext to take the record of this proceeding. We are now on the record at 8:59 a.m.

This is the deposition of Patrick Clarke taken in the matter of Manuel Angel Calderon, individually and on behalf of all other similarly situated against Network Infrastructure, Incorporated and Patrick Clarke, jointly and severally on October 20, 2025, taking place remotely at 135 Crossways Park Drive -- I'm sorry -- 135 Crossways Park Drive, Suite 201, Woodbury, New York 11797.

I am a notary authorized to take acknowledgements and administer oaths in New York. Parties agree that I will swear into witness remotely outside of his presence.

Additionally, absent an objection on the record before the witness is sworn, all parties and the witness understand and agree that any certified transcript

P. CLARKE

produced from the recording virtually of this proceeding:

- is intended for all uses permitted under applicable procedural and evidentiary rules and laws in the same manner as a deposition recorded by stenographic means; and

- shall constitute written stipulation of such.

At this time will everyone in attendance please identify yourself for the record.

MR. PELTON: Good morning. Brent Pelton of Pelton Graham, counsel for plaintiff. I'm going to move my screen.

MS. HERAZO: Belinda Herazo, Pelton Graham LLC paralegal.

MR. GRIMMETT: Good morning. Edward Grimmett, Kaufman Dolowich LLP, counsel for defendants.

MR. CLARKE: Good morning. Patrick Clarke, defendant, President of Network Infrastructure, Inc.

THE REPORTER: Thank you. Hearing no

P. CLARKE

objection, I will now swear in the witness.

Mr. Patrick Clarke, please raise your right hand.

WHEREUPON,

PATRICK CLARKE,

called as a witness and having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

THE REPORTER: Okay. Thank you. Counsel, you may begin.

EXAMINATION

BY MR. PELTON:

Q Good morning, Mr. Clarke. My name is Brent Pelton. We've met before at the deposition of Manuel Calderon. We're here today to take your deposition in the Calderon vs. Network Infrastructure matter, and thank you for agreeing to sit at nine o'clock and for being prompt and allowing us to get going today. Have you ever sat for a deposition before?

A Yes.

P. CLARKE

Q Approximately how many depositions do you think you've sat for?
A At least two.
Q Personal injury type depositions or something different?
A One was a contract dispute litigation, and any other situations would have been insurance-related trip-and-fall-type situations.
Q And did you do anything to prepare for today's deposition?
A Discuss things with my attorney.
Q And please don't tell me what you did discuss with your attorney. Did you review any documents?
A No.
Q And you're familiar with the lawsuit, Manuel Calderon vs. Network Infrastructure; correct?
A Yes.
Q What is your understanding of that lawsuit?
A It's basically a wage and hour claim for alleged underpayment of wages

and benefits.

Q And you understand that it was brought individually on behalf of Mr. Calderon as well as on behalf of a collective and class action of other workers who worked for Network Infrastructure; correct?

A Yes. The complaint speaks for itself.

Q And to date, there's been a number of individuals who have also opted into the lawsuit; correct?

A To the best of my knowledge, yes.

Q Are you currently employed?

A Yes.

Q With whom are you employed?

A Network Infrastructure, Incorporated.

Q And how long have you been employed with Network Infrastructure Incorporated or otherwise Network Infrastructure?

A Since it's founding in 1999.

P. CLARKE

Q And what was your role in the founding of Network Infrastructure?

A I'm sole incorporator.

Q Sole operator, sole owner?

A At that time, yes.

Q But you're no longer the sole operator, or you're no longer the sole owner?

A That's both.

Q When did that change?

A 2001.

Q And what happened in 2001?

A I had partners -- or I took on partners.

Q How many partners?

A Initially there were two.

Q What were their names?

A Gerard Barsch and Kenneth Walsh.

THE REPORTER: I'm sorry. Just repeat the second name? Gerard -- I have Gerard Marsh and Kenneth --

THE WITNESS: B-A-R-S-C-H. And Kenneth Walsh, W-A-L-S-H.

//

P. CLARKE

BY MR. PELTON:

Q And Mr. Gerard, I'm sorry, was it Marsh?

A Barsch, B.

Q Barsch. What was Gerard Barsch's role with the organization?

A He was a shareholder.

Q Did he work in the day-to-day operations of the company?

A No.

Q What about Kevin Walsh, what was his involvement with the company?

A Kenneth Walsh started approximately 2001, remains to this day. He is a vice president.

Q And he is also a shareholder?

A He's a shareholder, director, and officer.

Q And has the structure of Network Infrastructure changed since 2001, when you took on these two partners?

A Mr. Barsch exited his investment.

Q Approximately when was that?

P. CLARKE

A Sometime prior to 2007.
Q Has anyone else joined as investors or -- of the company?
A No.
Q Other than yourself and Kevin Walsh, are there any other officers or directors of the company?
A No. Just to correct you, his name is Kenneth Walsh.
Q I'm sorry. Thank you. And are you the owner or do you have any involvement with any other construction companies other than Network Infrastructure?
A No.
Q What is the work of Network Infrastructure?
A Network Infrastructure is predominantly a gas utility contractor.
Q And what does that mean?
A We work for gas utilities to assist them in the maintenance, construction, repair of natural gas distribution and transmission systems.

P. CLARKE

Q And geographically, is all this work performed in New York State?

A Currently, yes.

Q Was there a period of time where work was performed outside of New York State?

A Yes.

Q When was that?

A I really don't recall what specific --

Q And is the work primarily located in Long Island, New York City, and Westchester?

A Predominantly, yes.

Q Has Network Infrastructure grown throughout the years?

A Can you -- can you be more specific with that question?

Q Yeah. Approximately how many employees currently work for Network Infrastructure?

A Approximately 140.

Q And what physical locations does Network Infrastructure maintain?

P. CLARKE

A Our main office and yard is located at 94 Taft Avenue, Hempstead, New York. The secondary yard is held at 1085 Close Avenue located in the Bronx in the City of New York. Third location is on Steinway Street or that surrounding area in Astoria in Queens. And that should do it currently.

Q And I guess instruction-wise, throughout the day, I'll be asking you a number of questions. You're doing a very good job of just responding to my questions. If you don't understand a question, please let me know, and I'll rephrase it.

The relevant time period is from December 2, 2017, through the present. So other than some background information, the questions here today are really focused on December 2, 2017, through the present. Understood?

A Got it.

Q Throughout the relevant time period, and I'll refer to the time period

P. CLARKE

December 2, 2017, through the present as the relevant time period, throughout the relevant time period, has Network Infrastructure really been focused in gas utilities?

A Its main focus is gas utilities, yes.

Q Other than gas utilities, what other areas of expertise and work has Network Infrastructure been involved in?

A Other utility-related projects, including telecommunications, subsurface work.

Q And have the number of employees of Network Infrastructure changed significantly from December 2, 2017, through the present?

A I'd be guessing, but I would think no.

Q It's been relatively stable?

A Somewhat.

Q And you say that the work is maintaining, constructing, and repairing natural gas systems. What is the work of

P. CLARKE

Network Infrastructure in maintaining a natural gas state -- system?

A Performing excavations on existing natural gas pipelines to provide access for non-destructive testing, metallurgical analysis, and any other corrosion-related activity that the customer wants to perform on their pipeline.

THE REPORTER: I'm sorry. Could -- could you just repeat that one term? Was it metallurgical analysis?

THE WITNESS: Let's just call it non-destructive testing.

BY MR. PELTON:

Q Non-destructive testing of the metal pipes. Are the natural gas pipes primarily metal, or have they switched over to plastics?

A They -- in the construction phase of what we do, we often install new plastic gas mains to replace older steel mains or cast iron mains.

Q So with the maintenance, you're

P. CLARKE

oftentimes out checking and -- checking on older metal-based gas systems?

A We're contracted to perform certain tasks as ordered by the utility.

Q And with the construction phase, what type of work does Network Infrastructure typically handle with the construction projects?

A Predominantly the excavation, installation of new natural gas facilities.

Q And I believe you also said repair work. What type of repair work does Network Infrastructure typically perform?

A There may be -- once again, it's certain tasks ordered by the utility customer. Could be regrading a manhole cover or correcting some kind of defect on the surface, or on the street level, or whatever they order.

Q And who are you -- during the relevant time periods, who are the customers -- who are the predominant

P. CLARKE

customers of Network Infrastructure?
A Con Edison of New York.
Q Con Edison of New York?
A Verizon and smaller players.
Q National Grid and PSEG?
A From the relevant time -- in the relevant time period, no.
Q Verizon doesn't have natural gas lines; correct?
A No. But they have telecommunications, to which I testified earlier on.
Q Exactly. Would it be fair to say that 95 percent of your gas work was for Consolidated Edison of New York?
A Yes.
Q I'll put it back to you. Can you estimate approximately during the relevant time period, what percentage of the work of Network Infrastructure was for Con Edison?
A Are you asking me about natural gas work only?
Q Yes.

P. CLARKE

A Ninety, ninety-five percent. I'll go along with that.

Q Okay. And then other than the natural gas work, you also did telecom. And would it be fair to say that the vast majority of the telecom work was for Verizon?

A Yes.

Q Between natural gas and telecom, what percentage of the overall work would be natural gas?

A That would vary during the relevant time period.

Q Could you give me a approximation as to the ranges?

A Off the top of my head, no. It -- I do know it varied substantially.

Q Okay. And when doing maintenance and repair work -- are there different divisions within Network Infrastructure for maintenance, repair, and construction of gas work?

A Yes. Yes.

Q How so? Or I'll throw it back

to you differently. What is the structure of Network Infrastructure?

A Network Infrastructure is a closely held corporation run by two individuals.

Q And do you have superintendents?

A Yes.

Q Do you have foremen?

A Yes.

Q Do you have operating engineers?

A Yes.

Q Laborers?

A Yes.

Q Project managers?

A Yes.

Q Estimators?

A Yes.

Q Are there mechanics or welders out in the field?

A There are welders on the field.

Q And when we refer to welders, does that mean people who weld metal as well as fuse plastic?

A I don't consider a welder to be

P. CLARKE

a plastic fuser.

Q So are there also people who do fusing?

A Yes.

Q Do you have dump truck drivers?

A Yes.

Q Do you have a safety manager?

A Yes.

Q Do you have flaggers?

A Yes.

Q What other classifications of workers does Network Infrastructure employ out on the field first?

A Operating engineers who run backhoes or machinery, pavers who would be assigned with restoration and/or asphalt materials, carpenters that would be associated with either timberman or form work for concrete, surveyors, draftsmen.

Q Is that two different positions?

A Yes, actually.

THE REPORTER: I'm sorry. Again, is it -- is it -- you said surveyors and?

THE WITNESS: Draftsmen.

P. CLARKE

THE REPORTER: Okay. And apologies. But let me just go back up the first one. Operator engineers --

THE WITNESS: Operating

THE REPORTER: -- run back --

THE WITNESS: Operating engineers.

THE REPORTER: And you mentioned they run back --

MR. GRIMMETT: Backhoes

THE REPORTER: Backhoe on machinery. Thank you.

BY MR. PELTON:

Q Any other classifications or -- of workers that you can think of out in the field?

A Maintenance men.

Q What do maintenance men do?

A They are represented by Local 15, and they do fuse pipe and perform mechanical functions related to installation and repair of natural gas.

Q And then in the office, we talked about project managers, surveyors, estimators, draftsmen. Do the

P. CLARKE

superintendents go out on site?

A Yes.

Q How many superintendents does Network Infrastructure employ?

A Approximately five during the relevant time period.

Q And were those five at the same time, or five who came and left at different times?

A Well, there were probably more than five individuals overall. But to answer your question, it varies.

Q So approximately five at any one time?

A Approximately.

Q Going back to the list of people, there's also general office accounting payroll people?

A Correct.

Q Is there a human resources individual?

A Yes.

Q Is there a payroll department?

A Yes.

P. CLARKE

Q What other classifications of workers are there that I've missed?

A I don't know. It's a long list.

Q Yeah, it is. What I thought of, you do have some yard workers as well; right?

A Correct.

Q Okay. Who do the superintendents report to?

A Depending on the projects, superintendents, along with the relevant project manager, superintendents may report to -- directly to a project manager and/or to Kenneth Walsh or myself.

Q And what about foremen, how many foremen, approximately, does Network employ at any one time?

A I would say approximately 15 individuals as foreman or acting approximately.

Q I appreciate your approximations. I'm not asking you to guess, just giving your best estimate, which you seem to be doing. So I

P. CLARKE

appreciate that. Operating engineers, as you discussed, these are people who drive backhoes and machinery?

A Yes. They can also be foreman.

Q Approximately how many operating engineers does Network Infrastructure employ at any one time?

A I really have to check.

Q Do you know approximately how many backhoes or excavators Network Infrastructure keeps and maintains at any time?

A Quite a number. I'd have to check.

Q Do you think it's more than 20?

A Probably.

Q Are they frequently out of service due to maintenance issues, or is the uptime pretty good?

MR. GRIMMETT: Objection.

THE WITNESS: I would say that the equipment is in good working order. Whether it's active or not is another story.

P. CLARKE

BY MR. PELTON:

Q Would you estimate that Network Infrastructure employs more than 20 operating engineers?

A I'm sorry. The line of questioning is kind of like tying this to the number of backhoes, and operating engineers don't always run backhoes, so there's kind of a disconnect in your questioning.

MR. GRIMMETT: Yeah.

MR. PELTON: Thank you. I appreciate that.

MR. GRIMMETT: And, Brent, I'm just going to -- so when -- are we still referring to the relevant time period or currently? Because I think the record's not really clear as to what specific time range here.

MR. PELTON: Thank you. It's still the general relevant time period.

THE WITNESS: Well, once again, during the relevant time period, it varies dramatically.

P. CLARKE

BY MR. PELTON:

Q Okay. And other than operating, what else are the operating engineers doing?

A Some operating engineers are charged with being the maintenance man or the qualified gas mechanic on a certain location, who may in fact also be acting as the crew foreman since they are the most senior and most qualified person on the crew.

Q And approximately how many pavers does Network Infrastructure employ?

A Four. Once again, depending on the workload.

Q And the pavers utilize asphalt rolling machines?

A Not necessarily, no.

Q What is the work of a paver?

A A paver would lay asphalt and/or work on concrete sidewalk restorations, predominantly restoration.

Q So after the work is done, after the excavation is complete and the base

P. CLARKE

layer of the aggregate or dirt has been restored, they come in and restore the roadway?

A Yes.

Q Do they typically work as part of a -- of a crew, or do they come in after the fact?

A Usually part of a crew.

Q What about laborers, can you estimate approximately how many laborers, the range of laborers, that Network Infrastructure had during the relevant time period?

A I would have to check. It's a large number.

Q And you said there's carpenters who do timber work or form concrete -- concrete form work?

A Yes.

Q Can you estimate approximately how many carpenters you -- Network Infrastructure would have?

A Three to four.

Q And welders, can you estimate

P. CLARKE

approximately how many welders Network Infrastructure would have?

A Once again, all of these quantities are extremely variable depending on season, workload, year. The -- the relevant time period is a number of years. I -- I would have to look at -- to find an average. I would have to calculate to find an average.

Q Can you tell me about a range?

A Anywhere from two to ten.

Q And you said that there are project managers. How many project managers would Network typically have

A Approximately four.

Q And who would the project managers report to?

A Either Ken Walsh or myself.

Q How many surveyors?

A Three.

Q And are surveyors primarily in the office, or they're out on the field as well?

A They do both.

P. CLARKE

Q Estimators are typically in the office?

A Yes.

Q I am sure estimators have to go out to the field at times, but I would imagine most of the work is in the office. Sorry. That's not a question. Draftsmen, approximately how many draftsmen do you employ?

A Two.

Q Plastic fusing, these are people out on the field, and I imagine that the number goes up or down based on whether the work being done involves plastics. Would that be fair to say?

A Not necessarily.

Q Approximately how many plastic fusers does Network Infrastructure employ?

A We don't really call them plastic fusers. That just happens to be one task associated with the long list of activities that are claimed by members or the collective bargaining agreement with Local 15 of the operation --

P. CLARKE

Q Do -- I'm sorry. I didn't mean to cut you off. You were saying it's one of the tasks of a Local 15. Is that the maintenance men?

A It can be, yes.

Q And how many maintenance men would Network Infrastructure employ?

A Once again, maintenance men is a title within the jurisdiction of Local 15 of the operating engineers. And it's not the only title you may have or assigned tasks that they may incur. You can be a -- a Local 15 man can be a backhoe operator on one day, a roller operator on another day, a maintenance man on another day, a maintenance man associated with welding on a different day, or a maintenance man performing plastic fusion on a different day. So we don't necessarily count them as a fuser.

Q That makes sense. Thank you. What about dump truck drivers, approximately how many dump truck drivers do you have?

P. CLARKE

A We predominantly subcontract most to the dump truck work out.

Q We mentioned safety managers. Do you have one safety manager?

A We have, for the relevant time period, one director of safety and two managers.

Q What is the name of the director of safety?

A Brian McMorrow.

Q And it have the two safety managers worked under Brian McMorrow throughout the relevant time period?

A Yes.

Q What are their names?

A Ed Henne, Edward Henne, H-E-N-N-E, and Sony Bui, S-O-N-Y B-U-I.

Q And you employ flag people?

A No. We employ 731 laborers, some of which, just like the operating engineers, it can fall within their realm of activities.

Q And you've subcontracted flag people?

A In the past, we have, yes.

Q Do you have individuals who work in the yard in each of the -- each of the yards that Network Infrastructure maintains?

MR. GRIMMETT: Objection.

THE WITNESS: We have individuals that are yard men or associated to that task that may bounce between yards as conditions warrant.

BY MR. PELTON:

Q Do you know approximately how many yard men you employ?

A Six.

Q You said that you have a human resources department. Who is the human resources manager?

A Steven LaValley, L-A-V-A-L-L-E-Y.

Q L-A-V-A-L-L --

A E-Y.

Q And how long has Steven been in charge of human resources?

A In excess of ten years.

P. CLARKE

Q And you said that there's a payroll department. How many people work in payroll?
A One.
Q And and who is that person?
A Joe Randazzo, R-A-N-D-A-Z-Z-O.
Q And has Joe been with Network Infrastructure from December 2017 through the present?
A No.
Q How long has he been there?
A I'd have to check.
Q Do you think it's more than five years?
A No. No.
Q More than two years.
A More than one year. Yeah. More than -- approximately one year.
Q Before Joe, do you -- do you recall who was working in payroll?
A I'm having a hard time recalling his name. Just give me a second. I can't seem to recall his name at the moment.
Q Okay. If it comes to you,

P. CLARKE

please let me know, and we'll leave a blank in the transcript for his name. Was it typical that the work of Network Infrastructure was performed by a crew of employees?

A Yes.

Q Typically, what groups of -- typically how many people were on a crew?

A That fluctuates based on the activity they were performing.

Q How so?

A Well, it would vary from as little as 2 people to 15 depending on the tasks they were performing.

Q What would be a typical two-person crew be working on?

A Minor miscellaneous repair work.

Q Testing?

A Possibly. Simple tasks.

Q And a 15-person crew would be a much larger job?

A Yes.

Q What type of work would be a 15-person crew?

A Could be installing a transmission main.

Q And are there typical crew sizes? That 2 is the smallest, 15 is on the -- on the large. What's the size of a typical crew?

MR. GRIMMETT: Objection.

THE WITNESS: You'd have to be more specific as to the activity they were performing. Typical size crew doing service work may consist of three to four people. A typical crew doing main work could be anywhere from 4 people to 15 people.

BY MR. PELTON:

Q And telecom work?

A Telecom work was more consistent in the work that we performed. It was probably about five people on a crew.

Q And typically who makes up a crew?

A Well, there's a crew leader, who we'll call the foreman, who may be represented by any number of the above-

P. CLARKE

mentioned unions that we already went through. Could be an operating engineer, laborer. We went through all this before. There's -- could be from two people who are two laborers to two operating engineers to any combination of the above.

Q And when a crew would go out, what -- I appreciate it depends on the work. Let's go back. For your work for Con Ed, would it be fair to say that 80 percent of the work is construction work?

MR. GRIMMETT: Objection.

THE WITNESS: Define construction work.

BY MR. PELTON:

Q You were saying it's replacing cast iron or steel pipes, excavating, and installation of new gas --

A I think it's all construction work.

THE REPORTER: I'm sorry. Just -- just let him finish the question real quick.

Mr. Pelton?

P. CLARKE

BY MR. PELTON:

Q You were saying you think all of the work is construction work?

A I consider all of the work as a contractor to be construction work, yes.

Q That's fair to say. Can you estimate to me the work that Network Infrastructure did for Con Edison, what percentage of the work is maintenance, what percent is repair, what percent is other?

MR. GRIMMETT: Objection.

THE WITNESS: I would have no idea how to answer that question. I'd have to research that and look that up.

BY MR. PELTON:

Q Sitting here today, what's the majority of the work that Network Infrastructure would do for Con Edison?

MR. GRIMMETT: Objection.

THE WITNESS: I don't know. When you say majority, do you mean by volume in dollars, do you mean by manpower, in -- in man hours? What -- what do you mean?

P. CLARKE

BY MR. PELTON:

Q I would assume that they would line up relatively similar, but I could be wrong. I would think by man hours?

A I don't have that -- that breakdown available to me at this time.

Q Okay. When crews went out to perform gas work, what equipment would they typically utilize?

A I hate to be redundant, but it depends on what the crew is set up and -- to do, what job they had that day.

Q Okay.

A Equipment requirements would vary just as the manpower requirements would vary.

Q Do crews typically take a box truck out?

A A service crew or a main crew would typically take a box truck out, yes.

Q You referred to it as a main crew. What is a main crew?

A A main crew would be a group of individuals tasked with activities

P. CLARKE

revolving installing a main in the roadway.

Q So there's service crews, there's main crews, and then there's also minor repair crews?

A All or miscellaneous.

Q Are there any other types of crews?

A There are transmission crews.

Q What are transmission crews?

A Transmission crews predominantly work on larger diameter, extra high-pressure gas mains.

Q Is that the most sophisticated of the crews?

A Probably.

Q Other than the service crews, main crews, transmission crews, and miscellaneous crews, are there any other types of crews that typically go out?

A Telecommunication underground crews, telecommunication duct bank crews, manhole crews, electric distribution crews, electrical transmission crews.

P. CLARKE

Q Anything else that you can think of?

A We've done a lot of work over the years. There's -- there could be an infinite list of different types of crews that we put out.

Q Is the electrical distribution and transmission also for Con Edison?

A Yes.

Q And that's a small minority of the -- of the overall work for Con Edison?

A To date, it has been, yes.

Q You said on telecom crews, it's typically about five people?

A If -- a telecom underground crew, yes.

Q What about a telecom duct bank crew?

A Six to seven people.

Q What are telecom duct bank crews doing?

A Very similar to what a gas main crew does. They install, instead of a gas main, telephone ducts.

P. CLARKE

Q So they're doing the main -- the main pipelines for the telecom, and then the telecom underground crew does the smaller branches off of it?

A Not necessarily. The telephone underground crew could be placing fiber optic cable or installing interduct into the main line pipes.

Q Okay. But the duct bank crew is generally a larger operation?

A Yes.

Q And what is the work of a manhole crew?

A It's specialized work where existing manholes may be partially demolished and reformed or reconfigured. The same skillset goes along with building new manholes from scratch and placing or rigging in or dropping new precast manholes.

Q So as the manholes get beaten up and fall out of repair, they need to be -- they need to be repaired or replaced, and the manhole crew does work for Con Edison

P. CLARKE

to repair and replace the manholes?
A Once again, these crews are not all unique. They're comprised of the same basic components as all crews are, which are the basic building blocks of operating engineers, laborers, et cetera.
Q A crew leader, operating engineer, one or two laborer, one or two -- who else typically makes up a crew?
A We've been through this. Carpenters. There's a -- there's a number of people. Like, depending on the job, depending on the activities, depending on the tasks, it can vary. Mainly that's driven by the collective bargaining agreements, which each union claims jurisdiction for certain functions or certain work, in which case those particular individuals have to be represented on those crews.
Q And if you're doing -- if you're signing on a main crew, they would typically have a box truck; correct?
A Yes.

P. CLARKE

Q Would they typically have an excavator?

A A backhoe or an excavator or both.

Q What's the difference between a backhoe and an excavator?

A A backhoe -- actually, it's subjective. It's a -- it's a -- a term that can mean different things for different people. For us, a backhoe is a what's considered a backhoe loader, namely a CAT 450, which has a shovel or a bucket in the front and an excavation bucket in the rear, as opposed to an excavator, which is usually a machine that can spin 360 degrees and is used simply to excavate material and place it into a truck.

Q Thank you. And typically, there's a backhoe or excavator on a crew. Does someone typically drive a pickup truck on the crew?

A It depends, once again, on the crew. Oftentimes, the foreman has his own pickup.

P. CLARKE

Q Is that a company-issued pickup?
A Some of them are.
Q Do most foremen have company-issued pickups?
A Most. I think that's varied over time.
Q Okay. And what about trailers, are there fusing trailers or other trailers that are utilized?
A That's a function of time as well. We've been tending to stay away from trailers and keep everything in enclosed vehicles. It's been -- it's been a safety recommendation for a while now that we just migrate that way. Trailers are problematic in a lot of different ways.
Q So fusing equipment and -- is contained in the box truck?
A In certain specific outfitted box trucks, yes.
Q I think you testified that Network maintains three yards?
A Currently.

P. CLARKE

Q During the relevant time period, has that changed?

A We had -- we had other facilities as well, job-specific, depending on certain time periods and locations.

Q That makes sense. If you have a big job in a certain area, you'd pick up a specific site for that work?

A Yes.

Q Okay. But you currently have the main office in Hempstead, New York?

A That's correct.

Q And you have a yard at the Hempstead location?

A Yes.

Q Of the approximately 120 employees, do you know approximately how many work out of the Hempstead yard?

A That completely varies with time.

Q What about the, I'm sorry, the 1085 Close Avenue, Bronx yard?

A How many people work out of

there?

Q Yeah.

A It varies with time, but I'll estimate that to be, on average, 50.

Q And what about the Steinway Street location?

A Steinway is mainly a office, not really a yard, although it does now have a garage associated to it. The larger projects typically are run in the field because they're so big or large in footprint. The -- the job site itself is its own yard.

Q And is there a Pelham yard, or was there a Pelham yard?

A We did have a Pelham yard, yes. Four --

Q Do you recall?

A I believe it was addressed 4 Canal Street in Pelham, New York.

Q And who oversees the Bronx yard?

A A number of people, project managers who are assigned to jobs or that were dispatched out of the Bronx,

P. CLARKE

superintendents who were awarded work or were working out of the Bronx yard. It would vary.

Q And the same would be said for the Hempstead yard project managers and superintendents who oversee the Hempstead yard?

A Yeah.

MR. PELTON: We've been going for a little over an hour. Why don't we take a five-minute or so break, just meet back. It can be a couple more minutes if -- five minutes work for you? Or do you need ten?

MR. GRIMMETT: Yeah.

THE WITNESS: Ten is even better.

MR. GRIMMETT: Yeah.

MR. PELTON: Let's do ten. Let's meet back at 10:15.

THE WITNESS: You got it.

THE REPORTER: All right. It is now -- okay. It is -- sounds good. It is now 10:06 a.m. We are off the record.

(Off the record.)

THE REPORTER: It's 10:17 a.m. We're

P. CLARKE

back on the record.

MR. PELTON: Thank you.

BY MR. PELTON:

Q Mr. Clarke, did you speak with anyone regarding the subject matter of your testimony during the break?

A No.

Q And is there anything that you've testified to that you'd like to change, amend, clarify?

A No.

Q For the gas and telecom work, are there certain certifications that need to be maintained by Network Infrastructure employees?

A Yes.

Q And what sort of certifications must a laborer maintain to work on Con Edison gas projects?

A It's task-oriented. So the basic tasks would be considered just general information and knowledge. They call it task -- I'm not going to get into that now, but there are two very basic

tasks: to be aware of the properties of natural gas, what the hazards of that would incur or be, and the general safety stuff that is inherent with almost any construction position.

Q So there is a safety focus that's focused on natural gas specifically, and then there's overall construction safety?

A Yes.

Q And what sort of program or certifications are required of laborers working on Con Edison gas projects relating to these safety situations?

A There was -- once again, it's task dependent. But there are general knowledge or general overall contractual requirements that Con Edison mandates that employees are aware of. For example, the rules we live by, statute that they follow, which are a number of different rules that, you know, they're life safety issue situations.

Q And --

P. CLARKE

A You understand that you can't -- you know, that if you breach those, that it's, you know, a major, major issue.

Q And how is it that Network Infrastructure employees are made aware of these task-oriented safety protocols?

A Twofold. One, in the dispatch from their unions, each employee, his respective union would have a working relationship with Con Edison and their training staffs to provide union-provided training. That's step one. Step two, Network provides ancillary training to the extent it's not provided by the union or remedial training in the case of those who have been identified as requiring it by a project manager or superintendent or a utility inspector.

Q Are there certain certifications that must be maintained?

A I don't know if certification is the right word, but certain qualifications need to be maintained. And obviously, if -- if it's a certification, if an

P. CLARKE

operating engineer is operating a crane in the city limits, then he is a certified crane operator and needs a special license for that.

Q What sort of qualifications are required?

A With regards to what?

Q My understanding is that everybody on job sites need to have, what is it, OSHA 30s?

A I think that's in all construction.

Q Are there gas certifications that also need to be maintained or certain tests that need to be taken satisfactorily in order to work on the Con Edison projects?

A Yes. Once again, it's a task-driven process where individuals need to be qualified to perform certain tasks. Those tasks may be under the jurisdiction of the, what we'll call, the Northeast Gas Association or the operator qualification rule. That's a federal requirement that

P. CLARKE

utility companies actually have a program to qualify individuals to perform certain tasks. Those individuals need to demonstrate their knowledge, skill, and ability to perform such tasks. And they are normally renewed periodically from one-year to five-year terms.

Q And what is the process in which a person would renew such qualification?

A I just want to call a distinction out. There's initial qualifications, and then there are renewal qualifications. Initial qualifications require that the individual have some sort of training, typically provided by the Union hall, which is their predominantly approved method of doing it. They can also get trained -- used to be able to get trained at the Con Edison School, a learning center.

Re-qualifications and remedial training could happen at the contractor facility, provided that the contractor facility has been approved by Con Edison

P. CLARKE

to provide such remedial training or additional training. And then there is continuous education almost, for lack of a better term, with regards to what they call DOJ IT or on-the-job training modules that Con Edison will present to the workforce occasionally or have the contractor provide that additional awareness or training individually.

Q And is Con Edison -- or I'm sorry, is Network of -- approved by Con Edison to do renewals?

A I'm sorry. I -- I -- you said something I didn't quite understand.

Q I'm sorry. Is Network Infrastructure approved to do the contractor approvals or contractor trainings?

A Network Infrastructure is approved to do certain trainings by certain qualified individuals or instructors at Network.

Q So some you're able to do in-house and others you would need to bring

P. CLARKE

in other people, or the Network employees would have to go out to Con Edison or somewhere else, their union, to do the trainings??

A Generally speaking, that's true, yes.

Q And what are the typical types of trainings or the names of these trainings?

A I -- that's an extremely broad question.

Q Okay.

A They are probably somewhere to the tune of 132 tasks that an individual may be subject to qualifying on to perform natural gas work.

Q And depending on the expertise of the person and the specialized skill, it depends on how many of these tasks they actually have to test through and prove their competency?

A That would be correct.

Q Does Network Infrastructure maintain a weekly safety meeting program?

P. CLARKE

A Yes.

Q And can you explain to me what happens at safety meetings?

A Sure. Safety meetings is a forum where Network shares current information regarding Con Edison changes, rules, requirements, general safety protocols. Particularly, it's the opportunity to share lessons learned with the employees that have been shared with Network from other parts of the industry and/or Con Edison directly. It's an opportunity to share and learn from, you know, other people's mistakes and to review protocols to ensure that everybody's up to speed, that we can provide the, you know, the -- the safety culture to ensure that everybody goes home safely every day.

Q And obviously, Network Infrastructure takes safety very importantly?

A No doubt.

Q Does Brian McMorrow typically

P. CLARKE

lead the safety meetings or someone else?
A It varies. Brian typically did run most of the safety meetings, but you'd also have Ed Ruszkowski, who was employee development, ensuring that information from the DO, the Con Edison prepared training memorandum, was distributed. Ed would also do the one-on-one trainings for individuals that didn't make it to the safety meetings. He would ensure that everybody got -- got up to speed, and he would also do the web ones or the -- the trainings that were available to be shared via Teams or Zoom with other employees.
Q Were the safety meetings typically held once a week?
A Typically.
Q Any specific day, on a Wednesday, on a Thursday?
A It would vary by location, job, contract.
Q And were the meetings typically 45 minutes long, an hour long? How long were the meetings typically?

P. CLARKE

A They would vary. I would say probably from 20 minutes to 40 minutes.

Q And what time did the meetings typically take place?

A Well, it varied. It -- it depended on the yard, it would depend on the contract, and sometimes the meetings were done, like I said, via Zoom or in person with those that didn't make the -- the actual meeting.

Q Does Network Infrastructure maintain lists of individuals who drove vehicles for the company?

A We maintained a qualified driver list, because in order to drive a vehicle, you had to be qualified to drive it first. So I guess that would be the list you're talking about.

Q And are there certain inspections that need to be performed on vehicles and equipment before it goes out each day?

A It's Network's policy that a pre -- well, it's not just Networks. There's

P. CLARKE

a pre-trip inspection protocol that we follow.

Q And could you walk me through the pre-trip inspection protocol?

A Sure. Basically, whether it's a mobile piece of machinery, like a backhoe or a -- a truck of any sort, prior to that truck leaving the facility each day, it needs to be inspected. Tablet-based or a phone app is utilized to perform that inspection. It's basically running through a checklist that enables the driver or inspector to check various criteria to ensure that the truck is ready for transport or to be on the road. If there is anything that needs to be addressed, that would be done so with the on-site mechanic.

Q Do you know how long Network's been using a tablet or phone app to do this?

A Quite some time. I don't know -- I don't recall exactly when it was implemented.

P. CLARKE

Q Do you know the name of the tablet or phone app to run through the checklist?

A I think it's the -- actually, I don't recall. Probably the Network truck inspection.

THE REPORTER: Sorry. Just repeat that?

THE WITNESS: Probably it's called the Network truck inspection or machine inspection app.

BY MR. PELTON:

Q And do you know what happens to the data collecting -- collected from that inspection?

A It gets uploaded and stored, and most likely, reviewed by the fleet manager.

Q And to the extent that you know, can you walk me through the steps of a -- of a fleet inspection or a pre-trip inspection?

A It would consist of, at a minimum, a walk around the vehicle to

P. CLARKE

ensure that its tires are pressurized, that its windshield wipers are on, that its directional -- the directional signals operate, that its brake lights are operable, headlights operable, basic -- basic safety requirements.

Q And how did Network Infrastructure keep track of employees' time spent working for the company?

A Time would be -- the timekeeper for Network is usually the foreman of a job. Foremen have tablets that they utilize to record the start/finish time for each employee as well as the relevant machinery dispatched to a project, materials used, type of work performed, other things, including an associated job brief to address specific hazards of a project of a job. I believe that answered your question.

Q How do the foreman know what tools, equipment, and material need -- are needed each day on a job?

A It's their job to know what they

P. CLARKE

need every day.

Q That's a good response. And do they look at the job ticket or -- and just looking at the information as to their job for the day, they're expected to know what sort of materials they would need?

A Absolutely. The -- a -- a foreman, most of this work is, even though there's a lot of different activities that happen, it's fairly standard. They know exactly what they need, you know. Something can always come out of the ordinary, but they know what they need.

Q When did the foremen receive the job briefing for the next day?

A It could be in the afternoon or in the morning, depending on the foreman's preference. Also, it depends on whether he is going back to the same location that he was on the day before.

Q And when doing Con Ed gas main work, what are the typical materials that are needed on the jobs?

A That's a very broad question as

P. CLARKE

well. It depends on the job, the size of the job, type of pipe we're putting in. Con Edison drop ships materials directly to job sites where we maintain a storage area, oftentimes on a main job. Like I said, your question's a little -- a little overly broad on that.

Q I've heard a lot about couplers or coupling materials. Do you know anything about coupling devices?

A Coupling devices? Are you referring to, what, a fusing machine?

Q I don't think so.

A Coupling -- there's couplings. There's --

Q Yes.

A Go ahead.

Q What's a coupling?

A Couplings are used to put pipe together.

Q Are they used with plastic pipe or just with metal pipe?

A There's a lot of different types of couplings. There are plastic

P. CLARKE

couplings, there are steel couplings, there are service couplings.

Q And is that one item that would need to be brought to a job site oftentimes?

A The box trucks are outfitted with a -- well, each foreman does his truck differently, but foremen will outfit their trucks with certain materials that they know that they need for their job function.

Q So that's what I'm asking you. What are the typical materials that would be on a box truck?

A It would vary by foreman and by task, but would include everything from couplings, tools, in some cases pipe, marker balls, warning tape, tracer wire, protection plate, and other consumables.

Q What's a marker ball?

A A marker ball is a -- a plastic ball about the size of a softball that is dropped in a -- or actually wire zip-tied to a main that enables that main to be

P. CLARKE

located by electronic devices once it's buried.

Q So it's just zip-tied to the outside of a main?

A Correct.

Q Interesting. What's a tracer wire?

A Tracer wire is a copper wire that's insulated, that's run alongside of a plastic gas main in order for that main to be located in the future by utility locators.

Q Smart. Warning tape is the caution tape that goes up around a job site?

A Correct. Or -- or the buried tape that gets placed approximately 12 inches over a plastic or steel gas main in the ground where it's buried.

Q Interesting. So there's a heavy-duty plastic tape that is above just to make sure that people don't accidentally hit it?

A Yes.

P. CLARKE

Q A protection plate, is that a big steel plate that covers an excavation?

A No. It's a small plate approximately -- well, there are various sizes, but they're meant to be placed over a gas main in locations where the gas main was installed without full cover, required cover. It's a mitigation that's required when a gas main is less than 24 inches from the surface.

Q It protects the gas line for future excavations as well?

A That's correct.

Q Other consumables, are there other items that Con Ed -- or that Network Infrastructure bills Con Edison for that are typically used on these crews?

A Your distinction on -- you're losing me what the bill is for.

Q Well, I guess that's -- okay. Other consumables, what other consumables would be utilized?

A Well, all crew trucks would consist of a burn blanket, fire

P. CLARKE

extinguisher, first aid kit, various PPE that may be required for the crew, fresh -- in certain cases, fresh air equipment, fire retardant suits, hoods, masks, kV -- high voltage gloves and gauntlets, respirators to name a few.

Q You said that Steven LaValley has been your human resources officer for over ten years; correct?

A That's correct.

Q Has the manner in which employee time has been maintained remained the same over the past ten years?

MR. GRIMMETT: Objection.

THE WITNESS: It's always been tablet-based. The technology, obviously, has adapted or gotten better over the years, but the general premise has not really changed.

BY MR. PELTON:

Q What is the general premise?

A That a foreman submits his time in some electronic or tablet-based system to our office for timekeeping purposes.

P. CLARKE

Q And is it typical day an eight-hour day?

A Well, that depends on the collective bargaining agreement that the employee is covered by. Most unions do regulate their day as a eight-hour day.

Q Are there any that you work with that specify something other than an eight-hour day?

A In certain shift scenarios, a seven-and-a-half-hour day is utilized, and in other scenarios with the carpenters, it could be a seven-hour day.

Q And when does the day start for timekeeping purposes?

A It varies depending on the job location and type of work. It could be at night. Jobs are often regulated or determined by the permit stipulations that are given by the City of New York. Certain projects can only be performed at night. Certain projects can only be performed during certain working hours during the day, and certain projects can

P. CLARKE

only be done on the weekends and weekends only. So as I said, there's no set time.

Q Is there a way in which employees can clock in when they get to a yard in the morning or at the start of their shift?

A Employees don't clock in per se. They report to their foreman, who records their start time.

Q They report to their foreman, who then would instruct them what tools and materials are needed on the job and where to go for the day?

MR. GRIMMETT: Objection.

THE WITNESS: Let's -- let's rewind that a little bit because it was slightly confusing to me. Can you repeat that again?

BY MR. PELTON:

Q You say that the employees do not clock in. They simply report to their foreman?

A They report their time to their foreman. In other words, the foreman is

P. CLARKE

responsible to record all the aspects of his project or his job. Each individual employee that works for the foreman has his time recorded. Whether they -- whether they start with him on the job site or wherever he starts, or whether they report it from elsewhere, depending on where he instructed them to start and what he instructed them to do for that particular day. If that -- if you can follow that.

Q So do some employees start at the yard, some at the job site, and possibly others at the office or a Con Ed location?

A That's quite possible. Depending on what they were informed to do by the foreman, he can plan -- or the superintendent -- he can plan his day any which way he sees fit.

Q What time do the yards open each morning?

A Well, that's a function of the yard and a function of whatever activities

P. CLARKE

are working out of that particular yard.

Q Is there any general sense as to when the yards open in the morning?

MR. GRIMMETT: Objection.

THE WITNESS: It is variable, and it depends on the yard, the work at hand at that time, which contracts are being worked out of that yard, and what the crew, you know -- what the crew schedules are for that particular day. Is there a general number? The Hempstead yard may not open on certain days if there were no crews going out of the Hempstead yard. The people would have been dispatched to the Bronx or to Queens or to wherever. So as far as the general time, you know, I would say most -- I have to say my answer, it -- it varies.

BY MR. PELTON:

Q Okay. And how are the box trucks and excavators fueled up?

A That would also depend on the yard.

Q Is that typically a task of the

P. CLARKE

operator?

A To fuel a machine, yes, that is a task of the operator. He's responsible for knowing what his fuel is in the machine, where he is going, what he needs to do, and when to refuel.

Q And does Network Infrastructure typically have its own fuel facilities at its yards, or do you issue gas cards or something else such that operators use gas stations?

A Operators can use gas stations. Network does maintain a fuel fleet card. Certain machines may be fueled from Network superintendents or Network pickup trucks that are designed to carry fuel to refuel machines when need be. And they may be dispatched to a gas station from a location during the course of a day. It all depends on -- on the operator and on the foreman of that crew.

Q Are excavators or backhoes typically returned to the yard at the end of the night?

P. CLARKE

A Actually, no. Typically, excavators and backhoes are left on location.

Q Has that changed over the course of the class period?

MR. GRIMMETT: Objection. Can you define the class period?

BY MR. PELTON:

Q I'm sorry. The relevant time period, the December 2, 2017, to the present?

A I don't think that there's one set generalization that can be made on that. I mean, it just makes common sense that if you're going to be at a same location, you leave the machine on location. It's too costly. There's too much wear and tear to be driving them all over the place.

However, there are times where if you're finished at a certain location, a machine may be returned to the yard, or it may be picked up with a -- with a Low boy, which is a truck meant to move

P. CLARKE

machinery. There's a number of variable factors. But no, we typically don't want to drive backhoes all over the place and bring them back to the yard every day.

Q But if a job is close to the yard, they may do so, or if the job is finished, they would do so.

A If the operator elects to do that, we -- there'll be no objection to that.

Q And then the box trucks do get returned back every night?

A I would say yes. They generally do return back to a yard. It may not be the same yard, but generally yes, they do get returned back to a yard every night or afternoon depending on what time.

Q Why would a box truck go to a different yard?

A Sometimes, and it's rare, but sometimes a crew is moved from one contract to another where the muster area or the geographical proximity for that crew will be at a different location other

P. CLARKE

than where it had been working. And there will be times when that crew gets transitioned, let's say from the Bronx to Westchester when we had the Canal Street yard. There could be a day where you leave the Bronx, and you leave it in Canal Street, and then from that day forward, you work from Canal Street into a Westchester contract where the machine or maybe left on location.

Q So you may not know the answer, but do you know if the box truck is moved from, let's say Bronx to Westchester, does the operator get paid to get back to the initial location?

A Yes. Any -- any -- in situations where that happens, I believe, you know, the foreman would have to drive him back or somebody would have to drive him back to wherever his car was where he started his day. That's common for the Teamsters. It's actually in the collective bargaining agreement. It's common with the operating engineer. It's

P. CLARKE

common with -- it's covered in all the CBA, I believe.

THE REPORTER: I'm sorry. It's common in -- the last?

THE WITNESS: It's --

THE REPORTER: The -- just the last, what you said at the very end.

MR. PELTON: I think he said it's covered in the CBA.

THE WITNESS: That's correct.

THE REPORTER: Thank you.

BY MR. PELTON:

Q And how are foremen trained in timekeeping? I guess backup. Do foremen receive training as to how to keep track of employee time?

A Yes. It's not very complicated. It's very self-intuitive. Most people can use a tablet these days, and the format is very straightforward. But Mr. LaValley would be most likely the individual that provided that training to anybody that was issued a tablet.

Q How do foremen make sure that

P. CLARKE

they include all hours worked of all of their team members?

A Well, their team members directly report to them. So the foreman issues the orders to their -- to his crew, instructs them where to go and what time to start, what to do when they get there or whatever the case may be. And then he also records the time of what he told them to do, when to do it. And I guess there's a constant feedback there from day to day. You know, I can't testify to it, but I'm sure that they communicate some way or another whether it's text, phone call, or whatever to coordinate on a daily basis.

Q Does the Network Infrastructure fleet have GPS?

A Yes.

Q And what type of GPS system is utilized on the fleet?

A Do you mean what vendor provides the service?

Q Correct.

A I believe it is called GPS One

P. CLARKE

Step or One Stop. I'm not quite sure.

Q And from the system, you're able to see the times in which a vehicle's turned on and turned off and the locations where that takes place?

A There's a pretty extensive number of data points that the system processes. I don't know all of them.

Q And is it a web-based system?

A Yes.

Q Is it your understanding that it's been utilized from December 2017 through the present?

A I think so. I'm not sure.

Q Who at Network Infrastructure has the most experience utilizing the GPS system?

A Steve LaValley. Steve -- Steve LaValley has knowledge of the system, as Steve kind of also serves the function of IT coordinator. Steve Morello, fleet manager, uses the system regularly, and Joe Randazzo with payroll uses the system regularly. And I believe Liam Rockensies

[ph] uses the system as well.

Q The last name, I don't -- could you repeat that?

A Liam, L-I-A-M, Rockensies, R-O-C-K-E-N-S-I-E-S, [ph] I believe.

Q Who is Liam Rockensies [ph]?

A He's in the accounting department.

Q And what types of equipment have GPS equipment on it?

A Virtually almost all mobile equipment, backhoe and trucks.

Q Are laborers required to report to a yard each morning, or do they go directly to the job site?

A Laborers, or your first question --

MR. GRIMMETT: Hold on. I'm just going to -- I think there was a question and an answer, and then it was kind of jumbled, so I don't know if you want to just start over.

BY MR. PELTON:

Q Sure. You say that -- I believe

P. CLARKE

you said that oftentimes it depends on the situation or it depends on the foreman, but are there times when a laborer is asked by their foreman to report to the yard in the morning?

A Very well could be, yes.

Q Are there times when a laborer may be asked to report directly to a job site?

A Yes.

Q Are there times when a laborer would be required to report to a yard for a safety meeting?

A Laborers would always be told when the safety meetings are, but our safety meetings aren't mandatory.

Q If a safety meeting's not mandatory, how does the worker get the training?

A I -- as I referenced before, Ed Ruszkowski, employee development, the safety team, and/or project managers would provide that training either one-on-one later on or through a Zoom call with

P. CLARKE

multiple guys that may have missed a meeting or on the job site directly by Ed Ruszkowski or Ed Henne or Sony Bui.

Q If a laborer was required to report to the yard, would all of the -- all of the yard time be included in hours worked?

A Yes.

Q And would it be fair to say that there are instances where a laborer would be required to report to the yard to help load tools and materials into the box truck?

A There could be a -- yes.

Q What you said, it seemed like you were starting to say there'd be a number of reasons or instances?

A Well, the foreman would have a reason for sending him to the yard for something special. So I mean, typically there are yard people in the yard to facilitate whatever the foreman needs. But if the foreman, for some reason, wanted or directed an individual to come

P. CLARKE

to the yard to perform a task, that would be part of the foreman's job, and he would take care of that.

Q Okay.

A -- I guess.

THE REPORTER: What -- what was that last part you said? It cut out.

THE WITNESS: I'm sorry. I said the foreman would do it for a reason.

THE REPORTER: Okay.

BY MR. PELTON:

Q And when our court reporter asks you to restate something, it's -- he's simply asking for the restatement of it. He's not -- he's typically not asking for further explanation. You've been doing a great job with that. Do the laborers who are required to report to the yard and drivers get paid for drive time?

MR. GRIMMETT: Objection.

THE WITNESS: I'm not sure I -- it's kind of a compound question 'cause you're asking about two different things.

//

P. CLARKE

BY MR. PELTON:

Q I'll split it up. If a laborer is required to report to the yard, is he or she compensated for drive time out to the job site?

A Yes.

Q And what about a driver, are drivers compensated for the time they spend driving equipment out to job sites?

A You're -- I'm confused again. You asked -- the first question was laborer; correct?

Q Correct.

A The laborer is typically the guy who's driving the truck to the job site.

Q Okay. Are there times where additional individuals, not just the person driving but somebody else, is asked to come to the yard?

A Once again, I believe that would be very infrequent, but it's totally within the parameters of a foreman to have somebody, for whatever reason that might be, to go to the yard to do something. I

P. CLARKE

-- I think it's very infrequent.
Q Okay. And then, many of the people who drive the trucks are laborer drivers?
A Typically, the guys that drive trucks are members of locals, a laborers' union, typically Local 731.
Q And they would show up on the driver list?
A Correct.
Q And Network would make sure that they have a valid license. Do they have to have commercial licenses?
A It depends on the vehicle, but no. If -- if the truck is over a certain -- well, it's by DMV rules. Certain require commercial licenses, and most don't actually. But they do require that they go through our qualification program regardless, in which case we pull a LENS. Well, it's a license event notification system with New York State DMV, they're monitored, qualified from time to time to drive a vehicle.

P. CLARKE

Q And are the people who drive these vehicles automatically given any extra time for their shifts, or they just report the start and end times to their foreman?

MR. GRIMMETT: Objection.

THE WITNESS: Actually, the answer is both to your -- to your question. A laborer who is assigned to drive a truck receives a half hour every day for driving that truck above and beyond his crewmates, which is -- which is a distinction because he still gets paid from the time that he starts to the time that he finishes, and he gets an extra half an hour. If the crew works on a certain day from, let's say 7 a.m. to one o'clock in the afternoon, and the day is done, and he reports back to the yard with that vehicle, it's less than eight hours. He still gets eight hours, and he would still get the half hour overtime if that is clear.

//

P. CLARKE

BY MR. PELTON:

Q Do foremen also get any extra pay, or do they generally just get the eight hours?

A No. They typically get an hour.

Q So foremen typically get eight hours plus an extra hour each day?

A Yes.

Q And do the foremen have to do paperwork showing the work that was performed each day?

A Well, they have their tablet, which is part of their job function. The tablet records their activities.

Q Do the foreman need to map out on the tablet or anywhere else the actual work performed each day in a diagram view?

A That would -- that would vary substantially depending on the crew, depending on the type of work being performed, and whether or not there were draftsmen associated to that particular project who would do that for him.

Q Where does a foreman typically

P. CLARKE

start his or her day?

A It would depend on the project that he's working on. It could start at his -- at a local yard, or it could start on the job site.

Q What time do the foremen typically get to a yard?

A I think, once again, depends on the yard. It depends on the job, and it depends on the permits.

Q Do the foremen who have company-issued trucks take the trucks home with them?

A Yes,

Q But the foremen also will go to the yard to get materials needed for the job and the job specifications?

A I think foremen, depending on, once again, the contract he's on, the work that he's doing, would definitely report to the -- to an office at some point to see his project manager to pick up packages or drop packages off or any number of things, once again, depending on

P. CLARKE

the size and magnitude and type of job and contract that he's on.

Q How often does the foreman typically see the project manager? Is that a daily check-in?

A I would assume yes, that a foreman would see either his project manager or his superintendent on a daily basis.

MR. PELTON: It's 11:20. Why don't we take another ten-minute break?

MR. GRIMMETT: Sounds good.

THE REPORTER: Okay. It is 11:20 a.m. We are off the record.

(Off the record.)

THE REPORTER: Okay. It is now 11:30 a.m. We are back on the record.

MR. PELTON: Thank you.

BY MR. PELTON:

Q Mr. Clarke, did you speak with anyone during the break regarding the subject matter of your testimony?

A No.

Q Is there anything, any of the

P. CLARKE

questions that you've responded to previously today that you'd like to amend or change?

A No.

Q Perfect. You've talked about the tablet system that the foremen utilize to enter job details and time. Do you know what the name of that tablet system -- do you know what it's called?

A We call it Ground Control.

Q And is it a proprietary system just for Network Infrastructure, or is it a commercially available system that numerous contractors utilize?

A No. It's proprietary to Network.

Q Who put it together?

A A team of people including various consultants, and Steve LaValley oversaw the IT piece.

Q And it records the individuals who worked on the job as well as the equipment on the job?

A It records all costs associated

P. CLARKE

to the job as expended, as entered by the foreman of that particular job.

Q It records all costs associated to the job as expended as recorded by the foreman, I believe you said?

A Yes.

Q And most of the Con Edison jobs -- are all the Con Edison jobs, time and equipment -- time and material?

A No.

Q How does that work?

A There are unit price contracts, lump sum contracts, and time material work.

Q Do you do much of emergency work?

A No.

Q What projects are unit price?

A Mains and services projects associated with various we call them MSAs or multiple year service agreements.

Q MSAs are multiple service agreements?

A That's one way of coin it or a

P. CLARKE

BPA, a blanket purchase agreement.

Q And how is employee time paid by Con Edison to Network Infrastructure on unit price projects?

A It's included with the unit price. It's not paid separately.

Q So do they pay, essentially, based on how many feet of pipe is replaced or something of that sort?

A Yes. With certain caveats regarding permit stipulations and/or extra work, which may consist of time and material work directly attributed to labor and equipment on a job site.

Q Is it fair to say that most of the Network Infrastructure work is unit price work?

A It's fair.

Q So absent a change order, the labor is included in how much you get paid by Con Edison?

A I don't believe that a change order is required to -- to establish the revenue there or that revenue mix. I

P. CLARKE

believe that the contract includes both items of work that are paid for on a unit price basis by the foot, as you said, and in addition to that, certain items that are paid on a time and material or time and equipment basis.

Q Your understanding is that most of the labor and and skilled work performed by Network Infrastructure employees on the job is not separately billed?

MR. GRIMMETT: Objection.

THE WITNESS: I'm not -- I -- I don't follow your -- when you say separately billed, I'm -- I'm not getting that.

BY MR. PELTON:

Q You were saying that it's included in the unit billing?

A Listen. There's -- there's three types of jobs. There's lump sum jobs, unit price comp jobs, and time and material jobs. Certain cases, all three types of billing processes may be combined. For example, a -- a lump sum

P. CLARKE

project can have additional units associated with it for item price work. In addition to that, certain functions of that project could have time and material associated to it, which would be billed separately based on that. That's often the case when it comes to additional flagging or any other activity that falls outside of the description of the discrete unit prices and/or lump sum requirements.

Q Does Con Edison pay Network Infrastructure for yard time?

A No.

Q Does Con Edison pay Network Infrastructure for drive time?

A Con Edison pays Network Infrastructure remuneration to cover all the costs associated with performing tasks, which include overhead, supervision, insurances, yards, ancillary materials, you name it.

Q Is there any specific compensation for time it takes for operator drivers to drive to and from the

P. CLARKE

yard to the job site?

MR. GRIMMETT: Objection.

THE WITNESS: It depends on -- so it depends on the -- you're asking a very specific question. So depending on the circumstances, yes. Con Edison may -- may have the obligation to pay for drive time and/or a operator to drive a machine from a yard to a job under certain circumstances.

BY MR. PELTON:

Q What sort of circumstances would that be?

A This is like a hypothetical, I -- let me think. In an emergency response situation, which I've already mentioned is infrequent, Con Edison would typically pay from a certain period of time to mobilize to someplace new. That would include hourly time for what you just described, starting at a yard.

Q But that's not the typical practice?

MR. GRIMMETT: Objection.

P. CLARKE

THE WITNESS: It's a contractual obligation.

BY MR. PELTON:

Q Okay. Does Con Edison require certified payroll?

A Yes.

Q And who prepares the certified payroll?

A Steve LaValley.

Q And essentially, does the certified payroll match the time listed in the Ground Control tablet system?

A Exactly. The same data is used to generate that certified payroll, which is the same data that's transmitted to the payroll company, which is the same data that gets transmitted into the check.

Q Are there any job duties that are required to be performed by driver operators once they bring a box truck back to the yard at the end of the day?

A Once again, as a general statement, no, other than whatever specific instructions a driver or operator

P. CLARKE

was given by his foreman or -- his foreman.

Q They may be required to throw out the trash?

A It's possible.

Q Does Network Infrastructure have any separate yards for backhoes and excavators, or if they do go back to the yard, it's one of the yards that we've been talking about?

MR. GRIMMETT: Objection.

THE WITNESS: To the best of my knowledge, yes. There may be -- well, to the best of my knowledge, yes. They're either left on the job site. You -- you make it sound like there's a -- a third place to go to. They may have, like, used a parking lot or if it's somewhere where they had authorization to park a vehicle overnight or something like that, that could pop into the equation. But that's all I can think of.

BY MR. PELTON:

Q So that could make a lot of

P. CLARKE

sense. Earlier this year, Network Infrastructure was doing work on Broadway in front of my apartment building, and it's a very busy street. The excavator didn't necessarily stay there, but it may have gone to a nearby parking facility or someplace where you'd be able to put it?

MR. GRIMMETT: Objection.

THE WITNESS: Yeah. It could be parked on the -- an adjacent side street.

BY MR. PELTON:

Q And is there anything that the excavator operator would need to do at the end of the day to secure the equipment and make sure that it's okay?

A I don't know the answer to that question.

Q Is there anything that the operator does to try to minimize graffiti damage? I imagine that people damaging the equipment is a real issue. Is there anything that the excavator operator does to try to minimize damage to the equipment?

P. CLARKE

MR. GRIMMETT: Objection.
THE WITNESS: I don't know.
BY MR. PELTON:
Q Who would know?
MR. GRIMMETT: Objection.
THE WITNESS: I don't know what there is to know.
BY MR. PELTON:
Q Okay.
A I -- I'm just not following your -- your question.
Q Do you try to park equipment that's left near a job site in well lit, relatively safe spots?
MR. GRIMMETT: Objection.
THE WITNESS: Well, we don't go search out spots to put them in harm's way. I -- I'm still not following your -- your -- the logic.
BY MR. PELTON:
Q You testified that oftentimes if the job's continuing, the excavator or backhoe is kept, essentially, on site. And I was just wondering if there's some

sort of policy to keep it in the general vicinity, but to have the operator do everything that he or she could do to make sure that it's safe when left overnight?

MR. GRIMMETT: Objection.

THE WITNESS: Well, typically a machine that's going to go on for multiple days and be left overnight like that has a permitted storage area within the realm of the permit that we're allowed to do that work with, which normally allows us to put or occupy a certain length of street alongside the curb with certain fencing, et cetera, in which we would park the machine. If that goes to clear this up for you?

BY MR. PELTON:

Q Absolutely. Thank you. You haven't happened to recall the name of the payroll department lead prior to Joe Randazzo?

A Aiden? It's a very old name. We'll have to come back to it.

Q Okay. You're making progress.

P. CLARKE

Do you know, did he quit, was he fired, did he retire?

A No. He actually took a position in Dallas. I believe it was Dallas.

MR. PELTON: Paul, can I screen share?

THE REPORTER: Sure. One moment. Okay. You're all set.

MR. PELTON: Perfect.

BY MR. PELTON:

Q I'm showing you a copy of the class and collective action complaint, which was filed on July 18, 2024, in this action. I'll scroll down. It's a 19-page document.

MR. PELTON: And, Paul, I'd like to introduce this as Plaintiff's Exhibit 1, P-1.

(Plaintiff Exhibit 1 was marked for identification.)

BY MR. PELTON:

Q Have you seen a copy of this complaint before?

A Yes.

P. CLARKE

Q And looking at paragraph 45, "Pursuant to Defendant's policy, Plaintiff and the collective class members were required to arrive at one of Defendant's yards between approximately 6 a.m. and 6:30 a.m. to perform their regular duties, beginning with receiving their job assignment and loading the defendant's trucks with necessary tools and equipment needed for the day.

"Depending on the location of the given day's work site, Plaintiff and Collective and Class Members typically arrived at the work sites between approximately 7:30 and 8:30 a.m. Plaintiff and the Collective and Class Members then performed their regular manual construction duties at the work sites for approximately eight hours.

"Subsequently, Plaintiff and the Collective and Class Members were required to drive the defendant's truck back to the yard, unload equipment and materials and debris of -- and dispose of debris and

P. CLARKE

garbage from the workday. Plaintiff and the Collective and Class Members typically finish performing these duties between approximately 5:30 and 7 p.m." Do you see that?

A I do.

Q Do you have reason to doubt Plaintiff that he was required to report to the yard at the start of the day, to load the tools with -- to load the truck with materials and then to bring the truck back to the yard at the end of the day?

MR. GRIMMETT: Objection.

THE WITNESS: I have reason to doubt the entire paragraph.

BY MR. PELTON:

Q What makes you doubt the entire paragraph?

A It's broad, it's generalized, and it's just implausible.

Q What part of it's implausible?

A Well, right now in front of me, your screen shows 5:30 to 7 p.m. as a finish time for the plaintiff and

P. CLARKE

collective class members typically finishing their duties. That's implausible.

Q That's later than you think people typically finished at the end of the day?

A Yes.

Q Okay. Paragraph 46, "For those collective and class members who were required to drive one of the defendant's trucks as part of their driver duties, they were required each morning to check the operation of the truck, fill it with gas, load materials, equipment and tools, and to unload these items at the end of the day is;" is that correct?

A Loading a truck with materials, equipment, and tools, and then at the end of the day, unloading it to come back the following day to reload it makes no sense.

Q Paragraph 47, "In addition to the daily work required at the defendant's yards, once per week, typically on Tuesdays or sometimes Wednesdays,

P. CLARKE

Plaintiff and the Collective and Class Members were required to attend a mandatory safety meeting at the yard to which they were assigned. These safety meetings typically lasted between 30 and 45 minutes, and upon information and belief, were required for all construction workers employed by Defendants." Do you see that?

A Yes.

Q Is that correct?

A No.

Q And the reason that's not correct is because the safety meetings were not mandatory?

A That's correct.

Q Are there sign-in sheets for the safety meetings?

A Yes.

Q And does Network Infrastructure maintain the sign-in sheets for the safety meetings?

A We do.

MR. PELTON: Okay. We'd call for the

P. CLARKE

production of the safety meeting sign-in sheets.

MR. GRIMMETT: I'll take it under advisement.

BY MR. PELTON:

Q Moving on paragraph 47, "These safety meetings were uncompensated. Upon information and belief, if one of Defendant's construction workers failed to show up at the weekly safety meeting, they would not be permitted to work that day." Is that correct?

A It's categorically false. I am unaware of, in 25 years of being the president of Network Infrastructure, of any employee being sent home for failing to get to a safety meeting. In fact, we went out of our way to ensure that everybody received the important information that was done at these meetings every week. And oftentimes when those makeup sessions took place, they were during compensated time. So on both cases, that's just incorrect.

P. CLARKE

Q What about drug testing, is there mandatory drug testing?

A There is mandatory drug testing.

Q Is that compensated time, or is that on employees' time?

MR. GRIMMETT: Objection.

THE WITNESS: Pre-employment drug testing, which is a requirement by federal law on natural gas pipeline work, was done prior to their employment. After that, random -- the employees were subject to random drug testing as per PHMSA, which is a federal pipeline safety administration rule. And the -- I guess it's the administrator who runs our drug and alcohol testing program, they randomly selected employees who would be notified and dispatched from their work location while under paid time to have their drug tests performed.

BY MR. PELTON:

Q Looking at paragraph 50, "In addition to their hourly pay for work performed on the work sites, Plaintiff and

P. CLARKE

certain of the Collective and Class Members were paid 30 minutes per day for travel time, which was often paid at one and a half times their regular hourly rates. However, Plaintiff and the Collective and Class Members were required to spend significantly more than 30 minutes per day performing work at the yard and traveling between the yard and job sites, given that they were required to arrive early at the yard and return to the yard after each shift." Do you see that?

A Yeah.

Q Is that paragraph correct?

A It is not.

Q Certain drivers were paid the additional 30 minutes; correct?

A Drivers were paid an additional 30 minutes a day for accepting the responsibility of simply driving a truck for the company. His time should be reported and was reported to his foreman for both his early start and/or if in fact

it happened, a late finish would have been reported to his foreman directly and incorporated onto his tablet, and he would have been paid accordingly.

Q And that would be the time that Network Infrastructure submits on its certified payroll to Con Edison; correct?

A Yes. Yes.

Q So to the extent that a driver is required to go to the yard at 6:30 in the morning to pick up the truck and fuel the truck, that 6:30 start time is the time that would be reported to Con Edison?

MR. GRIMMETT: Objection.

THE WITNESS: It would be the time that was reported for his payroll. And accordingly, because it's on the payroll, it would be what's reported to Con Edison on the certified payroll.

BY MR. PELTON:

Q But doesn't Con Edison -- Con Edison doesn't care about offsite time not on the job site; right?

MR. GRIMMETT: Objection.

P. CLARKE

THE WITNESS: We furnish our work to Con Edison in accordance with the collective bargaining agreements and prevailing wages that are associated with our work. Any work paid to a Network employee on a Con Edison project was paid in accordance with the CBA and reported to the payroll service and is identical to the material that would have been generated for Con Ed for the certified payroll.

BY MR. PELTON:

Q I just want to make sure that it's paid in accordance to state and federal law, in that the employees were getting paid for all hours worked.

MR. GRIMMETT: Objection. I think you're calling for a legal conclusion.

BY MR. PELTON:

Q Did the Network Infrastructure payroll include the correct start time for all of its employees?

A Yes.

Q Were the GPS records utilized to

P. CLARKE

coordinate start time?

A No. I -- I don't understand your question. The start times and end times are directly coming -- directly originate with the foreman who was maintaining the time for his crew. GPS records have nothing to do with the foreman generating the record for a crew member's time.

Q Was Con Edison billed for the extra 30 minutes that drivers were paid?

MR. GRIMMETT: Objection.

THE WITNESS: As a separate line item? I don't understand your question. I -- we went over this before. Con Edison pays us for a product, and we incorporate labor, equipment, materials into the product of a service, and we're compensated for that.

BY MR. PELTON:

Q The certified payroll submitted to Con Edison, did that include the extra 30 minutes for drivers?

A Yes. If they -- if they got

paid, it's included.

Q Prior to the filing of this complaint, did anybody ever complain to you about not getting paid for all hours worked?

A Complaints were received from time to time during the normal course of business, which were all resolved with HR or an individual foremen on a select basis. Overall, there were no specific complaints regarding unpaid drive time or yard time or anything of that nature in 25 years of operating Network Infrastructure.

Q I'm showing a copy of Network Infrastructure, Incorporated website, About Us. Do you recognize this website page?

A I recognize that as a retired page. I don't think that exists anymore. But regardless, I do recognize it as being an older version of a webpage. Yes.

Q Okay. I'd like to mark this as P-2. The About Us: Network Infrastructure, Inc. was founded in 1999

by Patrick Clarke. Today, the company has about a hundred employees and is based in Hempstead, New York. We serve major utility companies operating in New York City's five boroughs as well as Nassau and Suffolk Counties." That all sounds correct; right?

(Plaintiff Exhibit 2 was marked for identification.)

A Well, as of the time this was active and working, yes. If you notice the top of your page, this says a Wayback archive.

Q Yes.

A So it's not a current posting, and it hasn't been a current posting since probably nineteen -- 2016 or 17.

Q The second paragraph down, "The core of our value proposition is our comprehensive approach in unique cross-functionality, whether it's a natural gas, telecommunications, electrical, water, or sewer network, Network Infrastructure meets the challenge with our deep and

P. CLARKE

talented teams -- deep and talented team."

Next paragraph, "Through economies of scale, efficient resource management, geographical proximity, and a focus on cross-functionality, the Network Infrastructure team consistently outperforms the competition. Our customers enjoy unsurpassed satisfaction and value on all projects because we understand their needs, drive innovation, and implement smart systems and controls." Do you see that?

A I do.

Q Would one of the smart systems and controls be the proprietary groundwork system?

A One of many.

Q And is part of the value proposition requiring employees to perform certain work at the yard and drive to job sites but only billing for time worked on the job site?

MR. GRIMMETT: Objection.

THE WITNESS: No.

P. CLARKE

BY MR. PELTON:

Q What are the unique value propositions of Network Infrastructure?

A Paragraph -- the next paragraph lays part of it out, as does the rest of it. This entire thing is a -- it's a website ad. Happens to all be true, but that's what it is.

Q And you spoke about gas work being the primary work of Network Infrastructure. While this website is from The Wayback Machine, does this description of the gas services generally describe the work of Network Infrastructure?

MR. GRIMMETT: Brent, can you zoom in a little more for us, please?

MR. PELTON: Yeah, of course.

THE WITNESS: We're dealing with a document right here that predates your relevant dates to start with, but in general, the business hasn't changed much. So in general terms, the work that we performed prior to 2017 and the work that

P. CLARKE

we perform now is similar. I -- I have to agree with that.

BY MR. PELTON:

Q Okay. I'll introduce this as Plaintiff's Exhibit 3.

(Plaintiff Exhibit 3 was marked for identification.)

I am showing you the health and safety portion of the prior website. "Site safety is one of the most vital aspects of Network Infrastructure, Inc.'s operations. No task is so important that it needs to be done in an unsafe or unhealthy manner. The safer our workplace, the more efficient and profitable our operation. Our policy is designed to keep our workplace at the highest level of safety and accidents at the lowest possible level."

A Correct.

THE REPORTER: I'm sorry. I don't believe there's a document shared on the screen.

//

P. CLARKE

BY MR. PELTON:

Q I'm sorry about that. Here's health and safety. I'll scroll through it. Does this appear to be the health and safety section of the prior Network Infrastructure website?

A Yeah.

MR. GRIMMETT: And, Brent, I'm just going to have a standing objection to, you know, any questions related to a previous website when we don't know if it falls within the relevant time period.

MR. PELTON: That's fine.

BY MR. PELTON:

Q Mr. Clarke, do you -- do you recall when approximately this -- do you know when this website was updated? And it's fine if you don't.

A I don't believe this site has existed since December of 2016, possibly early January of 2017.

Q Do you know why it was taken down?

A Contract was up with the

P. CLARKE

provider, but I think it also had to do with a lot of the images had to do with National Grid projects that we were working on prior to 2017.

Q And you finished up those projects, so it just wasn't necessarily relevant to Con Edison work?

A Well, it -- I won't say it wasn't relevant. I -- I don't know why, to be honest with you.

Q That's fine.

MR. PELTON: Paul, did I introduce the health and safety page as P-3?

THE REPORTER: I believe that was actually Plaintiff's 3. So I have 1 is the Class and Collective Action Complaint, 2 is the About Us page, and then I have 3 as health and safety portion.

MR. PELTON: Oh, okay. So then the gas let's put as 4.

THE REPORTER: Okay.

(Plaintiff Exhibit 4 was marked for identification.)

//

P. CLARKE

BY MR. PELTON:

Q You used to market regarding heavy construction, but that's just not -- that hasn't been the business of Network Infrastructure during the relevant time period outside of what we've talked about; correct?

MR. GRIMMETT: Objection.

THE WITNESS: Some of our work during the relevant time period can definitely be considered as heavy construction.

BY MR. PELTON:

Q Mr. Clarke, I'm going to show you Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories. And I'd like to introduce this as Plaintiff's Exhibit 5.

(Plaintiff Exhibit 5 was marked for identification.)

Do you recall responding to questions that our office sent over called interrogatories?

A I recall -- I recall discussing some of this information with my attorney.

P. CLARKE

Q Question 1, "Identify all persons who have knowledge of facts concerning Plaintiff's claims and Defendant's defenses in the above-captioned litigation." The response is yourself and Plaintiff Manuel Angel Calderon?

MR. GRIMMETT: Objection. That's not the full -- that's not the full response.

MR. PELTON: Yes. There's quite a few objections as well.

BY MR. PELTON:

Q I appreciate today's testimony, where we've been able to obtain additional names of individuals who would have additional information. Let's look at question 3. "Identify all persons who participated or contributed in any capacity to the decision as to how the plaintiff and the collective and class members were paid their wages." Do you see that?

A I do.

Q And there's a number of

P. CLARKE

objections subject to and without waiving any of the aforementioned objections in construing this interrogatory reasonably, defendant respond as following Patrick Clarke. Do you see that?

A Yes. Patrick Clarke is president of Network Infrastructure.

Q Yeah. Other than yourself, is there anyone else who came up with -- contributed to the capacity and the decision as to how to pay Plaintiff and the Collective and Class Members?

A Well, other than their collective bargaining agreements, I would -- I'm the chief executive officer. I had to approve whatever was taking place at that point.

Q And all of the workers who were out in the field were paid consistently based on information entered into the Ground Control system; right?

MR. GRIMMETT: Objection.

THE WITNESS: Ground Control and/or its predecessor program, yes.

P. CLARKE

BY MR. PELTON:

Q Do you know what -- okay. Do you know what the predecessor program was?

A I don't recall the name. It was just the predecessor to Ground Control.

Q And the Ground Control system and its predecessor was used to keep track of all the laborers and foremen and operators' time?

A Yes.

Q We've gone through a bunch of different categories of workers. The Ground Control system was used to keep track of all field workers' time; is that fair to say?

A Yes.

Q And none of the field workers clocked in and clocked out each day at the start and end of their shifts; correct?

A That's not a requirement of the collective bargaining agreement in any of the respective unions.

Q That wasn't my question. My question was simply, did any of the field

P. CLARKE

employees clock in and clock out at the start and end of their shifts?

MR. GRIMMETT: Objection.

THE WITNESS: Please define clock in and clock out.

BY MR. PELTON:

Q Was there either a physical time machine that did a timestamp for clocking in and clocking out, or was there a web-based program where the individual workers were able to clock in and clock out at the start and end of their time of their -- of their days?

MR. GRIMMETT: Objection.

THE WITNESS: The individuals reported their time to their direct manager or foreman, as the case may be. That was the method of, as you call it, clocking in or clocking out. And it may have been done by direct observation of the foreman. It may have been done by phone call, text message, or any other means of communication between an individual crewmate and his foreman.

P. CLARKE

BY MR. PELTON:

Q Once an individual starts his or her day working for Network Infrastructure, is it fair to say that employee is paid for all hours worked with the exception of lunch?

A That would depend on the terms of the collective bargaining agreement for each and every individual employee's representative union.

Q Were there times where an employee would not be paid for all hours worked?

A No.

Q Paragraph 9, "Identify the location of documents concerning the amounts paid to Plaintiff and the Class and Collective Members during the relevant time period, including wage statements, wage notices, certified payroll, pay stubs, envelopes, notebooks, spreadsheets, and or any other document recording the amount of check or cash paid to Plaintiff and the Class and Collective Members

P. CLARKE

throughout the relevant time period." Do you see that?

A Yes.

Q There's a number of objections. And then says, "Subject to and without waiving any of the aforementioned objections in construing this interrogatory reasonably, Defendants refer Plaintiffs to the documents included in the document production variant Bates Numbers Defendant 1 through 126 and Defendant 165 to 183." Do you see that?

A Yes.

Q Do you know how the Ground Control system maintains its -- and the Ground Control and its predecessor systems maintain its data?

MR. GRIMMETT: Objection.

THE WITNESS: I'm not sure.

BY MR. PELTON:

Q And that may not have been the most artful question. Do you know if the data contained from the Ground Control and its predecessor is accessible for the time

P. CLARKE

period covered during the relevant time period?
A Yes.
Q And what about the pre-trip vehicle inspection reports, would that data be accessible?
A I believe so.
Q And what about the safety sign-in sheets -- the safety meeting sign-in sheets --
MR. GRIMMETT: Objection.
BY MR. PELTON:
Q -- would that be accessible?
MR. GRIMMETT: Objection.
THE WITNESS: I believe so.
BY MR. PELTON:
Q And what about the driver lists, would that be accessible?
A I believe so.
Q And the GPS records for all fleet vehicles, would that be accessible?
A I believe so.
Q And Mr. LaValley, would Mr. LaValley be the best person to speak with

P. CLARKE

regarding these systems?

A He would be one of the key people to work with, yes.

Q Network Infrastructure has over $500,000 in revenue each year; right?

MR. GRIMMETT: Objection. I don't think that's clear.

BY MR. PELTON:

Q Mr. Clarke, is it fair to say that in each year throughout the relevant time period, Network Infrastructure has had revenues in excess of 500,000 each year?

MR. GRIMMETT: Objection. Can you define revenue?

BY MR. PELTON:

Q Total gross revenue. It's just for the FLSA threshold. I'm not asking for overall financials. I'm sure that the actual revenues far exceed 500,000, but I just would like confirmation of that?

A To answer your question, yes.

Q Did Con Edison require that you obtain a bonding company to provide a

P. CLARKE

performance and payment bond?

A No.

Q Other than a performance and payment bond, did Con Edison require any other bonding?

A No.

MR. PELTON: Paul, just confirming I introduced the interrogatory responses as Plaintiff's Exhibit 5; correct?

THE REPORTER: Correct.

THE WITNESS: Is there a question pending?

MR. PELTON: No.

THE WITNESS: Can we take a quick break?

MR. PELTON: Absolutely. Let's take -- hopefully this will be our final break. Let's take ten-minute break, and we'll be back in a little bit.

THE WITNESS: Thank you.

MR. PELTON: Thank you.

THE REPORTER: Okay. It is -- all right. It is now 12:35 p.m. We are off the record.

P. CLARKE

(Off the record.)

THE REPORTER: All right. It is now 12:45 p.m. We are back on the record.

MR. PELTON: Great.

BY MR. PELTON:

Q Thank you, Mr. Clarke, for your continued diligence in responding. During your break, did you speak with anyone regarding the content of your testimony?

A No, sir.

Q And looking back on your testimony today, is there anything that you feel like you need to update or change?

A No.

Q I'm going to show what we'll be marking as Plaintiff's Exhibit 6.

(Plaintiff Exhibit 6 was marked for identification.)

Q This is copies of time cards that our office received regarding Mr. Calderon. And I'll represent we received these from defense counsel. It's Bates Stamped Defendant's 1 through 126. Do you

P. CLARKE

recognize this type of document?

A Yes.

Q And is this a document produced by the Ground Control system?

A Yes.

Q And can you explain to me what this document is? I believe it's a two-page -- each -- I believe it's a two-page document. There's a first section that says time card. Do you see that?

A I see that.

Q Do you know what the job ID relates to?

A That may be an internal number that the system uses.

Q And job number CE2022031101, you see that?

A On my -- the screens are flickering for some reason.

MR. GRIMMETT: Is that happening on your end, or is it --

MR. PELTON: No. I don't see any flickering on my end.

MR. GRIMMETT: I think it's

P. CLARKE

something. There's a pop-up. Give me one minute. I'm sorry.

MR. PELTON: No problem.

THE WITNESS: Did you X out of that --

MR. GRIMMETT: It doesn't pop up on screen. Give me one second. I just need to get someone from my office to help here, Brent.

MR. PELTON: Do you want to try logging out and logging back in, or --

MR. GRIMMETT: Yeah, I can do that.

MR. PELTON: My rudimentary IT skills.

THE REPORTER: Okay. 12:49 p.m. We're off the record.

(Off the record.)

THE REPORTER: It is 12:53 p.m. We're back on the record.

MR. PELTON: Perfect.

BY MR. PELTON:

Q Mr. Clarke, before we got interrupted, I was showing you time and -- time records that are from the Ground

P. CLARKE

Control system. Do you recall that?
A Yes.
Q And the job number, does this appear to be a Con Edison number?
A That looks like a Network number for a Con Edison project.
Q Okay. Job date is, obviously, the date that the work was performed?
A Correct.
Q And the address is the address where the work was performed?
A Correct.
Q And then if you look at the bottom of the page, it says, "Sync date and time 6/14/22 8:24:13." Do you know what that sync date and time means?
A I'm not sure.
Q And then the second page has a chart of labor information, a chart of equipment information, description, subcontractor trucking information, and material information; right?
A Correct.
Q And with the laborer

P. CLARKE

information, it looks like there was six-person crew on this job with Manuel Calderon being one of those individuals; is that correct?

A Yes.

Q And the other five individuals, their names and information appear to be redacted; right?

A It is redacted.

Q But this chart would also show their employee ID, names, start and end times, and total hours?

A Yes.

Q And then the equipment, we have the equipment ID number, such as 335, which is the ID number, and a description of the equipment, it's a utility truck?

A That's correct.

Q And there's also a 628, a backhoe. You see that?

A I do.

Q And the actual hours are listed eight for both the utility truck and the backhoe. Is the utility truck a box

P. CLARKE

truck?

A I don't recall exactly what 335 is. But it says utility truck. It could be a box truck with a combination compressor, it could be -- I'm not sure exactly what 335 is.

Q Okay. And then in the description it said, "Installed 40 feet of 8-inch and 7 feet of 12-inch, backfilled and paved, installed drop." Do you see that?

A Yep.

Q That's the information that the foreman entered into Ground Control describing the work that was completed on the day?

A That's correct.

Q And subcontractor trucking information, there's a dump truck. You testified before that you typically subcontract that, and it's eight hours. So that relates to the dump truck time, I assume; right?

A Yep.

P. CLARKE

Q And then material information, material name: pipe sand, vendor name, you received -- it looks like you received pipe sand from Metro Green, and that you received 15 tons of the pipe sand; right?

A That's what it says.

Q And Item Number 4, vendor Thale, 11 tons. And that's all information that's entered by the foreman?

A Correct.

Q And if we wanted to know the name of the foreman, is it likely that the foreman is the first person listed in the labor section with the name redacted?

A Not necessarily. Some foremen put themselves in first. Some foremen put themselves in last.

Q Okay. So the foreman should be listed on the unredacted --

A Correct.

THE REPORTER: I'm sorry. You said list is unredacted, and I -- you broke out at the last Mr. Pelton.

MR. PELTON: Sheet.

P. CLARKE

THE REPORTER: Okay. Sheet.

BY MR. PELTON:

Q I'm going to scroll down just a little bit to June 20th. On June 20th, do you see that Manuel Calderon had a start time of 7:30 and an end time of 5:30; right?

A That's what it says.

THE REPORTER: Oh, I'm sorry. Let me just go off real quick. I set the -- my recording on my software is glitching on me. Sorry about that.

MR. PELTON: No problem.

THE REPORTER: Just two seconds. One o'clock p.m. Off the record.

(Off the record.)

THE REPORTER: It is now 1:01 p.m. We're back on the record.

MR. PELTON: Terrific. Just wanting to confirm that we've introduced the payroll records as Plaintiff's Exhibit 6.

THE REPORTER: Yes, I have them as time cards.

MR. PELTON: Time cards. And we were

P. CLARKE

currently looking at Defendant's Bates Stamp Number 18 for June 20th.

BY MR. PELTON:

Q And, Mr. Clarke, you see Manuel Calderon has a start time of 7:30 and the end time of 5:30; right?

A Yes.

Q Okay. Let's scroll down to June 21st. This is Bates Stamp Defendant's 19 and 20. Looks like the project continued at Woodlawn Avenue in Yonkers on June 21st. And you see that he has a start time of 7:30 and end time of 5:30 for that as well; right?

A Yep.

Q And Mr. Calderon drove the utility truck, which you see it's 349; right?

A Well, it's not evident from this time sheet.

Q Okay. How would you know which vehicle Mr. Calderon drove?

A I don't from this. From what I'm looking at right now, I don't.

P. CLARKE

Q Yeah. Is there a record that Network Infrastructure maintains that would say which employee drove each piece of equipment? Would that be included in the pre-trip inspection reports?

A It would.

Q So for June 21st, you saw that he has a start time of 7:30 and end time of 5:30, right?

A Yes.

Q And we saw that the utility truck was number 349. I'm going to show you what I'd like to introduce as Plaintiff's Exhibit 7. This is GPS records that we received from defense counsel. Bates Stamps Defendants 210 through 280, and it's all GPS records with the exception of the last two pages, which has a DPW permit from the City of New Rochelle Department of Public Works. Do you recognize these GPS records?

(Plaintiff Exhibit 7 was marked for identification.)

A I can't say that I do. It looks

P. CLARKE

consistent with our -- with a printout of the GPS system.

Q Okay. So I'm going to scroll down to page 2 -- Bates Stamp 236. And we're going to look first at June 20th. I've somewhat highlighted June 20th. It starts in row 2,360. It goes to 2,363. The first start time for June 20th for equipment number 349 appears to be 5:55 a.m. at 6 Canal Road in Pelham. Do you see that?

A Yes.

Q And it was a 28-second instance. It appears that the vehicle moved 0.1 miles, and it remained in or around 6 Canal Road. Do you see that?

A Yes.

Q So then the second -- the second start for June 20th is at 6:46 a.m. Do you see that? It's actually 6:46:48 . For the purposes of this deposition, I'm just going to use the 6:46, and I'm not -- I'm going to disregard the seconds. Do you see the second timestamp of 6:46 a.m.?

P. CLARKE

A I do.

Q And do you see that the vehicle started at 6 Canal Road in Pelham, and it traveled to 122 Scott Avenue in Yonkers. Looks like it was a 24-minute trip of 3.5 miles. Would it be fair to say that the 6:46 time would be the time that the truck left the yard and went to the job site?

A Well, it left the yard, and they went to 122 Scott Avenue. I don't know if that's the job site or not yet.

Q Okay. It then appears to -- the job site was on Woodlawn Avenue, and the third movement was at 5:22 p.m. Do you see that?

A Yes.

Q And that movement showed it at 53 Woodlawn Avenue in Yonkers, and it moved 0.1 miles to 45 Woodlawn Avenue, which appears to be the Woodlawn Avenue job site; right?

A Appears that way.

Q Okay. That's where the truck was all day. And then the final move of

P. CLARKE

the day looks like at 5:47, the truck started moving from, now it's saying the 122 Scott Avenue, and it went back to 6 Canal Road in Pelham, returning at 6:02 p.m.?

A I see that.

Q According to the Ground Control records, Mr. Calderon had a start time of 7:30, yet the GPS records show that the truck was in transit by 6:46 a.m. Do you see that?

A I see the data, yes.

Q Do you know why the 6:46 a.m. GPS start time wasn't utilized instead of 7:30 as the start time for Mr. Calderon?

A No, I do not.

Q And at the end of the day, do you recall that on June 20th, the Ground Control report said that Mr. Caldron ended at 5:30, yet the GPS records showing the truck just returning back to the yard at 6:02 p.m.?

A No, I see that.

Q So if you use the GPS start and

P. CLARKE

end time, it appears that Mr. Calderon's vehicle was out for 11 hours, 16 minutes, which typically everyone gets a 30-minute lunch; right?

MR. GRIMMETT: Objection.

THE WITNESS: We still -- we -- you haven't established that Mr. Calderon was driving that vehicle that day yet.

BY MR. PELTON:

Q Oh, okay. Thank you. Do you recall being in my office for Mr. Calderon's deposition?

A I do.

Q And do you remember when your attorneys asked Mr. Calderon about certain GPS records?

A Well, I don't recall specifically what he asked or what was answered.

Q I would represent to you, but I just want to double check before I do, so let's -- I'll show you the deposition transcript in just a minute, but to the extent that it is vehicle 349, do you know

P. CLARKE

why Mr. Calderon was not paid for -- he was paid for 9.5 hours while the GPS records show that he worked a little bit more than 10 hours, 45 minutes?

MR. GRIMMETT: Objection.

THE WITNESS: I don't know why. I don't know if he worked that long. I don't know period. What I do know is that his time, as reported to his foreman, was what's on the time card. And I'm sure that we could look at several days of this and determine with pretty clarity, since Mr. Calderon didn't work very long at Network, I'm sure we could find, you know, statistics to back this up one way or another.

BY MR. PELTON:

Q Okay. So let's look at June 21st. You recall looking at the time sheets, and on June 21st, he was also credited with a start time of 7:30 and a finished time of 5:30 for -- you recall that?

MR. GRIMMETT: Objection. Could we

go back to that time sheet?
MR. PELTON: Yeah.
BY MR. PELTON:
Q 6/21, it had a 7:30 start and a 5: 30 end time. Do you see that?
A Yep.
Q Utility truck 349. And then if you go to Exhibit 7, June 21 for equipment 349 had a initial start of 6:34 a.m. and then a second start at 6:46 a.m. Do you see that?
A Yep. Roughly quarter to seven.
Q Do you know if Mr. Calderon was -- do you know who moved the truck 349 at 6:34 a.m.
A No.
Q Do you know who moved truck 349 at 6:46 a.m.?
A Based on what I'm seeing right now, no.
Q But we should be able to get that information from the pre-trip driving reports; right?
A That's correct.

P. CLARKE

Q Okay. And it looks like the first, the 6:34 a.m., was from six Canal Road to 6 Canal Road. It's a 1 minute 24 second and a 0.3 mile movement. The second trip was from 6:46 a.m. and goes 3.7 miles to Woodland Avenue. There's several intermediate movements at seven-thirty -- at 7:38, 10:47, 10:59, 11:0 a.m., and then two later ones at 4:07, and then a last movement for the day at leaving at five o'clock and arriving back at 6Canal at 5:26 p.m. Do you see that?

A I do.

Q And the intermediate movements are all 0.1, 0.3, 0.3, 0.1, 0.1 miles. So it seems like the intermediate movements were, kind of, within the job site proximity; correct?

A Correct.

Q Okay. So then vehicle 349 made it back to the yard at 5:26 p.m.?

A Correct.

Q And Mr. Calderon was credited with a start at 7:30 and finishing at

P. CLARKE

5:30. It looks like he actually started at either 6:34 or certainly no later than 6:46 and returned at 5:30. So it looks like he worked almost an hour -- 45 minutes or an hour more than what he was paid for; right?

MR. GRIMMETT: Objection.

THE WITNESS: No, not necessarily.

BY MR. PELTON:

Q How so?

A Well, I don't know what Mr. Calderon's habits are, what time he starts in the morning or what time he gets up and does his commute or what he does once he takes the truck from the yard before he gets to his job site. But one of the things that I would look at here is what time was his foreman instructing him to be on the job, number one. There may be text messages to that effect.

Number two, I would question to find out if he stopped off and did some unscheduled, you know, stops before he got to the job site or just got to the job

P. CLARKE

site too early. I don't know what time his foreman told him to be there that day. If the permit is for eight o'clock, I would assume since it only takes 18 minutes to get there, according to your -- this particular record, I don't know why anybody would be directing somebody to leave at 6:46:36 a.m.

So to assume that Mr. Calderon was performing a job function as classified by the collective bargaining agreement during that time, I think as a jump. I would have to talk -- look at the -- look at his foreman, look at his orders, and given that day, find out where he stopped off and what he was doing with his time, and wonder why he was there. If he didn't get paid, why he didn't make a -- a complaint.

This just -- the GPS record clearly shows that he got back at 5:26. There's no denying that. The GPS record shows that the truck left the Canal and Hillside Road yard at 6:46. I don't know

P. CLARKE

what he did in the -- in the interim, and if that would be considered work under the collective bargaining agreement. I'm not even quite sure what -- what this is at that point.

Q Yeah. It doesn't look like he stopped off anywhere. He drove 18 minutes, 3.7 miles where --

A He arrived there at 7:04, which may have been an hour prior to when he was instructed to be there.

Q Let's look for -- let's look at June 23rd. We're looking at the time card for June 23rd, Defendant's Bates Stamp 23 and 24. You see on June 23rd start time for Manuel Calderon was 7:30 and end was 4:30 for 8.5 total hours. And if we look at the GPS records, it appears for vehicle 349, the first start was at 6:50 a.m., 6 Canal Road, Pelham to 759 Columbus Avenue, which that's -- it was a 4 minute 26 second 0.4 miles. Oh shoot. And the second movement was a 26-minute, 3.2 mile trip from 770 Columbus Avenue to 18

P. CLARKE

Woodlawn. Do you see that?

A Yep.

Q So the truck first started at 6:50. You don't know if that's Mr. Calderon or someone else in the yard; right?

A Correct.

Q But by 7:02, the truck is certainly moving to the job site for the day; correct?

A Well, you can just look up what 770 Columbus Avenue is.

Q 770 Columbus Avenue is within 0.4 miles of 6 Canal Road. I believe it's -- the total trip was 0.4 miles. So 770 is very close to the yard. So the truck left 770, which was very close to the 6 Canal Road Pelham yard. And it traveled to 18 Woodlawn, which again is very close to the 45 Woodlawn work location; right?

A [No audible response.]

Q And then you see that the last movement of the truck is that it starts at 5:06 p.m. at -- I'm sorry, the second to

P. CLARKE

last is a 4:16 p.m. movement from 45 Woodlawn getting back to 1090 Close Avenue, Bronx, which is next to the 6 Canal Road yard at 4:59 p.m. And then thereafter, at 5:06, the truck is moved from 1090 Close Avenue to 1095 Close Avenue. This is a 24-second movement, very close.

So Mr. Calderon was credited with a start time of 7:30, but the truck first moved at 6:50 and moved out to the job site at 7:02 a.m. Do you see that?

MR. GRIMMETT: Objection.

BY MR. PELTON:

Q Do you know why he wasn't paid for at least a half hour in the morning when the, the truck was being utilized?

A (A) I don't know why he arrived on the job at what appears to be 7:28 if he was ordered to be there at eight o'clock, 8:30. That would be dependent upon what the permit for this location says. If we wanted to dig down deeper into this, that's how I would go about

doing that.

Q Okay. And the end time, he was paid until 4:30, but you saw that the truck made it back to the yard only at 4:59 p.m., and its last movement was at 5:06 p.m.; right?

MR. GRIMMETT: Objection.

BY MR. PELTON:

Q Do you know why Mr. Calderon wasn't paid through 5:06 p.m.?

MR. GRIMMETT: Objection.

THE WITNESS: Based on this, I have no idea.

BY MR. PELTON:

Q Does that make you question whether the Network Infrastructure employees truly were paid for all hours worked?

A No. Because (1) we're looking at a couple of -- there's -- there's a lot of data here to go through. I don't know if these -- if these inferences or these specific dates that were picked out are representative of the whole thing to start

P. CLARKE

with. I think, you know, during the process, it doesn't change my opinion that the foreman directs them what time to start.

He's obligated to start at the time his foreman directs him to. His time on the job is his time on the job, which would have been denoted, and his time ending should have been reported back to his foreman to be fully compensated for whatever time he did spend, if in fact that is him at 5:06 delivering the truck to the Close Avenue, Bronx yard.

Q It looks like --

A I don't know -- I don't even know for sure if, because you started at the Pelham Street yard in this particular case and you ended that truck day at the Close Avenue yard. So --

Q That's a good point. I had noticed that when I went through these records over the weekend, and if he drove to the 6 Canal Road yard and dropped the truck off at the Close Avenue yard, he'd

P. CLARKE

still have to get back to the Pelham -- the 6 Canal, Pelham yard; right?

A Unless somebody else drove the truck there.

Q Is it typical that somebody different would drive a vehicle during the course of the day, or --

A Again --

Q -- did the same person drive the -- a vehicle the entirety of the day?

A We're looking at an isolated date with a rare occurrence where you started one place and you ended another as we previously discussed. There's a number of reasons why that may happen. It could be that the mechanics at the Close Avenue yard wanted that truck to go in for repair the next day. The truck apparently is out again based on this detail on 6/24 the following day. I don't know if that's Mr. Calderon and driving it again or not. There's a little bit more to this than just making these assumptions based on one or two dates.

P. CLARKE

Q We can do one more of these. That was 6/23. Let's look at 6/24. 6/24, again, it's -- the work is Woodlawn Avenue, Manuel Calderon. It has a start of 7:30, end of 4:30 for 8.5 hours. But then when you look at the GPS records, the first movement for 349 is at 6:50 a.m., and the second movement where the truck leaves the vicinity of the yard --

A Hold on. I'm sorry. We're on the wrong date here. You're on 6/24 now.

Q Oh, I'm sorry. You're right, you're right. Sorry. So on 6/24, the first movement is at 5:39 a.m., and that's just a 1 minute, 19 second movement. The vehicle stays in proximity of the yard. The second movement starts at 6:38 a.m.

A And arrives at the job site at Woodlawn Avenue at 7:16.

Q Correct. And it appears that the vehicle remains at Woodlawn, 45 Woodlawn, 29 Woodlawn, 41 Woodlawn, until it leaves at 3:45 p.m. getting back to the yard at 4:29 p.m. The truck left for the

P. CLARKE

yard no later than 6:38. But Mr. Calderon wasn't credited with working until 7:30. So that's almost an hour of uncompensated time in the morning. Do you see that?

A No. I don't see uncompensated time. I see that a truck left at 6:38. Once again, I don't know what time Mr. Calderon was instructed by his foreman to be at the Woodlawn job. If he left early on his own or he did it for some other reason, unbeknownst to me, I don't know why. His foreman gave him an instruction to start. He started at a certain time, his permit for that job, which would be interesting if it was included here, but we can provide that, I'm sure, the permit would indicate what job that Woodlawn permit provided for a start time at.

And I would assume by looking at it that it's probably 8 or 9 a.m. that that job would start. So I don't understand the early starts on -- in -- in any case, and why that would be ordered. His foreman put him down from 7:30 to 4:30

for eight and a half hours. That's what his time is. That's what he was paid, and that's what his certified payroll's going to say. I don't -- I can't explain why he started early or what that -- why that time is -- why that truck left at 6:38 a.m.

MR. PELTON: Okay. Let's take just one minute. Give give me one minute, and we'll be back.

THE WITNESS: Sure.

THE REPORTER: Okay. I'll get off the record for a minute. It's 1:38 p.m. We are off the record.

(Off the record.)

THE REPORTER: It is 1:41 p.m. We're back on the record.

MR. GRIMMETT: Well, I believe you were on mute if you -- if you announced when we are back on the record.

THE REPORTER: Oh, I apologize. Yes, it is 1:41 p.m. We're back on the record.

MR. GRIMMETT: Thanks.

//

P. CLARKE

BY MR. PELTON:

Q Mr. Clarke, I'm going to show you briefly the deposition transcript of Manuel Calderon, which was taken here at our office on August 20th. On page 15 of this mini -- we'll mark this as Plaintiff's Exhibit, what --

MS. HERAZO: Eight.

MR. PELTON: Eight.

(Plaintiff Exhibit 8 was marked for identification.)

BY MR. PELTON:

Q Your counsel referred Mr. Calderon at page 57 to Bates Stamp 33 and 34 asking if he's ever seen the document.

"A No.

"Q Have you ever seen any time records from Network?

"A No.

"Q I'm going to refer you to the second page of the document where it says you're Manual Caldron?

"A Yes.

"Q It says you started working June

P. CLARKE

30, '22 at 7:30 a.m.; is that correct?
"A I do not remember.
"Q But that's what it says in the document; correct?
"A Yes.
"Q It says you ended your workday on June 30, 2022, at 4:30; is that correct?
"A I do not remember that either.
"Q But that's what the document says; correct?
"A Yes.
"Q If you go down to equipment information, it states '349 utility truck;' correct?
"A Yes.
"Q Does this document refresh your recollection as to whether you were assigned truck number 349 on June 30, 2022?
"A I do not remember.
"Q Do you recall ever driving truck number 349 for Network?
"A Yes.

P. CLARKE

"Q Is that typically the number of the truck that you would drive for Network?

"A Yes. But it was changed at times." Do you see that?

A I do.

Q Okay. So that's our basis of Mr. Calderon driving the 349, that that was the truck that he typically drove. But you say that the pre-drive inspection report would give a certainty; correct?

A I don't know about certainty, but it would indicate who started the truck or who drove the truck in the morning. It may not indicate who drove it later on that day. I don't know where this is going. I just don't know.

MR. PELTON: Okay. So our office has requested all of the time and payroll, time tracking and payroll records. We received records for Manuel Calderon. We just received several thousand pages of records for the opt-ins, I believe on Thursday of last week.

P. CLARKE

We have not received the GPS records for the opt-ins, nor have we received any of the pre-trip inspection reports, and we -- along with certified payroll. And we call for the immediate production of that. And we reserve the right to recall Mr. Clarke, once we -- once we've received the GPS records and other records that were responsive to our -- to our demands.

But otherwise, I'd like to thank you, Mr. Clarke, for your time and attention today and appreciate your being with us today.

MR. GRIMMETT: Okay. So I'll take all of those requests under advisement. I don't have any further questions for Mr. Clarke.

THE REPORTER: Okay. Before we close, Mr. Pelton, you were ordering correct? And Mr. --

MR. PELTON: Correct. And we'll share.

THE REPORTER: Okay. Will share. Okay. Great. All right. It is now 1:46

P. CLARKE

-- oh, wait. One second. You'll also be sending me the exhibits at some point afterwards?

MR. PELTON: Correct. Belinda will send them to you ASAP.

THE REPORTER: Thank you. Okay. It is 1:46 p.m. We are now off the record.

(Signature reserved.)

(Whereupon, at 1:46 p.m., the proceeding was concluded.)

__________________________________
PATRICK CLARKE

Subscribed and sworn to before me

this ______ day of ______________________, 2025.

__________________________________
Notary Public

CERTIFICATE OF DEPOSITION OFFICER

I, PAUL GRASSO, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.



PAUL GRASSO
Notary Public in and for the
State of New York

[X] Review of the transcript was requested.

CERTIFICATE OF TRANSCRIBER

I, BARBARA WALKER, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

Barbara E Walker

BARBARA WALKER

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Manuel Calderon v. Network Infrastructure, Inc.
DATE OF DEPOSITION: 10/20/2025
WITNESS' NAME: Patrick Clarke

| PAGE | LINE (S) | CHANGE | REASON |
|---|---|---|---|
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |

______________________________
Patrick Clarke

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF ____________, 20__.

_____________________
(NOTARY PUBLIC)

_______________________
MY COMMISSION EXPIRES:

**&**

**&** 3:14

**0**

**0.1** 138:15 139:20 144:16 144:16,16
**0.3** 144:5,16,16
**0.4** 147:23 148:15,16
**05442** 1:9

**1**

**1** 3:8,21 4:3,11 100:18,19,20 117:16 119:2 124:12 128:25 144:4 150:20 153:16
**10** 142:5
**10/20/2025** 163:3
**100** 3:9
**10006** 2:6
**104** 4:3
**1085** 14:4 46:24
**1090** 149:3,7
**1095** 149:7
**10:06** 48:23
**10:15** 48:19
**10:17** 48:25
**10:47** 144:9
**10:59** 144:9
**11** 134:9 141:3
**111** 2:5
**112** 3:12
**115** 3:15
**117** 3:17
**11797** 1:20 2:15 5:16
**118** 3:19
**12** 65:18 133:10
**120** 46:18
**122** 139:5,11 140:4
**126** 3:21 124:12 128:25
**128** 3:21
**12:35** 127:24
**12:45** 128:4
**12:49** 130:16
**12:53** 130:19
**132** 55:15
**135** 1:19 2:14 5:14,15
**137** 3:23
**140** 13:23
**15** 22:20 24:19 30:25 31:4,10 31:14 35:14,21 35:24 36:5,14 134:6 156:6
**1503** 2:5
**156** 3:25
**159** 4:7
**16** 141:3
**165** 124:13
**17** 112:18
**18** 100:14 136:3 146:5 147:8,25 148:20
**183** 124:13
**19** 100:15 136:10 153:16
**1999** 9:25 111:25
**1:01** 135:18
**1:24** 1:9
**1:38** 155:14
**1:41** 155:17,23

**2**

**2** 3:10 4:4 14:18,21 15:2 15:17 35:14 36:5 73:11 111:24 112:9 117:18 138:5
**2,360** 138:8
**2,363** 138:8
**20** 1:15 5:13 25:16 26:4 58:3 136:11 163:22
**2001** 10:12,13 11:15,21
**2007** 12:2
**201** 1:19 2:14 5:15
**2016** 112:18 116:21
**2017** 14:18,21 15:2,17 34:9 73:11 78:13 114:25 116:22 117:5
**2022** 157:8,21
**2024** 100:14
**2025** 1:15 5:13 160:18
**20th** 135:5,5 136:3 138:6,7 138:9,20 140:19 156:6
**21** 143:9
**210** 3:23 137:17
**212** 2:8
**21st** 136:10,13 137:8 142:20 142:21
**22** 157:2
**23** 147:15
**236** 138:5
**23rd** 147:14,15 147:16
**24** 66:10 139:6 144:4 147:16 149:8

**25** 105:15 111:13
**25488** 161:18
**26** 147:22,24
**28** 138:14
**280** 3:23 137:18
**28473** 162:15
**29** 153:23

**3**

**3** 3:13 115:6,7 117:14,16,18 119:18
**3.2** 147:24
**3.5** 139:6
**3.7** 144:7 147:9
**30** 104:6 107:3 107:8,19,21 110:12,24 141:4 143:6 157:2,8,20
**30s** 52:11
**33** 156:15
**335** 132:16 133:3,7
**34** 4:12 156:16
**349** 136:18 137:13 138:10 141:25 143:8 143:10,15,18 144:21 147:20 153:8 157:15 157:20,24 158:9
**360** 44:17
**385-9700** 2:8
**3:45** 153:24

**4**

**4** 3:16 36:14 47:20 117:21 117:23 134:8 147:22
**40** 58:3 133:9
**41** 153:23
**45** 57:24 101:2 104:7 139:20 142:5 145:5 148:21 149:2 153:22
**450** 44:13
**46** 103:9
**47** 103:22 105:7
**4:07** 144:10
**4:16** 149:2
**4:29** 153:25
**4:59** 149:5 150:6

**5**

**5** 3:18 118:18 118:19 127:10 143:6
**50** 47:5 106:23
**500,000** 126:6 126:13,21
**516** 2:17
**53** 139:19
**57** 156:15
**5:06** 148:25 149:6 150:7,11 151:13
**5:22** 139:15
**5:26** 144:13,22 146:22
**5:30** 102:5,24 135:7 136:7,14 137:10 140:21 142:23 145:2,4
**5:39** 153:15
**5:47** 140:2

**6**

**6** 3:20 101:6 128:18,19 135:22 138:11 138:16 139:4 140:4 144:4 147:20 148:15 148:18 149:4 151:24 152:3
**6/14/22** 131:16
**6/21** 143:5
**6/23** 153:3
**6/24** 152:20 153:3,3,12,14
**628** 132:20
**681-1100** 2:17
**6:30** 101:7 108:11,13
**6:34** 143:10,16 144:3 145:3
**6:46** 138:20,23 138:25 139:8 140:11,14 143:11,19 144:6 145:4 146:25
**6:46:36** 146:9
**6:46:48** 138:21
**6:50** 147:20 148:5 149:12 153:8
**6canal** 144:13

**7**

**7** 3:3,22 85:18 102:5,24 133:10 137:15 137:23 143:9
**731** 32:20 84:8
**759** 147:21
**7667227** 1:22
**770** 147:25 148:13,14,16 148:18
**7:02** 148:9 149:13
**7:04** 147:10
**7:16** 153:20
**7:28** 149:20
**7:30** 101:16 135:7 136:6,14 137:9 140:10

140:16 142:22 143:5 144:25 147:17 149:11 153:6 154:3,25 157:2
**7:38** 144:9

**8**

**8** 3:24 133:10 154:21 156:11
**8.5** 147:18 153:6
**80** 37:11
**8:24:13** 131:16
**8:30** 101:16 149:22
**8:59** 1:16 5:6

**9**

**9** 123:16 154:21
**9.5** 142:3
**94** 14:3
**95** 18:15

**a**

**a.m.** 1:16 5:6 48:23,25 85:18 88:15,18 101:6 101:7,16 138:11,20,25 140:11,14 143:10,11,16 143:19 144:3,6 144:10 146:9 147:20 149:13 153:8,15,18 154:21 155:8 157:2
**ability** 53:6 161:9 162:6
**able** 53:19 54:24 78:3 97:8 119:15 122:12 143:22
**above** 36:25 37:7 65:22 85:12 119:5
**absent** 5:22 91:20
**absolutely** 62:8 99:19 127:17
**accepting** 107:21
**access** 16:6
**accessible** 124:25 125:7 125:14,19,22
**accidentally** 65:24
**accidents** 115:19
**accordance** 109:3,8,15
**accounting** 23:19 79:8
**accurate** 161:8 162:5
**acknowledge...** 5:18
**acting** 24:20 27:9
**action** 3:8 9:6 100:13,15 117:17 161:11 161:15 162:8 162:11
**active** 25:24 112:12
**activities** 30:23 32:23 39:25 43:14 62:10 70:25 86:15
**activity** 16:8 35:11 36:10 93:9
**actual** 58:11 86:17 126:21 132:23
**actually** 21:22 44:8 53:2 55:21 60:5 64:24 73:2 75:23 84:19 85:8 100:4 117:16 138:21 145:2
**ad** 114:8
**adapted** 67:18
**addition** 92:5 93:4 103:22 106:24
**additional** 54:3 54:9 83:18 93:2,8 107:19 107:20 119:15 119:17
**additionally** 5:22
**address** 61:19 131:11,11
**addressed** 47:20 59:18
**adjacent** 97:11
**administer** 5:18
**administration** 106:14
**administrator** 106:16
**advisement** 105:5 159:16
**aforemention...** 120:3 124:7
**afternoon** 62:17 74:18 85:19
**aggregate** 28:2
**agree** 5:19,25 115:3
**agreeing** 7:21
**agreement** 30:24 68:5 75:24 91:2 121:22 123:9 146:13 147:4

**agreements** 43:17 90:22,24 109:4 120:15
**ahead** 63:18
**aid** 67:2
**aiden** 99:23
**air** 67:4
**alc** 1:9
**alcohol** 106:17
**alleged** 8:25
**allowed** 99:11
**allowing** 7:23
**allows** 99:12
**alongside** 65:10 99:14
**amend** 49:11 89:3
**amount** 123:24
**amounts** 123:18
**analysis** 16:7 16:13
**ancillary** 51:14 93:21
**angel** 1:4 2:2 5:8 119:7
**announced** 155:20
**answer** 23:13 38:15 71:18 75:12 79:21 85:8 97:17 126:23
**answered** 61:20 141:20
**anybody** 76:23 111:4 146:8
**anymore** 111:20
**apartment** 97:4
**apologies** 22:2
**apologize** 155:22
**app** 59:11,21 60:3,12
**apparently** 152:19
**appear** 116:5 131:5 132:8
**appears** 138:10 138:15 139:13 139:21,23 141:2 147:19 149:20 153:21
**applicable** 6:5
**appreciate** 24:22 25:2 26:13 37:9 119:14 159:13
**approach** 112:21
**approvals** 54:18
**approve** 120:17
**approved** 53:18,25 54:12 54:17,21
**approximately** 8:2 11:15,25 13:20,23 18:19 23:6,14,16 24:17,19,21 25:6,10 27:13 28:11,21 29:2 29:16 30:9,18 31:24 33:13 34:19 46:18,19 65:18 66:5 101:6,16,20 102:5 116:17
**approximation** 19:16
**approximatio...** 24:23
**archive** 112:14
**archived** 3:11 3:14,17
**area** 14:7 46:9 63:6 74:23 99:10
**areas** 15:10
**arrive** 101:5 107:12
**arrived** 101:15 147:10 149:19
**arrives** 153:19
**arriving** 144:12
**artful** 124:23
**asap** 160:6
**asked** 80:5,9 83:12,19 141:16,19
**asking** 14:11 18:23 24:23 64:13 82:15,16 82:24 94:5 126:19 156:16
**asks** 82:13
**aspects** 70:2 115:12
**asphalt** 21:17 27:17,21
**assigned** 5:3 21:17 31:12 47:24 85:10 104:5 157:20
**assignment** 101:9
**assist** 12:23
**associated** 21:19 30:22 31:17 33:9 47:10 61:18 86:23 89:25 90:4,21 93:3,6 93:19 109:5
**association** 52:24
**assume** 39:3 88:7 133:24 146:5,10 154:20
**assumptions** 152:24

**astoria** 14:8
**attend** 104:3
**attendance** 6:12
**attention** 159:12
**attorney** 8:13 8:15 118:25 161:13 162:9
**attorneys** 141:16
**attributed** 91:14
**audible** 148:22
**audio** 161:7 162:3
**august** 156:6
**authorization** 96:20
**authorized** 5:17
**automatically** 85:3
**available** 39:7 57:14 89:14
**avenue** 14:3,5 46:24 136:12 139:5,11,14,19 139:20,21 140:4 144:7 147:21,25 148:13,14 149:4,7,8 151:14,20,25 152:17 153:5 153:20
**average** 29:9 29:10 47:5
**awarded** 48:2
**aware** 50:2,20 51:6
**awareness** 54:10

**b**

**b** 3:5 10:23 11:5 32:18
**back** 18:18 19:25 22:3,6,9 23:17 37:10 48:12,19 49:2 62:20 74:5,13 74:15,17 75:15 75:20,21 85:20 88:18 95:21 96:9 99:24 101:23 102:13 103:20 127:20 128:4,12 130:12,20 135:19 140:4 140:22 142:16 143:2 144:12 144:22 146:22 149:3 150:5 151:10 152:2 153:24 155:11 155:18,21,23
**backfilled** 133:10
**background** 14:19
**backhoe** 22:11 31:14 44:4,7,8 44:11,12,20 59:7 79:13 98:24 132:21 132:25
**backhoes** 21:16 22:10 25:4,11 26:8,9 72:23 73:3 74:4 96:8
**backup** 76:15
**ball** 64:21,22 64:23
**balls** 64:19
**bank** 40:23 41:18,21 42:10
**barbara** 162:2 162:16
**bargaining** 30:24 43:16 68:5 75:24 109:4 120:15 121:22 123:9 146:12 147:4
**barsch** 10:19 11:5,6,23
**barsch's** 11:7
**base** 27:25
**based** 17:3 30:14 35:10 59:10 67:17,24 78:10 91:9 93:7 112:3 120:21 122:11 143:20 150:13 152:20,24
**basic** 43:5,6 49:22,25 61:7 61:7
**basically** 8:24 59:6,12
**basis** 77:16 88:10 92:4,7 111:11 158:8
**bates** 3:21,23 124:11 128:24 136:2,10 137:17 138:5 147:15 156:15
**beaten** 42:22
**beginning** 101:8
**behalf** 1:5 2:2 2:10 5:9 9:4,5
**belief** 104:8 105:9
**believe** 17:13 47:20 61:20 75:18 76:3 77:25 78:25 79:6,25 83:21 90:6 91:23 92:2 100:5 115:23 116:20

117:15 125:8 125:16,20,23 129:8,9 148:15 155:19 158:24
**belinda** 2:20 6:17 160:5
**benefits** 9:2
**best** 9:14 24:24 96:13,15 125:25 161:9 162:5
**better** 48:16 54:5 67:18
**beyond** 85:12
**big** 46:9 47:12 66:3
**bill** 66:20
**billed** 92:12,16 93:6 110:11
**billing** 92:19,24 113:22
**bills** 66:17
**bit** 69:17 127:20 135:5 142:4 152:23
**blank** 35:3
**blanket** 66:25 91:2
**blocks** 43:6
**bond** 127:2,5
**bonding** 126:25 127:6
**boroughs** 112:6
**bottom** 131:15
**bounce** 33:10
**box** 39:18,21 43:24 45:20,22 64:7,15 71:21 74:12,19 75:13 81:13 95:21 132:25 133:5
**boy** 73:25
**bpa** 91:2
**brake** 61:5
**branches** 42:5
**breach** 51:3
**break** 48:12 49:7 88:12,22 127:16,18,19 128:9
**breakdown** 39:7
**brent** 2:3 6:14 7:17 26:15 114:17 116:9 130:10
**brian** 32:11,13 56:25 57:3
**brief** 61:19
**briefing** 62:16
**briefly** 156:4
**bring** 54:25 74:5 95:21 102:12
**broad** 55:11 62:25 63:8 102:20
**broadway** 2:5 97:3
**broke** 134:23
**bronx** 14:5 46:24 47:22,25 48:3 71:16 75:4,7,14 149:4 151:14
**brought** 9:4 64:5
**bucket** 44:13 44:14
**bui** 32:18 81:4
**building** 42:18 43:6 97:4
**bunch** 121:12
**buried** 65:3,17 65:20
**burn** 66:25
**business** 111:9 114:23 118:5
**busy** 97:5

**c**

**c** 2:1 4:1 10:23 79:6
**cable** 42:8
**calculate** 29:10
**calderon** 1:4 2:2 3:20,25 5:9 7:18,20 8:19 9:5 119:8 128:23 132:4 135:6 136:6,17 136:23 140:9 140:16 141:8 141:16 142:2 142:14 143:14 144:24 146:10 147:17 148:6 149:10 150:10 152:22 153:5 154:2,9 156:5 156:15 158:9 158:22 163:2
**calderon's** 141:2,13 145:13
**caldron** 140:20 156:23
**call** 16:14 30:20 36:24 49:24 52:23 53:11 54:6 77:15 80:25 89:11 90:21 104:25 122:19 122:23 159:6
**called** 7:8 60:10 77:25 89:10 118:22
**calling** 109:19
**canal** 47:21 75:5,7,9 138:11,17 139:4 140:5 144:3,4 146:24 147:21 148:15

148:19 149:5 151:24 152:3
**capacity** 119:20 120:11
**captioned** 119:6
**car** 75:21
**card** 72:14 129:11 142:11 147:14
**cards** 3:20 72:10 128:21 135:24,25
**care** 82:4 108:23
**carpenters** 21:18 28:17,22 43:12 68:13
**carry** 72:17
**case** 1:8 43:19 51:16 77:9 84:21 93:8 122:18 151:19 154:24 163:2
**cases** 64:18 67:4 92:23 105:25
**cash** 123:24
**cast** 16:24 37:18
**cat** 44:13
**categorically** 105:14
**categories** 121:13
**cause** 82:23
**caution** 65:15
**caveats** 91:11
**cba** 76:3,10 109:8
**ce2022031101** 129:17
**center** 53:21
**certain** 17:5,18 27:8 43:18,19 45:21 46:6,9 49:14 51:20,23 52:15,21 53:3 54:21,22 58:20 64:10 67:4 68:11,22,23,24 68:25 71:13 72:15 73:22 84:16,17 85:17 91:11 92:5,23 93:4 94:10,19 99:13,14 107:2 107:18 113:21 141:16 154:14
**certainly** 145:3 148:10
**certainty** 158:12,13
**certificate** 161:1 162:1
**certification** 51:22,25
**certifications** 49:14,18 50:13 51:20 52:14
**certified** 4:5 5:25 52:3 95:6 95:8,12,15 108:8,20 109:11 110:22 123:21 155:4 159:5
**certify** 161:3 162:2
**cetera** 43:7 99:15
**challenge** 112:25
**change** 10:11 49:11 89:4 91:20,23 128:15 151:3 163:5
**changed** 11:21 15:16 46:3 67:20 73:5 114:23 158:5
**changes** 56:7
**charge** 33:24
**charged** 27:7
**chart** 131:20,20 132:11
**check** 25:9,15 28:15 34:13 59:14 88:6 95:18 103:13 123:24 141:22
**checking** 17:2,2
**checklist** 59:13 60:4
**chief** 120:16
**circumstances** 94:7,11,13
**city** 13:13 14:6 52:3 68:21 137:20
**city's** 112:6
**claim** 8:25
**claimed** 30:23
**claims** 43:17 119:4
**clarify** 49:11
**clarity** 142:13
**clarke** 1:10,14 2:11 5:1,8,12 6:1,22,23 7:1,4 7:7,16 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1

49:1,5 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1,21 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1,2 113:1 114:1 115:1 116:1,16 117:1 118:1,14 119:1 120:1,6,7 121:1 122:1 123:1 124:1 125:1 126:1,10 127:1 128:1,7 129:1 130:1,23 131:1 132:1 133:1 134:1 135:1 136:1,5 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1,3 157:1 158:1 159:1,8,12,18 160:1,14 163:3 163:21

**class** 3:8 9:6 73:6,8 100:13 101:4,14,17,22 102:3 103:2,10 104:2 107:2,7 117:17 119:21 120:13 123:18 123:25

**classifications** 21:12 22:14 24:2

**classified** 146:12

**clear** 26:19 85:24 99:16 126:8

**clearly** 146:22

**clock** 69:5,8,22 122:2,2,5,6,12 122:12

**clocked** 121:19 121:19

**clocking** 122:9 122:10,20,20

**close** 14:5 46:24 74:6 148:17,18,20 149:3,7,7,9 151:14,20,25 152:17 159:20

**closely** 20:5

**coin** 90:25

**collected** 60:15

**collecting** 60:15

**collective** 3:8 9:6 30:24 43:16 68:5 75:24 100:13 101:4,14,17,22 102:3 103:2,10 104:2 107:2,7 109:4 117:17 119:21 120:13 120:15 121:22 123:9,19,25 146:12 147:4

**columbus** 147:21,25 148:13,14

**combination** 37:7 133:5

**combined** 92:25

**come** 28:3,7 62:13 81:25 83:20 99:24 103:20

**comes** 34:25 93:8

**coming** 110:5

**commercial** 84:14,18

**commercially** 89:14

**commission** 163:25

**common** 73:15 75:22,25 76:2 76:5

**communicate** 77:14

**communication** 122:24

**commute** 145:15

**comp** 92:22

**companies** 12:14 53:2 112:5

**company** 11:10 11:13 12:4,8 45:2,4 58:14 61:10 87:12

95:17 107:23 112:2 126:25
**compensated** 83:5,9 105:24 106:5 110:20 151:11
**compensation** 93:24
**competency** 55:22
**competition** 113:8
**complain** 111:4
**complaint** 3:9 9:9 100:13,24 111:4 117:17 146:20
**complaints** 111:7,12
**complete** 27:25
**completed** 133:16
**completely** 46:21
**complicated** 76:18
**components** 43:5
**compound** 82:23
**comprehensive** 112:21
**compressor** 133:6
**comprised** 43:4
**con** 18:3,4,22 37:11 38:9,20 41:9,12 42:25 49:19 50:14,19 51:11 52:17 53:20,25 54:7 54:11,12 55:3 56:7,13 57:7 62:22 63:4 66:16,17 70:15 90:8,9 91:4,22 93:12,15,17 94:7,18 95:5 108:8,14,19,22 108:22 109:3,7 109:11 110:11 110:16,23 117:8 126:24 127:5 131:5,7
**concerning** 119:4 123:17
**concluded** 160:11
**conclusion** 109:19
**concrete** 21:20 27:22 28:18,19
**conditions** 33:11
**confirm** 135:21
**confirmation** 126:22
**confirming** 127:8
**confused** 83:11
**confusing** 69:18
**consider** 20:25 38:5
**considered** 44:12 49:22 118:12 147:3
**consist** 36:12 60:24 66:25 91:13
**consistent** 36:18 138:2
**consistently** 113:7 120:20
**consolidated** 18:16
**constant** 77:12
**constitute** 6:9
**constructing** 15:24
**construction** 12:13,24 16:21 17:6,9 19:23 37:12,14,20 38:4,6 50:6,10 52:13 101:19 104:8 105:10 118:4,12
**construing** 120:4 124:8
**consultants** 89:20
**consumables** 64:20 66:15,22 66:22
**contained** 45:20 124:24
**content** 128:10
**continued** 128:8 136:11
**continuing** 98:23
**continuous** 54:4
**contract** 8:7 57:22 58:8 74:23 75:10 87:20 88:3 92:2 116:25
**contracted** 17:4
**contractor** 12:20 38:6 53:23,24 54:9 54:18,18
**contractors** 89:15
**contracts** 71:8 90:13,14
**contractual** 50:18 95:2
**contributed** 119:19 120:11

**control** 89:11 95:13 120:22 120:24 121:6,7 121:14 124:16 124:17,24 129:5 131:2 133:15 140:8 140:20
**controls** 113:12 113:16
**coordinate** 77:16 110:2
**coordinator** 78:22
**copies** 128:21
**copper** 65:9
**copy** 100:12,23 111:15
**core** 112:20
**corporation** 20:5
**correct** 8:20 9:8,13 12:9 18:10 23:20 24:8 43:24 46:14 55:23 65:6,17 66:14 67:10,11 76:11 77:24 83:13,14 84:11 103:17 104:12,15,17 105:13 107:16 107:19 108:8 109:22 112:8 115:21 118:8 121:20 127:10 127:11 131:10 131:13,24 132:5,19 133:18 134:11 134:21 143:25 144:19,20,23 148:8,11 153:21 157:2,5 157:9,12,16 158:12 159:21 159:22 160:5
**correcting** 17:20
**corrosion** 16:8
**costly** 73:18
**costs** 89:25 90:4 93:19
**counsel** 6:15,20 7:13 128:24 137:17 156:14 161:10,13 162:6,9
**count** 31:21
**counties** 112:7
**couple** 48:13 150:21
**couplers** 63:9
**coupling** 63:10 63:11,12,15,19
**couplings** 63:15,20,25 64:2,2,3,18
**course** 72:20 73:5 111:8 114:19 152:8
**court** 1:1 82:13
**cover** 17:20 66:8,9 93:18
**covered** 68:6 76:2,10 125:2
**covers** 66:3
**crane** 52:2,4
**credited** 142:22 144:24 149:10 154:3
**crew** 27:10,12 28:7,9 35:5,9 35:17,21,25 36:4,7,11,13,20 36:22,23 37:8 39:12,20,20,23 39:23,24 41:17 41:19,24 42:4 42:7,10,14,25 43:8,10,23 44:20,22,24 66:24 67:3 71:10,10 72:22 74:22,25 75:3 77:6 85:17 86:20 110:7,9 132:3
**crewmate** 122:25
**crewmates** 85:12
**crews** 39:8,18 40:4,5,6,9,10 40:11,12,16,18 40:19,19,20,21 40:23,23,24,25 40:25 41:6,14 41:21 43:3,5 43:21 66:18 71:14
**criteria** 59:15
**cross** 112:21 113:6
**crossways** 1:19 2:14 5:14,15
**culture** 56:19
**curb** 99:14
**current** 56:6 112:16,17
**currently** 9:16 13:4,21 14:9 26:18 45:25 46:12 136:2
**customer** 16:9 17:19
**customers** 17:25 18:2 113:9
**cut** 31:3 82:8
**cv** 1:9

**d**

**d** 3:1,21,21,23 3:23 4:1,1,9 34:7

**daily** 77:16 88:6,9 103:23
**dallas** 100:5,5
**damage** 97:21 97:24
**damaging** 97:21
**data** 4:4 60:15 78:8 95:14,16 95:17 124:18 124:24 125:7 140:13 150:22
**date** 1:15 9:11 41:13 131:8,9 131:15,17 152:13 153:12 163:3
**dates** 114:22 150:24 152:25
**day** 11:9,9,15 14:11 31:15,16 31:17,18,20 39:13 56:20 57:19 58:23 59:9 61:24 62:2,6,16,21 68:2,3,7,7,10 68:12,14,15,25 69:14 70:11,20 71:11 72:20 74:5 75:6,8,22 77:12,12 85:11 85:17,19 86:8 86:12,18 87:2 95:22 97:15 101:11 102:10 102:13 103:7 103:17,20,21 105:12 107:3,9 107:21 121:19 123:4 133:17 139:25 140:2 140:18 141:9 144:11 146:3 146:16 148:11 151:19 152:8 152:11,19,21 158:17 160:18 163:22
**day's** 101:13
**days** 71:13 76:20 99:9 122:14 142:12
**dealing** 114:20
**debris** 101:25 101:25
**december** 14:18,21 15:2 15:17 34:9 73:11 78:13 116:21
**decision** 119:20 120:12
**deep** 112:25 113:2
**deeper** 149:24
**defect** 17:20
**defendant** 6:23 120:5 124:12 124:13
**defendant's** 101:3,5,9,23 103:11,23 105:10 118:15 119:5 128:25 136:2,10 147:15
**defendants** 1:12 2:10 3:18 3:22 6:21 104:9 124:9 137:17
**defense** 128:24 137:16
**defenses** 119:5
**define** 37:14 73:8 122:5 126:16
**definitely** 87:21 118:11
**degrees** 44:17
**delivering** 151:13
**demands** 159:10
**demolished** 42:17
**demonstrate** 53:5
**denoted** 151:9
**denying** 146:23
**department** 23:24 33:17 34:3 79:9 99:21 137:21
**depend** 58:7 71:23 87:3 123:8
**depended** 58:7
**dependent** 50:17 149:22
**depending** 24:11 27:15 29:6 35:14 43:13,14,14 46:6 55:18 62:18 68:17 70:8,18 74:18 86:20,21 87:19 87:25 94:6 101:12
**depends** 37:9 39:12 44:23 55:20 62:19 63:2 68:4 71:7 72:21 80:2,3 84:15 87:9,10 87:11 94:4,5
**deposition** 1:14 3:24 5:7 6:7 7:18,19,24 8:12 138:22 141:13,23 156:4 161:1

163:3
**depositions** 8:3 8:5
**describe** 114:15
**described** 94:22
**describing** 133:16
**description** 3:6 4:2,10 93:10 114:14 131:21 132:17 133:9
**designed** 72:17 115:18
**destructive** 16:6,15,17
**detail** 152:20
**details** 89:8
**determine** 142:13
**determined** 68:20
**development** 57:6 80:22
**devices** 63:11 63:12 65:2
**diagram** 86:18
**diameter** 40:13
**difference** 44:6
**different** 8:6 19:21 21:21 23:10 31:18,20 41:6 44:10,11 45:17 50:22 62:10 63:24 74:20,25 82:24 121:13 152:7
**differently** 20:2 64:9
**dig** 149:24
**digital** 161:7 162:3
**diligence** 128:8
**direct** 122:17 122:21
**directed** 81:25
**directing** 146:8
**directional** 61:4,4
**directly** 24:14 56:13 63:4 77:5 79:16 80:9 81:3 91:14 108:3 110:5,5
**director** 11:18 32:7,9
**directors** 12:8
**directs** 151:4,7
**dirt** 28:2
**disconnect** 26:10
**discrete** 93:10
**discuss** 8:13,15
**discussed** 25:3 152:15
**discussing** 118:24
**dispatch** 51:8
**dispatched** 47:25 61:16 71:15 72:19 106:19
**dispose** 101:25
**dispute** 8:7
**disregard** 138:24
**distinction** 53:12 66:19 85:13
**distributed** 57:8
**distribution** 12:25 40:24 41:8
**district** 1:1,2
**divisions** 19:21
**dmv** 84:17,23
**document** 100:16 114:21 115:23 123:23 124:11 129:2,4 129:8,10 156:16,22 157:5,11,18
**documents** 8:16 123:17 124:10
**doing** 14:12 19:19 24:25 27:5 36:11,13 41:22 42:2 43:22 53:18 62:22 82:17 87:21 97:3 146:17 150:2
**doj** 54:6
**dollars** 38:24
**dolowich** 1:18 2:13 6:20
**double** 141:22
**doubt** 56:24 102:8,15,18
**dpw** 137:20
**draftsmen** 21:20,25 22:25 30:8,9 86:23
**dramatically** 26:25
**drive** 1:19 2:14 5:14,15 25:3 44:21 58:16,17 74:4 75:19,20 82:20 83:5 84:4,6,25 85:2 85:10 93:16,25 94:8,9 101:23 103:11 111:12 113:11,21 152:7,10 158:3 158:11
**driven** 43:16 52:20

**driver** 58:15 59:14 83:8 84:10 95:20,25 103:12 108:10 125:18
**drivers** 21:6 31:23,24 82:20 83:9 84:5 93:25 107:18 107:20 110:12 110:24
**driving** 73:19 83:10,16,19 85:11 107:22 141:9 143:23 152:22 157:23 158:9
**drop** 63:4 87:24 133:11
**dropped** 64:24 151:24
**dropping** 42:20
**drove** 58:13 136:17,23 137:4 147:8 151:23 152:4 158:10,15,16
**drug** 106:2,3,4 106:8,13,16,20
**duct** 40:23 41:18,21 42:10
**ducts** 41:25
**due** 25:19
**duly** 7:9 161:5
**dump** 21:6 31:23,24 32:3 133:20,23
**duties** 95:19 101:7,19 102:4 103:3,12
**duty** 65:22

**e**

**e** 2:1,1 3:1,5 4:1 4:1,1,1,9,9,9 32:18,18 33:20 33:22 79:6,6
**earlier** 18:13 97:2
**early** 107:12,25 116:22 146:2 154:10,23 155:6
**economies** 113:4
**ed** 32:17 37:11 57:5,8 62:22 66:16 70:15 80:21 81:3,4 109:11
**edison** 18:3,4 18:16,22 38:9 38:20 41:9,12 42:25 49:20 50:14,19 51:11 52:17 53:20,25 54:7,11,13 55:3 56:7,13 57:7 63:4 66:17 90:8,9 91:4,22 93:12 93:15,17 94:7 94:18 95:5 108:8,14,19,22 108:23 109:3,7 110:11,16,23 117:8 126:24 127:5 131:5,7
**education** 54:4
**edward** 2:12 6:19 32:17
**effect** 145:21
**efficient** 113:4 115:16
**egrimmett** 2:16
**eight** 68:2,7,10 85:21,22 86:5 86:7 101:20 132:24 133:22 146:4 149:21 155:2 156:9,10
**either** 21:19 29:19 80:24 88:8 96:16 122:8 145:3 157:10
**electric** 40:24
**electrical** 40:25 41:8 112:23
**electronic** 65:2 67:24
**elects** 74:9
**emergency** 90:16 94:16
**employ** 21:13 23:5 24:18 25:8 27:14 30:10,19 31:8 32:19,20 33:14
**employed** 9:16 9:18,22 104:9 161:10,13 162:7,9
**employee** 51:9 57:5 61:15 67:12 68:6 70:4 76:17 80:22 91:3 105:17 109:7 123:6,13 132:12 137:4 161:12 162:9
**employee's** 123:10
**employees** 13:21 15:15 35:6 46:19 49:16 50:20 51:6 55:2 56:11 57:15 61:9 69:5,8,21 70:13 92:11 106:6,12,18 109:16,23 112:3 113:20

122:2 150:18
**employment** 106:8,11
**employs** 26:4
**enables** 59:13 64:25
**enclosed** 45:14
**ended** 140:20 151:19 152:14 157:7
**engineer** 37:3 43:9 52:2 75:25
**engineers** 20:11 21:15 22:4,7 25:2,7 26:5,9 27:4,6 31:11 32:22 37:7 43:7
**enjoy** 113:9
**ensure** 56:16 56:19 57:11 59:15 61:2 105:19
**ensuring** 57:6
**enter** 89:8
**entered** 90:2 120:21 133:15 134:10
**entire** 102:16 102:18 114:7
**entirety** 152:11
**envelopes** 123:22
**equation** 96:22
**equipment** 25:23 39:9,15 45:19 58:22 61:23 67:5 79:10,11,13 83:10 89:24 90:10 91:15 92:7 97:15,22 97:25 98:13 101:10,24 103:15,19 110:18 131:21 132:15,16,18 137:5 138:10 143:9 157:14
**errata** 163:1
**es** 161:4
**esquire** 2:3,12
**essentially** 91:8 95:11 98:24
**establish** 91:24
**established** 141:8
**estimate** 18:19 24:24 26:3 28:11,21,25 38:8 47:5
**estimators** 20:17 22:25 30:2,5
**et** 43:7 99:15
**event** 84:22
**everybody** 52:10 56:19 57:12 105:20
**everybody's** 56:17
**evident** 136:20
**evidentiary** 6:6
**exactly** 18:14 59:24 62:12 95:14 133:3,7
**examination** 3:2 7:14
**examined** 7:11
**example** 50:20 92:25
**excavate** 44:17
**excavating** 37:18
**excavation** 17:10 27:25 44:14 66:3
**excavations** 16:4 66:13
**excavator** 44:3 44:4,7,15,20 97:5,14,23 98:23
**excavators** 25:11 71:22 72:23 73:3 96:9
**exceed** 126:21
**exception** 123:7 137:19
**excess** 33:25 126:13
**executive** 120:16
**exhibit** 3:8,10 3:13,16,18,20 3:22,24 100:18 100:20 112:9 115:6,7 117:23 118:18,19 127:10 128:18 128:19 135:22 137:15,23 143:9 156:8,11
**exhibits** 160:3
**existed** 116:21
**existing** 16:5 42:16
**exists** 111:20
**exited** 11:23
**expected** 62:6
**expended** 90:2 90:5
**experience** 78:17
**expertise** 15:10 55:18
**expires** 163:25
**explain** 56:3 129:7 155:5
**explanation** 82:17
**extensive** 78:7

**extent** 51:15 60:20 108:10 141:25
**extinguisher** 67:2
**extra** 40:13 85:4,16 86:3,8 91:12 110:12 110:23
**extremely** 29:5 55:11

**f**

**f** 4:9
**facilitate** 81:23
**facilities** 17:12 46:5 72:9
**facility** 53:24 53:25 59:9 97:7
**fact** 27:9 28:8 105:18 107:25 151:12
**factors** 74:3
**facts** 119:3
**failed** 105:10
**failing** 105:17
**fair** 18:14 19:6 30:16 37:11 38:7 81:10 91:16,19 121:16 123:5 126:10 139:7
**fairly** 62:11
**fall** 8:9 32:22 42:23
**falls** 93:9 116:12
**false** 105:14
**familiar** 8:18
**far** 71:17 126:21
**federal** 52:25 106:9,14 109:16
**feedback** 77:12
**feel** 128:14
**feet** 91:9 133:9 133:10
**fencing** 99:14
**fiber** 42:7
**field** 20:20,21 21:14 22:16 29:23 30:6,13 47:11 120:20 121:15,18,25
**filed** 100:14
**filing** 111:3
**fill** 103:14
**final** 127:18 139:25
**financially** 161:14 162:10
**financials** 126:20
**find** 29:9,10 142:15 145:23 146:16
**fine** 116:14,19 117:12
**finish** 37:23 61:14 102:4,25 108:2
**finished** 73:22 74:8 103:6 117:6 142:23
**finishes** 85:15
**finishing** 103:3 144:25
**fire** 66:25 67:5
**fired** 100:2
**first** 7:8 21:14 22:3 58:17 67:2 79:17 83:12 118:16 129:10 134:14 134:17 138:6,9 144:3 147:20 148:4 149:12 153:8,15
**fit** 70:21
**five** 19:2 23:6,8 23:9,12,14 34:14 36:20 41:15 48:12,13 53:8 112:6 132:7 144:12
**flag** 32:19,24
**flaggers** 21:10
**flagging** 93:9
**fleet** 60:18,22 72:14 77:18,21 78:22 125:22
**flickering** 129:20,24
**flsa** 126:19
**fluctuates** 35:10
**focus** 15:7 50:7 113:6
**focused** 14:21 15:5 50:8
**follow** 50:22 59:3 70:12 92:15
**following** 98:11 98:19 103:21 120:5 152:21
**follows** 7:11
**foot** 92:4
**footprint** 47:13
**foregoing** 161:3,4 162:4
**foreman** 24:20 25:5 27:10 36:24 44:24 61:12,22 62:9 64:8,16 67:23 69:9,11,23,25 69:25 70:4,19 72:22 75:19 77:5 80:3,5 81:19,23,24 82:10 83:23

85:6 86:16,25 88:4,8 90:3,6 96:2,3 107:24 108:3 110:6,9 122:18,22,25 133:15 134:10 134:13,14,19 142:10 145:19 146:3,15 151:4 151:7,11 154:9 154:13,25
**foreman's** 62:18 82:3
**foremen** 20:9 24:16,17 45:4 61:13 62:15 64:9 76:14,15 76:25 86:3,7 86:10 87:7,12 87:16,19 89:7 111:10 121:9 134:16,17
**form** 21:19 28:18,19
**format** 76:20
**forum** 56:6
**forward** 75:8
**founded** 111:25
**founding** 9:25 10:3
**four** 27:15 28:24 29:16 36:12 47:18
**frequently** 25:18
**fresh** 67:4,4
**front** 44:14 97:4 102:23
**fuel** 72:3,5,9,14 72:17 108:12
**fueled** 71:22 72:15
**full** 66:8 119:10 119:10
**fully** 151:11
**function** 45:11 64:12 70:24,25 78:21 86:14 146:11
**functionality** 112:22 113:6
**functions** 22:21 43:18 93:4
**furnish** 109:2
**further** 82:17 159:17 161:12 162:8
**fuse** 20:24 22:20
**fuser** 21:2 31:21
**fusers** 30:19,21
**fusing** 21:4 30:12 45:9,19 63:13
**fusion** 31:19
**future** 65:12 66:13

**g**

**garage** 47:10
**garbage** 102:2
**gas** 3:17 12:20 12:22,24 15:5 15:7,9,25 16:3 16:5,18,23 17:3,11 18:9 18:15,24 19:5 19:10,12,23 22:22 27:8 37:19 39:9 40:14 41:23,24 49:13,20 50:3 50:8,14 52:14 52:23 55:17 62:22 65:11,19 66:7,7,10,12 72:10,11,13,19 103:15 106:10 112:22 114:10 114:14 117:21
**gauntlets** 67:7
**general** 23:18 26:22 49:23 50:4,17,18 56:8 67:19,22 71:3,12,17 95:23 99:2 114:23,24
**generalization** 73:14
**generalized** 102:20
**generally** 42:11 55:6 74:14,16 86:4 114:14
**generate** 95:15
**generated** 109:11
**generating** 110:9
**geographical** 74:24 113:5
**geographically** 13:2
**gerard** 10:19 10:21,22 11:3 11:6
**getting** 92:16 109:17 111:5 149:3 153:24
**give** 19:15 34:23 130:2,8 155:10,10 158:12
**given** 68:21 85:3 96:2 101:13 107:11 146:16
**giving** 24:24
**glitching** 135:12

**gloves** 67:6
**go** 19:3 22:3 23:2 30:5 37:8 37:10 40:21 55:3 63:18 69:14 74:19 77:7 79:15 83:25 84:20 87:16 96:9,18 98:17 99:8 108:11 135:11 143:2,9 149:25 150:22 152:18 157:14
**goes** 30:14 42:18 56:19 58:22 65:15 99:16 138:8 144:6
**going** 6:16 7:23 23:17 26:16 48:10 49:24 62:20 71:14 72:6 73:16 79:20 99:8 116:10 118:14 128:17 135:4 137:13 138:4,6 138:23,24 155:4 156:3,21 158:18
**good** 5:2 6:14 6:19,22 7:16 14:13 25:20,23 48:22 62:3 88:13 151:21
**gotten** 67:18
**gps** 3:22 4:4 77:18,20,25 78:17 79:11 109:25 110:7 125:21 137:15 137:18,22 138:3 140:10 140:15,21,25 141:17 142:3 146:21,23 147:19 153:7 159:2,9
**graffiti** 97:20
**graham** 2:4,20 6:15,18
**grasso** 1:21 5:3 161:2,19
**great** 82:18 128:5 159:25
**green** 134:5
**grid** 18:6 117:4
**grimmett** 2:12 6:19,20 22:10 25:21 26:12,15 33:7 36:8 37:13 38:13,21 48:15,17 67:15 69:15 71:5 73:7 79:19 82:21 85:7 88:13 92:13 94:3,25 96:12 97:9 98:2,6,16 99:6 102:14 105:4 106:7 108:15,25 109:18 110:13 113:24 114:17 116:9 118:9 119:9 120:23 122:4,15 124:19 125:12 125:15 126:7 126:15 129:21 129:25 130:7 130:13 141:6 142:6,25 145:8 149:14 150:8 150:12 155:19 155:24 159:15
**gross** 126:18
**ground** 65:20 89:11 95:13 120:22,24 121:6,7,14 124:15,17,24 129:5 130:25 133:15 140:8 140:19
**groundwork** 113:16
**group** 39:24
**groups** 35:8
**grown** 13:16
**guess** 14:10 24:24 58:18 66:21 76:15 77:11 82:6 106:15
**guessing** 15:19
**guy** 83:15
**guys** 81:2 84:6

**h**

**h** 3:5 10:23,24 32:18
**habits** 145:13
**half** 68:12 85:11,16,23 107:5 149:17 155:2
**hall** 53:17
**hand** 7:5 71:7
**handle** 17:8
**happen** 53:23 62:11 152:16
**happened** 10:13 99:20 108:2
**happening** 129:21
**happens** 30:21 56:4 60:14 75:18 114:8
**hard** 34:22
**harm's** 98:18
**hate** 39:11

**hazards** 50:3 61:19
**head** 19:17
**headlights** 61:6
**health** 3:14 115:9 116:4,5 117:14,19
**heard** 63:9
**hearing** 6:25
**heavy** 65:22 118:4,12
**held** 14:4 20:5 57:17
**help** 81:12 130:9
**hempstead** 14:3 46:13,16 46:20 48:6,7 71:12,14 112:4
**henne** 32:17,17 81:4
**herazo** 2:20 6:17,17 156:9
**hereto** 161:13 162:10
**high** 40:13 67:6
**highest** 115:19
**highlighted** 138:7
**hillside** 146:25
**hit** 65:24
**hold** 79:19 153:11
**home** 56:19 87:13 105:17
**honest** 117:11
**hoods** 67:5
**hopefully** 127:18
**hour** 8:24 48:11 57:24 68:3,7,10,12,14 85:11,16,23 86:6,8 145:5,6 147:11 149:17 154:4
**hourly** 94:21 106:24 107:5
**hours** 38:25 39:5 68:24 77:2 81:7 85:21,22 86:5 86:8 101:20 109:17 111:5 123:6,13 132:13,23 133:22 141:3 142:3,5 147:18 150:18 153:6 155:2
**house** 54:25
**hr** 111:9
**human** 23:21 33:16,17,24 67:9
**hundred** 112:3
**hypothetical** 94:15

**i**

**idea** 38:14 150:14
**identical** 109:9
**identification** 100:21 112:10 115:8 117:24 118:20 128:20 137:24 156:12
**identified** 51:17
**identify** 6:12 119:2,18 123:16
**images** 117:3
**imagine** 30:7 30:13 97:21
**immediate** 159:6
**implausible** 102:21,22 103:4
**implement** 113:12
**implemented** 59:25
**important** 105:20 115:13
**importantly** 56:23
**inc.'s** 115:12
**inch** 133:10,10
**inches** 65:19 66:10
**include** 64:17 77:2 93:20 94:21 109:22 110:23
**included** 81:7 91:6,21 92:19 111:2 124:10 137:5 154:16
**includes** 92:2
**including** 15:13 61:18 89:19 123:20
**incorporate** 110:17
**incorporated** 5:11 9:20,23 108:4 111:16
**incorporator** 10:4
**incorrect** 105:25
**incur** 31:13 50:4
**indicate** 154:18 158:14,16
**individual** 23:22 53:15 55:15 70:3 76:22 81:25 111:10 122:11

122:25 123:3 123:10
**individually** 1:5 5:9 9:4 54:10
**individuals** 9:12 20:6 23:12 24:20 33:3,8 39:25 43:20 52:20 53:3,4 54:22 57:10 58:13 83:18 89:22 119:16 122:16 132:4,7
**industry** 56:12
**inferences** 150:23
**infinite** 41:6
**information** 4:6 14:19 49:23 56:7 57:6 62:5 104:7 105:9,21 118:25 119:17 120:21 131:20 131:21,22,23 132:2,8 133:14 133:20 134:2,9 143:23 157:15
**informed** 70:18
**infrastructure** 1:9 2:10 3:10 3:13,16 5:11 6:24 7:20 8:20 9:8,19,22,24 10:3 11:21 12:15,18,19 13:16,22,25 15:5,11,16 16:2 17:8,15 18:2,21 19:22 20:3,4 21:13 23:5 25:7,12 26:4 27:14 28:13,23 29:3 30:19 31:8 33:5 34:9 35:5 38:9,20 49:15 51:6 54:17,20 55:24 56:22 58:12 61:9 66:17 72:8 77:17 78:16 89:13 91:4,17 92:10 93:13,16 93:18 96:7 97:3 104:21 105:16 108:7 109:21 111:14 111:16,25 112:24 113:7 114:4,12,16 115:12 116:7 118:6 120:8 123:5 126:5,12 137:3 150:17 163:2
**infrequent** 83:22 84:2 94:18
**inherent** 50:5
**initial** 53:12,14 75:16 143:10
**initially** 10:17
**injury** 8:5
**innovation** 113:11
**ins** 4:7 158:24 159:3
**inspected** 59:10
**inspection** 4:4 59:2,5,12 60:7 60:11,12,16,22 60:23 125:6 137:6 158:11 159:4
**inspections** 58:21
**inspector** 51:19 59:14
**install** 16:22 41:24
**installation** 17:11 22:22 37:19
**installed** 66:8 133:9,11
**installing** 36:2 40:2 42:8
**instance** 138:14
**instances** 81:11 81:18
**instruct** 69:12
**instructed** 70:9 70:10 147:12 154:9
**instructing** 145:19
**instruction** 14:10 154:13
**instructions** 95:25
**instructors** 54:23
**instructs** 77:7
**insulated** 65:10
**insurance** 8:9
**insurances** 93:21
**intended** 6:4
**interduct** 42:8
**interested** 161:14 162:11
**interesting** 65:7,21 154:16
**interim** 147:2
**intermediate** 144:8,15,17
**internal** 129:15
**interrogatories** 3:19 118:17,23
**interrogatory** 120:4 124:9 127:9

**interrupted** 130:24
**introduce** 100:18 115:5 117:13 118:18 137:14
**introduced** 127:9 135:21
**intuitive** 76:19
**investment** 11:24
**investors** 12:4
**involved** 15:11
**involvement** 11:13 12:13
**involves** 30:15
**iron** 16:24 37:18
**island** 13:13
**isolated** 152:12
**issue** 50:24 51:4 72:10 97:22
**issued** 45:2,5 76:24 87:13
**issues** 25:19 77:6
**item** 64:4 93:3 110:15 134:8
**items** 66:16 92:3,5 103:16

**j**

**january** 116:22
**job** 1:22 14:13 35:22 39:13 43:13 46:5,9 47:13 52:10 54:6 57:21 61:13,18,20,24 61:25 62:4,5 62:16 63:2,3,5 63:6 64:5,11 65:15 68:17 69:13 70:3,6 70:14 74:6,7 79:16 80:9 81:3 82:3,18 83:6,10,16 86:14 87:6,10 87:18,18 88:2 89:8,23,24 90:2,3,5 91:15 92:11 94:2,10 95:19 96:16 98:14 101:8 107:11 108:24 113:21,23 129:13,17 131:4,8 132:3 139:9,12,14,22 144:18 145:17 145:20,25,25 146:11 148:10 149:13,20 151:8,8 153:19 154:10,15,18 154:22
**job's** 98:23
**jobs** 47:24 62:24 68:19 90:8,9 92:21 92:22,22,23
**joe** 4:12 34:7,8 34:20 78:24 99:21
**joined** 12:3
**jointly** 1:10 5:12
**july** 100:14
**jumbled** 79:22
**jump** 146:14
**june** 135:5,5 136:3,9,12 137:8 138:6,7 138:9,20 140:19 142:19 142:21 143:9 147:14,15,16 156:25 157:8 157:20
**jurisdiction** 31:10 43:18 52:22

**k**

**k** 79:6
**kaufman** 1:18 2:13 6:20
**kaufmandolo...** 2:16
**keep** 45:13 61:9 76:16 99:2 115:18 121:8 121:14
**keeps** 25:12
**ken** 29:19
**kenneth** 10:19 10:22,24 11:14 12:10 24:15
**kept** 98:24
**kevin** 11:12 12:6
**key** 126:3
**kind** 17:20 26:7 26:10 78:21 79:21 82:23 144:18
**kit** 67:2
**know** 14:15 19:18 24:4 25:10 33:13 35:2 38:22 46:19 50:23 51:3,4,22 56:15,18 59:20 59:24 60:2,14 60:20 61:22,25 62:6,11,12,14 63:10 64:11 71:10,17 75:12 75:13,19 77:13 78:9 79:22

89:9,10 97:17 98:3,5,7,8 100:2 116:11 116:12,18,23 117:10 121:3,4 124:15,23 129:13 131:16 134:12 136:22 139:11 140:14 141:25 142:7,8 142:9,9,15 143:14,15,18 145:12,24 146:2,7,25 148:5 149:16 149:19 150:10 150:22 151:2 151:16,17 152:21 154:8 154:12 158:13 158:17,18
**knowing** 72:5
**knowledge** 9:14 49:23 50:18 53:5 78:20 96:14,15 119:3 161:9 162:6
**kv** 67:6

**l**

**l** 10:24 33:20 33:20,20,21,21 33:21 79:5
**labor** 91:14,21 92:9 110:18 131:20 134:15
**laborer** 37:4 43:9 49:19 80:4,8,12 81:5 81:11 83:3,13 83:15 84:4 85:10 131:25
**laborers** 20:13 28:10,11,12 32:20 37:6 43:7 50:13 79:14,17 80:15 82:18 84:7 121:9
**lack** 54:4
**large** 28:16 36:6 47:12
**larger** 35:22 40:13 42:11 47:10
**lasted** 104:6
**late** 108:2
**lavalley** 33:19 67:8 76:21 78:19,20 89:20 95:10 125:24 125:25
**law** 106:10 109:16
**laws** 6:6
**lawsuit** 8:19,23 9:13
**lay** 27:21
**layer** 28:2
**lays** 114:6
**lead** 57:2 99:21
**leader** 36:23 43:8
**learn** 56:14
**learned** 56:10
**learning** 53:21
**leave** 35:2 73:17 75:7,7 146:9
**leaves** 153:10 153:24
**leaving** 59:9 144:12
**left** 23:9 73:3 75:11 96:16 98:14 99:5,9 139:9,10 146:24 148:18 153:25 154:7 154:10 155:7
**legal** 109:19
**length** 99:13
**lens** 84:21
**lessons** 56:10
**level** 17:21 115:19,20
**liam** 78:25 79:5 79:7
**license** 52:4 84:13,22
**licenses** 84:14 84:18
**life** 50:23
**lights** 61:5
**likely** 60:18 76:22 134:13
**limits** 52:3
**line** 26:6 39:4 42:9 66:12 110:14 163:5
**lines** 18:10
**list** 23:17 24:4 30:22 41:6 58:16,18 84:10 134:23
**listed** 95:12 132:23 134:14 134:20
**listen** 92:20
**lists** 58:13 125:18
**lit** 98:14
**litigation** 8:8 119:6
**little** 35:14 48:11 63:7,7 69:17 114:18 127:20 135:5 142:4 152:23
**live** 50:21
**llc** 2:4,20 6:18 163:1
**llp** 1:18 2:13 6:20

**load** 81:13 102:11,11 103:15
**loader** 44:12
**loading** 101:9 103:18
**local** 22:19 30:25 31:4,10 31:14 84:8 87:5
**locals** 84:7
**located** 13:13 14:3,5 65:2,12
**location** 1:17 14:6 27:9 46:16 47:7 57:21 62:20 68:18 70:16 72:20 73:4,17 73:18,22 74:25 75:11,16 101:12 106:19 123:17 148:21 149:23
**locations** 13:24 46:7 66:7 78:5
**locators** 65:13
**logging** 130:12 130:12
**logic** 98:20
**long** 9:21 13:13 24:4 30:22 33:23 34:12 57:24,24,24 59:20 142:8,14
**longer** 10:7,8
**look** 29:8 38:16 62:4 119:17 131:14 138:6 142:12,19 145:18 146:14 146:15,15 147:7,13,13,18 148:12 153:3,7
**looking** 62:5 101:2 106:23 128:12 136:2 136:25 142:20 147:14 150:20 152:12 154:20
**looks** 131:6 132:2 134:4 136:11 137:25 139:6 140:2 144:2 145:2,4 151:15
**losing** 66:20
**lot** 41:4 45:17 62:10 63:9,24 96:19,25 117:3 150:21
**low** 73:24
**lowest** 115:20
**lump** 90:14 92:21,25 93:11
**lunch** 123:7 141:5

**m**

**m** 4:1,9 79:5
**machine** 44:16 60:11 63:13 72:3,6 73:17 73:23 75:10 94:9 99:8,16 114:13 122:9
**machinery** 21:16 22:11 25:4 59:7 61:16 74:2
**machines** 27:18 72:15,18
**made** 51:6 73:14 144:21 150:5
**magnitude** 88:2
**main** 14:2 15:7 36:3,13 39:20 39:22,23,24 40:2,5,19 41:23,25 42:2 42:3,9 43:23 46:13 62:22 63:6 64:25,25 65:5,11,11,19 66:7,7,10
**mains** 16:23,24 16:24 40:14 90:20
**maintain** 13:25 49:19 55:25 58:13 63:5 72:14 104:22 124:18
**maintained** 49:15 51:21,24 52:15 58:15 67:13
**maintaining** 15:24 16:2 110:7
**maintains** 25:12 33:6 45:24 124:16 137:3
**maintenance** 12:23 16:25 19:20,22 22:17 22:18 25:19 27:7 31:5,7,9 31:16,17,19 38:10
**major** 51:4,4 112:4
**majority** 19:7 38:19,23
**make** 57:10 58:10 65:23 76:25 84:12 96:17,25 97:16 99:4 109:14 146:19 150:16

**makes** 31:22 36:21 43:10 46:8 73:15 102:18 103:21
**makeup** 105:23
**making** 99:25 152:24
**man** 27:7 31:14 31:16,17,19 38:25 39:5
**management** 113:5
**manager** 21:8 24:13,14 32:5 33:18 51:18 60:19 78:23 87:23 88:5,9 122:18
**managers** 20:15 22:24 29:14,15,18 32:4,8,13 47:24 48:6 80:23
**mandates** 50:19
**mandatory** 80:17,19 104:4 104:16 106:3,4
**manhole** 17:19 40:24 42:14,25
**manholes** 42:16,19,21,22 43:2
**manner** 6:7 67:12 115:15
**manpower** 38:24 39:16
**manual** 101:19 156:23
**manuel** 1:4 2:2 3:20,25 5:8 7:18 8:19 119:7 132:3 135:6 136:5 147:17 153:5 156:5 158:22 163:2
**map** 86:16
**mark** 111:23 156:7
**marked** 100:20 112:9 115:7 117:23 118:19 128:19 137:23 156:11
**marker** 64:19 64:21,22
**market** 118:3
**marking** 128:18
**marsh** 10:22 11:4
**masks** 67:6
**match** 95:12
**material** 44:18 61:23 90:10,14 91:14 92:6,23 93:5 109:10 131:23 134:2,3
**materials** 21:18 61:17 62:7,23 63:4,10 64:10 64:14 69:13 81:13 87:17 93:22 101:24 102:12 103:15 103:18 110:18
**matter** 5:8 7:21 49:6 88:23
**mcmorrow** 32:11,13 56:25
**mean** 12:21 20:23 31:2 38:23,24,25 44:10 73:15 77:22 81:21
**means** 6:8 122:24 131:17
**meant** 66:6 73:25
**mechanic** 27:8 59:19
**mechanical** 22:21
**mechanics** 20:19 152:17
**meet** 48:12,19
**meeting** 4:3 55:25 58:11 80:14 81:3 104:4 105:2,11 105:18 125:10
**meeting's** 80:18
**meetings** 56:4,5 57:2,4,11,16,23 57:25 58:4,8 80:16,17 104:6 104:15,19,23 105:8,22
**meets** 112:25
**member's** 110:10
**members** 30:23 77:3,4 84:7 101:4,14,18,22 102:3 103:2,10 104:3 107:3,7 119:22 120:13 123:19,25
**memorandum** 57:8
**men** 22:17,18 31:5,7,9 33:9 33:14
**mentioned** 22:8 32:4 37:2 94:18
**message** 122:23
**messages** 145:21
**met** 7:17
**metal** 16:18,19 17:3 20:23 63:23

**metallurgical** 16:7,13
**method** 53:18 122:19
**metro** 134:5
**migrate** 45:16
**mile** 144:5 147:24
**miles** 138:16 139:7,20 144:7 144:16 147:9 147:23 148:15 148:16
**mini** 156:7
**minimize** 97:20 97:24
**minimum** 60:25
**minor** 35:18 40:6
**minority** 41:11
**minute** 48:12 88:12 127:19 130:3 139:6 141:4,24 144:4 147:22,24 153:16 155:10 155:10,14
**minutes** 48:13 48:14 57:24 58:3,3 104:7 107:3,9,19,21 110:12,24 141:3 142:5 145:6 146:6 147:9
**miscellaneous** 35:18 40:7,20
**missed** 24:3 81:2
**mistakes** 56:15
**mitigation** 66:9
**mix** 91:25
**mobile** 59:7 79:12
**mobilize** 94:20
**modules** 54:6
**moment** 34:24 100:8
**monday** 1:15
**monitored** 84:24
**morello** 78:22
**morning** 5:2 6:14,19,22 7:16 62:18 69:6 70:23 71:4 79:15 80:6 103:13 108:12 145:14 149:17 154:5 158:16
**move** 6:16 73:25 139:25
**moved** 74:22 75:13 138:15 139:20 143:15 143:18 149:6 149:12,12
**movement** 139:15,18 144:5,11 147:24 148:24 149:2,8 150:6 153:8,9,15,16 153:18
**movements** 144:8,15,17
**moving** 105:7 140:3 148:10
**msas** 90:21,23
**multiple** 81:2 90:22,23 99:8
**muster** 74:23
**mute** 155:20

**n**

**n** 2:1 3:1 4:1,9 4:9 32:18,18 32:18 34:7 79:6
**name** 4:11 5:2 7:17 10:21 12:10 32:9 34:23,24 35:3 60:2 67:7 79:3 89:9 93:22 99:20,23 121:5 134:3,3,13,15 163:2,3
**names** 10:18 32:16 55:9
**nassau** 112:6 119:16 132:8 132:12
**national** 18:6 117:4
**natural** 12:24 15:25 16:3,5 16:18 17:11 18:9,23 19:5 19:10,12 22:22 50:3,8 55:17 106:10 112:22
**nature** 111:13
**near** 98:14
**nearby** 97:7
**necessarily** 27:19 30:17 31:21 42:6 97:6 117:7 134:16 145:9
**necessary** 101:10
**need** 42:23,24 48:14 49:14 51:24 52:10,15 52:16,20 53:4 54:25 58:21 61:23 62:2,7 62:12,14 64:5 64:11 72:18 86:16 97:14 128:14 130:8
**needed** 61:24 62:24 69:13

87:17 101:11
**needs** 52:4 59:10,17 72:6 81:23 113:11 115:14
**neither** 161:10 162:6
**network** 1:9 2:10 3:10,13 3:16 5:11 6:23 7:20 8:19 9:7 9:19,22,23 10:3 11:20 12:14,17,19 13:16,21,25 15:4,11,16 16:2 17:7,15 18:2,21 19:21 20:3,4 21:13 23:5 24:17 25:7,11 26:3 27:14 28:12,22 29:2,15 30:19 31:8 33:5 34:8 35:4 38:8,19 45:24 49:15 51:5,14 54:12 54:16,20,23 55:2,24 56:6 56:12,21 58:12 60:6,11 61:8 61:12 66:16 72:8,14,16,16 77:17 78:16 84:12 89:13,17 91:4,17 92:10 93:12,15,17 96:7 97:2 104:21 105:16 108:7 109:6,21 111:14,15,24 112:24,24 113:6 114:4,11 114:15 115:12 116:6 118:5 120:8 123:4 126:5,12 131:6 137:3 142:15 150:17 156:19 157:24 158:4 163:2
**network's** 58:24 59:20
**networks** 58:25
**new** 1:2 2:6 5:16,19 13:3,6 13:13 14:3,6 16:22 17:11 18:3,4,16 37:19 42:19,20 46:13 47:21 68:21 84:23 94:20 112:4,5 137:20 161:20 163:1
**night** 68:19,23 72:25 74:13,17
**nine** 7:22
**nineteen** 112:18
**ninety** 19:2,2
**non** 16:6,14,17
**normal** 111:8
**normally** 53:7 99:12
**northeast** 52:23
**notary** 5:17 160:20 161:20 163:25
**notebooks** 123:22
**notice** 112:12
**noticed** 151:22
**notices** 123:21
**notification** 84:22
**notified** 106:18
**number** 9:12 14:12 15:15 25:14 26:8 28:16 29:7 30:14 36:25 43:12 47:23 50:22 71:12 74:2 78:8 81:18 87:25 119:25 124:5 129:15,17 131:4,5,6 132:16,17 134:8 136:3 137:13 138:10 145:20,22 152:15 157:20 157:24 158:2
**numbers** 124:12
**numerous** 89:15
**ny** 1:20 2:6,15

**o**

**o** 4:1,9,9 32:18 34:7 79:6
**o'clock** 7:22 85:18 135:16 144:12 146:4 149:22
**oaths** 5:18
**objection** 5:22 7:2 25:21 33:7 36:8 37:13 38:13,21 67:15 69:15 71:5 73:7 74:10 82:21 85:7 92:13 94:3,25 96:12 97:9 98:2,6,16 99:6 102:14 106:7 108:15,25 109:18 110:13 113:24 116:10 118:9 119:9

120:23 122:4 122:15 124:19 125:12,15 126:7,15 141:6 142:6,25 145:8 149:14 150:8 150:12
**objections** 118:15 119:12 120:2,3 124:5 124:8
**obligated** 151:6
**obligation** 94:8 95:3
**observation** 122:21
**obtain** 119:15 126:25
**obviously** 51:24 56:21 67:17 131:8
**occasionally** 54:8
**occupy** 99:13
**occurrence** 152:13
**october** 1:15 5:13
**office** 14:2 22:23 23:18 29:23 30:3,7 46:13 47:8 67:25 70:15 87:22 118:22 128:22 130:9 141:12 156:6 158:19
**officer** 11:19 67:9 120:16 161:1,2
**officers** 12:7
**offsite** 108:23
**oftentimes** 17:2 44:24 63:6 64:6 80:2 98:22 105:22
**oh** 117:20 135:10 141:11 147:23 153:13 155:22 160:2
**okay** 7:12 19:4 19:19 22:2 24:9 27:3 34:25 39:8,14 42:10 45:8 46:12 48:22 55:13 66:21 71:21 82:5,11 83:17 84:3 88:14,17 95:5 97:16 98:10 99:25 100:9 103:9 104:25 111:23 115:5 117:20,22 121:3 127:23 130:16 131:8 133:8 134:19 135:2 136:9,22 138:4 139:13 139:24 141:11 142:19 144:2 144:21 150:3 155:9,13 158:8 158:19 159:15 159:19,24,25 160:7
**old** 99:23
**older** 16:23 17:3 111:22
**once** 17:17 26:23 27:15 29:4 31:9 43:3 44:23 50:16 52:19 57:17 65:2 83:21 87:9,20,25 95:21,23 103:24 123:3 145:15 154:8 159:8,8
**ones** 57:13 144:10
**open** 70:22 71:4,13
**operable** 61:6,6
**operate** 61:5
**operating** 20:11 21:15 22:5,7 25:2,6 26:5,8 27:3,4,6 31:11 32:21 37:3,6 43:6,8 52:2,2 75:25 111:14 112:5
**operation** 30:25 42:11 103:14 115:17
**operations** 11:10 115:13
**operator** 10:5,8 22:4 31:15,15 52:4,24 72:2,4 72:21 74:9 75:15 93:25 94:9 95:25 97:14,20,23 99:3
**operators** 72:11,13 95:21 121:10
**opinion** 151:3
**opportunity** 56:10,14
**opposed** 44:15
**opt** 4:6 158:24 159:3
**opted** 9:12
**optic** 42:8
**order** 17:22 25:23 52:17 58:16 65:11 91:20,24
**ordered** 17:5 17:18 149:21 154:24

**ordering** 159:20
**orders** 77:6 146:16
**ordinary** 62:14
**organization** 11:7
**oriented** 49:21 51:7
**originate** 110:6
**osha** 52:11
**outcome** 161:14 162:11
**outfit** 64:9
**outfitted** 45:21 64:7
**outperforms** 113:8
**outside** 5:20 13:6 65:5 93:10 118:7
**overall** 19:11 23:12 41:12 50:9,18 111:11 126:20
**overhead** 93:20
**overly** 63:8
**overnight** 96:21 99:5,9
**oversaw** 89:21
**oversee** 48:7
**oversees** 47:22
**overtime** 85:23
**own** 44:24 47:14 72:9 154:11
**owner** 10:5,9 12:12

**p**

**p** 2:1,1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1,19 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1,24 112:1 113:1 114:1 115:1 116:1 117:1,14 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1
**p.m.** 102:5,24 127:24 128:4 130:16,19 135:16,18 139:15 140:6 140:23 144:13 144:22 148:25 149:2,5 150:6 150:7,11 153:24,25 155:14,17,23 160:8,10
**packages** 87:24 87:24
**page** 3:2,6,12 3:15,17 4:2,10 100:15 111:18 111:20 112:13 117:14,18 129:9,9 131:15 131:19 138:5 156:6,15,22 163:5
**pages** 137:19 158:23
**paid** 75:15 82:20 85:14 91:3,7,21 92:3 92:6 106:20 107:3,4,18,20 108:5 109:6,7 109:15,17

110:12 111:2,5 119:22 120:20 123:6,13,18,24 142:2,3 145:7 146:19 149:16 150:4,11,18 155:3
**paperwork** 86:11
**paragraph** 101:2 102:16 102:19 103:9 103:22 105:7 106:23 107:16 112:19 113:3 114:5,5 123:16
**paralegal** 2:20 6:18
**parameters** 83:23
**park** 1:19 2:14 5:14,15 96:20 98:13 99:15
**parked** 97:11
**parking** 96:19 97:7
**part** 28:6,9 82:3,8 86:14 102:22 103:12 113:19 114:6
**partially** 42:16
**participated** 119:19
**particular** 43:20 70:11 71:2,11 86:23 90:3 146:7 151:18
**particularly** 56:9
**parties** 5:19,24 161:11,13 162:7,10
**partners** 10:14 10:15,16 11:22
**parts** 56:12
**past** 33:2 67:14
**patrick** 1:10,14 2:11 5:7,12 6:22 7:4,7 112:2 120:5,7 160:14 163:3 163:21
**paul** 1:21 5:3 100:6,17 117:13 127:8 161:2,19
**paved** 133:11
**paver** 27:20,21
**pavers** 21:16 27:14,17
**pay** 86:4 91:8 93:12,15 94:8 94:19 106:24 120:12 123:21
**payment** 127:2 127:5
**payroll** 4:6,11 23:19,24 34:3 34:4,21 78:24 95:6,9,12,15,17 99:21 108:8,17 108:18,20 109:9,12,22 110:22 123:21 135:22 158:20 158:21 159:5
**payroll's** 155:4
**pays** 93:17 110:17
**pelham** 47:15 47:16,17,21 138:11 139:4 140:5 147:21 148:19 151:18 152:2,3
**pelton** 2:3,4,7 2:20 3:3 6:14 6:15,15,17 7:15,17 11:2 16:16 22:13 26:2,13,21 27:2 33:12 36:16 37:16,25 38:2,17 39:2 48:10,18 49:3 49:4 60:13 67:21 69:20 71:20 73:9 76:9,13 79:24 82:12 83:2 86:2 88:11,19 88:20 92:17 94:12 95:4 96:24 97:12 98:4,9,21 99:18 100:6,10 100:11,17,22 102:17 104:25 105:6 106:22 108:21 109:13 109:20 110:21 114:2,19 115:4 116:2,14,15 117:13,20 118:2,13 119:11,13 121:2 122:7 123:2 124:21 125:13,17 126:9,17 127:8 127:14,17,22 128:5,6 129:23 130:4,11,14,21 130:22 134:24 134:25 135:3 135:14,20,25 136:4 141:10 142:18 143:3,4 145:10 149:15 150:9,15 155:9 156:2,10,13 158:19 159:20 159:22 160:5

**peltongraha...** 2:7
**pending** 127:13
**people** 20:23 21:3 23:18,19 25:3 30:12 32:19,25 34:3 35:9,14 36:13 36:14,15,20 37:5 41:15,20 43:13 44:11 46:25 47:23 55:2 65:23 71:15 76:19 81:22 84:4 85:2 89:19 97:21 103:6 126:4
**people's** 56:15
**percent** 18:15 19:2 37:12 38:11,11
**percentage** 18:20 19:11 38:10
**perfect** 89:6 100:10 130:21
**perform** 16:9 17:4,16 22:20 39:9 52:21 53:3,6 55:16 59:11 82:2 101:7 113:20 115:2
**performance** 127:2,4
**performed** 13:3 13:6 35:5 36:19 58:21 61:17 68:22,24 86:12,18,22 92:10 95:20 101:18 106:21 106:25 114:25 131:9,12
**performing** 16:4 31:19 35:11,15 36:11 93:19 102:4 107:9 146:11
**period** 13:5 14:17,25,25 15:3,4 18:8,20 19:14 23:7 26:17,22,24 28:14 29:7 32:7,14 46:2 73:6,8,11 94:19 116:13 118:7,11 123:20 124:2 125:2,3 126:12 142:9
**periodically** 53:7
**periods** 17:24 46:6
**permit** 68:20 91:12 99:11 137:20 146:4 149:23 154:15 154:17,19
**permits** 87:11
**permitted** 6:4 99:10 105:12
**person** 4:11 27:11 34:6 35:17,21,25 53:10 55:19 58:10 83:19 125:25 132:3 134:14 152:10
**personal** 8:5
**persons** 119:3 119:18
**ph** 79:2,6,7
**phase** 16:22 17:6
**phmsa** 106:13
**phone** 59:11,21 60:3 77:15 122:23
**physical** 13:24 122:8
**pick** 46:9 87:23 108:12
**picked** 73:24 150:24
**pickup** 44:21 44:25 45:2 72:16
**pickups** 45:5
**piece** 59:7 89:21 137:4
**pipe** 22:20 63:3 63:20,22,23 64:18 91:9 134:3,5,6
**pipeline** 16:10 106:10,14
**pipelines** 16:5 42:3
**pipes** 16:18,18 37:18 42:9
**place** 5:13 44:18 58:5 73:20 74:4 78:6 96:18 105:23 120:17 152:14
**placed** 65:18 66:6
**placing** 42:7,19
**plaintiff** 1:7 2:2 3:7,24 6:16 100:20 101:3 101:13,17,21 102:2,9,25 104:2 106:25 107:6 112:9 115:7 117:23 118:19 119:7 119:21 120:12 123:18,24 128:19 137:23

156:11
**plaintiff's** 3:19 100:18 115:6 117:16 118:16 118:18 119:4 127:10 128:18 135:22 137:15 156:8
**plaintiffs** 124:10
**plan** 70:19,20
**plastic** 16:23 20:24 21:2 30:12,18,21 31:19 63:22,25 64:22 65:11,19 65:22
**plastics** 16:20 30:15
**plate** 64:20 66:2,3,4
**players** 18:5
**please** 6:12 7:4 8:14 14:15 35:2 114:18 122:5
**plus** 86:8
**point** 87:22 120:18 147:6 151:21 160:3
**points** 78:8
**policy** 58:24 99:2 101:3 115:17
**pop** 96:22 130:2,7
**portion** 115:10 117:19
**position** 50:6 100:4
**positions** 21:21
**possible** 70:17 96:6 115:20
**possibly** 35:20 70:15 116:21
**posting** 112:16 112:17
**ppe** 67:2
**practice** 94:24
**pre** 4:4 58:24 59:2,5 60:22 106:8 125:5 137:6 143:23 158:11 159:4
**precast** 42:20
**predates** 114:21
**predecessor** 120:25 121:4,6 121:8 124:17 124:25
**predominant** 17:25
**predominantly** 12:20 13:15 17:10 27:23 32:2 40:12 53:17
**preference** 62:19
**premise** 67:19 67:22
**prepare** 8:12
**prepared** 57:7 162:3
**prepares** 95:8
**presence** 5:21
**present** 2:19 14:18,22 15:2 15:18 34:10 54:7 73:12 78:14
**president** 6:23 11:16 105:16 120:8
**pressure** 40:14
**pressurized** 61:2
**pretty** 25:20 78:7 142:13
**prevailing** 109:5
**previous** 116:11
**previously** 89:3 152:15
**price** 90:13,19 91:5,7,18 92:4 92:22 93:3
**prices** 93:11
**primarily** 13:12 16:19 29:22
**primary** 114:11
**printout** 138:2
**prior** 4:11 12:2 59:8 99:21 106:11 111:3 114:25 115:10 116:6 117:5 147:11 161:4
**probably** 23:11 25:17 36:20 40:17 55:14 58:3 60:6,10 112:18 154:21
**problem** 130:4 135:14
**problematic** 45:17
**procedural** 6:5
**proceeding** 1:17 5:5 6:3 160:11 162:4
**proceedings** 161:3,4,5,8 162:5
**process** 52:20 53:9 151:3
**processes** 78:9 92:24
**produced** 6:2 129:4
**product** 110:17 110:19

**production** 105:2 124:11 159:6
**profitable** 115:17
**program** 50:12 53:2 55:25 84:20 106:17 120:25 121:4 122:11
**progress** 99:25
**project** 20:15 22:24 24:13,14 29:14,14,17 47:23 48:6 51:18 61:16,20 70:3 80:23 86:24 87:3,23 88:5,8 93:2,5 109:7 131:7 136:11
**projects** 15:12 17:9 24:11 47:11 49:20 50:14 52:18 68:22,23,25 90:19,20 91:5 113:10 117:4,7
**prompt** 7:22
**properties** 50:2
**proposition** 112:20 113:20
**propositions** 114:4
**proprietary** 89:12,16 113:16
**protection** 64:20 66:2
**protects** 66:12
**protocol** 59:2,5
**protocols** 51:7 56:9,16
**prove** 55:21
**provide** 16:5 51:12 54:2,9 56:18 80:24 126:25 154:17
**provided** 51:12 51:15 53:16,24 76:23 154:19
**provider** 117:2
**provides** 51:14 77:22
**proximity** 74:24 113:5 144:19 153:17
**pseg** 18:6
**public** 137:21 160:20 161:20 163:25
**pull** 84:21
**purchase** 91:2
**purposes** 67:25 68:16 138:22
**pursuant** 101:3
**put** 18:18 41:7 63:20 89:18 97:8 98:18 99:12 117:21 134:17,17 154:25
**putting** 63:3

**q**

**qualification** 52:24 53:10 84:20
**qualifications** 51:23 52:6 53:13,14,14,22
**qualified** 27:8 27:11 52:21 54:22 58:15,17 84:24 161:7
**qualify** 53:3
**qualifying** 55:16
**quantities** 29:5
**quarter** 143:13
**queens** 14:8 71:16
**question** 13:19 14:15 23:13 30:8 37:23 38:15 55:12 61:21 62:25 79:18,20 82:23 83:12 85:9 94:6 97:18 98:12 110:4,15 119:2,18 121:24,25 124:23 126:23 127:12 145:22 150:16
**question's** 63:7
**questioning** 26:7,11
**questions** 14:12 14:14,20 89:2 116:11 118:22 159:17
**quick** 37:24 127:15 135:11
**quit** 100:2
**quite** 25:14 54:15 59:23 70:17 78:2 119:11 147:5

**r**

**r** 2:1 4:1,9,9 10:23 34:7 79:6
**raise** 7:4
**randazzo** 4:12 34:7 78:24 99:22
**random** 106:12 106:13
**randomly** 106:17
**range** 26:20 28:12 29:11

**ranges** 19:16
**rare** 74:21 152:13
**rates** 107:6
**ready** 59:15
**real** 37:23 97:22 135:11
**really** 13:10 14:20 15:5 25:9 26:19 30:20 47:9 67:20
**realm** 32:22 99:10
**rear** 44:15
**reason** 81:20 81:24 82:10 83:24 102:8,15 104:14 129:20 154:12 163:5
**reasonably** 120:4 124:9
**reasons** 81:18 152:16
**recall** 13:10 34:21,24 47:19 59:24 60:6 99:20 116:17 118:21,24,24 121:5 131:2 133:3 140:19 141:12,18 142:20,23 157:23 159:7
**recalling** 34:22
**receive** 62:15 76:16
**received** 105:20 111:7 128:22,23 134:4,4,6 137:16 158:22 158:23 159:2,3 159:8
**receives** 85:11
**receiving** 101:8
**recognize** 111:17,19,21 129:2 137:22
**recollection** 157:19
**recommendat...** 45:15
**reconfigured** 42:17
**record** 5:4,5,23 6:13 48:23,24 49:2 61:14 70:2 88:15,16 88:18 110:9 127:25 128:2,4 130:17,18,20 135:16,17,19 137:2 146:7,21 146:23 155:14 155:15,16,18 155:21,23 160:8 161:9 162:5
**record's** 26:18
**recorded** 6:7 70:5 90:5 161:6
**recording** 6:2 123:23 135:12 161:8 162:3
**records** 3:22 69:9 77:10 86:15 89:22,25 90:4 109:25 110:8 125:21 130:25 135:22 137:16,18,22 140:9,10,21 141:17 142:4 147:19 151:23 153:7 156:19 158:21,22,24 159:2,9,9
**redacted** 132:9 132:10 134:15
**reduced** 161:6
**redundant** 39:11
**refer** 14:25 20:22 124:9 156:21
**referenced** 80:21
**referred** 39:22 156:14
**referring** 26:17 63:13
**reformed** 42:17
**refresh** 157:18
**refuel** 72:7,18
**regarding** 49:6 56:7 88:22 91:12 111:12 118:3 126:2 128:10,22
**regardless** 84:21 111:21
**regards** 52:8 54:5
**regrading** 17:19
**regular** 101:7 101:18 107:5
**regularly** 78:23 78:25
**regulate** 68:7
**regulated** 68:19
**related** 8:9 15:12 16:8 22:21 116:11 161:10 162:7
**relates** 129:14 133:23
**relating** 50:15
**relationship** 51:11
**relative** 161:12 162:9

**relatively** 15:21 39:4 98:15
**relevant** 14:17 14:24 15:3,4 17:24 18:7,8 18:20 19:14 23:7 24:12 26:17,22,24 28:13 29:7 32:6,14 46:2 61:15 73:10 114:22 116:13 117:8,10 118:6 118:11 123:19 124:2 125:2 126:11
**reload** 103:21
**remained** 67:13 138:16
**remains** 11:15 153:22
**remedial** 51:16 53:22 54:2
**remember** 141:15 157:3 157:10,22
**remote** 1:17
**remotely** 5:13 5:20
**remuneration** 93:18
**renew** 53:10
**renewal** 53:13
**renewals** 54:13
**renewed** 53:7
**repair** 12:24 17:14,14 19:20 19:22 22:22 35:18 38:11 40:6 42:23 43:2 152:18
**repaired** 42:24
**repairing** 15:24
**repeat** 10:21 16:12 60:8 69:18 79:4
**rephrase** 14:16
**replace** 16:23 43:2
**replaced** 42:24 91:9
**replacing** 37:17
**report** 24:10,14 29:18 69:9,11 69:22,24 70:8 77:5 79:14 80:5,9,13 81:6 81:12 82:19 83:4 85:5 87:21 102:9 140:20 158:12
**reported** 1:21 107:24,24 108:3,14,17,19 109:8 122:17 142:10 151:10
**reporter** 5:2,3 6:25 7:12 10:20 16:11 21:23 22:2,6,8 22:11 37:22 48:21,25 60:8 76:4,7,12 82:7 82:11,13 88:14 88:17 100:8 115:22 117:15 117:22 127:11 127:23 128:3 130:16,19 134:22 135:2 135:10,15,18 135:23 155:13 155:17,22 159:19,24 160:7
**reporting** 163:1
**reports** 4:5 85:20 125:6 137:6 143:24 159:4
**represent** 128:23 141:21
**representative** 123:11 150:25
**represented** 22:19 36:25 43:21
**requested** 158:20 161:21
**requests** 159:16
**require** 53:15 84:18,19 95:5 126:24 127:5
**required** 50:13 52:7 66:8,9 67:3 79:14 80:13 81:5,12 82:19 83:4 91:24 95:20 96:4 101:5,22 102:9 103:11 103:13,23 104:3,8 107:7 107:11 108:11
**requirement** 52:25 106:9 121:21
**requirements** 39:15,16 50:19 56:8 61:7 93:11
**requiring** 51:17 113:20
**research** 38:16
**reserve** 159:7
**reserved** 160:9
**resolved** 111:9
**resource** 113:4
**resources** 23:21 33:17,18 33:24 67:9

**respective** 51:10 121:23
**respirators** 67:7
**respond** 120:5
**responded** 89:2
**responding** 14:13 118:21 128:8
**response** 62:3 94:17 119:6,10 148:22
**responses** 3:18 118:15 127:9
**responsibility** 107:22
**responsible** 70:2 72:4
**responsive** 159:10
**rest** 114:6
**restate** 82:14
**restatement** 82:15
**restoration** 21:17 27:23
**restorations** 27:22
**restore** 28:3
**restored** 28:3
**retardant** 67:5
**retire** 100:3
**retired** 111:19
**return** 74:15 107:12
**returned** 72:24 73:23 74:13,17 145:4
**returning** 140:5,22
**revenue** 91:25 91:25 126:6,16 126:18
**revenues** 126:13,21
**review** 8:16 56:16 161:21
**reviewed** 60:18
**revolving** 40:2
**rewind** 69:16
**rigging** 42:20
**right** 7:5 24:7 48:21 51:23 102:23 108:24 112:8 114:21 120:22 126:6 127:24 128:3 131:23 132:9 133:24 134:6 135:8 136:7,15 136:19,25 137:10 139:22 141:5 143:20 143:24 145:7 148:7,21 150:7 152:3 153:13 153:14 159:7 159:25
**road** 59:16 138:11,17 139:4 140:5 144:4,4 146:25 147:21 148:15 148:19 149:5 151:24
**roadway** 28:4 40:3
**rochelle** 137:21
**rockensies** 78:25 79:5,7
**role** 10:2 11:7
**roller** 31:15
**rolling** 27:18
**roughly** 143:13
**row** 138:8
**rudimentary** 130:14
**rule** 52:25 106:15
**rules** 6:6 50:21 50:23 56:8 84:17
**run** 20:5 21:15 22:6,9 26:9 47:11 57:4 60:3 65:10
**running** 59:12
**runs** 106:16
**ruszkowski** 57:5 80:22 81:4

**s**

**s** 2:1 3:5 4:1,1,9 10:23,24 32:18 79:6,6 163:5
**safe** 98:15 99:5
**safely** 56:20
**safer** 115:15
**safety** 3:15 4:3 21:8 32:4,5,7 32:10,12 45:15 50:4,7,10,15,23 51:7 55:25 56:4,5,8,18,22 57:2,4,11,16 61:7 80:14,16 80:17,18,23 104:4,5,15,19 104:22 105:2,8 105:11,18 106:14 115:10 115:11,19 116:4,6 117:14 117:19 125:9 125:10
**sand** 134:3,5,6
**sat** 7:24 8:3
**satisfaction** 113:9
**satisfactorily** 52:16
**saw** 137:8,12 150:4

**saying** 31:3 37:17 38:3 92:18 140:3
**says** 112:13 124:6 129:11 131:15 133:4 134:7 135:9 149:24 156:22 156:25 157:4,7 157:12
**scale** 113:4
**scenarios** 68:11 68:13
**schedules** 71:10
**school** 53:20
**scott** 139:5,11 140:4
**scratch** 42:19
**screen** 6:16 100:6 102:24 115:24 130:8
**screens** 129:19
**scroll** 100:15 116:4 135:4 136:9 138:4
**se** 69:8
**search** 98:18
**season** 29:6
**second** 10:21 34:23 112:19 130:8 131:19 138:14,19,19 138:25 143:11 144:5,6 147:23 147:24 148:25 149:8 153:9,16 153:18 156:22 160:2
**secondary** 14:4
**seconds** 135:15 138:24
**section** 116:6 129:10 134:15
**secure** 97:15
**see** 78:4 87:23 88:5,8 102:5 104:10 107:13 113:13 119:23 120:6 124:3,13 129:11,12,18 129:23 132:21 133:11 135:6 136:5,13,18 138:12,17,21 138:25 139:3 139:15 140:7 140:12,13,24 143:6,12 144:13 147:16 148:2,23 149:13 154:5,6 154:7 158:6
**seeing** 143:20
**seem** 24:25 34:24
**seemed** 81:16
**seems** 144:17
**seen** 100:23 156:16,18
**sees** 70:21
**select** 111:10
**selected** 106:18
**self** 76:19
**send** 160:6
**sending** 81:20 160:3
**senior** 27:11
**sense** 31:22 46:8 71:3 73:15 97:2 103:21
**sent** 105:17 118:22
**separate** 96:8 110:14
**separately** 91:7 92:11,15 93:7
**serve** 112:4
**serves** 78:21
**service** 25:19 36:12 39:20 40:4,18 64:3 77:23 90:22,23 109:9 110:19
**services** 90:20 114:14
**sessions** 105:23
**set** 39:12 69:3 73:14 100:9 118:16 135:11
**seven** 41:20 68:12,14 143:13 144:8
**several** 142:12 144:8 158:23
**severally** 1:11 5:12
**sewer** 112:24
**share** 56:10,14 100:7 159:23 159:24
**shared** 56:11 57:14 115:23
**shareholder** 11:8,17,18
**shares** 56:6
**sheet** 134:25 135:2 136:21 143:2 163:1
**sheets** 4:3 104:18,22 105:3 125:10 125:11 142:21
**shift** 68:11 69:7 107:13
**shifts** 85:4 121:20 122:3
**ships** 63:4
**shoot** 147:23
**shovel** 44:13
**show** 84:9 105:11 118:14 128:17 132:11 137:13 140:10

141:23 142:4 156:3
**showed** 139:18
**showing** 86:11 100:12 111:15 115:9 130:24 140:21
**shows** 102:24 146:22,24
**side** 97:11
**sidewalk** 27:22
**sign** 4:3 104:18 104:22 105:2 125:9,10
**signals** 61:4
**signature** 160:9 161:18 162:15
**significantly** 15:17 107:8
**signing** 43:23
**similar** 39:4 41:23 115:2
**similarly** 1:6 5:10
**simple** 35:20
**simply** 44:17 69:22 82:15 107:22 121:25
**sir** 128:11
**sit** 7:21
**site** 23:2 46:10 47:13 59:19 64:5 65:16 70:7,14 79:16 80:10 81:3 83:6,16 87:6 91:15 94:2 96:16 98:14,24 101:13 108:24 113:23 115:11 116:20 139:9 139:12,14,22 144:18 145:17 145:25 146:2 148:10 149:13 153:19
**sites** 52:10 63:5 83:10 101:15 101:20 106:25 107:11 113:22
**sitting** 38:18
**situated** 1:6 5:10
**situation** 80:3 94:17
**situations** 8:8 8:10 50:15,24 75:18
**six** 33:15 41:20 132:2 144:3
**size** 36:6,11 63:2 64:23 88:2
**sizes** 36:5 66:6
**skill** 53:5 55:19
**skilled** 92:9
**skills** 130:15 161:9 162:6
**skillset** 42:18
**slightly** 69:17
**small** 41:11 66:4
**smaller** 18:5 42:5
**smallest** 36:5
**smart** 65:14 113:12,15
**softball** 64:23
**software** 135:12
**sole** 10:4,5,5,7 10:8
**somebody** 75:20 83:19,24 146:8 152:4,6
**someplace** 94:20 97:8
**somewhat** 15:22 138:7
**sony** 32:18 81:4
**sophisticated** 40:15
**sorry** 5:14 10:20 11:3 12:11 16:11 21:23 26:6 30:8 31:2 37:22 46:23 54:12,14,16 60:8 73:10 76:4 82:9 115:22 116:3 130:3 134:22 135:10,13 148:25 153:11 153:13,14
**sort** 49:18 50:12 52:6 53:15 59:8 62:7 91:10 94:13 99:2
**sound** 96:17
**sounds** 48:22 88:13 112:7
**southern** 1:2
**speak** 49:5 88:21 125:25 128:9
**speaking** 55:6
**speaks** 9:9
**special** 52:4 81:21
**specialized** 42:15 55:19
**specific** 13:11 13:19 26:19 36:10 45:21 46:5,10 57:19 61:19 93:23 94:6 95:25 111:11 150:24
**specifically** 50:9 141:19
**specifications** 87:18

**specify** 68:9
**speed** 56:17 57:12
**spend** 83:10 107:8 151:12
**spent** 61:10
**spin** 44:16
**split** 83:3
**spoke** 114:10
**spots** 98:15,18
**spreadsheets** 123:22
**stable** 15:21
**staffs** 51:12
**stamp** 136:3,10 138:5 147:15 156:15
**stamped** 3:21 3:23 128:25
**stamps** 137:17
**standard** 62:11
**standing** 116:10
**start** 61:14 68:15 69:6,10 70:6,9,13 77:8 79:23 85:5 87:2,4,5 102:10 107:25 108:13 109:22 110:2,4 114:22 121:20 122:3 122:13 132:12 135:6 136:6,13 137:9 138:9,20 140:9,15,16,25 142:22 143:5 143:10,11 144:25 147:16 147:20 149:11 150:25 151:5,6 153:5 154:14 154:19,22
**started** 11:14 75:22 139:4 140:3 145:2 148:4 151:17 152:14 154:14 155:6 156:25 158:14
**starting** 81:17 94:22
**starts** 70:7 85:15 123:3 138:8 145:13 148:24 153:18 154:23
**state** 13:3,7 16:3 84:23 109:15 161:20
**statement** 95:24
**statements** 123:20
**states** 1:1 157:15
**station** 72:19
**stations** 72:12 72:13
**statistics** 142:16
**statute** 50:21
**stay** 45:12 97:6
**stays** 153:17
**steel** 16:23 37:18 64:2 65:19 66:3
**steinway** 14:7 47:6,8
**stenographic** 6:8
**step** 51:13,13 78:2
**steps** 60:21
**steve** 78:19,19 78:19,21,22 89:20 95:10
**steven** 33:19,23 67:8
**stipulation** 6:10
**stipulations** 68:20 91:12
**stop** 78:2
**stopped** 145:23 146:17 147:8
**stops** 145:24
**storage** 63:5 99:10
**stored** 60:17
**story** 25:25
**straightforward** 76:21
**street** 14:7 17:21 47:7,21 75:5,8,9 97:5 97:11 99:13 151:18
**structure** 11:20 20:2
**stubs** 123:22
**stuff** 50:5
**subcontract** 32:2 133:22
**subcontracted** 32:24
**subcontractor** 131:22 133:19
**subject** 49:6 55:16 88:23 106:12 120:2 124:6
**subjective** 44:9
**submits** 67:23 108:7
**submitted** 110:22
**subscribed** 160:16 163:22
**subsequently** 101:21
**substantially** 19:18 86:20

**subsurface** 15:13
**suffolk** 112:7
**suite** 1:19 2:5 2:14 5:15
**suits** 67:5
**sum** 90:14 92:21,25 93:11
**superintendent** 51:18 70:20 88:9
**superintende...** 20:7 23:2,4 24:10,12,13 48:2,7 72:16
**supervision** 93:21
**sure** 30:5 56:5 59:6 65:23 76:25 77:14 78:2,15 79:25 82:22 84:12 97:16 99:5 100:8 109:14 124:20 126:20 131:18 133:6 142:11,15 147:5 151:17 154:17 155:12
**surface** 17:21 66:11
**surrounding** 14:7
**surveyors** 21:20,24 22:24 29:20,22
**swear** 5:19 7:2
**switched** 16:19
**sworn** 5:23 7:9 160:16 161:5 163:22
**sync** 131:15,17
**system** 16:3 67:24 77:20 78:3,8,10,18,20 78:23,24 79:2 84:23 89:7,10 89:12,14 95:13 113:17 120:22 121:7,14 124:16 129:5 129:16 131:2 138:3
**systems** 12:25 15:25 17:3 113:12,15 124:17 126:2

**t**

**t** 3:5 4:1,1,9,9
**tablet** 59:10,21 60:3 67:17,24 76:20,24 86:13 86:15,17 89:7 89:9 95:13 108:4
**tablets** 61:13
**taft** 14:3
**take** 5:4,17 7:19 39:18,21 48:11 58:5 82:4 87:13 88:12 105:4 127:15,17,19 155:9 159:15
**taken** 5:8 52:16 116:23 156:5 161:3,11 162:8
**takes** 56:22 78:6 93:24 145:16 146:5
**talented** 113:2 113:2
**talk** 146:14
**talked** 22:24 89:6 118:7
**talking** 58:19 96:11
**tape** 64:19 65:14,15,18,22
**task** 30:22 33:10 49:21,24 50:17 51:7 52:19 64:17 71:25 72:4 82:2 115:13
**tasked** 39:25
**tasks** 17:5,18 31:4,13 35:15 35:20 43:15 49:22 50:2 52:21,22 53:4 53:6 55:15,20 93:20
**team** 77:3,4 80:23 89:19 113:2,7
**teams** 57:15 113:2
**teamsters** 75:23
**tear** 73:19
**technology** 67:17
**telecom** 19:5,7 19:10 36:17,18 41:14,16,18,21 42:3,4 49:13
**telecommuni...** 40:22,23
**telecommuni...** 15:13 18:12 112:23
**telephone** 41:25 42:6
**tell** 7:9 8:14 29:11
**ten** 29:12 33:25 48:14,16,18 67:10,14 88:12 127:19
**tending** 45:12
**term** 16:12 44:9 54:5

**terms** 53:8 114:24 123:8
**terrific** 135:20
**test** 55:21
**testified** 7:11 18:12 45:23 49:10 98:22 133:21
**testify** 77:13
**testifying** 161:5
**testimony** 49:7 88:23 119:14 128:10,13
**testing** 16:6,15 16:17 35:19 106:2,3,4,9,13 106:17
**tests** 52:16 106:21
**text** 77:15 122:23 145:20
**thale** 134:8
**thank** 6:25 7:12 7:21 12:11 22:12 26:13,21 31:22 44:19 49:3 76:12 88:19 99:19 127:21,22 128:7 141:11 159:11 160:7
**thanks** 155:24
**thing** 114:7 150:25
**things** 8:13 44:10 61:18 82:24 87:25 145:18
**think** 8:3 15:20 22:15 25:16 26:18 34:14 37:20 38:3 39:5 41:2 45:6 45:23 52:12 60:5 63:14 73:13 76:9 78:15 79:20 84:2 87:9,19 94:16 96:23 103:5 109:18 111:20 117:2 126:8 129:25 146:13 151:2
**third** 14:6 96:17 139:15
**thirty** 144:9
**thought** 24:5
**thousand** 158:23
**three** 28:24 29:21 36:12 45:24 92:21,23
**threshold** 126:19
**throw** 19:25 96:4
**thursday** 57:20 158:25
**ticket** 62:4
**tied** 64:24 65:4
**timber** 28:18
**timberman** 21:19
**time** 1:16 3:20 6:11 10:6 13:5 14:17,24,25 15:3,4 17:24 18:7,8,20 19:14 23:7,9 23:15 24:18 25:8,13 26:17 26:19,22,24 28:14 29:7 32:6,14 34:22 39:7 45:7,11 46:2,6,22 47:4 58:4 59:23 61:10,11,14 67:13,23 69:3 69:10,24 70:5 70:22 71:8,17 73:10 74:18 76:17 77:7,10 81:7 82:20 83:5,9 84:24 84:24 85:4,14 85:15 87:7 89:8 90:9,10 90:14 91:3,13 92:6,6,22 93:5 93:13,16,24 94:8,20,21 95:12 102:25 105:24 106:5,6 106:20 107:4 107:23 108:6 108:13,14,16 108:23 109:22 110:2,7,10 111:8,8,12,13 112:11 113:22 116:13 118:6 118:11 121:10 121:15 122:8 122:13,17 123:20 124:2 124:25 125:2 126:12 128:21 129:11 130:24 130:25 131:16 131:17 133:23 135:7,7,24,25 136:6,7,14,14 136:21 137:9,9 138:9 139:8,8 140:9,15,16 141:2 142:10 142:11,20,22 142:23 143:2,6 145:13,14,19 146:2,13,18 147:14,16 149:11 150:3 151:4,7,7,8,9 151:12 154:5,7 154:8,14,19

155:3,7 156:18 158:20,21 159:12
**timekeeper** 61:11
**timekeeping** 67:25 68:16 76:15
**times** 23:10 30:6 73:21 75:3 78:4 80:4 80:8,12 83:17 85:5 107:5 110:4,5 123:12 132:13 158:6
**timestamp** 122:9 138:25
**tires** 61:2
**title** 31:10,12
**today** 7:19,23 14:20 38:18 89:3 112:2 128:13 159:13 159:14
**today's** 8:12 119:14
**together** 63:21 89:18
**told** 77:10 80:15 146:3
**tons** 134:6,9
**took** 10:14 11:22 100:4 105:23
**tools** 61:23 64:18 69:12 81:13 101:10 102:11 103:15 103:19
**top** 19:17 112:13
**total** 126:18 132:13 147:18 148:16
**totally** 83:22
**tracer** 64:19 65:7,9
**track** 61:9 76:16 121:8,15
**tracking** 158:21
**trailers** 45:8,9 45:10,13,16
**trained** 53:19 53:20 76:14
**training** 51:12 51:13,14,16 53:16,23 54:2 54:3,6,10 57:8 76:16,23 80:20 80:24
**trainings** 54:19 54:21 55:5,9 55:10 57:9,14
**transcriber** 162:1
**transcript** 5:25 35:3 141:24 156:4 161:21 162:3,4
**transcriptionist** 161:7
**transit** 140:11
**transitioned** 75:4
**transmission** 12:25 36:3 40:10,11,12,19 40:25 41:9
**transmitted** 95:16,18
**transport** 59:16
**trash** 96:5
**travel** 107:4
**traveled** 139:5 148:19
**traveling** 107:10
**trip** 4:4 8:9 59:2,5 60:22 125:5 137:6 139:6 143:23 144:6 147:25 148:16 159:4
**truck** 21:6 31:23,24 32:3 39:19,21 43:24 44:18,22 45:20 59:8,9,15 60:6 60:11 64:9,15 73:25 74:19 75:13 81:14 83:16 84:16 85:10,12 95:21 101:23 102:11 102:12 103:14 103:18 107:22 108:12,13 132:18,24,25 133:2,4,5,20,23 136:18 137:13 139:8,24 140:2 140:11,22 143:8,15,18 145:16 146:24 148:4,9,17,24 149:6,11,18 150:5 151:13 151:19,25 152:5,18,19 153:9,25 154:7 155:7 157:16 157:20,23 158:3,10,15,15
**trucking** 131:22 133:19
**trucks** 45:22 64:7,10 66:24 71:22 72:17 74:12 79:13 84:4,7 87:13 87:13 101:10 103:12
**true** 55:6 114:8 161:8 162:4

**truly** 150:18
**truth** 7:9,10,10
**try** 97:20,24 98:13 130:11
**tuesdays** 103:25
**tune** 55:15
**turned** 78:5,5
**two** 8:4 10:17 11:22 20:5 21:21 29:12 30:11 32:7,12 34:17 35:16 37:5,6,6 43:9 43:10 49:25 51:13 82:24 129:8,9 135:15 137:19 144:10 145:22 152:25
**twofold** 51:8
**tying** 26:7
**type** 8:5,10 17:7,14 35:24 61:17 63:3 68:18 77:20 86:21 88:2 129:2
**types** 40:8,21 41:6 55:8 63:24 79:10 92:21,24
**typewriting** 161:6
**typical** 35:4,16 36:4,7,11,13 55:8 62:23 64:14 68:2 94:23 152:6
**typically** 17:8 17:15 28:6 29:15 30:2 35:8,9 36:21 39:10,18,21 40:21 41:15 43:10,24 44:2 44:19,21 47:11 53:16 56:25 57:3,17,18,23 57:25 58:5 66:18 71:25 72:9,24 73:2 74:3 81:21 82:16 83:15 84:6,8 86:6,7 86:25 87:8 88:5 94:19 99:7 101:14 102:3 103:2,6 103:24 104:6 133:21 141:4 158:2,10

**u**

**u** 4:1,1,9 32:18
**unaware** 105:15
**unbeknownst** 154:12
**uncompensated** 105:8 154:4,6
**under** 6:5 32:13 52:22 94:10 105:4 106:20 147:3 159:16
**underground** 40:22 41:16 42:4,7
**underpayment** 8:25
**understand** 5:24 9:3 14:14 51:2 54:15 110:3,15 113:11 154:23
**understanding** 8:22 52:9 78:12 92:8
**understood** 14:22
**unhealthy** 115:15
**union** 43:17 51:10,12,15 53:17 55:4 84:8 123:11
**unions** 37:2 51:9 68:6 121:23
**unique** 43:4 112:21 114:3
**unit** 90:13,19 91:5,6,17 92:3 92:19,22 93:11
**united** 1:1
**units** 93:2
**unload** 101:24 103:16
**unloading** 103:20
**unpaid** 111:12
**unredacted** 134:20,23
**unsafe** 115:14
**unscheduled** 145:24
**unsurpassed** 113:9
**update** 128:14
**updated** 116:18
**uploaded** 60:17
**uptime** 25:20
**use** 72:11,13 76:20 138:23 140:25
**used** 44:17 53:19 61:17 63:20,22 66:18 95:14 96:18 118:3 121:8,14
**uses** 6:4 78:23 78:24 79:2 129:16

**using** 59:21
**usually** 28:9 44:16 61:12
**utilities** 12:22 15:6,7,9
**utility** 12:20 15:12 17:5,18 51:19 53:2 65:12 112:5 132:18,24,25 133:4 136:18 137:12 143:8 157:15
**utilize** 27:17 39:10 61:14 89:7,15
**utilized** 45:10 59:11 66:23 68:12 77:21 78:13 109:25 140:15 149:18
**utilizing** 78:17

**v**

**v** 1:8 33:20,21 163:2
**valid** 84:13
**value** 112:20 113:10,19 114:3
**variable** 29:5 71:6 74:2
**variant** 124:11
**varied** 19:18 45:6 58:6
**varies** 23:13 26:24 46:21 47:4 57:3 68:17 71:19
**various** 59:14 66:5 67:2 89:20 90:21
**vary** 19:13 35:13 39:16,17 43:15 48:4 57:21 58:2 64:16 86:19
**vast** 19:6
**vehicle** 58:16 60:25 84:15,25 85:21 96:20 125:6 136:23 138:15 139:3 141:3,9,25 144:21 147:19 152:7,11 153:17,22
**vehicle's** 78:4
**vehicles** 45:14 58:14,22 85:3 125:22
**vendor** 77:22 134:3,8
**veritext** 5:4 163:1
**verizon** 18:5,9 19:8
**version** 111:22
**vice** 11:16
**vicinity** 99:3 153:10
**videoconfere...** 2:3,12,21
**view** 86:18
**virtually** 6:2 79:12
**vital** 115:11
**voltage** 67:6
**volume** 38:23
**vs** 7:20 8:19

**w**

**w** 10:24
**wage** 8:24 123:20,21
**wages** 8:25 109:5 119:22
**wait** 160:2
**waiving** 120:2 124:7
**walk** 59:4 60:21,25
**walker** 162:2 162:16
**walsh** 10:19,24 11:12,14 12:7 12:10 24:15 29:19
**want** 53:11 74:3 79:22 109:14 130:11 141:22
**wanted** 81:25 134:12 149:24 152:18
**wanting** 135:20
**wants** 16:9
**warning** 64:19 65:14
**warrant** 33:11
**water** 112:23
**way** 45:16 69:4 70:21 77:14 90:25 98:19 105:19 139:23 142:16
**wayback** 112:13 114:13
**ways** 45:18
**we've** 7:17 41:4 43:11 45:12 48:10 96:10 118:7 119:15 121:12 135:21 159:8
**wear** 73:19
**web** 57:13 78:10 122:10
**webpage** 111:22
**website** 3:11,14 3:17 111:16,17 114:8,12 115:10 116:7 116:12,18

**wednesday** 57:20
**wednesdays** 103:25
**week** 57:17 103:24 105:22 158:25
**weekend** 151:23
**weekends** 69:2 69:2
**weekly** 55:25 105:11
**weld** 20:23
**welder** 20:25
**welders** 20:19 20:21,22 28:25 29:2
**welding** 31:18
**went** 37:2,4 39:8 105:19 110:16 139:9 139:11 140:4 151:22
**westchester** 13:14 75:5,10 75:14
**windshield** 61:3
**wipers** 61:3
**wire** 64:19,24 65:8,9,9
**wise** 14:10
**witness** 5:20,23 5:24 7:3,8 10:23 16:14 21:25 22:5,7 25:22 26:23 33:8 36:9 37:14 38:14,22 48:16,20 60:10 67:16 69:16 71:6 76:6,11 82:9,22 85:8 92:14 94:4 95:2 96:13 97:10 98:3,7 98:17 99:7 102:15 106:8 108:16 109:2 110:14 113:25 114:20 118:10 120:24 122:5 122:16 124:20 125:16 127:12 127:15,21 130:5 141:7 142:7 145:9 150:13 155:12 161:4
**witness'** 163:3
**wonder** 146:18
**wondering** 98:25
**woodbury** 1:20 2:15 5:16
**woodland** 144:7
**woodlawn** 136:12 139:14 139:19,20,21 148:2,20,21 149:3 153:4,20 153:22,23,23 153:23 154:10 154:18
**word** 51:23
**words** 69:25
**work** 11:9 12:17,22 13:3 13:6,12,21 15:10,14,23,25 17:7,14,14 18:15,21,24 19:5,7,11,20,23 21:20 27:20,22 27:24 28:6,18 28:19 30:7,15 32:3 33:3 34:3 35:4,18,24 36:12,13,17,18 36:19 37:10,10 37:12,12,15,21 38:4,4,5,6,8,10 38:19 39:9 40:13 41:4,12 42:13,15,25 43:19 46:10,20 46:25 48:2,14 49:13,19 52:17 55:17 61:17 62:9,23 68:8 68:18 71:7 75:9 86:11,18 86:21 87:20 90:12,15,17 91:13,14,17,18 92:3,9 93:3 97:3 99:12 101:13,15,19 103:23 105:12 106:10,19,24 106:25 107:9 109:2,6,6 113:21 114:10 114:11,15,24 114:25 117:8 118:10 126:4 131:9,12 133:16 142:14 147:3 148:21 153:4
**workday** 102:2 157:7
**worked** 9:7 32:13 71:9 77:2 81:8 89:23 109:17 111:6 113:22 123:6,14 142:4 142:8 145:5 150:19
**worker** 80:19

**workers** 9:7 21:13 22:15 24:3,6 104:9 105:10 120:19 121:13,15,18 122:11
**workforce** 54:8
**working** 25:23 34:21 35:17 48:3 50:14 51:10 61:10 68:24 71:2 75:2 87:4 112:12 117:5 123:4 154:3 156:25
**workload** 27:16 29:6
**workplace** 115:16,18
**works** 70:4 85:17 137:21
**written** 6:9
**wrong** 39:5 153:12

**x**

**x** 3:1,5 130:5 161:21

**y**

**y** 32:18 33:20 33:22
**yard** 14:2,4 24:6 33:4,9,14 46:15,20,24 47:9,14,15,16 47:17,22 48:3 48:6,8 58:7 69:6 70:14,25 71:2,7,9,12,14 71:24 72:24 73:23 74:5,7 74:15,16,17,20 75:6 79:15 80:6,13 81:6,7 81:12,20,22,22 82:2,19 83:4 83:20,25 85:20 87:5,8,10,17 93:13 94:2,10 94:22 95:22 96:10 101:24 102:10,13 104:4 107:10 107:10,12,13 108:11 111:13 113:21 139:9 139:10 140:22 144:22 145:16 146:25 148:6 148:17,19 149:5 150:5 151:14,18,20 151:24,25 152:3,18 153:10,17,25 154:2
**yards** 33:5,10 45:24 70:22 71:4 72:10 93:21 96:8,10 101:6 103:24
**yeah** 13:20 24:5 26:12 34:18 47:3 48:9,15,17 97:10 107:15 114:19 116:8 120:9 130:13 137:2 143:3 147:7
**year** 29:6 34:18 34:19 53:8,8 90:22 97:2 126:6,11,14
**years** 13:17 29:8 33:25 34:15,17 41:5 67:10,14,19 105:15 111:14
**yep** 133:13,25 136:16 143:7 143:13 148:3
**yonkers** 136:12 139:5,19
**york** 1:2 2:6 5:16,19 13:3,6 13:13 14:4,6 18:3,4,16 46:13 47:21 68:21 84:23 112:4,5 161:20 163:1

**z**

**z** 34:7,7
**zip** 64:24 65:4
**zoom** 57:15 58:9 80:25 114:17

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.