# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

________________________________

MANUEL ANGEL CALDERON,
Individually and On Behalf of
All Others Similarly Situated,
Plaintiff,
v. Case No.
NETWORK INFRASTRUCTURE, INC. 1:24-cv-05442 (ALC)
and PATRICK CLARKE, Jointly
and Severally,
Defendants.

________________________________

DEPOSITION OF KENNETH WALSH IN HIS INDIVIDUAL
CAPACITY AND AS 30(b)(6) CORPORATE REPRESENTATIVE
FOR NETWORK INFRASTRUCTURE, INC.

DATE: Thursday, October 23, 2025
TIME: 10:00 a.m.
LOCATION: Remote Proceeding
Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797
REPORTED BY: Paul Grasso
JOB NO.: 7667266

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF MANUEL ANGEL CALDERON:

BRENT PELTON, ESQUIRE (by videoconference)
Pelton Graham LLC
111 Broadway, Suite 1503
New York, NY 10006
pelton@peltongraham.com
(212) 385-9700

ON BEHALF OF DEFENDANTS NETWORK INFRASTRUCTURE, INC. AND PATRICK CLARKE:

EDWARD GRIMMETT, ESQUIRE (by videoconference)
Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797
egrimmett@kaufmandolowich.com
(516) 681-1100

ALSO PRESENT:

Belinda Herazo, Paralegal, Pelton Graham LLC
(by videoconference)

I N D E X


| EXAMINATION: | PAGE |
|---|---|
| By Mr. Pelton | 6 |
| By Mr. Grimmett | 77 |
| By Mr. Pelton | 78 |


E X H I B I T S


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Plaintiff: | | |
| Exhibit 9 | Time and Associated Work Data [DEF210-DEF229] | 66 |

K. WALSH

THE REPORTER: Good morning. My name is Paul Grasso. I am the reporter assigned by Veritext to take the record of this proceeding. We are now on the record at 10 a.m.

This is the deposition of Kenneth Walsh, taken in the matter of Manuel Angel Calderon, Individually and On Behalf of All Others Similarly Situated, against Network Infrastructure Incorporated and Patrick Clarke, Jointly and Severally, on October 23, 2025, taken place remotely at 135 Crossways Park Drive, Suite 201, Woodbury, New York 11797.

I am a notary authorized to take acknowledgments and administer oaths in New York. Parties agree that I will swear in the witness remotely outside of his presence.

Additionally, absent an objection on the record before the witness is sworn, all parties and the witness understand and agree that any certified transcript produced from the recording virtually of

this proceeding:

- is intended for all uses permitted under applicable procedural and evidentiary rules and laws in the same manner as a deposition recorded by stenographic means; and

- shall constitute written stipulation of such.

At this time, will everyone in attendance please identify yourself for the record?

MR. PELTON: Good morning. Brent Pelton of Pelton Graham for Plaintiff.

MS. HERAZO: And Belinda Herazo, Pelton Graham LLC.

MR. GRIMMETT: Edward Grimmett, Kaufman Dolowich, counsel for Defendants. With me today is the witness, Mr. Ken Walsh --

MR. WALSH: Kenneth Walsh.

MR. GRIMMETT: -- Network Infrastructure.

THE REPORTER: Thank you. Hearing no objection, I will now swear in the

witness.

Mr. Kenneth Walsh, please raise your right hand.

WHEREUPON,

KENNETH WALSH,

called as a witness and having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

THE REPORTER: Okay. Thank you.

Counsel, you may begin.

EXAMINATION

BY MR. PELTON:

Q Good morning, Mr. Walsh. My name is Brent Pelton. I'm an attorney who represents a group of workers in an unpaid overtime claim against Mr. Clarke and Network Infrastructure.

Are you familiar with the lawsuit that's currently pending against Network Infrastructure seeking unpaid overtime wages?

A Yes.

Q And have you had an opportunity

K. WALSH

to view a copy of the complaint?

A No.

Q Do you have an understanding -- or what is your understanding of the claims in this action?

A It's a claim for unpaid time.

Q And does Network Infrastructure hire union employees?

A Yes.

Q Which unions does Network Infrastructure work with in hiring employees?

A Local 15 operating engineers, Local 14 operating engineers, Local 138 operating engineers --

Q Hold on. 15 operating engineers, 14 operating engineers. What was the next one?

A Local 138 operating engineers, Local 137 operating engineers, Local 731 laborers, Local 60 laborers, Local 1298 laborers, Local 1556 timbermen. That's it.

Q And --

K. WALSH

A I'm sorry. Local 1010 -- Local 1010 laborers also. There's -- there's pavement laborers.

Q And --

THE REPORTER: Sorry. That's -- say that once more. It's a payment laborer? Is that what I heard?

THE WITNESS: Pavement. Pavement.

THE REPORTER: Pavement. Thank you.

BY MR. PELTON:

Q And are you familiar with a timekeeping and job management system referred to within Network Infrastructure of -- as Ground Control?

A Yes.

Q What is -- can you explain what Ground Control is to me?

A It's a time recording system and a job tracking system.

Q And we're going to be -- I'm going to be asking a number of questions. The relevant time period is December 2, 2017, through the present. Periods before that are not necessarily relevant to this

matter.

So the questions all refer to the period from December 2, 2017, to the present unless we establish something different. And I also appreciate that things change over time. So please let me know if, you know, there was a practice that happened initially and then it changed. Understood?

A Yes.

Q Have you ever sat for a deposition?

A Yes.

Q How many times?

A Don't know exactly.

Q Do you recall what type of matters?

A Trips and falls. Other civil matters.

Q And did you do anything to prepare for today's deposition?

A No.

Q You're doing a great job as of now. Please let me finish my question

before you respond. Our court reporter can only take down one of us speaking at a time. If for some reason you don't understand one of my questions, please let me know and I will rephrase it.

If you need to take a break, please let me know and we'll take a break. I just ask that you finish the question that is pending. Is there any reason that the testimony you give today would not be truthful and accurate?

A No.

Q Are you familiar with a payroll employee named Joe Randazzo?

A Joe Randazzo?

Q Randazzo. I'm sorry. Yes.

A Yes.

Q Is he the current payroll manager?

A Payroll administrator. Yes.

Q Okay. And do you know who held that job before Joe?

A No. I do not. I -- I cannot remember his name for a short period of

time.

THE REPORTER: I'm sorry. Can you repeat that? I -- I would need you to speak up a little clearly. I think --

THE WITNESS: Sure. No. I don't -- I do not remember his name. Recall his name off the top of my head.

MR. PELTON: Do you know --

THE REPORTER: No. Wait. Hold on one second. Just -- I don't know -- so what was it you said --

THE WITNESS: No. I do not -- I do not remember his name. I know the face. I cannot remember his name.

THE REPORTER: Okay. Yeah. Let's just slow down a little bit, 'cause I think the microphone on your end, I don't know why it's different from the other day, but a little distorted sometimes. So let's just try slowing down just a little bit on both ends. Okay. Thank you.

BY MR. PELTON:

Q Approximately how long has Joe been the payroll administrator?

K. WALSH

A I don't know the exact dates when he was hired.

Q Approximately one year, two year, six years?

A One year.

Q And was the prior payroll administrator a long-term employee?

A No.

Q Was there a prior payroll administrator who was a long-term employee?

A Define long-term employee.

Q A couple years?

A No.

Q During the relevant time period, would it be fair to say that there's been several payroll administrators for Network Infrastructure?

A Yes.

Q Okay. Is it your understanding that the Ground Control system has been in place throughout the relevant time period?

A No. I do not know.

Q With respect to the

time-recording portion of the Ground Control system, how is employee time entered into the system?

A The foreman or the key personnel on the crew, gas mechanic, or operator would enter that time.

Q And that is the start time and the end time?

A Yes.

Q And that's consistent for all of the Network Infrastructure field employees?

A Yes.

Q And do any of the Network Infrastructure field employees clock in and clock out of a physical time machine or any other time machine?

A They all go through Ground Control.

Q And it's the foreman or key person on the job that records the time?

A They enter the time. The time is given to them by their employees that directly report to them. The employee

K. WALSH

reports their time to the foreman. The foreman then enters it into the system.

Q And you told me -- you listed off nine different unions. It doesn't matter which union you're a member of, the timekeeping is all done in the same manner through Ground Control?

A Yes.

Q And Ground Control also does job tracking, you said. Does the Ground Control system track which pieces of equipment are on which particular jobs?

A I don't know.

Q What else does Ground Control do, job-tracking wise?

A Keeps a list of all projects that were issued to Network Infrastructure by our customers.

Q And --

THE REPORTER: And I'm sorry. Keeps a list of all or old projects?

THE WITNESS: All. A-L-L. All.

THE REPORTER: Thank you.

BY MR. PELTON:

K. WALSH

Q Does Network Infrastructure have a policy as to what constitutes the start of a workday?

A No policy. No.

Q Are certain Network Infrastructure employees tasked with driving vehicles and equipment to job sites at the start of the day?

A Yes.

Q And are these individuals paid extra for that time?

A Yes.

Q How is the time recorded for individuals who drive vehicles?

A They're given a half an hour a day.

Q And do foremen have extra responsibilities that are oftentimes performed outside of the jobs -- outside of the job location?

A I don't understand the question.

Q Do foremen oftentimes have to meet with their superintendents?

A Yes.

K. WALSH

Q Do foremen oftentimes have to do certain paperwork?

A Yes.

Q Are foremen given an extra hour each day to compensate for this extra time?

A Yes.

Q Typically is the workday out on the job site an eight hour day?

A There's no typical. It changes every day.

Q Would it be fair to say that the work of Network Infrastructure throughout the relevant time period has been that of a gas contractor?

A Utility contractor. Would not define us as a gas contractor.

Q And you're a co-owner of Network Infrastructure along with Patrick Clarke?

A Yes.

Q Have you had input as to how the timekeeping system has been maintained and how employees are paid?

A No.

K. WALSH

Q I'm sorry. That's compound. Have you had input as to how the timekeeping system has been set up?

A No.

Q Have you had input as to how employees are paid?

A Define input. I don't understand what input means.

Q Did you come up with the Ground Control system?

A No.

Q Who did?

A I don't know.

Q Have you ever received any complaints from workers that they feel like they were working additional time and not getting paid for it?

A No.

Q Other than work on the job site, what other duties does a foreman have to do?

A Their work is always performed on the work site. I don't understand what the question is referring to.

K. WALSH

Q Would they also have to meet with their superintendents?

A Yes.

Q And you agreed that there were certain additional paperwork that they had to do?

A Yes.

Q Other than meeting with superintendents or project managers and completing paperwork, are there other duties of a foreman that may not have taken place on the actual physical job site?

A No.

Q How many yards does Network Infrastructure maintain?

A Currently?

Q Correct.

A We have a yard in Hempstead, Long Island, and we have a yard in the Bronx, and we have an office in Queens without a yard.

Q In Astoria, office?

A Yes.

K. WALSH

Q You previously had a yard or two in Westchester?

A Yes. We had a yard in Pelham.

Q Any other prior yards?

A Not -- not that I can remember. No.

Q And if you're -- if Network Infrastructure is doing a very long-term project, is it typical that a small field yard would be made?

A We have set up field offices -- office trailers out on site. Directly on sites.

Q Does Network Infrastructure have a policy that all employees must report to the yard before going out to the job site?

A No.

Q Which employees would need to go to a yard in the morning?

A Drivers.

Q Are there instances when other additional laborers would need to assist the drivers in loading materials or other items?

K. WALSH

A No.

Q Are there safety meetings or other company meetings that would require all employees to go to an office location prior to going out to the field?

A No.

Q Does Network Infrastructure hold safety meetings?

A Yes.

Q And on what day is the Hempstead yard safety meeting?

A I don't -- I don't know. I don't -- I don't attend that meeting.

Q Do you attend any of the safety meetings?

A Yes.

Q Which safety meeting do you attend?

A I attend a safety meeting in the Bronx.

Q Which day is that on?

A Varies.

Q Often -- Plaintiff Thomas Doyle has stated that the Hempstead safety

K. WALSH

meetings were typically held on a Thursday. Does that sound correct?

A I don't know.

Q What day are paychecks given to employees?

A Thursday.

Q Is there a direct deposit or is it a physical check?

A Both. The direct deposits additionally get a voucher. It's not only a -- the paychecks don't only get a physical copy that -- the direct deposits get a voucher.

Q Okay. And are paychecks given out following the safety meetings?

A No.

Q When are paychecks given out?

A Thursday morning.

Q And at what time are the paychecks given out?

A The field supervisors take them directly to the crew, so it varies. So whenever that field supervisor hits that crew during the day, it could be first

K. WALSH

thing in the morning, it could be second or third crew, so it could be later in the morning. But all paychecks are given out on Thursday by the supervisors directly out in the field.

Q Network Infrastructure doesn't have any policy that requires its employees to attend mandatory safety meetings?

A No.

Q If an employee misses a weekly safety meeting, do they have a make-up session?

A There's -- there's no record of whether they attend or they don't attend.

Q There's no sign-in sheet for the safety meetings?

A There are for -- for the employees that attend the safety meeting. Yes.

Q And Network Infrastructure saves those sign-in sheets; right?

A I don't know.

Q Are you familiar with the

K. WALSH

pre-trip inspection report done by drivers each morning?

A I don't know of a report. I know of a pre-trip inspection application that they use on their phone.

Q Can you describe that for me?

A I don't know the details of it. I just know of it.

Q Do you know what happens to the data on the -- from the pre-trip inspection app?

A No. I do not.

Q Who does?

A I don't know. I don't know who's in charge of that.

Q Would Steve LaValley likely have knowledge of that?

A I don't know.

Q What are your duties with respect to Network Infrastructure?

A I oversee -- I -- I oversee field operations.

Q So what does that mean?

A I oversee field operations. I

K. WALSH

see -- make sure that people are following the rules under the field operations.

Q So you're typically not in the office. You're out going from job site to job site?

A Yes.

Q And how long have you worked with Network Infrastructure?

A Twenty-five years.

Q What did you do beforehand?

A I was a construction manager at a previous utility construction firm.

Q And throughout the entire relevant time period, would it be fair to say that you've overseen field operations?

A Yes.

Q Is your work primarily overseeing work performed out of the Bronx yard?

A I oversee all field operations. Bronx, Queens, all -- all work areas.

Q So Bronx, Queens, Long Island, all of it?

A Yes.

K. WALSH

Q Who reports to you?
A Project managers and superintendents.
Q And then the foremen and key persons report to the project managers and superintendents?
A Yes.
Q And can you explain what a key person is?
A The person that's the lead on the job.
Q And typically the person who's lead on the job is a foreman, but there are times where there's no foreman on the job?
A It's not typical. There are gas mechanics that can be leads, foremen that can be leads, there could be operators that are leads. There's no typical.
Q But all of the gas mechanics, operators, or foremen who are functioning as leads are given an extra hour for the additional duties that occur off site?
A I -- I don't agree with the

off-site portion of that. Those additional duties can be performed off site or on site.

Q Okay. They're all given an extra hour?

A That's correct.

Q Does Network Infrastructure have a policy as to what time vehicles and equipment should roll out from the yard?

A No.

Q Is the policy you -- if Network Infrastructure doesn't have a policy as to what time vehicles and equipment roll out, how do people know what time they should get the equipment out of the yard?

A The supervisor or project manager will look at various information based upon stipulations on when we can start the jobs, when -- the jobs' locations, what manpower is needed on the jobs, and they will assess what the start time should be.

They will dictate that information to the foreman or the crew

K. WALSH

leader or the lead on the job. And then that lead will then tell his men or -- or employees, men or women, to report to the job at a specific time. When that employee gets to the job, they report their time to the foreman on what time they started.

Q And my understanding is that, essentially, all of the rolling fleet of Network Infrastructure has GPS trackers?

A I have --

MR. GRIMMETT: Objection. Was there a question there, Brent?

MR. PELTON: Yeah.

BY MR. PELTON:

Q Is that correct? Are -- does --

A I don't know if all the vehicles have it. I'm not -- I'm not -- unaware for the -- I know we have GPS. I don't know how many vehicles have it.

Q Who is in charge of the GPS fleet management system?

A I don't know.

Q Have you ever needed to access

K. WALSH

the GPS fleet management system?
A No.
Q Do you know what data is maintained by the system?
A No. I don't use the system.
Q Patrick Clarke testified that Network Infrastructure employed approximately 120 individuals at any one time. Does that sound correct?
A I don't -- I don't know the exact number of employees that --
Q Would it be fair to say there's typically over a hundred field employees at any one time?
A Yes.
Q And throughout the relevant time period, there has been, like, changeover. So there's probably well over 200 individuals who worked for Network Infrastructure from 2017 through the present?
A What's the question?
Q Would it be fair to say that there's well over 200 field employees

K. WALSH

who've worked for Network Infrastructure during the relevant time period?

A I don't know.

Q Did you have any duties with respect to how employees kept track of their time?

A No.

Q If an employee had an issue with his or her time, how was it resolved?

A He would go to his foreman or his foreman or -- see -- make sure that his foreman entered it correctly.

THE REPORTER: And so you "make sure his foreman entered it correctly." Correct?

THE WITNESS: [No audible response.]

THE REPORTER: Okay. Thank you.

BY MR. PELTON:

Q How many people typically attended the Bronx Safety meetings?

A Varies.

Q Could you give me a range?

A Five to twenty.

Q And how many drivers would

K. WALSH

report to the Bronx yard?

A Varies.

Q Could you give me a range?

A Not really. I don't -- I don't know exactly how many it would be. It changes every day. We have jobs that start directly on the job with trucks are equipped -- kept on the job. We have jobs that change yards.

I could not tell you how many guys start in the yard on a day -- day-to-day basis. It changes every single day.

Q How many is the most guys that you've seen starting at the Bronx Yard?

A I don't know. I would guess at it. I have no idea.

Q I don't want you to guess, but --

A I don't know.

Q -- can you give an estimate?

MR. GRIMMETT: Objection.

THE WITNESS: It changes every day. You could ask me a specific day. I could count. I -- I don't know every day. I

K. WALSH

mean, we've had one driver pull out of the yard, and on the top end, I couldn't tell you. I don't know.

BY MR. PELTON:

Q More than ten?

A At its maximum?

Q Yeah.

A Yes.

Q Do you have any responsibilities for maintaining the list of drivers?

A No.

Q Are you familiar with a list of drivers who are authorized to drive for Network Infrastructure?

A No. I receive a report of people that don't have licenses or have a suspended license. Outside of that, no. I don't have a list of drivers. I only have a list of active or suspended licenses.

Q Are box trucks typically outfitted with tools and materials?

A Yes.

Q And do the drivers need to make

K. WALSH

sure that the consumables and materials that are needed for the job are on the trucks before leaving each day?

A No. That's the responsibility of the yard personnel.

Q And do the drivers fuel up the trucks?

A On occasion. Yes.

Q Are there additional pieces of equipment that need to be fueled up before getting to the job site?

A The other equipment, meaning what? I don't -- I don't -- what -- what other equipment?

Q Compressors, generators, saws. Any other pieces of equipment?

A No. That's all done by yard personnel in the yard.

Q Excavators would need to be fueled?

A Yes. That's done by the operating engineer.

Q And is that done at various different gas stations?

A No. It's done on site. Excavators and backhoes are fueled on site by either the supervisor or fuel truck that we have delivered directly to the job.

Q Are you familiar with an individual named Allan Cole?

A No.

Q Are you aware that Mr. Cole claims that he worked for Network Infrastructure and wasn't paid for all hours that he worked for the company?

A I don't know Allan Cole.

Q What about Austin Sodano? Are you familiar with Austin Sodano?

A No.

Q Are you familiar with his claim that he performed work for Network Infrastructure and wasn't paid for it?

A No.

Q What about Carlos Fernandez? Are you familiar with Carlos Fernandez?

A Yes. I am familiar with Carlos.

Q And is he a good worker?

A I don't know.
Q Are you familiar with his claim that he worked for Network Infrastructure and wasn't paid for that time?
A No.
Q What was your overall impression of Mr. Fernandez?
A I have -- other than his name, I don't know his work or anything. I just know the name. I recognize the name as an employee.
Q Okay. What about Carlos Fuentes? Do you recognize that name?
A No.
Q Cristian Barajas. B-A-R-A-J-A-S. Do you know Cristian?
A No.
Q You have no reason to question his integrity?
A I -- I don't know.
Q You don't know of allegations that he stole from the company?
A I don't -- I don't know. I have no recollection of the name.

K. WALSH

THE REPORTER: I'm sorry. Repeat that one more time?

THE WITNESS: No recollection of the name.

THE REPORTER: Okay.

BY MR. PELTON:

Q What about Daniel Goncalves? G-O-N-C-A-L-V-E-S. Are you familiar with Mr. Goncalves?

A Yes.

Q How so?

A He was a gas mechanic for Network Infrastructure.

Q And did he generally do a good job?

A I don't know.

Q Did you have any issue with him?

A I don't -- I don't have -- I don't have any issue with him. No. I -- I only knew him as a gas mechanic for Network Infrastructure. I don't know his quality of work or -- I never had an issue.

Q And are you aware that he has

K. WALSH

asserted a claim for unpaid overtime?
A No.
Q Do you know if Network Infrastructure paid him for all the hours that he worked?
A I -- I -- yes. All hours were paid.
Q What about Eduardo Fonseca? Are you familiar with a Mr. Fonseca?
A No.
Q F-O-N-S-E-C-A.
A No.
Q Are you aware that Mr. Fonseca has a claim for unpaid overtime against Network Infrastructure?
A No.
Q Have you done anything personally to ensure that Mr. Fonseca was paid for all the hours that he worked?
A I don't know --
MR. GRIMMETT: Objection.
THE WITNESS: I -- I don't know the name.
BY MR. PELTON:

K. WALSH

Q Following the filing of this complaint, have you done anything to make sure that Network Infrastructure employees are currently paid for all hours worked?

MR. GRIMMETT: Objection.

You can answer.

THE WITNESS: Can you repeat the question, please?

BY MR. PELTON:

Q Following the filing of this complaint, have you done anything to make sure that Network Infrastructure employees are currently paid for all hours worked?

MR. GRIMMETT: Objection.

THE WITNESS: Yeah. We have not done anything different to pay people in my time here. We've paid people the same way since I started.

BY MR. PELTON:

Q So for 25 years it's been the same practice?

MR. GRIMMETT: Objection.

THE WITNESS: It's been the same practice in the way it's paid. The data

K. WALSH

entry has changed over time. We had manual time sheets, we went to one electronic system, we went to another electronic system.

But the premise of the supervisors tell the foremen what time to start, the foremen tell the crew, the crew employees report their time to the foremen on what time they started and what time they finished, that process has stayed the same since I've started at Network Infrastructure. That has not changed at all. It's been consistent. The entry has changed.

BY MR. PELTON:

Q And the practice has remained consistent through the present?

A Correct.

Q What about Elie Ilan? E-L-I-E I-L-A-N. Are you familiar with a Elie Ilan?

A Yes.

Q What is your recollection of Mr. Elie Ilan?

K. WALSH

A I know the name.

Q Do you know what type of work he did for Network Infrastructure?

A He's a gas mechanic.

Q And are you familiar with Mr. Ilan believes he wasn't paid for all hours worked?

A No.

Q Is it possible that Mr. Ilan performed additional work at the start of the day each day that he wasn't paid for?

A No.

MR. GRIMMETT: Objection.

THE WITNESS: No.

BY MR. PELTON:

Q Was there a training program as to how to keep track of time worked?

A Not that I'm aware of. No.

Q How did employees know what to report as hours worked?

A They were told during their orientation to report all their time to their crew leader.

Q Who -- how was that

K. WALSH

communicated?

A By the person performing the orientation.

Q Who performed the orientation?

A Various employees.

Q Is there a written policy?

A No.

Q Were foremen instructed to just give eight hours for a typical day?

A No.

Q Is there a reason that most all time sheets report eight hours?

MR. GRIMMETT: Objection.

THE WITNESS: I wouldn't know. I don't know. I don't know if there's typical anything. I don't know that data.

BY MR. PELTON:

Q Does Network Infrastructure utilize a rounding system when it keeps track of time?

A No.

Q Are you familiar with a Francisco Onofre?

A Yes.

K. WALSH

Q O-N-O-F-R-E.

A Yes.

Q Do you know -- is he currently employed by Network?

A No.

Q What type of work did he do for Network Infrastructure?

A Did utility construction.

Q Was he a laborer, a foreman, operator, if you recall?

A I can't remember. I can't remember.

Q Do you have any reason to believe that he is a dishonest person?

A No.

Q And are you aware that he has asserted a claim that Network Infrastructure did not pay him for all hours worked?

A No. I'm unaware.

Q What about Gabriel Quezada? Are you familiar with a Gabriel Quezada?

A No.

Q You're not aware that he worked

K. WALSH

for Network Infrastructure?

A No.

Q And I'll represent that he's an opt-in plaintiff in this case and he alleges that he wasn't paid for all hours that he worked for Network Infrastructure.

A I don't know the name. I don't know the name.

Q So you have no reason to believe that he's not a truthful person?

A I don't know him. I don't know the name. I can't make that assessment.

Q What about Gary Wanshinak? W-A-N-S-H-I-N-A-K. Are you familiar --

A No.

Q So you have no reason to doubt his veracity?

MR. GRIMMETT: Objection.

THE WITNESS: I don't know the person. I can't make that assessment.

BY MR. PELTON:

Q Okay. What about Imar O'Hagan? Are you familiar with a Imar O'Hagan?

A I -- say -- say the first name

K. WALSH

again?

Q Imar. I-M-A-R.

A Imar. Imar O'Hagan. Yes. I am familiar with Imar.

Q Is he currently employed with Network Infrastructure?

A No.

Q What did he do for Network Infrastructure?

A I don't recall.

Q Are you familiar that he claims that he performed work for which he did not receive pay while working for Network Infrastructure?

A No.

Q If Imar claims that he was required to go to mandatory safety meetings, would that be incorrect?

A Yes.

Q How so?

A There's no mandatory safety meetings. We don't require mandatory safety meetings for anybody. They're not mandatory. Nobody's ever been reprimanded

K. WALSH

or punished for not attending a safety meeting. There's no mandatory at all.

Q Do you know if the superintendents, project managers, or foremen represented to others that they were required?

A I don't know.

Q How was it communicated to employees that the safety meetings were not mandatory?

A It would have to be required that they are mandatory. You don't have to require they're not mandatory. You would have to tell somebody they are mandatory. If they're not required, you know, we let people know that there's safety meetings that are on -- on the job.

We don't have a mandatory requirement for the on-the-job safety meetings or for safety meetings at our location. They're not mandatory.

Q What time did the safety meetings that took place in the yards take place?

K. WALSH

A Varied.

Q Did --

THE REPORTER: I'm sorry.

THE WITNESS: Varied.

THE REPORTER: Say that once more?

THE WITNESS: There was no specific times. They varied.

BY MR. PELTON:

Q Would they start as early as 6 a.m.?

A On occasion, yes.

Q Sometimes 6:15?

A I -- I couldn't tell you exact times, but sometimes at 6 a.m. Yes.

Q And were the individuals who attended the meetings compensated for that time?

A It was only foremen, gas mechanics, and operators, and they were paid an hour a day.

Q So none of the laborers would have to attend these --

A No. No.

Q And none --

K. WALSH

THE REPORTER: I'm sorry. Would have to attend -- I'm sorry --

MR. PELTON: It's "would have to attend these safety meetings."

THE REPORTER: -- a little bit.

THE WITNESS: No.

MR. PELTON: You got laborers?

THE WITNESS: Laborers were not required to attend. There was no employees required to attend. Laborers were not even expected to be -- to attend. Nobody was expected to attend other than key personnel.

BY MR. PELTON:

Q Does Network Infrastructure maintain a list of key personnel?

A No.

Q What about a Jose De Jesus Ceja Diaz?

A No. Don't recognize the name.

Q Don't recognize the name? Don't know if he worked for Network Infrastructure?

A No. Don't -- don't know the

K. WALSH

name.

Q He's opted in to the case, and he claims that he worked unpaid overtime for Network Infrastructure. Do you have any reason to doubt that he worked for your company?

A I don't know the name.

MR. GRIMMETT: Objection.

THE WITNESS: I don't know the name.

THE REPORTER: I'm sorry. Just say it once more --

THE WITNESS: I do not know the name. I could not answer that question. I don't know the name. I can't put the name or the face.

BY MR. PELTON:

Q What about a Joseph Ryan? Are you familiar with Mr. Ryan?

A No.

Q He appeared on a list of -- as an employee who worked for Network Infrastructure and he's asserted a claim for unpaid overtime. Do you have any reason to doubt that he didn't work

K. WALSH

additional hours beyond what he was paid?

MR. GRIMMETT: Objection.

THE WITNESS: I don't know the name. I can't answer that question.

BY MR. PELTON:

Q What about Juan Andrade?

A I don't know --

Q A-N-D-R-A-D-E.

A I don't know the name.

Q So you have no reason to know if he's a truthful person?

MR. GRIMMETT: Objection.

THE WITNESS: I -- I can't make that assessment. I don't know the name.

BY MR. PELTON:

Q What about a Keith Dunne? Are you familiar with Mr. Dunne?

A No.

Q How about a Lourenco Alvez? Are you familiar with a Mr. Lourenco Alvez?

A No.

Q Mr. Alvez claims that he worked for Network Infrastructure and wasn't paid for all hours worked. Do you have any

K. WALSH

specific information about his work for the company?

A No.

Q What about a Miguel Tama? T-A-M-A. Are you familiar with a Miguel Tama?

A I know the name.

Q And do you have an impression of Mr. Tama as a worker for Network Infrastructure?

A No.

Q You don't know if he was problematic or a great worker?

A No.

Q Okay. And I'll represent that he's opted into the case and he has a claim for unpaid wages as against Network Infrastructure. What about Manuel Mendoza? Do you know Mr. Mendoza?

A Yes.

Q And what type of work did he do for Network Infrastructure?

A He was a gas mechanic.

Q And did he do a good job as a

gas mechanic?

A I don't know.

Q He has asserted a claim for unpaid wages as against Network Infrastructure. Do you have any specific information that would show that he's been paid for all hours worked?

A No.

Q What about Michael Gounarides? G-O-U-N-A-R-I-D-E-S. Are you familiar with Mr. Gounarides?

A No.

Q Do you know what type of work he did for Network?

MR. GRIMMETT: Objection.

THE WITNESS: I don't know him. I don't know the name.

BY MR. PELTON:

Q Okay. What about a Rafael Gonzalez? Are you familiar with Mr. Rafael Gonzalez?

A No.

Q Okay. He's asserted a claim for unpaid wages against Network

Infrastructure. If you were interested in looking into his going hours worked and wages paid, what data would you look at?

A I don't --

MR. GRIMMETT: Objection.

THE WITNESS: I don't review that data. I don't even know if the data exists. I don't -- I don't review payroll records. I don't look at that.

BY MR. PELTON:

Q Do you ever review the Ground Control data?

A No.

Q What about a Robert Babst? B-A-B-S-T. Are you familiar with Mr. Babst?

A Yes.

Q What type of work did he do for Network Infrastructure?

A He was a gas mechanic.

Q Did he do a good job?

A I don't know.

Q Any reason to believe that he is not being truthful when he claims that he

K. WALSH

wasn't paid for all hours worked?
A I can't make that assessment.
Q What about a Sabbato Perna? P-E-R-N-A.
A Don't know the name.
Q Okay. And so you don't have any recollection as to his credibility or his work for the company?
A No.
Q What about Thomas Doyle? Are you familiar with a Thomas Doyle?
A Yes.
Q And what type of work did he do for the company?
A He was a utility worker.
Q And is he generally a pretty good utility worker?
A I cannot make that assessment.
Q Anything as to his credibility that would make you think that he's not a credible person?
A He was caught not on location when he was reported to be on location. So yes. I have credibility -- I -- I can

K. WALSH

doubt his credibility. On multiple occasions, he was supposed to be on site, he was not on site. So his credibility is definitely not acceptable.

Q Where would he be if he wasn't on site?

A Home.

Q And did you have meetings with him to discuss this behavior?

A No. That information was reported to me by Pat Clarke.

Q Do you know if anybody met with him to discuss this?

A I don't know.

Q Do you know if it was ever communicated to him that Network Infrastructure would -- had concerns about his attendance?

A Yes. Pat Clark told me that he had done that information.

Q What about a Victor Duenas? D-U-E-N-A-S.

A Don't know the name.

Q Any idea as to his credibility?

K. WALSH

A I don't know him.

Q What about a Evan Kuveke? K-U-V-E-K-E.

A No.

Q Don't know him?

A No.

Q Okay. What about a Javier Cardona? Are you familiar with a Mr. Javier Cardona?

A No.

Q So you have no reason to know if he was a good worker?

A No.

Q Okay. Did Network Infrastructure take action against Mr. Doyle?

MR. GRIMMETT: Objection. What -- can you define action? I don't think it's clear.

BY MR. PELTON:

Q Did Network Infrastructure take any action -- corrective action as against Mr. Doyle?

A I believe he was terminated.

K. WALSH

I -- I know he was terminated. Excuse me. I know he was terminated

Q And that was as a result of being off site?

A I don't know.

Q We've been going for about an hour. Why don't we take a ten-minute break?

A Thank you.

THE REPORTER: Okay. It is 10:59 a.m. We are off the record.

(Off the record.)

THE REPORTER: It is now 11:12 a.m. We are back on the record.

BY MR. PELTON:

Q Mr. Walsh, did you speak with anyone during the break regarding the subject matter of your testimony?

A No.

Q And are there any responses that you gave previously that you realize you'd like to change or update?

A No.

Q I went -- we just went through a

K. WALSH

list of individuals who have all asserted claims against Network Infrastructure. Do you recall that?

A Yes.

Q Are there any documents that you would look at to see the hours that those individuals actually worked?

A No.

Q If you wanted to investigate the hours that those individuals actually worked, what would you do to investigate that?

MR. GRIMMETT: Objection.

THE WITNESS: I -- I would not investigate.

BY MR. PELTON:

Q Are there any documents that Network Infrastructure would be relying upon to find out the true hours that those individuals worked?

A I don't understand the question. In what instance?

Q Are there any documents that would show that -- the true start time

K. WALSH

each morning for these individuals?

A I don't know.

Q You told me that drivers got paid for all hours that they worked?

A What's the question?

Q Did you tell me that, like, drivers, people who drove vehicles, were paid for all hours that they worked?

A I don't -- did you ask that question?

Q Why are drivers paid an extra half hour if they get paid for all hours that they work?

A I -- I still don't understand. What are you asking me? What -- are they paid a half an hour a day? Is that what you're -- I answered that question before. Yes. They're paid a half an hour a day.

Q And that half hour is meant to compensate them for the travel time?

A I don't know. I don't know where that came from. That -- that half an hour has been there for long before I started in this business. Drivers get a

K. WALSH

half an hour a day. I don't know where that came from.

Q And is it your understanding that that half hour a day is meant to compensate them for the time spent driving to and from jobs?

A I don't -- I don't know where it came from. It's been there since prior to my start in this industry.

Q And if there's bad traffic and it takes more than half an hour, what happens?

A The driver should report his time to his foreman or his crew leader or his gas mechanic, whoever he's working for that day. All time's supposed to be reported to them, so it could be recorded in their Ground Control system.

Q Does the Ground Control system also get utilized for billing?

A I don't know.

Q Is it the basis of the certified payrolls?

A I don't know.

K. WALSH

Q Do you know what a certified payroll is?

A I -- I've heard of certified payrolls. Sure. Yes.

Q And are all of the hours reported on Ground Control put on the certified payroll?

A I don't know. I don't know how the certified payroll reports are generated.

Q Is it fair to say that the vast majority of the work of Network Infrastructure throughout the relevant time period has been for Con Edison?

A I don't know.

Q Would it be fair to say about at least 95 percent of the work has been for Con Edison?

A I don't know.

Q And who would know?

A I -- I don't -- I don't know. I don't know who would do that analysis. I -- I don't know. I would have to ask Pat to find out who would do that

K. WALSH

analysis.

Q Is drive time to and from the yard compensable under the Con Edison contracts?

A We follow union agreements. We -- we pay --

Q That wasn't my question. Go ahead.

A No. There's nothing that follows ConEd contracts. Our pay -- payment is based upon union agreements.

Q And my question was is the drive time to and from the yard compensable under the Con Edison contracts?

MR. GRIMMETT: Objection. Brent, that's -- he answered that. He answered that question. It's a -- it's not a clear question.

THE WITNESS: I don't know -- I don't know the answer to that. I -- I can't -- I don't know if drive time's compensable or not.

BY MR. PELTON:

Q Are there any certifications

K. WALSH

that are required of Network Infrastructure employees to be able to do gas work for Con Edison?

A Yes.

Q What type of safety certifications are required?

A I don't know safety certifications.

Q Do you have any role in making sure that workers are certified?

A No.

Q Do you know if Network Infrastructure employees are paid for all hours that it takes to obtain and maintain their safety certifications?

A They're done through the union. I don't know that answer.

Q So you don't know if the workers are actually paid for that time?

A I don't know what the union does with their training.

Q We're not talking -- I'm not asking you about what the union does. I'm asking about training that's required for

K. WALSH

the Network Infrastructure jobs. Do the employees get paid by Network Infrastructure for that time?

A They're trained by the union. They're not trained by Network. So they're trained at the Union Hall. I don't know if the Union Hall -- I don't know the compensation policy for the Union Hall.

Q But Network Infrastructure doesn't pay them for that time?

A I -- I don't know.

Q Do you have any reason to believe that Network Infrastructure does pay for that time?

A I don't know.

Q Who would know?

A I don't know. I don't know.

Q Would it concern you that Network Infrastructure doesn't pay its employees for training time?

MR. GRIMMETT: Objection.

THE WITNESS: I don't know that they're not paid.

K. WALSH

BY MR. PELTON:

Q What about the random drug testing? Are employees paid for time spent with random drug testing?

A I don't know

Q If clients of ours have said that they weren't, do you have any proof to say otherwise?

MR. GRIMMETT: Objection.

THE WITNESS: I don't know.

MR. PELTON: Paul, could I get a screen share ability?

THE REPORTER: Okay. You're all set.

BY MR. PELTON:

Q Sharing with you a group of timecards and associated work data for opt-in Plaintiff Allan Cole. It's 20 pages of documents, Bates stamp Defendants' 210 through 229. So I'll represent that these documents were provided to our office by your attorneys. Do you recognize this type of document?

A No.

Q Have you ever seen -- the first

K. WALSH

page -- I am looking at Page Defendants' 212, a timecard where it says "Job ID, Job Number, Job Date, and Address"?

A No.

Q And have you ever seen the second page of a report such as Defendants' 213 where it shows labor information, equipment information, description, subcontractor trucking information, material information?

A No.

Q Do you know how this information is entered into a system?

A I've -- I've never seen this report. I don't know where this comes from.

Q Okay. Are labor hours reported to Con Edison?

A I don't know.

Q Are the hours that equipment is utilized reported to Con Edison?

A I don't know.

Q Do you have issues with your memory, Mr. Walsh?

MR. GRIMMETT: Objection.

THE WITNESS: No.

BY MR. PELTON:

Q Okay. Just double checking. You've never seen these types of reports before?

A No.

Q So you'd just be guessing as to what they are?

A Yeah. I don't -- I've never seen this report before. I don't -- I'm unfamiliar with it. I don't -- I don't -- I -- I understand the data that's in there. I don't -- I don't know this report. I've never seen the report.

Q Well, I don't want you to guess.

A Yeah. No. I don't. I'm not familiar with that report at all.

Q Are you familiar with an individual -- Manuel Calderon?

A No.

Q You don't remember if he was a good worker?

A No.

K. WALSH

Q You don't recall any issues with him being off site?

A [No audible response.]

Q I didn't hear a response.

A No. No.

Q You don't remember an issue with him being off site or any discipline issues with Mr. Calderon?

A No.

Q I'm going to show you what was previously marked as Plaintiff's Exhibit -- oh. I'm sorry. Let's go back.

MR. PELTON: The records that I previously showed, Defendants' 210 through 229, let's mark that as Plaintiff's Exhibit -- I believe it's eight?

MS. HERAZO: No.

MR. PELTON: Oh, nine?

MS. HERAZO: Nine.

MR. PELTON: Plaintiff's Exhibit 9.

(Plaintiff Exhibit 9 was marked for identification.)

BY MR. PELTON:

Q I'm going to show you what was

K. WALSH

previously marked as Plaintiff's Exhibit 7. And, again, this is a document that's -- that was provided to me by your attorneys, and it's Bates stamped Defendants' 210 through Defendants' 280. Do you recognize this type of document?
A There's nothing on the screen.
Q Do you recognize this type of document?
A No. Never seen that. No.
Q You don't recognize this as a GPS report?
A No.
Q Okay. You've never had reason to utilize the GPS report system?
A No.
Q I'm showing you a copy of the class and collective action complaint. It was previously marked as Plaintiff's Exhibit 1. You have never seen this document before?
A This document was emailed to me. I never read it.
Q Paragraph 5. "Throughout the

K. WALSH

relevant time period, notwithstanding the fact that Plaintiffs were required to report to and perform work at the Network Infrastructure yards each morning prior to traveling to the job sites and were required to return to the yard after leaving the job sites each afternoon, Plaintiffs were only paid for time spent working at the job sites and were not compensated at all for time spent working at the Network Infrastructure yards, participating in mandatory weekly safety meetings, or for time spent traveling to or from the yards to the different job sites." Do you see that?

A Yes.

Q "Thus, Plaintiffs were consistently paid for fewer hours than they actually worked, many of which were hours worked in excess of 40 in a week for which they should have been paid overtime premiums." Do you see that?

A Yes.

Q Do you have any reason to doubt

K. WALSH

the truth of that?

A Yes.

Q And what's that?

A Time is reported by the employee to the foreman. If they worked time, it should be reported, and if they were not compensated for that, it should have been reported back that they weren't compensated, and they should have been paid for that time.

So my assertion is that they are to report their time to their foreman and verify that they're paid for that time appropriately. I've never received a complaint that they were not paid appropriately. Never once has it come across my desk that an employee was not paid properly, so I would disagree with that statement.

Q The payroll system that's been in place for more than 25 years made sure that employees got paid for all hours worked?

A The employee's supposed to make

sure they're paid for all hours worked.
Q Does this complaint make you angry?
A I've never read this complaint.
Q Does the wage and hour action that's brought against Network Infrastructure make you upset?
MR. GRIMMETT: Objection.
THE WITNESS: I have no feelings about it.
BY MR. PELTON:
Q To the extent that employees were required to work more than the hours that they were paid for, you'd want to take action and correct the issue?
A I don't believe that they were not paid properly. I've never received a complaint that they were not paid properly.
Q What trainings did employees receive in how to keep accurate track of time?
A I don't know.
Q Were foremen instructed to just

K. WALSH

write eight hours per day for all employees other than drivers and foremen?

A No.

MR. GRIMMETT: Objection.

THE WITNESS: No.

BY MR. PELTON:

Q I'm going to show you what was previously marked as Plaintiff's Exhibit 6. It's certain timecards related to named Plaintiff Manuel Calderon, bearing Bates stamps Defendants' 1 through 126. Do you know how these documents were maintained by Defendants?

A No. I've never seen this report.

Q Do you know what this report is?

A No. I do not.

Q You see Mr. Manuel Calderon's name? That's the employee ID 2516.

A I see it on the screen. Yes.

Q How are employee IDs generated?

A I don't know.

Q You see under the equipment "Utility Truck 335" and "Backhoe 628." Do

K. WALSH

you see that?

A Yes.

Q Do you know if all equipment is issued a identifying number?

A Yes.

Q And who gives the equipment numbers?

A I don't know.

Q What are the numbers used for?

A The numbers are on the side of the equipment. I don't know if they're used for anything other than the identifier out in the street.

Q Under description, "installed 40 feet of 8-inch and 7 feet of 12-inch," "backed, filled, and pave," and "solid drip." Do you recognize that?

A I -- I see it on the screen.

Q But you don't know what that reference is?

A No.

Q Subcontractor trucking information. Subcontractor trucking. It says "dump truck." Do you see that?

K. WALSH

A Yes. I do.

Q Does Network Infrastructure maintain its own dump truck fleet?

A No.

Q You subcontract that?

A Yes.

Q On the bottom, it says "sync date and time 6/14/22 at 8:24:13." You don't know what that is; do you?

A No.

Q Okay. You don't dispute that sometimes it takes well over half an hour to drive from a yard to a job site?

A What's the question?

Q You don't dispute that it oftentimes takes more than half an hour to drive from a yard to a job site; correct?

A That's a statement, I believe. I don't -- I don't -- when you say you don't dispute, I -- I don't --

THE REPORTER: I'm sorry. Just for clarity reasons --

THE WITNESS: I don't -- I don't understand "You don't dispute." Are you

K. WALSH

asking me do I dispute?

BY MR. PELTON:

Q Yeah. Would you dispute that it oftentimes takes more than 30 minutes to drive from the -- back up.

Would you dispute that it oftentimes takes more than 30 minutes from the time a labor driver gets to the yard to start up an equipment to the time they get to a job site?

A I --

MR. GRIMMETT: Objection.

THE WITNESS: I don't know. I can't answer that. I don't know.

BY MR. PELTON:

Q And would you dispute that it oftentimes takes more than 30 minutes to drive equipment back to the yard and put it away at the end of the night?

A I don't know.

MR. GRIMMETT: Objection.

THE WITNESS: I don't know.

BY MR. PELTON:

Q Would it be fair to say that

K. WALSH

your position is that if you did spend more than half an hour, it was your responsibility to make sure the timecards showed it?

A It's not my responsibility. No.

Q Whose responsibility was it?

A Whose responsibility was it to do what?

Q To make sure that the timecard showed more than half an hour.

A What -- what's the timecard? I don't understand what the timecard is.

Q How is an employee supposed to get paid for the additional time?

A He's supposed to report it to his foreman.

Q And was there anything that Network Infrastructure did to ensure that all hours were accurately recorded?

MR. GRIMMETT: Objection.

THE WITNESS: I -- I don't understand the question.

BY MR. PELTON:

Q Did Network Infrastructure do

K. WALSH

anything to make sure that the timecards were accurate?

A I don't know what a timecard -- I don't know what you're referring to as a timecard.

MR. PELTON: Okay. Let's take another ten minutes. Then maybe wrapping up.

THE REPORTER: Okay. It is 11:41 a.m. We are off the record.

(Off the record.)

THE REPORTER: It is now 11:46 a.m. We are back on the record.

BY MR. PELTON:

Q Getting close to finishing up, Mr. Walsh. Is there anything that -- any of your responses that you've provided previously today that you now realize you'd like to amend, change, update?

A No.

Q Is there anything else regarding the Network Infrastructure time and pay system that you'd like to tell me about today?

K. WALSH

A No.

MR. PELTON: Okay. That's going to conclude my -- our deposition today. Thank you very much for your time and attention.

MR. GRIMMETT: Brent, I have a few questions.

MR. PELTON: Okay.

EXAMINATION

BY MR. GRIMMETT:

Q So, Mr. Walsh, you testified -- there has been some testimony today about how drivers receive an additional half hour of pay. Do you remember that testimony?

A Yes.

Q Okay. Do drivers report the time that they showed up to the yard at the start of the day to their foremen?

A Yes.

Q Do drivers report the time that they dropped the truck off at the end of the day to the foremen?

A Yes.

K. WALSH

Q And do the foremen enter those times into the Ground Control system?

A Yes.

Q Are drivers -- so are drivers paid for an additional half hour of time on top of their official start and end time?

A Yes.

MR. GRIMMETT: I have no further questions.

THE REPORTER: Okay.

And, Mr. Pelton --

MR. PELTON: Following up. Just following up on that.

EXAMINATION

BY MR. PELTON:

Q Mr. Walsh, did you and your attorney rehearse that before you were asked?

A No.

Q Okay. And so if we get the GPS start time and end time of the trucks, there's an additional 30 minutes on top of that?

K. WALSH

A I don't know. It depends.

Q But that's what your testimony is; right?

A Yeah. It -- it should be. Yes.

Q Okay. So we'll look at all the GPS records and we'll analyze the start time and the end time of the GPS records, and based on your understanding of the payroll system, each of the drivers get an extra half hour in addition to the GPS time; right?

A I don't --

MR. GRIMMETT: Objection.

THE WITNESS: I don't know. I don't know.

BY MR. PELTON:

Q You don't know? I thought that that's what you testified to just a minute ago.

A I don't know what the GPS time -- I don't know --

THE REPORTER: Wait, guys. Guys. One -- one moment. One moment. One at a time.

K. WALSH

Mr. Pelton, start over.

BY MR. PELTON:

Q I thought that that was exactly what you testified to --

A No. No --

Q -- in response to Mr. Grimmett?

MR. GRIMMETT: Objection.

THE REPORTER: Wait -- wait, guys. Slow down. One at a time. Just let everyone finish. I'm not getting anything on my end.

Okay. Mr. Pelton, please repeat your question.

BY MR. PELTON:

Q So your testimony is that the drivers would get the full time from the moment they started at the yard to the time period that they ended at the yard; correct?

A They were supposed to report that time to their foreman.

Q And then they would get an additional half hour?

A An additional half an hour --

K. WALSH

I -- I --

Q Above and beyond the time that they first arrived at the yard and the time they left the yard?

A I don't understand. Say -- say that again?

Q So you said that the drivers would report to their foreman the time that they started at the yard; right?

A Yes.

Q And they would be -- they would give the time that they left the yard, and when they returned back and finished all their duties at the yard?

A They would report that time to their foreman. Yes.

Q And then Network Infrastructure would provide an extra half an hour each day above and beyond that time; right?

A Yes.

Q And is that a written policy of Network Infrastructure?

A No.

Q Was there a contract that gave a

extra half hour to all of the drivers?
A No.
Q Is it a claim that we should be alleging in the complaint there's -- that not only were the employees to be paid from the start -- that when they first got to the yard, to the time they put the keys on the hook, there's plus an additional half hour there; right?
MR. GRIMMETT: Objection. That is -- Brent --
THE WITNESS: I -- I don't understand the question at all. Okay. Is there a way to rephrase?
Is there a claim that you should be adding to the complaint?
BY MR. PELTON:
Q Yeah. Is -- so it truly was the Network Infrastructure policy --
A There's no policy.
Q -- of paying that entire time period?
A There's no policy.
THE REPORTER: Sorry. Just -- there

K. WALSH

was -- just repeat that, Mr. Pelton.
There's a part that cut out. So is "truly was a Network Infrastructure policy of"?

BY MR. PELTON:

Q Paying from the time that work first started at the yard to the time that the keys were put on the peg and an operator -- driver left -- was leaving the yard plus an additional half hour each day; right?

A No. There's no policy. There's no policy.

Q So what were you talking about several minutes ago in response to your attorney's questions?

A There's no policy. There's no written policy. There's no policy that says it's a half an hour. It's just been done that way.

Q And do you know if it's also "just done that way" that everyone's given credit for an eight hour day?

MR. GRIMMETT: Objection.

THE WITNESS: No.

K. WALSH

BY MR. PELTON:

Q For the last 25 years, it hasn't been that employees just get an eight-hour day plus the extra half hour?

MR. GRIMMETT: Objection.

THE WITNESS: No.

BY MR. PELTON:

Q How would you go about verifying that?

A The employee is supposed to report it if he wasn't paid that time. I have not gotten any complaints that they weren't paid properly.

Q This lawsuit isn't a complaint?

A From an employee, I never received a complaint.

MR. PELTON: Okay. Okay. No further questions.

THE REPORTER: Okay. Mr. Pelton, you were ordering; correct?

MR. PELTON: Correct. Thank you.

THE REPORTER: And, Mr. Grimmett, were you ordering a copy or was Mr. Pelton providing? I --

K. WALSH

MR. PELTON: We're happy to share.

MR. GRIMMETT: Yes.

THE REPORTER: Okay. It is now -- oh, and I'm sorry.

Mr. Pelton, I saw that it was a request for an expedited. Are you still okay with the standard?

MS. HERAZO: No. We don't need it.

MR. PELTON: Yeah. Standard's fine.

THE REPORTER: Okay. Great. It is now 11:54 a.m. We are off the record.

(Signature reserved.)

(Whereupon, at 11:54 a.m., the proceeding was concluded.)

_______________________________

KENNETH WALSH

Subscribed and sworn to before me

this ______ day of ___________________, 2025.

_______________________________

Notary Public

CERTIFICATE OF DEPOSITION OFFICER

I, PAUL GRASSO, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.



PAUL GRASSO
Notary Public in and for the
State of New York

[X] Review of the transcript was requested.

CERTIFICATE OF TRANSCRIBER

I, KEIRAN MCCLAUGHERTY, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

KEIRAN MCCLAUGHERTY

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Manuel Calderon v. Network Infrastructure, Inc.
DATE OF DEPOSITION: 10/23/2025
WITNESS' NAME: Kenneth Walsh

| PAGE | LINE (S) | CHANGE | REASON |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

______________________________
Kenneth Walsh

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF ____________, 20__.

____________________ (NOTARY PUBLIC)

____________________ MY COMMISSION EXPIRES:

**0**

**05442** 1:9

**1**

**1** 67:21 71:12
**10** 4:6
**10/23/2025** 88:3
**10006** 2:6
**1010** 8:2,3
**10:00** 1:18
**10:59** 55:12
**111** 2:5
**11797** 1:22 2:15 4:15
**11:12** 55:14
**11:41** 76:11
**11:46** 76:13
**11:54** 85:12,14
**12** 72:16
**120** 28:9
**126** 71:12
**1298** 7:22
**135** 1:21 2:14 4:14
**137** 7:21
**138** 7:15,20
**14** 7:15,18
**15** 7:14,17
**1503** 2:5
**1556** 7:23
**1:24** 1:9

**2**

**2** 8:23 9:4
**20** 63:18 88:22
**200** 28:19,25
**201** 1:21 2:14 4:14
**2017** 8:24 9:4 28:21
**2025** 1:17 4:13 85:21
**210** 63:20 66:15 67:6
**212** 2:8 64:3
**213** 64:8
**229** 63:20 66:16
**23** 1:17 4:13
**25** 37:21 69:22 84:3
**2516** 71:20
**25488** 86:19
**280** 67:6

**3**

**30** 1:15 74:5,8 74:18 78:24
**335** 71:25
**35255** 87:16
**385-9700** 2:8

**4**

**40** 68:21 72:15

**5**

**5** 67:25
**516** 2:17

**6**

**6** 1:15 3:3 45:11,15 71:10
**6/14/22** 73:9
**60** 7:22
**628** 71:25
**66** 3:11
**681-1100** 2:17
**6:15** 45:13

**7**

**7** 67:3 72:16
**731** 7:21
**7667266** 1:24
**77** 3:4
**78** 3:5

**8**

**8** 72:16
**8:24:13** 73:9

**9**

**9** 3:10 66:21,22
**95** 59:18

**a**

**a.m.** 1:18 4:6 45:11,15 55:12 55:14 76:11,13 85:12,14
**ability** 63:13 86:9 87:6
**able** 61:3
**above** 81:3,20
**absent** 4:21
**acceptable** 53:5
**access** 27:25
**accurate** 10:12 70:22 76:3 86:8 87:5
**accurately** 75:20
**acknowledg...** 4:17
**action** 7:6 54:16,19,23,23 67:19 70:6,16 86:11,15 87:8 87:12
**active** 31:20
**actual** 18:13
**actually** 56:8 56:11 61:20 68:20
**adding** 82:17
**addition** 79:11
**additional** 17:17 18:6 19:23 25:24 26:3 32:10 39:11 48:2 75:15 77:14 78:6,24 80:24 80:25 82:9 83:10

**additionally** 4:21 21:11
**address** 64:4
**administer** 4:17
**administrator** 10:21 11:25 12:8,11
**administrators** 12:18
**afternoon** 68:8
**ago** 79:20 83:15
**agree** 4:18,24 25:25
**agreed** 18:5
**agreements** 60:6,12
**ahead** 60:9
**alc** 1:9
**allan** 33:8,14 63:18
**allegations** 34:22
**alleges** 42:6
**alleging** 82:5
**alvez** 48:20,21 48:23
**amend** 76:20
**analysis** 59:23 60:2
**analyze** 79:7
**andrade** 48:7
**angel** 1:4 2:2 4:8
**angry** 70:4
**answer** 37:7 47:14 48:5 60:21 61:18 74:15
**answered** 57:18 60:17,17
**anybody** 43:24 53:13
**app** 23:12
**appeared** 47:21
**applicable** 5:4
**application** 23:5
**appreciate** 9:6
**appropriately** 69:15,17
**approximately** 11:24 12:4 28:9
**areas** 24:22
**arrived** 81:4
**asked** 78:20
**asking** 8:22 57:16 61:24,25 74:2
**asserted** 36:2 41:18 47:23 50:4,24 56:2
**assertion** 69:12
**assess** 26:22
**assessment** 42:13,21 48:15 52:3,19
**assigned** 4:4
**assist** 19:23
**associated** 3:10 63:17
**astoria** 18:24
**attend** 20:14,15 20:19,20 22:9 22:16,16,20 45:23 46:3,5 46:10,11,12,13
**attendance** 5:11 53:19
**attended** 29:21 45:17
**attending** 44:2
**attention** 77:6
**attorney** 6:16 78:19 86:13 87:10
**attorney's** 83:16
**attorneys** 63:22 67:5
**audible** 29:17 66:4
**audio** 86:7 87:3
**austin** 33:15,16
**authorized** 4:16 31:14
**aware** 33:10 35:25 36:14 39:19 41:17,25

**b**

**b** 1:15 3:7 34:17 51:16,16
**babst** 51:15,17
**back** 55:15 66:13 69:9 74:6,19 76:14 81:14
**backed** 72:17
**backhoe** 71:25
**backhoes** 33:3
**bad** 58:11
**barajas** 34:16
**based** 26:19 60:12 79:9
**basis** 30:13 58:23
**bates** 63:19 67:5 71:12
**bearing** 71:11
**behalf** 1:5 2:2 2:10 4:9
**behavior** 53:10
**believe** 41:15 42:10 51:24 54:25 62:15 66:17 70:17 73:19
**believes** 39:7
**belinda** 2:20 5:15

**best** 86:9 87:6
**beyond** 48:2 81:3,20
**billing** 58:21
**bit** 11:17,22 46:6
**bottom** 73:8
**box** 31:22
**break** 10:7,8 55:9,18
**brent** 2:3 5:13 6:16 27:14 60:16 77:7 82:12
**broadway** 2:5
**bronx** 18:22 20:21 24:19,22 24:23 29:21 30:2,15
**brought** 70:7
**business** 57:25

**c**

**c** 2:1 35:9 36:12
**calderon** 1:4 2:2 4:9 65:21 66:9 71:11 88:2
**calderon's** 71:19
**called** 6:7
**capacity** 1:15
**cardona** 54:9 54:10
**carlos** 33:22,23 33:24 34:13
**case** 1:8 42:5 47:3 49:17 88:2
**caught** 52:23
**cause** 11:17
**ceja** 46:19
**certain** 15:6 16:3 18:6 71:10
**certificate** 86:1 87:1
**certifications** 60:25 61:7,9 61:16
**certified** 4:24 58:23 59:2,4,8 59:10 61:11
**certify** 86:3 87:2
**change** 9:7 30:10 55:23 76:20 88:5
**changed** 9:10 38:2,13,15
**changeover** 28:18
**changes** 16:11 30:7,13,23
**charge** 23:16 27:22
**check** 21:9
**checking** 65:5
**civil** 9:19
**claim** 6:18 7:7 33:18 34:3 36:2,15 41:18 47:23 49:18 50:4,24 82:4 82:16
**claims** 7:6 33:11 43:12,17 47:4 48:23 51:25 56:3
**clarity** 73:23
**clark** 53:20
**clarke** 1:10 2:11 4:12 6:18 16:20 28:7 53:12
**class** 67:19
**clear** 54:20 60:18
**clearly** 11:5
**clients** 63:7
**clock** 13:16,17
**close** 76:16
**cole** 33:8,10,14 63:18
**collective** 67:19
**come** 17:10 69:17
**comes** 64:16
**commission** 88:25
**communicated** 40:2 44:9 53:17
**company** 20:4 33:13 34:23 47:7 49:3 52:9 52:15
**compensable** 60:4,14,22
**compensate** 16:6 57:21 58:6
**compensated** 45:17 68:11 69:8,10
**compensation** 62:9
**complaint** 7:2 37:3,12 67:19 69:16 70:3,5 70:19 82:5,17 84:15,17
**complaints** 17:16 84:13
**completing** 18:11
**compound** 17:2
**compressors** 32:16
**con** 59:15,19 60:4,15 61:4 64:19,22
**concern** 62:20

**concerns** 53:18
**conclude** 77:4
**concluded** 85:15
**coned** 60:11
**consistent** 13:11 38:14,18
**consistently** 68:19
**constitute** 5:8
**constitutes** 15:3
**construction** 24:12,13 41:9
**consumables** 32:2
**contract** 81:25
**contractor** 16:16,17,18
**contracts** 60:5 60:11,15
**control** 8:15,18 12:22 13:3,20 14:8,10,12,15 17:11 51:13 58:19,20 59:7 78:3
**copy** 7:2 21:13 67:18 84:24
**corporate** 1:15
**correct** 18:19 21:3 26:7 27:17 28:10 29:16 38:19 70:16 73:18 80:20 84:21,22
**corrective** 54:23
**correctly** 29:13 29:15
**counsel** 5:18 6:12 86:10,13 87:7,10
**count** 30:25
**couple** 12:14
**court** 1:1 10:2
**credibility** 52:8 52:20,25 53:2 53:4,25
**credible** 52:22
**credit** 83:23
**crew** 13:6 21:23,25 22:3 26:25 38:8,8 39:24 58:15
**cristian** 34:16 34:17
**crossways** 1:21 2:14 4:14
**current** 10:19
**currently** 6:21 18:18 37:5,14 41:4 43:6
**customers** 14:19
**cut** 83:3
**cv** 1:9

**d**

**d** 3:1 48:9,9 50:11 53:23
**daniel** 35:8
**data** 3:11 23:11 28:4 37:25 40:17 51:4,8,8 51:13 63:17 65:14
**date** 1:17 64:4 73:9 88:3
**dates** 12:2
**day** 11:20 15:9 15:17 16:6,10 16:12 20:11,22 21:5,25 30:7 30:12,12,13,13 30:23,24,25 32:4 39:12,12 40:10 45:21 57:17,19 58:2 58:5,17 71:2 77:20,24 81:20 83:11,23 84:5 85:21 88:22
**de** 46:19
**december** 8:23 9:4
**def210** 3:11
**def229** 3:11
**defendants** 1:12 2:10 5:18 63:20 64:2,8 66:15 67:6,6 71:12,14
**define** 12:13 16:18 17:8 54:19
**definitely** 53:5
**delivered** 33:5
**depends** 79:2
**deposit** 21:8
**deposition** 1:14 4:7 5:6 9:13,22 77:4 86:1 88:3
**deposits** 21:10 21:13
**describe** 23:7
**description** 3:8 64:10 72:15
**desk** 69:18
**details** 23:8
**diaz** 46:20
**dictate** 26:24
**different** 9:6 11:19 14:5 32:25 37:17 68:15
**digital** 86:7 87:3
**direct** 21:8,10 21:13
**directly** 13:25 19:13 21:23 22:5 30:8 33:5
**disagree** 69:19

**discipline** 66:8
**discuss** 53:10 53:14
**dishonest** 41:15
**dispute** 73:12 73:16,21,25 74:2,4,7,17
**distorted** 11:20
**district** 1:1,2
**document** 63:23 67:3,7 67:10,22,23
**documents** 56:6,18,24 63:19,21 71:13
**doing** 9:24 19:9
**dolowich** 1:20 2:13 5:18
**double** 65:5
**doubt** 42:17 47:6,25 53:2 68:25
**doyle** 20:24 52:11,12 54:17 54:24
**drip** 72:18
**drive** 1:21 2:14 4:14 15:15 31:14 60:3,13 60:22 73:14,18 74:6,19
**driver** 31:2 58:14 74:9 83:9
**drivers** 19:21 19:24 23:2 29:25 31:11,14 31:19,25 32:7 57:4,8,12,25 71:3 77:14,18 77:22 78:5,5 79:10 80:17 81:8 82:2
**driving** 15:8 58:6
**dropped** 77:23
**drove** 57:8
**drug** 63:3,5
**duenas** 53:22
**duly** 6:8 86:5
**dump** 72:25 73:4
**dunne** 48:17,18
**duties** 17:21 18:12 23:20 25:24 26:3 29:5 81:15

**e**

**e** 2:1,1 3:1,7 35:9 36:12 38:20,20 41:2 48:9 50:11 52:5 53:23 54:4,4
**early** 45:10
**edison** 59:15,19 60:4,15 61:4 64:19,22
**eduardo** 36:9
**edward** 2:12 5:17
**egrimmett** 2:16
**eight** 16:10 40:10,13 66:17 71:2 83:23 84:4
**either** 33:4
**electronic** 38:4 38:5
**elie** 38:20,21,25
**emailed** 67:23
**employed** 28:8 41:5 43:6 86:10,13 87:7 87:10
**employee** 10:15 12:8,12,13 13:3,25 22:12 27:6 29:9 34:12 47:22 69:5,18 71:20 71:22 75:14 84:11,16 86:12 87:9
**employee's** 69:25
**employees** 7:9 7:13 13:13,16 13:24 15:7 16:24 17:7 19:16,19 20:5 21:6 22:9,20 27:4 28:12,14 28:25 29:6 37:4,13 38:8 39:20 40:6 44:10 46:11 61:3,14 62:3 62:22 63:4 69:23 70:13,21 71:3 82:6 84:4
**ended** 80:19
**ends** 11:22
**engineer** 32:23
**engineers** 7:14 7:15,16,18,18 7:20,21
**ensure** 36:19 75:19
**enter** 13:7,23 78:2
**entered** 13:4 29:13,15 64:14
**enters** 14:3
**entire** 24:14 82:22
**entry** 38:2,14
**equipment** 14:13 15:8 26:10,14,16 32:11,13,15,17 64:9,21 71:24 72:4,7,12 74:10,19

**equipped** 30:9
**errata** 88:1
**es** 86:4
**esquire** 2:3,12
**essentially** 27:10
**establish** 9:5
**estimate** 30:21
**evan** 54:3
**everyone's** 83:22
**evidentiary** 5:5
**exact** 12:2 28:12 45:14
**exactly** 9:16 30:6 80:4
**examination** 3:2 6:13 77:10 78:16
**examined** 6:10
**excavators** 32:20 33:3
**excess** 68:21
**excuse** 55:2
**exhibit** 3:10 66:13,17,21,22 67:2,21 71:9
**exists** 51:9
**expected** 46:12 46:13
**expedited** 85:7
**expires** 88:25
**explain** 8:17 25:9
**extent** 70:13
**extra** 15:12,18 16:5,6 25:23 26:6 57:12 79:11 81:19 82:2 84:5

**f**

**f** 36:12 41:2
**face** 11:14 47:16
**fact** 68:3
**fair** 12:17 16:13 24:15 28:13,24 59:12 59:17 74:25
**falls** 9:19
**familiar** 6:20 8:12 10:14 22:25 31:13 33:7,16,18,23 33:24 34:3 35:9 36:10 38:21 39:6 40:23 41:23 42:15,24 43:5 43:12 47:19 48:18,21 49:6 50:11,21 51:16 52:12 54:9 65:19,20
**feel** 17:16
**feelings** 70:10
**feet** 72:16,16
**fernandez** 33:22,23 34:8
**fewer** 68:19
**field** 13:12,16 19:10,12 20:6 21:22,24 22:6 23:23,25 24:3 24:16,21 28:14 28:25
**filing** 37:2,11
**filled** 72:17
**financially** 86:14 87:11
**find** 56:20 59:25
**fine** 85:10
**finish** 9:25 10:9 80:11
**finished** 38:11 81:14
**finishing** 76:16
**firm** 24:13
**first** 6:7 21:25 42:25 63:25 81:4 82:7 83:7
**five** 24:10 29:24
**fleet** 27:10,23 28:2 73:4
**follow** 60:6
**following** 21:16 24:2 37:2,11 78:14,15
**follows** 6:10 60:11
**fonseca** 36:9,10 36:14,19
**foregoing** 86:3 86:4 87:4
**foreman** 13:5 13:21 14:2,3 17:21 18:12 25:14,15 26:25 27:7 29:11,12 29:13,15 41:10 58:15 69:6,13 75:17 80:22 81:9,17
**foremen** 15:18 15:23 16:2,5 25:5,18,22 38:7,8,9 40:9 44:6 45:19 70:25 71:3 77:20,24 78:2
**francisco** 40:24
**fuel** 32:7 33:4
**fueled** 32:11,21 33:3
**fuentes** 34:14
**full** 80:17
**functioning** 25:22
**further** 78:10 84:18 86:12 87:9

**g**

**g** 35:9 50:11
**gabriel** 41:22 41:23
**gary** 42:14
**gas** 13:6 16:16 16:18 25:17,21 32:25 35:13,21 39:5 45:19 49:24 50:2 51:21 58:16 61:4
**generally** 35:15 52:17
**generated** 59:11 71:22
**generators** 32:16
**getting** 17:18 32:12 76:16 80:11
**give** 10:11 29:23 30:4,21 40:10 81:13
**given** 13:24 15:16 16:5 21:5,15,18,21 22:4 25:23 26:5 83:22
**gives** 72:7
**go** 13:19 19:19 20:5 29:11 43:18 60:8 66:13 84:9
**going** 8:21,22 19:17 20:6 24:5 51:3 55:7 66:11,25 71:8 77:3
**goncalves** 35:8 35:10
**gonzalez** 50:21 50:22
**good** 4:2 5:13 6:15 33:25 35:15 49:25 51:22 52:18 54:13 65:24
**gotten** 84:13
**gounarides** 50:10,12
**gps** 27:11,20,22 28:2 67:13,16 78:22 79:7,8 79:11,21
**graham** 2:4,20 5:14,16
**grasso** 1:23 4:3 86:2,19
**great** 9:24 49:14 85:11
**grimmett** 2:12 3:4 5:17,17,22 27:13 30:22 36:22 37:6,15 37:23 39:14 40:14 42:19 47:9 48:3,13 50:16 51:6 54:18 56:14 60:16 62:23 63:10 65:2 70:9 71:5 74:13,22 75:21 77:7,11 78:10 79:14 80:7,8 82:11 83:24 84:6,23 85:3
**ground** 8:15,18 12:22 13:2,19 14:8,10,11,15 17:10 51:12 58:19,20 59:7 78:3
**group** 6:17 63:16
**guess** 30:16,18 65:17
**guessing** 65:9
**guys** 30:12,14 79:23,23 80:9

**h**

**h** 3:7 42:15
**half** 15:16 57:13,17,19,20 57:23 58:2,5 58:12 73:13,17 75:3,11 77:14 78:6 79:11 80:24,25 81:19 82:2,10 83:10 83:19 84:5
**hall** 62:7,8,10
**hand** 6:4
**happened** 9:9
**happens** 23:10 58:13
**happy** 85:2
**head** 11:8
**hear** 66:5
**heard** 8:8 59:4
**hearing** 5:24
**held** 10:22 21:2
**hempstead** 18:20 20:11,25
**herazo** 2:20 5:15,15 66:18 66:20 85:9
**hereto** 86:13 87:10
**hire** 7:9
**hired** 12:3
**hiring** 7:12
**hits** 21:24
**hold** 7:17 11:10 20:8
**home** 53:8
**hook** 82:9
**hour** 15:16 16:5,10 25:23 26:6 45:21 55:8 57:13,17 57:19,20,24 58:2,5,12 70:6

73:13,17 75:3 75:11 77:15 78:6 79:11 80:24,25 81:19 82:2,10 83:10 83:19,23 84:4 84:5
**hours** 33:13 36:5,7,20 37:5 37:14 39:8,21 40:10,13 41:20 42:6 48:2,25 50:8 51:3 52:2 56:7,11,20 57:5,9,13 59:6 61:15 64:18,21 68:19,21 69:23 70:2,14 71:2 75:20
**hundred** 28:14

**i**

**idea** 30:17 53:25
**identification** 66:23
**identifier** 72:14
**identify** 5:11
**identifying** 72:5
**ids** 71:22
**ilan** 38:20,22 38:25 39:7,10
**imar** 42:23,24 43:3,4,4,5,17
**impression** 34:7 49:9
**inch** 72:16,16
**incorporated** 4:11
**incorrect** 43:19
**individual** 1:14 33:8 65:21
**individually** 1:5 4:9
**individuals** 15:11,15 28:9 28:20 45:16 56:2,8,11,21 57:2
**industry** 58:10
**information** 26:18,25 49:2 50:7 53:11,21 64:9,9,11,11,13 72:24
**infrastructure** 1:9,16 2:10 4:11 5:23 6:19 6:22 7:8,12 8:14 12:19 13:12,16 14:18 15:2,7 16:14 16:20 18:17 19:9,15 20:8 22:7,22 23:21 24:9 26:8,13 27:11 28:8,21 29:2 31:15 33:12,20 34:4 35:14,22 36:5 36:16 37:4,13 38:13 39:4 40:19 41:8,19 42:2,7 43:7,10 43:15 46:16,24 47:5,23 48:24 49:11,19,23 50:6 51:2,20 53:18 54:16,22 56:3,19 59:14 61:3,14 62:2,4 62:11,15,21 68:5,12 70:8 73:3 75:19,25 76:23 81:18,23 82:20 83:4 88:2
**initially** 9:9
**input** 16:22 17:3,6,8,9
**inspection** 23:2 23:5,12
**installed** 72:15
**instance** 56:23
**instances** 19:22
**instructed** 40:9 70:25
**integrity** 34:20
**intended** 5:3
**interested** 51:2 86:14 87:11
**investigate** 56:10,12,16
**island** 18:21 24:23
**issue** 29:9 35:18,20,24 66:7 70:16
**issued** 14:18 72:5
**issues** 64:24 66:2,9
**items** 19:25

**j**

**j** 34:17
**javier** 54:8,10
**jesus** 46:19
**job** 1:24 8:13 8:20 9:24 10:23 13:22 14:10,16 15:8 15:21 16:10 17:20 18:13 19:17 24:5,6 25:12,14,16 27:2,5,6 30:8,9 32:3,12 33:6 35:16 44:18,20 49:25 51:22 64:3,3,4 68:6,8 68:10,15 73:14 73:18 74:11

**jobs** 14:13 15:20 26:20,20 26:22 30:7,9 58:7 62:2
**joe** 10:15,16,23 11:24
**jointly** 1:10 4:12
**jose** 46:19
**joseph** 47:18
**juan** 48:7

**k**

**k** 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 42:15 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1,4,4 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1
**kaufman** 1:20 2:13 5:18
**kaufmandolo...** 2:16
**keep** 39:18 70:22
**keeps** 14:17,21 40:20
**keiran** 87:2,16
**keith** 48:17
**ken** 5:19
**kenneth** 1:14 4:7 5:21 6:3,6 85:17 88:3,21
**kept** 29:6 30:9
**key** 13:5,21 25:5,9 46:14 46:17
**keys** 82:8 83:8
**knew** 35:21
**know** 9:8,8,16 10:6,8,22 11:9 11:11,14,19 12:2,24 14:14 17:14 20:13 21:4 22:24 23:4,5,8,9,10 23:15,15,19 26:15 27:18,20 27:21,24 28:4 28:11 29:4 30:6,16,20,25 31:4 33:14 34:2,10,11,17 34:21,22,24 35:17,22 36:4 36:21,23 39:2 39:3,20 40:15 40:16,16,17 41:4 42:8,9,12 42:12,20 44:4 44:8,17,17 46:23,25 47:8 47:10,13,15 48:4,8,10,11,15 49:8,13,20 50:3,14,17,18 51:8,23 52:6 53:13,15,16,24 54:2,6,12 55:2 55:3,6 57:3,22 57:22 58:2,8 58:22,25 59:2 59:9,9,16,20,21 59:22,23,24 60:20,21,22 61:8,13,18,19 61:21 62:8,9 62:13,17,18,19 62:19,24 63:6 63:11 64:13,16 64:20,23 65:15 70:24 71:13,17 71:23 72:4,9 72:12,20 73:10 74:14,15,21,23 76:4,5 79:2,15 79:16,18,21,22 83:21
**knowledge** 23:18 86:9 87:6
**kuveke** 54:3

**l**

**l** 14:23,23 35:9 38:20,21
**labor** 64:8,18 74:9
**laborer** 8:7 41:10
**laborers** 7:22 7:22,23 8:3,4 19:23 45:22 46:8,9,11
**lavalley** 23:17
**laws** 5:5
**lawsuit** 6:21 84:15
**lead** 25:11,14 27:2,3
**leader** 27:2 39:24 58:15

**leads** 25:18,19 25:20,23
**leaving** 32:4 68:8 83:9
**left** 81:5,13 83:9
**license** 31:18
**licenses** 31:17 31:21
**likely** 23:17
**line** 88:5
**list** 14:17,22 31:11,13,19,20 46:17 47:21 56:2
**listed** 14:4
**little** 11:5,17,20 11:21 46:6
**llc** 2:4,20 5:16 88:1
**llp** 1:20 2:13
**loading** 19:24
**local** 7:14,15,15 7:20,21,21,22 7:22,23 8:2,2
**location** 1:19 15:21 20:5 44:22 52:23,24
**locations** 26:21
**long** 11:24 12:8 12:11,13 18:21 19:9 24:8,23 57:24
**look** 26:18 51:4 51:10 56:7 79:6
**looking** 51:3 64:2
**lourenco** 48:20 48:21

**m**

**m** 43:3 49:6
**machine** 13:17 13:18
**made** 19:11 69:22
**maintain** 18:17 46:17 61:15 73:4
**maintained** 16:23 28:5 71:14
**maintaining** 31:11
**majority** 59:13
**make** 22:13 24:2 29:12,14 31:25 37:3,12 42:13,21 48:14 52:3,19,21 69:25 70:3,8 75:4,10 76:2
**making** 61:10
**management** 8:13 27:23 28:2
**manager** 10:20 24:12 26:18
**managers** 18:10 25:3,6 44:5
**mandatory** 22:9 43:18,22 43:23,25 44:3 44:11,13,14,16 44:19,22 68:13
**manner** 5:6 14:7
**manpower** 26:21
**manual** 38:3
**manuel** 1:4 2:2 4:8 49:19 65:21 71:11,19 88:2
**mark** 66:16
**marked** 66:12 66:22 67:2,20 71:9
**material** 64:11
**materials** 19:24 31:23 32:2
**matter** 4:8 9:2 14:6 55:19
**matters** 9:18,20
**maximum** 31:7
**mcclaugherty** 87:2,16
**mean** 23:24 31:2
**meaning** 32:13
**means** 5:7 17:9
**meant** 57:20 58:5
**mechanic** 13:6 35:13,21 39:5 49:24 50:2 51:21 58:16
**mechanics** 25:18,21 45:20
**meet** 15:24 18:2
**meeting** 18:9 20:12,14,18,20 22:13,20 44:3
**meetings** 20:3,4 20:9,16 21:2 21:16 22:10,18 29:21 43:19,23 43:24 44:10,18 44:21,21,24 45:17 46:5 53:9 68:14
**member** 14:6
**memory** 64:25
**men** 27:3,4
**mendoza** 49:20 49:20
**met** 53:13
**michael** 50:10
**microphone** 11:18
**miguel** 49:5,6

**minute** 55:8 79:19
**minutes** 74:5,8 74:18 76:8 78:24 83:15
**misses** 22:12
**moment** 79:24 79:24 80:18
**morning** 4:2 5:13 6:15 19:20 21:19 22:2,4 23:3 57:2 68:5
**multiple** 53:2

**n**

**n** 2:1 3:1 35:9 36:12 38:21 41:2 42:15,15 48:9 50:11 52:5 53:23
**name** 4:2 6:16 10:25 11:7,8 11:14,15 34:9 34:11,11,14,25 35:5 36:24 39:2 42:8,9,13 42:25 46:21,22 47:2,8,10,13,15 47:15 48:4,10 48:15 49:8 50:18 52:6 53:24 71:20 88:2,3
**named** 10:15 33:8 71:11
**necessarily** 8:25
**need** 10:7 11:4 19:19,23 31:25 32:11,20 85:9
**needed** 26:21 27:25 32:3
**neither** 86:10 87:7
**network** 1:9,16 2:10 4:11 5:22 6:19,22 7:8,11 8:14 12:18 13:12,15 14:18 15:2,6 16:14 16:19 18:16 19:8,15 20:8 22:7,22 23:21 24:9 26:8,12 27:11 28:8,20 29:2 31:15 33:11,19 34:4 35:14,22 36:4 36:16 37:4,13 38:12 39:4 40:19 41:5,8 41:18 42:2,7 43:7,9,14 46:16,23 47:5 47:22 48:24 49:10,18,23 50:5,15,25 51:20 53:17 54:15,22 56:3 56:19 59:13 61:2,13 62:2,3 62:6,11,15,21 68:4,12 70:7 73:3 75:19,25 76:23 81:18,23 82:20 83:4 88:2
**never** 35:23 64:15 65:6,11 65:16 67:11,15 67:21,24 69:15 69:17 70:5,18 71:15 84:16
**new** 1:2 2:6 4:15,18 86:20 88:1
**night** 74:20
**nine** 14:5 66:19 66:20
**nobody's** 43:25
**notary** 4:16 85:23 86:20 88:25
**notwithstandi...** 68:2
**number** 8:22 28:12 64:4 72:5
**numbers** 72:8 72:10,11
**ny** 1:22 2:6,15

**o**

**o** 35:9 36:12 41:2,2 50:11
**o'hagan** 42:23 42:24 43:4
**oaths** 4:17
**objection** 4:21 5:25 27:13 30:22 36:22 37:6,15,23 39:14 40:14 42:19 47:9 48:3,13 50:16 51:6 54:18 56:14 60:16 62:23 63:10 65:2 70:9 71:5 74:13,22 75:21 79:14 80:8 82:11 83:24 84:6
**obtain** 61:15
**occasion** 32:9 45:12
**occasions** 53:3
**occur** 25:24
**october** 1:17 4:13
**office** 18:22,24 19:13 20:5 24:5 63:22

**officer** 86:1,2
**offices** 19:12
**official** 78:7
**oftentimes** 15:19,23 16:2 73:17 74:5,8 74:18
**oh** 66:13,19 85:5
**okay** 6:11 10:22 11:16,22 12:21 21:15 26:5 29:18 34:13 35:6 42:23 49:16 50:20,24 52:7 54:8,15 55:11 63:14 64:18 65:5 67:15 73:12 76:7,10 77:3,9,18 78:12,22 79:6 80:13 82:14 84:18,18,20 85:4,8,11
**old** 14:22
**once** 8:7 45:6 47:12 69:17
**onofre** 40:24
**operating** 7:14 7:15,16,17,18 7:20,21 32:23
**operations** 23:23,25 24:3 24:16,21
**operator** 13:6 41:11 83:9
**operators** 25:19,22 45:20
**opportunity** 6:25
**opt** 42:5 63:18
**opted** 47:3 49:17
**ordering** 84:21 84:24
**orientation** 39:23 40:4,5
**outcome** 86:14 87:11
**outfitted** 31:23
**outside** 4:19 15:20,20 31:18
**overall** 34:7
**oversee** 23:22 23:22,25 24:21
**overseeing** 24:19
**overseen** 24:16
**overtime** 6:18 6:23 36:2,15 47:4,24 68:22
**own** 73:4
**owner** 16:19

**p**

**p** 2:1,1 52:5
**page** 3:2,8 64:2 64:2,7 88:5
**pages** 63:19
**paid** 15:11 16:24 17:7,18 33:12,20 34:5 36:5,8,20 37:5 37:14,18,25 39:7,12 42:6 45:21 48:2,24 50:8 51:4 52:2 57:5,9,12,13,17 57:19 61:14,20 62:3,25 63:4 68:9,19,22 69:11,14,16,19 69:23 70:2,15 70:18,19 75:15 78:6 82:6 84:12,14
**paperwork** 16:3 18:6,11
**paragraph** 67:25
**paralegal** 2:20
**park** 1:21 2:14 4:14
**part** 83:3
**participating** 68:13
**particular** 14:13
**parties** 4:18,23 86:11,13 87:8 87:10
**pat** 53:12,20 59:25
**patrick** 1:10 2:11 4:12 16:20 28:7
**paul** 1:23 4:3 63:12 86:2,19
**pave** 72:17
**pavement** 8:4,9 8:9,10
**pay** 37:17 41:19 43:14 60:7,11 62:12 62:16,21 76:23 77:15
**paychecks** 21:5 21:12,15,18,21 22:4
**paying** 82:22 83:6
**payment** 8:7 60:12
**payroll** 10:14 10:19,21 11:25 12:7,10,18 51:9 59:3,8,10 69:21 79:10
**payrolls** 58:24 59:5
**peg** 83:8
**pelham** 19:4
**pelton** 2:3,4,7 2:20 3:3,5 5:13

5:14,14,16 6:14,16 8:11 11:9,23 14:25 27:15,16 29:19 31:5 35:7 36:25 37:10,20 38:16 39:16 40:18 42:22 45:9 46:4,8,15 47:17 48:6,16 50:19 51:11 54:21 55:16 56:17 60:24 63:2,12,15 65:4 66:14,19 66:21,24 70:12 71:7 74:3,16 74:24 75:24 76:7,15 77:3,9 78:13,14,17 79:17 80:2,3 80:13,15 82:18 83:2,5 84:2,8 84:18,20,22,24 85:2,6,10

**peltongraha...** 2:7

**pending** 6:21 10:10

**people** 24:2 26:15 29:20 31:17 37:17,18 44:17 57:8

**percent** 59:18

**perform** 68:4

**performed** 15:20 17:23 24:19 26:3 33:19 39:11 40:5 43:13

**performing** 40:3

**period** 8:23 9:4 10:25 12:16,23 16:15 24:15 28:18 29:3 59:15 68:2 80:19 82:23

**periods** 8:24

**permitted** 5:3

**perna** 52:4

**person** 13:22 25:10,11,13 40:3 41:15 42:11,21 48:12 52:22

**personally** 36:19

**personnel** 13:5 32:6,19 46:14 46:17

**persons** 25:6

**phone** 23:6

**physical** 13:17 18:13 21:9,13

**pieces** 14:12 32:10,17

**place** 4:13 12:23 18:13 44:24,25 69:22

**plaintiff** 1:7 2:2 3:9 5:14 20:24 42:5 63:18 66:22 71:11

**plaintiff's** 66:12,16,21 67:2,20 71:9

**plaintiffs** 68:3 68:9,18

**please** 5:11 6:3 9:7,25 10:5,8 37:9 80:13

**plus** 82:9 83:10 84:5

**policy** 15:3,5 19:16 22:8 26:9,12,13 40:7 62:9 81:22 82:20,21 82:24 83:4,12 83:13,17,18,18

**portion** 13:2 26:2

**position** 75:2

**possible** 39:10

**practice** 9:8 37:22,25 38:17

**pre** 23:2,5,11

**premise** 38:6

**premiums** 68:23

**prepare** 9:22

**prepared** 87:3

**presence** 4:20

**present** 2:19 8:24 9:5 28:22 38:18

**pretty** 52:17

**previous** 24:13

**previously** 19:2 55:22 66:12,15 67:2,20 71:9 76:19

**primarily** 24:18

**prior** 12:7,10 19:5 20:6 58:9 68:5 86:4

**probably** 28:19

**problematic** 49:14

**procedural** 5:4

**proceeding** 1:19 4:5 5:2 85:15 87:4

**proceedings** 86:3,4,5,8 87:5

**process** 38:11

**produced** 4:25

**program** 39:17

**project** 18:10 19:10 25:3,6 26:17 44:5

**projects** 14:17 14:22

**proof** 63:8
**properly** 69:19 70:18,20 84:14
**provide** 81:19
**provided** 63:22 67:4 76:18
**providing** 84:25
**public** 85:23 86:20 88:25
**pull** 31:2
**punished** 44:2
**put** 47:15 59:7 74:19 82:8 83:8

**q**

**qualified** 86:7
**quality** 35:23
**queens** 18:22 24:22,23
**question** 9:25 10:9 15:22 17:25 27:14 28:23 34:19 37:9 47:14 48:5 56:22 57:6,11,18 60:8,13,18,19 73:15 75:23 80:14 82:14
**questions** 8:22 9:3 10:5 77:8 78:11 83:16 84:19
**quezada** 41:22 41:23

**r**

**r** 2:1 34:17 41:2 43:3 48:9 50:11 52:5
**rafael** 50:20,22
**raise** 6:3
**randazzo** 10:15 10:16,17
**random** 63:3,5
**range** 29:23 30:4
**read** 67:24 70:5
**realize** 55:22 76:19
**really** 30:5
**reason** 10:4,10 34:19 40:12 41:14 42:10,17 47:6,25 48:11 51:24 54:12 62:14 67:15 68:25 88:5
**reasons** 73:23
**recall** 9:17 11:7 41:11 43:11 56:4 66:2
**receive** 31:16 43:14 70:22 77:14
**received** 17:15 69:15 70:18 84:17
**recognize** 34:11,14 46:21 46:22 63:23 67:7,9,12 72:18
**recollection** 34:25 35:4 38:24 52:8
**record** 4:4,5,22 5:12 22:15 55:12,13,15 76:11,12,14 85:12 86:9 87:5
**recorded** 5:6 15:14 58:18 75:20 86:6
**recording** 4:25 8:19 13:2 86:8 87:4
**records** 13:22 51:10 66:14 79:7,8
**reduced** 86:6
**refer** 9:3
**reference** 72:21
**referred** 8:14
**referring** 17:25 76:5
**regarding** 55:18 76:22
**rehearse** 78:19
**related** 71:10 86:10 87:7
**relative** 86:12 87:9
**relevant** 8:23 8:25 12:16,23 16:15 24:15 28:17 29:3 59:14 68:2
**relying** 56:19
**remained** 38:17
**remember** 10:25 11:7,14 11:15 19:6 41:12,13 65:23 66:7 77:15
**remote** 1:19
**remotely** 4:13 4:19
**repeat** 11:4 35:2 37:8 80:13 83:2
**rephrase** 10:6 82:15
**report** 13:25 19:16 23:2,4 25:6 27:4,6 30:2 31:16 38:9 39:21,23 40:13 58:14 64:7,16 65:12 65:16,16,19 67:13,16 68:4

69:13 71:16,17 75:16 77:18,22 80:21 81:9,16 84:12
**reported** 1:23 52:24 53:12 58:18 59:7 64:18,22 69:5 69:7,9
**reporter** 4:2,3 5:24 6:11 8:6 8:10 10:2 11:3 11:10,16 14:21 14:24 29:14,18 35:2,6 45:4,6 46:2,6 47:11 55:11,14 63:14 73:22 76:10,13 78:12 79:23 80:9 82:25 84:20,23 85:4 85:11
**reporting** 88:1
**reports** 14:2 25:2 59:10 65:6
**represent** 42:4 49:16 63:21
**representative** 1:15
**represented** 44:6
**represents** 6:17
**reprimanded** 43:25
**request** 85:7
**requested** 86:21
**require** 20:4 43:23 44:14
**required** 43:18 44:7,12,16 46:10,11 61:2 61:7,25 68:3,7 70:14
**requirement** 44:20
**requires** 22:8
**reserved** 85:13
**resolved** 29:10
**respect** 12:25 23:21 29:6
**respond** 10:2
**response** 29:17 66:4,5 80:7 83:15
**responses** 55:21 76:18
**responsibilities** 15:19 31:10
**responsibility** 32:5 75:4,6,7,8
**result** 55:4
**return** 68:7
**returned** 81:14
**review** 51:7,9 51:12 86:21
**right** 6:4 22:23 79:4,12 81:10 81:20 82:10 83:11
**robert** 51:15
**role** 61:10
**roll** 26:10,14
**rolling** 27:10
**rounding** 40:20
**rules** 5:5 24:3
**ryan** 47:18,19

**s**

**s** 2:1 3:7 34:17 35:9 36:12 42:15 50:11 51:16 53:23 88:5
**sabbato** 52:4
**safety** 20:3,9,12 20:15,18,20,25 21:16 22:9,13 22:18,20 29:21 43:18,22,24 44:2,10,18,20 44:21,23 46:5 61:6,8,16 68:13
**sat** 9:12
**saves** 22:22
**saw** 85:6
**saws** 32:16
**says** 64:3 72:25 73:8 83:19
**screen** 63:13 67:8 71:21 72:19
**second** 11:11 22:2 64:7
**see** 24:2 29:12 56:7 68:16,23 71:19,21,24 72:2,19,25
**seeking** 6:22
**seen** 30:15 63:25 64:6,15 65:6,12,16 67:11,21 71:15
**session** 22:14
**set** 17:4 19:12 63:14
**several** 12:18 83:15
**severally** 1:11 4:12
**share** 63:13 85:2
**sharing** 63:16
**sheet** 22:17 88:1
**sheets** 22:23 38:3 40:13
**short** 10:25
**show** 50:7 56:25 66:11,25 71:8
**showed** 66:15 75:5,11 77:19

**showing** 67:18
**shows** 64:8
**side** 72:11
**sign** 22:17,23
**signature** 85:13 86:19 87:16
**similarly** 1:6 4:10
**single** 30:13
**site** 16:10 17:20 17:24 18:14 19:13,17 24:5 24:6 25:24 26:2,4,4 32:12 33:2,3 53:3,4,7 55:5 66:3,8 73:14,18 74:11
**sites** 15:9 19:14 68:6,8,10,16
**situated** 1:6 4:10
**six** 12:5
**skills** 86:9 87:6
**slow** 11:17 80:10
**slowing** 11:21
**small** 19:10
**sodano** 33:15 33:16
**solid** 72:17
**somebody** 44:15
**sorry** 8:2,6 10:17 11:3 14:21 17:2 35:2 45:4 46:2 46:3 47:11 66:13 73:22 82:25 85:5
**sound** 21:3 28:10
**southern** 1:2
**speak** 11:5 55:17
**speaking** 10:3
**specific** 27:5 30:24 45:7 49:2 50:6
**spend** 75:2
**spent** 58:6 63:5 68:9,11,14
**stamp** 63:19
**stamped** 67:5
**stamps** 71:12
**standard** 85:8
**standard's** 85:10
**start** 13:8 15:3 15:9 26:20,22 30:8,12 38:7 39:11 45:10 56:25 58:10 74:10 77:20 78:7,23 79:7 80:2 82:7
**started** 27:8 37:19 38:10,12 57:25 80:18 81:10 83:7
**starting** 30:15
**state** 86:20
**stated** 20:25
**statement** 69:20 73:19
**states** 1:1
**stations** 32:25
**stayed** 38:11
**stenographic** 5:7
**steve** 23:17
**stipulation** 5:9
**stipulations** 26:19
**stole** 34:23
**street** 72:14
**subcontract** 73:6
**subcontractor** 64:10 72:23,24
**subject** 55:19
**subscribed** 85:19 88:22
**suite** 1:21 2:5 2:14 4:14
**superintende...** 15:24 18:3,10 25:4,7 44:5
**supervisor** 21:24 26:17 33:4
**supervisors** 21:22 22:5 38:6
**supposed** 53:3 58:17 69:25 75:14,16 80:21 84:11
**sure** 11:6 24:2 29:12,14 32:2 37:4,13 59:5 61:11 69:22 70:2 75:4,10 76:2
**suspended** 31:18,20
**swear** 4:18 5:25
**sworn** 4:22 6:8 85:19 86:5 88:22
**sync** 73:8
**system** 8:13,19 8:20 12:22 13:3,4 14:3,12 16:23 17:4,11 27:23 28:2,5,6 38:4,5 40:20 58:19,20 64:14 67:16 69:21 76:24 78:3 79:10

**t**

**t** 3:7 49:6 51:16
**take** 4:4,16 10:3,7,8 21:22

44:24 54:16,22 55:8 70:16 76:7
**taken** 4:8,13 18:13 86:3,11 87:8
**takes** 58:12 61:15 73:13,17 74:5,8,18
**talking** 61:23 83:14
**tama** 49:5,7,10
**tasked** 15:7
**tell** 6:8 27:3 30:11 31:3 38:7,8 44:15 45:14 57:7 76:24
**ten** 31:6 55:8 76:8
**term** 12:8,11,13 19:9
**terminated** 54:25 55:2,3
**testified** 6:10 28:7 77:12 79:19 80:5
**testifying** 86:5
**testimony** 10:11 55:19 77:13,16 79:3 80:16
**testing** 63:4,5
**thank** 5:24 6:11 8:10 11:22 14:24 29:18 55:10 77:5 84:22
**thing** 22:2
**things** 9:7
**think** 11:5,18 52:21 54:19
**third** 22:3
**thomas** 20:24 52:11,12
**thought** 79:18 80:4
**thursday** 1:17 21:3,7,19 22:5
**timbermen** 7:23
**time** 1:18 3:10 5:10 7:7 8:19 8:23 9:7 10:4 11:2 12:16,23 13:2,3,7,8,9,17 13:18,22,23,23 14:2 15:12,14 16:7,15 17:17 21:20 24:15 26:9,14,15,23 27:5,7,7 28:10 28:15,17 29:3 29:7,10 34:5 35:3 37:18 38:2,3,7,9,10 38:10 39:18,23 40:13,21 44:23 45:18 56:25 57:21 58:6,15 59:15 60:3,14 61:20 62:4,12 62:16,22 63:4 68:2,9,11,14 69:5,6,11,13,14 70:23 73:9 74:9,10 75:15 76:23 77:5,19 77:22 78:6,8 78:23,23 79:8 79:8,12,22,25 80:10,17,19,22 81:3,5,9,13,16 81:20 82:8,22 83:6,7 84:12
**time's** 58:17 60:22
**timecard** 64:3 75:10,12,13 76:4,6
**timecards** 63:17 71:10 75:4 76:2
**timekeeping** 8:13 14:7 16:23 17:4
**times** 9:15 25:15 45:8,15 78:3
**today** 5:19 10:11 76:19,25 77:4,13
**today's** 9:22
**told** 14:4 39:22 53:20 57:4
**took** 44:24
**tools** 31:23
**top** 11:8 31:3 78:7,24
**track** 14:12 29:6 39:18 40:21 70:22
**trackers** 27:11
**tracking** 8:20 14:11,16
**traffic** 58:11
**trailers** 19:13
**trained** 62:5,6 62:7
**training** 39:17 61:22,25 62:22
**trainings** 70:21
**transcriber** 87:1
**transcript** 4:24 86:21 87:3,4
**transcriptionist** 86:7
**travel** 57:21
**traveling** 68:6 68:14
**trip** 23:2,5,11
**trips** 9:19
**truck** 33:4 71:25 72:25

73:4 77:23
**trucking** 64:10 72:23,24
**trucks** 30:8 31:22 32:4,8 78:23
**true** 56:20,25 86:8 87:5
**truly** 82:19 83:3
**truth** 6:8,9,9 69:2
**truthful** 10:12 42:11 48:12 51:25
**try** 11:21
**twenty** 24:10 29:24
**two** 12:4 19:2
**type** 9:17 39:3 41:7 49:22 50:14 51:19 52:14 61:6 63:23 67:7,9
**types** 65:6
**typewriting** 86:6
**typical** 16:11 19:10 25:17,20 40:10,17
**typically** 16:9 21:2 24:4 25:13 28:14 29:20 31:22

**u**

**u** 50:11 53:23 54:4
**unaware** 27:19 41:21
**under** 5:4 24:3 60:4,15 71:24 72:15
**understand** 4:23 10:5 15:22 17:9,24 56:22 57:15 65:14 73:25 75:13,22 81:6 82:13
**understanding** 7:4,5 12:21 27:9 58:4 79:9
**understood** 9:10
**unfamiliar** 65:13
**union** 7:9 14:6 60:6,12 61:17 61:21,24 62:5 62:7,8,9
**unions** 7:11 14:5
**united** 1:1
**unpaid** 6:17,22 7:7 36:2,15 47:4,24 49:18 50:5,25
**update** 55:23 76:20
**upset** 70:8
**use** 23:6 28:6
**used** 72:10,13
**uses** 5:3
**utility** 16:17 24:13 41:9 52:16,18 71:25
**utilize** 40:20 67:16
**utilized** 58:21 64:22

**v**

**v** 1:8 35:9 54:4 88:2
**varied** 45:2,5,8
**varies** 20:23 21:23 29:22 30:3
**various** 26:18 32:24 40:6
**vast** 59:12
**vehicles** 15:8 15:15 26:9,14 27:18,21 57:8
**veracity** 42:18
**verify** 69:14
**verifying** 84:9
**veritext** 4:4 88:1
**victor** 53:22
**videoconfere...** 2:3,12,21
**view** 7:2
**virtually** 4:25
**voucher** 21:11 21:14

**w**

**w** 42:15
**wage** 70:6
**wages** 6:23 49:18 50:5,25 51:4
**wait** 11:10 79:23 80:9,9
**walsh** 1:14 4:1 4:8 5:1,20,21 5:21 6:1,3,6,15 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1

55:1,17 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1,25 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 76:17 77:1,12 78:1,18 79:1 80:1 81:1 82:1 83:1 84:1 85:1 85:17 88:3,21

**wanshinak** 42:14

**want** 30:18 65:17 70:15

**wanted** 56:10

**way** 37:18,25 82:15 83:20,22

**we've** 31:2 37:18 55:7

**week** 68:21

**weekly** 22:12 68:13

**went** 38:3,4 55:25,25

**westchester** 19:3

**who've** 29:2

**wise** 14:16

**witness** 4:19,22 4:23 5:19 6:2,7 8:9 11:6,13 14:23 29:17 30:23 35:4 36:23 37:8,16 37:24 39:15 40:15 42:20 45:5,7 46:7,9 47:10,13 48:4 48:14 50:17 51:7 56:15 60:20 62:24 63:11 65:3 70:10 71:6 73:24 74:14,23 75:22 79:15 82:13 83:25 84:7 86:4

**witness'** 88:3

**women** 27:4

**woodbury** 1:22 2:15 4:15

**work** 3:10 7:12 16:14 17:20,23 17:24 24:18,19 24:22 33:19 34:10 35:23 39:3,11 41:7 43:13 47:25 49:2,22 50:14 51:19 52:9,14 57:14 59:13,18 61:4 63:17 68:4 70:14 83:6

**workday** 15:4 16:9

**worked** 24:8 28:20 29:2 33:11,13 34:4 36:6,20 37:5 37:14 39:8,18 39:21 41:20,25 42:7 46:23 47:4,6,22 48:23,25 50:8 51:3 52:2 56:8 56:12,21 57:5 57:9 68:20,21 69:6,24 70:2

**worker** 33:25 49:10,14 52:16 52:18 54:13 65:24

**workers** 6:17 17:16 61:11,19

**working** 17:17 43:14 58:16 68:10,11

**wrapping** 76:8

**write** 71:2

**written** 5:8 40:7 81:22 83:18

**x**

**x** 3:1,7 86:21

**y**

**yard** 18:20,21 18:23 19:2,4 19:11,17,20 20:12 24:20 26:10,16 30:2 30:12,15 31:3 32:6,18,19 60:4,14 68:7 73:14,18 74:9 74:19 77:19 80:18,19 81:4 81:5,10,13,15 82:8 83:7,10

**yards** 18:16 19:5 30:10 44:24 68:5,12 68:15

**yeah** 11:16 27:15 31:8 37:16 65:11,18 74:4 79:5 82:19 85:10

**year** 12:4,5,6

**years** 12:5,14 24:10 37:21 69:22 84:3

**york** 1:2 2:6 4:15,18 86:20 88:1

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.