# EXHIBIT L

# TimeCard

**Job ID: 129657**
**Job#: CE2022031101-01**
**Job date: 06/20/2022**
**Address: 4109, Woodlawn Ave, Yonkers, New York**

## Labor information

| Employee Id | Employee Name | Start | End | Total Hours |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 2516 | Calderon, Manuel | 06/20/2022 07:30:00 | 06/20/2022 05:30:00 | 9.5 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

## Equipment information

| Equipment | Actual hours |
|---|---|
| 628 - Backhoe | 8.0 |
| 349 - Utility Truck | 8.0 |

## Description

| | |
|---|---|
| Inspector 1: | |
| Inspector 2: | |
| Description | |
| Excavated services<br>Tie in pit<br>Cut in a drip | |

## Subcontractor/Trucking information

| Subcontractor/Trucking | Hours |
|---|---|

## Material information

| Material name | Vendor name | Quantity | UOM |
|---|---|---|---|

# TimeCard

**Job ID: 129687**
**Job#: CE2022031101-01**
**Job date: 06/21/2022**
**Address: 4109, Woodlawn Ave, Yonkers, New York**

| Labor information | | | | |
|---|---|---|---|---|
| Employee Id | Employee Name | Start | End | Total Hours |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 2516 | Calderon, Manuel | 06/21/2022 07:30:00 | 06/21/2022 05:30:00 | 9.5 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| Equipment information | |
|---|---|
| Equipment | Actual hours |
| 628 - Backhoe | 8.0 |
| 349 - Utility Truck | 8.0 |

| Description | |
|---|---|
| Inspector 1: | |
| Inspector 2: | |
| Description | |
| Excavated. 6 services<br>2x2x3.5<br>Curb valves 3x3x3.5 sidewalk | |

| Subcontractor/Trucking information | |
|---|---|
| Subcontractor/Trucking | Hours |

| Material information | | | |
|---|---|---|---|
| Material name | Vendor name | Quantity | UOM |

# TimeCard

**Job ID: 129735**

**Job#: CE2022031101-01**

**Job date: 06/23/2022**

**Address: 4109, Woodlawn Ave, Yonkers, New York**

| Labor information | | | | |
|---|---|---|---|---|
| Employee Id | Employee Name | Start | End | Total Hours |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 2516 | Calderon, Manuel | 06/23/2022 07:30:00 | 06/23/2022 04:30:00 | 8.5 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| Equipment information | |
|---|---|
| Equipment | Actual hours |
| 628 - Backhoe | 8.0 |
| 349 - Utility Truck | 8.0 |

| Description | |
|---|---|
| Inspector 1: | |
| Inspector 2: | |
| Description | |
| Excavated long side service 33x2x2<br>Curb valve 4x3x3<br>Branch off service 3x3x3<br>Curb valve for 1006<br>3x3x3<br>Reexcavated trench so they can have more pipe in the tie in pit<br>5x3x4 | |

| Subcontractor/Trucking information | |
|---|---|
| Subcontractor/Trucking | Hours |

| Material information | | | |
|---|---|---|---|
| Material name | Vendor name | Quantity | UOM |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 2289 | #339 | 6fql1h7yQ9DaeV81f07-0- | 08/29/2022 02:54:13 PM EDT | I-278, Bronx, NY 10454, USA | 08/29/2022 03:11:19 PM EDT | 1056 Bronx River Ave, Bronx, NY 10472, USA | 17m 6s | 1 |
| 2290 | #339 | 6fql1h7yQ9DaeV81f07-0- | 08/30/2022 04:52:31 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 08/30/2022 04:52:52 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 21s | 0.1 |
| 2291 | #339 | 6fql1h7yQ9DaeV81f07-0- | 08/30/2022 06:39:10 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 08/30/2022 06:40:42 AM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 1m 32s | 0.3 |
| 2292 | #339 | 6fql1h7yQ9DaeV81f07-0- | 08/30/2022 07:31:01 AM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 08/30/2022 07:31:50 AM EDT | 1040 Bronx River Ave, Bronx, NY 10472, USA | 49s | 0.1 |
| 2293 | #339 | 6fql1h7yQ9DaeV81f07-0- | 08/30/2022 07:41:21 AM EDT | 1425 Bruckner Blvd, Bronx, NY 10472, USA | 08/30/2022 07:50:40 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 9m 19s | 1.4 |
| 2294 | #339 | 6fql1h7yQ9DaeV81f07-0- | 08/30/2022 07:57:40 AM EDT | 1425 Bruckner Blvd, Bronx, NY 10472, USA | 08/30/2022 08:09:42 AM EDT | 1120 Leggett Ave, Bronx, NY 10474, USA | 12m 2s | 1.8 |
| 2295 | #339 | 6fql1h7yQ9DaeV81f07-0- | 08/30/2022 08:42:49 AM EDT | 1120 Leggett Ave, Bronx, NY 10474, USA | 08/30/2022 09:25:16 AM EDT | 1578 1st Ave, New York, NY 10028, USA | 42m 27s | 5.5 |
| 2296 | #339 | 6fql1h7yQ9DaeV81f07-0- | 08/30/2022 11:06:59 AM EDT | 355 E 82nd St, New York, NY 10028, USA | 08/30/2022 11:13:20 AM EDT | 301 E 82nd St, New York, NY 10028, USA | 6m 21s | 0.3 |
| 2297 | #339 | 6fql1h7yQ9DaeV81f07-0- | 08/30/2022 02:57:16 PM EDT | 311 E 82nd St, New York, NY 10028, USA | 08/30/2022 03:30:08 PM EDT | 1095 Close Ave, Bronx, NY 10472, USA | 32m 52s | 4.1 |
| 2298 | #339 | 6fql1h7yQ9DaeV81f07-0- | 08/31/2022 06:35:29 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 08/31/2022 06:37:09 AM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 1m 40s | 0.5 |
| 2299 | #339 | 6fql1h7yQ9DaeV81f07-0- | 08/31/2022 07:00:23 AM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 08/31/2022 07:36:21 AM EDT | 311 E 82nd St, New York, NY 10028, USA | 35m 58s | 5.1 |
| 2300 | #339 | 6fql1h7yQ9DaeV81f07-0- | 08/31/2022 02:51:27 PM EDT | 1577 1st Ave, New York, NY 10028, USA | 08/31/2022 03:25:24 PM EDT | 1056 Bronx River Ave, Bronx, NY 10472, USA | 33m 57s | 4.2 |
| 2301 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/01/2022 05:23:05 AM EDT | 1056 Bronx River Ave, Bronx, NY 10472, USA | 09/01/2022 05:23:32 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 27s | 0.2 |
| 2302 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/01/2022 07:02:02 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 09/01/2022 07:02:29 AM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 27s | 0.1 |
| 2303 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/01/2022 09:06:11 AM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 09/01/2022 09:06:42 AM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 31s | 0 |
| 2304 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/02/2022 08:36:14 AM EDT | 1095 Close Ave, Bronx, NY 10472, USA | 09/02/2022 08:36:37 AM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 23s | 0.2 |
| 2305 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/02/2022 03:13:35 PM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 09/02/2022 03:13:40 PM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 5s | 0 |
| 2306 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/06/2022 08:15:19 AM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 09/06/2022 08:22:50 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 7m 31s | 0.8 |
| 2307 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/06/2022 08:29:06 AM EDT | I-278, Bronx, NY 10473, USA | 09/06/2022 09:00:44 AM EDT | 18-11 43rd St, Queens, NY 11105, USA | 31m 38s | 11.5 |
| 2308 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/06/2022 09:06:06 AM EDT | 18-30 43rd St, Astoria, NY 11105, USA | 09/06/2022 09:55:12 AM EDT | I-278, Bronx, NY 10472, USA | 49m 6s | 10.3 |
| 2309 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/06/2022 10:00:22 AM EDT | I-278, Bronx, NY 10472, USA | 09/06/2022 10:10:39 AM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 10m 17s | 1.4 |
| 2310 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/07/2022 06:52:24 AM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 09/07/2022 06:52:55 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 31s | 0.2 |
| 2311 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/07/2022 07:04:53 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 09/07/2022 07:06:52 AM EDT | 1095 Close Ave, Bronx, NY 10472, USA | 1m 59s | 0.1 |
| 2312 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/07/2022 07:21:25 AM EDT | 1095 Close Ave, Bronx, NY 10472, USA | 09/07/2022 07:26:10 AM EDT | 1040 Bronx River Ave, Bronx, NY 10472, USA | 4m 45s | 0.1 |
| 2313 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/07/2022 07:32:15 AM EDT | 1419 Bruckner Blvd, Bronx, NY 10472, USA | 09/07/2022 07:59:24 AM EDT | 2419 2nd Ave, New York, NY 10035, USA | 27m 9s | 3.8 |
| 2314 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/07/2022 08:18:31 AM EDT | 2407 2nd Ave, New York, NY 10035, USA | 09/07/2022 08:35:02 AM EDT | 1601 2nd Ave, New York, NY 10028, USA | 16m 31s | 2.5 |
| 2315 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/07/2022 09:10:05 AM EDT | 300 E 82nd St, New York, NY 10028, USA | 09/07/2022 09:11:38 AM EDT | 336 E 82nd St, New York, NY 10028, USA | 1m 33s | 0.1 |
| 2316 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/07/2022 11:03:42 AM EDT | 347 E 82nd St, New York, NY 10028, USA | 09/07/2022 11:04:13 AM EDT | 349 E 82nd St, New York, NY 10028, USA | 31s | 0 |
| 2317 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/07/2022 01:32:11 PM EDT | 350 E 82nd St, New York, NY 10028, USA | 09/07/2022 01:35:27 PM EDT | 1586 2nd Ave, New York, NY 10028, USA | 3m 16s | 0.3 |
| 2318 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/07/2022 02:26:47 PM EDT | 1548 2nd Ave, New York, NY 10028, USA | 09/07/2022 02:54:49 PM EDT | 1056 Bronx River Ave, Bronx, NY 10472, USA | 28m 2s | 6.8 |
| 2319 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/08/2022 04:46:08 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 09/08/2022 04:46:18 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 10s | 0.1 |
| 2320 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/08/2022 06:34:31 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 09/08/2022 06:35:38 AM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 1m 7s | 0.2 |
| 2321 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/08/2022 07:16:27 AM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 09/08/2022 07:16:36 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 9s | 0.1 |
| 2322 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/08/2022 07:54:01 AM EDT | 1056 Bronx River Ave, Bronx, NY 10472, USA | 09/08/2022 07:57:59 AM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 3m 58s | 0.2 |
| 2323 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/10/2022 07:25:41 AM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 09/10/2022 07:44:33 AM EDT | 2425 2nd Ave, New York, NY 10035, USA | 18m 52s | 4.1 |
| 2324 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/10/2022 07:56:31 AM EDT | 2419 2nd Ave, New York, NY 10035, USA | 09/10/2022 08:03:01 AM EDT | 1584 2nd Ave, New York, NY 10028, USA | 6m 30s | 2.1 |
| 2325 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/10/2022 08:24:09 AM EDT | 1576 2nd Ave, New York, NY 10028, USA | 09/10/2022 08:25:18 AM EDT | 326 E 82nd St, New York, NY 10028, USA | 1m 9s | 0.1 |
| 2326 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/10/2022 02:34:11 PM EDT | 345 E 82nd St, New York, NY 10028, USA | 09/10/2022 03:03:06 PM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 28m 55s | 3.8 |
| 2327 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/11/2022 11:10:06 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 09/11/2022 11:10:37 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 31s | 0.1 |
| 2328 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/12/2022 05:31:02 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 09/12/2022 05:32:07 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 1m 5s | 0.2 |
| 2329 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/12/2022 08:48:22 AM EDT | 1425 Watson Ave, Bronx, NY 10472, USA | 09/12/2022 08:49:13 AM EDT | 1092 Close Ave, Bronx, NY 10472, USA | 51s | 0.1 |
| 2330 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/12/2022 08:59:37 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 09/12/2022 09:01:15 AM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 1m 38s | 0.2 |
| 2331 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/12/2022 09:08:44 AM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 09/12/2022 09:09:17 AM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 33s | 0 |
| 2332 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/12/2022 01:04:54 PM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 09/12/2022 01:06:20 PM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 1m 26s | 0.2 |
| 2333 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/13/2022 05:30:40 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 09/13/2022 05:30:55 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 15s | 0.1 |
| 2334 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/13/2022 12:43:51 PM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 09/13/2022 12:46:32 PM EDT | 1056 Bronx River Ave, Bronx, NY 10472, USA | 2m 41s | 0.4 |
| 2335 | #339 | 6fql1h7yQ9DaeV81f07-0- | 09/13/2022 03:27:21 PM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 09/13/2022 03:27:46 PM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 25s | 0.1 |
| 2336 | #349 | 6evx4lDXNheW1F81f07-0- | 06/14/2022 05:21:25 AM EDT | 1056 Bronx River Ave, Bronx, NY 10472, USA | 06/14/2022 05:22:15 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 50s | 0.3 |
| 2337 | #349 | 6evx4lDXNheW1F81f07-0- | 06/14/2022 02:50:46 PM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 06/14/2022 02:51:19 PM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 33s | 0.1 |
| 2338 | #349 | 6evx4lDXNheW1F81f07-0- | 06/15/2022 06:48:04 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 06/15/2022 06:53:07 AM EDT | 1056 Bronx River Ave, Bronx, NY 10472, USA | 5m 3s | 0.2 |
| 2339 | #349 | 6evx4lDXNheW1F81f07-0- | 06/15/2022 06:58:47 AM EDT | 1056 Bronx River Ave, Bronx, NY 10472, USA | 06/15/2022 07:00:13 AM EDT | 1425 Bruckner Blvd, Bronx, NY 10472, USA | 1m 26s | 0.1 |
| 2340 | #349 | 6evx4lDXNheW1F81f07-0- | 06/15/2022 07:09:57 AM EDT | 1425 Bruckner Blvd, Bronx, NY 10472, USA | 06/15/2022 08:05:36 AM EDT | 998 Mc Lean Ave, Yonkers, NY 10704, USA | 55m 39s | 11.3 |
| 2341 | #349 | 6evx4lDXNheW1F81f07-0- | 06/15/2022 03:46:52 PM EDT | 19 Woodlawn Ave, Yonkers, NY 10704, USA | 06/15/2022 04:10:37 PM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 23m 45s | 3.4 |
| 2342 | #349 | 6evx4lDXNheW1F81f07-0- | 06/16/2022 07:03:30 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 06/16/2022 07:26:42 AM EDT | 998 Mc Lean Ave, Yonkers, NY 10704, USA | 23m 12s | 4 |
| 2343 | #349 | 6evx4lDXNheW1F81f07-0- | 06/16/2022 06:07:31 PM EDT | 29 Woodlawn Ave, Yonkers, NY 10704, USA | 06/16/2022 06:30:52 PM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 23m 21s | 3.8 |
| 2344 | #349 | 6evx4lDXNheW1F81f07-0- | 06/17/2022 06:51:59 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 06/17/2022 06:54:47 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 2m 48s | 0.3 |
| 2345 | #349 | 6evx4lDXNheW1F81f07-0- | 06/17/2022 07:05:11 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 06/17/2022 07:25:40 AM EDT | 16 Woodlawn Ave, Yonkers, NY 10704, USA | 20m 29s | 3.5 |
| 2346 | #349 | 6evx4lDXNheW1F81f07-0- | 06/17/2022 08:08:22 AM EDT | 18 Woodlawn Ave, Yonkers, NY 10704, USA | 06/17/2022 08:08:51 AM EDT | 18 Woodlawn Ave, Yonkers, NY 10704, USA | 29s | 0 |
| 2347 | #349 | 6evx4lDXNheW1F81f07-0- | 06/17/2022 04:06:46 PM EDT | 25 Woodlawn Ave, Yonkers, NY 10704, USA | 06/17/2022 04:35:12 PM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 28m 26s | 3.8 |
| 2348 | #349 | 6evx4lDXNheW1F81f07-0- | 06/18/2022 05:57:04 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 06/18/2022 05:57:33 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 29s | 0.1 |
| 2349 | #349 | 6evx4lDXNheW1F81f07-0- | 06/18/2022 06:19:54 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 06/18/2022 06:20:03 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 9s | 0 |
| 2350 | #349 | 6evx4lDXNheW1F81f07-0- | 06/18/2022 06:28:19 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 06/18/2022 06:28:49 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 30s | 0 |
| 2351 | #349 | 6evx4lDXNheW1F81f07-0- | 06/18/2022 06:44:58 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 06/18/2022 06:51:58 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 7m | 0.7 |
| 2352 | #349 | 6evx4lDXNheW1F81f07-0- | 06/18/2022 07:22:10 AM EDT | 1 Canal & Hillside Rds, Pelham, NY 10803, USA | 06/18/2022 08:13:43 AM EDT | 765 2nd Ave, New York, NY 10017, USA | 51m 33s | 15.8 |
| 2353 | #349 | 6evx4lDXNheW1F81f07-0- | 06/18/2022 08:27:24 AM EDT | 763-765 2nd Ave, New York, NY 10017, USA | 06/18/2022 08:45:06 AM EDT | 232 E Broadway, New York, NY 10002, USA | 17m 42s | 3 |
| 2354 | #349 | 6evx4lDXNheW1F81f07-0- | 06/18/2022 09:13:15 AM EDT | 240 E Broadway, New York, NY 10002, USA | 06/18/2022 09:35:13 AM EDT | 63 Watts St, New York, NY 10013, USA | 21m 58s | 1.8 |
| 2355 | #349 | 6evx4lDXNheW1F81f07-0- | 06/18/2022 12:21:09 PM EDT | 101 Varick St, New York, NY 10013, USA | 06/18/2022 12:31:55 PM EDT | 101 Varick St, New York, NY 10013, USA | 10m 46s | 0 |
| 2356 | #349 | 6evx4lDXNheW1F81f07-0- | 06/18/2022 12:56:54 PM EDT | 559 Broome St, New York, NY 10013, USA | 06/18/2022 12:57:25 PM EDT | 559 Broome St, New York, NY 10013, USA | 31s | 0 |
| 2357 | #349 | 6evx4lDXNheW1F81f07-0- | 06/18/2022 05:25:01 PM EDT | 13493 Varick St, New York, NY 10013, USA | 06/18/2022 05:33:35 PM EDT | 168 Bowery, New York, NY 10012, USA | 8m 34s | 0.8 |
| 2358 | #349 | 6evx4lDXNheW1F81f07-0- | 06/18/2022 05:38:35 PM EDT | 140 Allen St, New York, NY 10002, USA | 06/18/2022 06:29:36 PM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 51m 1s | 22 |
| 2359 | #349 | 6evx4lDXNheW1F81f07-0- | 06/19/2022 10:25:01 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 06/19/2022 10:29:00 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 3m 59s | 0.2 |
| 2360 | #349 | 6evx4lDXNheW1F81f07-0- | 06/20/2022 05:55:50 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 06/20/2022 05:56:18 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 28s | 0.1 |
| 2361 | #349 | 6evx4lDXNheW1F81f07-0- | 06/20/2022 06:46:48 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 06/20/2022 07:10:49 AM EDT | 122 Scott Ave, Yonkers, NY 10704, USA | 24m 1s | 3.5 |
| 2362 | #349 | 6evx4lDXNheW1F81f07-0- | 06/20/2022 05:22:16 PM EDT | 53 Woodlawn Ave, Yonkers, NY 10704, USA | 06/20/2022 05:26:08 PM EDT | 45 Woodlawn Ave, Yonkers, NY 10704, USA | 3m 52s | 0.1 |
| 2363 | #349 | 6evx4lDXNheW1F81f07-0- | 06/20/2022 05:47:05 PM EDT | 122 Scott Ave, Yonkers, NY 10704, USA | 06/20/2022 06:02:37 PM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 15m 32s | 3.7 |
| 2364 | #349 | 6evx4lDXNheW1F81f07-0- | 06/21/2022 06:34:25 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 06/21/2022 06:35:49 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 1m 24s | 0.3 |
| 2365 | #349 | 6evx4lDXNheW1F81f07-0- | 06/21/2022 06:46:36 AM EDT | 1 Canal & Hillside Rds, Pelham, NY 10803, USA | 06/21/2022 07:04:52 AM EDT | 53 Woodlawn Ave, Yonkers, NY 10704, USA | 18m 16s | 3.7 |
| 2366 | #349 | 6evx4lDXNheW1F81f07-0- | 06/21/2022 07:38:48 AM EDT | 122 Scott Ave, Yonkers, NY 10704, USA | 06/21/2022 07:44:21 AM EDT | 37 Woodlawn Ave, Yonkers, NY 10704, USA | 5m 33s | 0.1 |
| 2367 | #349 | 6evx4lDXNheW1F81f07-0- | 06/21/2022 10:47:11 AM EDT | 29 Woodlawn Ave, Yonkers, NY 10704, USA | 06/21/2022 10:49:57 AM EDT | 918 Mc Lean Ave, Yonkers, NY 10704, USA | 2m 46s | 0.3 |
| 2368 | #349 | 6evx4lDXNheW1F81f07-0- | 06/21/2022 10:59:18 AM EDT | 921 McLean Ave, Yonkers, NY 10704, USA | 06/21/2022 11:01:47 AM EDT | 29 Woodlawn Ave, Yonkers, NY 10704, USA | 2m 29s | 0.3 |
| 2369 | #349 | 6evx4lDXNheW1F81f07-0- | 06/21/2022 11:10:44 AM EDT | 29 Woodlawn Ave, Yonkers, NY 10704, USA | 06/21/2022 11:11:53 AM EDT | 25 Woodlawn Ave, Yonkers, NY 10704, USA | 1m 9s | 0.1 |
| 2370 | #349 | 6evx4lDXNheW1F81f07-0- | 06/21/2022 04:07:08 PM EDT | 25 Woodlawn Ave, Yonkers, NY 10704, USA | 06/21/2022 04:08:21 PM EDT | 41 Woodlawn Ave, Yonkers, NY 10704, USA | 1m 13s | 0.1 |
| 2371 | #349 | 6evx4lDXNheW1F81f07-0- | 06/21/2022 05:00:19 PM EDT | 43 Woodlawn Ave, Yonkers, NY 10704, USA | 06/21/2022 05:26:43 PM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 26m 24s | 3.7 |
| 2372 | #349 | 6evx4lDXNheW1F81f07-0- | 06/22/2022 07:22:14 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 06/22/2022 07:42:48 AM EDT | 37 Woodlawn Ave, Yonkers, NY 10704, USA | 20m 34s | 3.5 |
| 2373 | #349 | 6evx4lDXNheW1F81f07-0- | 06/22/2022 07:59:24 AM EDT | 41 Woodlawn Ave, Yonkers, NY 10704, USA | 06/22/2022 08:03:31 AM EDT | 31 Woodlawn Ave, Yonkers, NY 10704, USA | 4m 7s | 0.3 |
| 2374 | #349 | 6evx4lDXNheW1F81f07-0- | 06/22/2022 12:47:13 PM EDT | 20 Woodlawn Ave, Yonkers, NY 10704, USA | 06/22/2022 12:48:03 PM EDT | 61 Woodlawn Ave, Yonkers, NY 10704, USA | 50s | 0.2 |
| 2375 | #349 | 6evx4lDXNheW1F81f07-0- | 06/22/2022 12:54:43 PM EDT | 63 Woodlawn Ave, Yonkers, NY 10704, USA | 06/22/2022 12:55:18 PM EDT | 63 Woodlawn Ave, Yonkers, NY 10704, USA | 35s | 0.1 |
| 2376 | #349 | 6evx4lDXNheW1F81f07-0- | 06/22/2022 01:18:55 PM EDT | 61 Woodlawn Ave, Yonkers, NY 10704, USA | 06/22/2022 01:23:46 PM EDT | 51 Woodlawn Ave, Yonkers, NY 10704, USA | 4m 51s | 0.1 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 2377 | #349 | 6evx4IDXNheW1F81f07-0- | 06/22/2022 01:45:24 PM EDT | 45 Woodlawn Ave, Yonkers, NY 10704, USA | 06/22/2022 01:45:58 PM EDT | 41 Woodlawn Ave, Yonkers, NY 10704, USA | 34s | 0 |
| 2378 | #349 | 6evx4IDXNheW1F81f07-0- | 06/22/2022 04:03:44 PM EDT | 18 Woodlawn Ave, Yonkers, NY 10704, USA | 06/22/2022 04:28:52 PM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 25m 8s | 3.6 |
| 2379 | #349 | 6evx4IDXNheW1F81f07-0- | 06/22/2022 04:35:19 PM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 06/22/2022 04:35:48 PM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 29s | 0.1 |
| 2380 | #349 | 6evx4IDXNheW1F81f07-0- | 06/23/2022 06:50:00 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 06/23/2022 06:54:26 AM EDT | 759 Columbus Ave, Mount Vernon, NY 10550, USA | 4m 26s | 0.4 |
| 2381 | #349 | 6evx4IDXNheW1F81f07-0- | 06/23/2022 07:02:05 AM EDT | 770 Columbus Ave, Mount Vernon, NY 10550, USA | 06/23/2022 07:28:05 AM EDT | 18 Woodlawn Ave, Yonkers, NY 10704, USA | 26m | 3.2 |
| 2382 | #349 | 6evx4IDXNheW1F81f07-0- | 06/23/2022 07:54:17 AM EDT | 21 Woodlawn Ave, Yonkers, NY 10704, USA | 06/23/2022 07:58:32 AM EDT | 990 McLean Ave, Yonkers, NY 10704, USA | 4m 15s | 0.4 |
| 2383 | #349 | 6evx4IDXNheW1F81f07-0- | 06/23/2022 08:26:04 AM EDT | 994 McLean Ave, Yonkers, NY 10704, USA | 06/23/2022 08:26:33 AM EDT | 994 McLean Ave, Yonkers, NY 10704, USA | 29s | 0 |
| 2384 | #349 | 6evx4IDXNheW1F81f07-0- | 06/23/2022 09:54:54 AM EDT | 983 McLean Ave, Yonkers, NY 10704, USA | 06/23/2022 09:57:59 AM EDT | 45 Woodlawn Ave, Yonkers, NY 10704, USA | 3m 5s | 0.3 |
| 2385 | #349 | 6evx4IDXNheW1F81f07-0- | 06/23/2022 11:22:52 AM EDT | 29 Woodlawn Ave, Yonkers, NY 10704, USA | 06/23/2022 11:24:37 AM EDT | 45 Woodlawn Ave, Yonkers, NY 10704, USA | 1m 45s | 0.3 |
| 2386 | #349 | 6evx4IDXNheW1F81f07-0- | 06/23/2022 04:16:44 PM EDT | 45 Woodlawn Ave, Yonkers, NY 10704, USA | 06/23/2022 04:59:56 PM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 43m 12s | 6.8 |
| 2387 | #349 | 6evx4IDXNheW1F81f07-0- | 06/23/2022 05:06:02 PM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 06/23/2022 05:06:26 PM EDT | 1095 Close Ave, Bronx, NY 10472, USA | 24s | 0 |
| 2388 | #349 | 6evx4IDXNheW1F81f07-0- | 06/24/2022 05:39:06 AM EDT | 1056 Bronx River Ave, Bronx, NY 10472, USA | 06/24/2022 05:40:25 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 1m 19s | 0.2 |
| 2389 | #349 | 6evx4IDXNheW1F81f07-0- | 06/24/2022 06:38:49 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 06/24/2022 07:16:36 AM EDT | 30 Woodlawn Ave, Yonkers, NY 10704, USA | 37m 47s | 6.6 |
| 2390 | #349 | 6evx4IDXNheW1F81f07-0- | 06/24/2022 07:56:09 AM EDT | 45 Woodlawn Ave, Yonkers, NY 10704, USA | 06/24/2022 07:56:25 AM EDT | 45 Woodlawn Ave, Yonkers, NY 10704, USA | 16s | 0 |
| 2391 | #349 | 6evx4IDXNheW1F81f07-0- | 06/24/2022 01:14:20 PM EDT | 122 Scott Ave, Yonkers, NY 10704, USA | 06/24/2022 01:18:46 PM EDT | 29 Woodlawn Ave, Yonkers, NY 10704, USA | 4m 26s | 0.4 |
| 2392 | #349 | 6evx4IDXNheW1F81f07-0- | 06/24/2022 03:03:26 PM EDT | 122 Scott Ave, Yonkers, NY 10704, USA | 06/24/2022 03:07:55 PM EDT | 41 Woodlawn Ave, Yonkers, NY 10704, USA | 4m 29s | 0.5 |
| 2393 | #349 | 6evx4IDXNheW1F81f07-0- | 06/24/2022 03:45:07 PM EDT | 40 Woodlawn Ave, Yonkers, NY 10704, USA | 06/24/2022 04:29:56 PM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 44m 49s | 6.8 |
| 2394 | #349 | 6evx4IDXNheW1F81f07-0- | 06/25/2022 05:42:51 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 06/25/2022 05:43:32 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 41s | 0.1 |
| 2395 | #349 | 6evx4IDXNheW1F81f07-0- | 06/25/2022 10:38:44 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 06/25/2022 10:41:22 AM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 2m 38s | 0.3 |
| 2396 | #349 | 6evx4IDXNheW1F81f07-0- | 06/26/2022 08:59:30 PM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 06/26/2022 09:01:04 PM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 1m 34s | 0.2 |
| 2397 | #349 | 6evx4IDXNheW1F81f07-0- | 06/27/2022 05:36:59 AM EDT | 1095 Close Ave, Bronx, NY 10472, USA | 06/27/2022 05:38:09 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 1m 10s | 0.2 |
| 2398 | #349 | 6evx4IDXNheW1F81f07-0- | 06/27/2022 06:30:37 AM EDT | 1056 Bronx River Ave, Bronx, NY 10472, USA | 06/27/2022 07:04:19 AM EDT | 998 Mc Lean Ave, Yonkers, NY 10704, USA | 33m 42s | 6.5 |
| 2399 | #349 | 6evx4IDXNheW1F81f07-0- | 06/27/2022 07:26:53 AM EDT | 18 Woodlawn Ave, Yonkers, NY 10704, USA | 06/27/2022 07:31:01 AM EDT | 63 Woodlawn Ave, Yonkers, NY 10704, USA | 4m 8s | 0.2 |
| 2400 | #349 | 6evx4IDXNheW1F81f07-0- | 06/27/2022 07:39:28 AM EDT | 61 Woodlawn Ave, Yonkers, NY 10704, USA | 06/27/2022 08:07:49 AM EDT | 90 Charles St, New Rochelle, NY 10801, USA | 28m 21s | 5.1 |
| 2401 | #349 | 6evx4IDXNheW1F81f07-0- | 06/27/2022 02:53:01 PM EDT | 137 Washington Ave, New Rochelle, NY 10801, USA | 06/27/2022 03:22:15 PM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 29m 14s | 11.1 |
| 2402 | #349 | 6evx4IDXNheW1F81f07-0- | 06/28/2022 05:29:17 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 06/28/2022 05:30:12 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 55s | 0.2 |
| 2403 | #349 | 6evx4IDXNheW1F81f07-0- | 06/28/2022 06:30:06 AM EDT | 1430 Watson Ave, Bronx, NY 10472, USA | 06/28/2022 06:31:26 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 1m 20s | 0.2 |
| 2404 | #349 | 6evx4IDXNheW1F81f07-0- | 06/28/2022 06:48:50 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 06/28/2022 07:16:55 AM EDT | 136 Washington Ave, New Rochelle, NY 10801, USA | 28m 5s | 10.5 |
| 2405 | #349 | 6evx4IDXNheW1F81f07-0- | 06/28/2022 07:24:08 AM EDT | 90 Charles St, New Rochelle, NY 10801, USA | 06/28/2022 07:28:47 AM EDT | 84 Charles St, New Rochelle, NY 10801, USA | 4m 39s | 0.3 |
| 2406 | #349 | 6evx4IDXNheW1F81f07-0- | 06/28/2022 08:16:17 AM EDT | 122 Washington Ave, New Rochelle, NY 10801, USA | 06/28/2022 08:17:09 AM EDT | 143 Washington Ave, New Rochelle, NY 10801, USA | 52s | 0.1 |
| 2407 | #349 | 6evx4IDXNheW1F81f07-0- | 06/28/2022 09:53:57 AM EDT | 143 Washington Ave, New Rochelle, NY 10801, USA | 06/28/2022 09:56:49 AM EDT | 140 Washington Ave, New Rochelle, NY 10801, USA | 2m 52s | 0.1 |
| 2408 | #349 | 6evx4IDXNheW1F81f07-0- | 06/28/2022 03:27:41 PM EDT | 136 Washington Ave, New Rochelle, NY 10801, USA | 06/28/2022 04:01:05 PM EDT | 1095 Close Ave, Bronx, NY 10472, USA | 33m 24s | 11.1 |
| 2409 | #349 | 6evx4IDXNheW1F81f07-0- | 06/28/2022 04:15:50 PM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 06/28/2022 04:21:50 PM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 6m | 0.2 |
| 2410 | #349 | 6evx4IDXNheW1F81f07-0- | 06/29/2022 05:41:27 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 06/29/2022 05:42:29 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 1m 2s | 0.2 |
| 2411 | #349 | 6evx4IDXNheW1F81f07-0- | 06/29/2022 06:28:16 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 06/29/2022 06:54:46 AM EDT | 94 1st St, New Rochelle, NY 10801, USA | 26m 30s | 10.9 |
| 2412 | #349 | 6evx4IDXNheW1F81f07-0- | 06/29/2022 08:25:04 AM EDT | 180 Washington Ave, New Rochelle, NY 10801, USA | 06/29/2022 08:26:51 AM EDT | 133 Washington Ave, New Rochelle, NY 10801, USA | 1m 47s | 0.1 |
| 2413 | #349 | 6evx4IDXNheW1F81f07-0- | 06/29/2022 03:28:18 PM EDT | 115 Washington Ave, New Rochelle, NY 10801, USA | 06/29/2022 03:31:35 PM EDT | 115 Washington Ave, New Rochelle, NY 10801, USA | 3m 17s | 0.3 |
| 2414 | #349 | 6evx4IDXNheW1F81f07-0- | 06/29/2022 03:50:38 PM EDT | 115 Washington Ave, New Rochelle, NY 10801, USA | 06/29/2022 04:16:00 PM EDT | 1095 Close Ave, Bronx, NY 10472, USA | 25m 22s | 10.9 |
| 2415 | #349 | 6evx4IDXNheW1F81f07-0- | 06/30/2022 05:39:40 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 06/30/2022 05:40:45 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 1m 5s | 0.1 |
| 2416 | #349 | 6evx4IDXNheW1F81f07-0- | 06/30/2022 06:26:32 AM EDT | 1040 Bronx River Ave, Bronx, NY 10472, USA | 06/30/2022 06:51:29 AM EDT | 211 Union Ave, New Rochelle, NY 10801, USA | 24m 57s | 10.6 |
| 2417 | #349 | 6evx4IDXNheW1F81f07-0- | 06/30/2022 08:23:30 AM EDT | 113 2nd St, New Rochelle, NY 10801, USA | 06/30/2022 08:24:52 AM EDT | 162 Washington Ave, New Rochelle, NY 10801, USA | 1m 22s | 0.2 |
| 2418 | #349 | 6evx4IDXNheW1F81f07-0- | 06/30/2022 08:32:15 AM EDT | 210 Webster Ave, New Rochelle, NY 10801, USA | 06/30/2022 08:32:53 AM EDT | 90 Charles St, New Rochelle, NY 10801, USA | 38s | 0.1 |
| 2419 | #349 | 6evx4IDXNheW1F81f07-0- | 06/30/2022 11:09:36 AM EDT | 114 Washington Ave, New Rochelle, NY 10801, USA | 06/30/2022 11:13:02 AM EDT | 143 Washington Ave, New Rochelle, NY 10801, USA | 3m 26s | 0.4 |
| 2420 | #349 | 6evx4IDXNheW1F81f07-0- | 06/30/2022 12:31:44 PM EDT | 210 Webster Ave, New Rochelle, NY 10801, USA | 06/30/2022 12:33:15 PM EDT | 84 Charles St, New Rochelle, NY 10801, USA | 1m 31s | 0.2 |
| 2421 | #349 | 6evx4IDXNheW1F81f07-0- | 06/30/2022 03:11:13 PM EDT | 90 Charles St, New Rochelle, NY 10801, USA | 06/30/2022 03:11:43 PM EDT | 120 Washington Ave, New Rochelle, NY 10801, USA | 30s | 0.1 |
| 2422 | #349 | 6evx4IDXNheW1F81f07-0- | 06/30/2022 03:49:49 PM EDT | 34 Badeau Pl, New Rochelle, NY 10801, USA | 06/30/2022 04:26:24 PM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 36m 35s | 11 |
| 2423 | #349 | 6evx4IDXNheW1F81f07-0- | 07/01/2022 05:40:45 AM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 07/01/2022 05:41:41 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 56s | 0.1 |
| 2424 | #349 | 6evx4IDXNheW1F81f07-0- | 07/01/2022 06:07:51 AM EDT | 1425 Bruckner Blvd, Bronx, NY 10472, USA | 07/01/2022 06:29:43 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 21m 52s | 8.3 |
| 2425 | #349 | 6evx4IDXNheW1F81f07-0- | 07/01/2022 07:28:00 AM EDT | 6 Canal Rd, Pelham, NY 10803, USA | 07/01/2022 07:42:31 AM EDT | 101 2nd St, New Rochelle, NY 10801, USA | 14m 31s | 4.7 |
| 2426 | #349 | 6evx4IDXNheW1F81f07-0- | 07/01/2022 08:11:06 AM EDT | 113 2nd St, New Rochelle, NY 10801, USA | 07/01/2022 08:13:00 AM EDT | 210 Webster Ave, New Rochelle, NY 10801, USA | 1m 54s | 0.2 |
| 2427 | #349 | 6evx4IDXNheW1F81f07-0- | 07/01/2022 08:22:33 AM EDT | 210 Webster Ave, New Rochelle, NY 10801, USA | 07/01/2022 08:23:20 AM EDT | 136 Washington Ave, New Rochelle, NY 10801, USA | 47s | 0.1 |
| 2428 | #349 | 6evx4IDXNheW1F81f07-0- | 07/01/2022 02:59:11 PM EDT | 110 Washington Ave, New Rochelle, NY 10801, USA | 07/01/2022 03:24:33 PM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 25m 22s | 11 |
| 2429 | #349 | 6evx4IDXNheW1F81f07-0- | 07/05/2022 05:29:24 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 07/05/2022 05:30:25 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 1m 1s | 0.3 |
| 2430 | #349 | 6evx4IDXNheW1F81f07-0- | 07/05/2022 05:48:34 AM EDT | 1056 Bronx River Ave, Bronx, NY 10472, USA | 07/05/2022 05:54:31 AM EDT | 1056 Bronx River Ave, Bronx, NY 10472, USA | 5m 57s | 0.2 |
| 2431 | #349 | 6evx4IDXNheW1F81f07-0- | 07/05/2022 06:10:34 AM EDT | 1056 Bronx River Ave, Bronx, NY 10472, USA | 07/05/2022 06:34:03 AM EDT | 1008 Mc Lean Ave, Yonkers, NY 10704, USA | 23m 29s | 9.2 |
| 2432 | #349 | 6evx4IDXNheW1F81f07-0- | 07/05/2022 07:12:53 AM EDT | 18 Woodlawn Ave, Yonkers, NY 10704, USA | 07/05/2022 07:40:33 AM EDT | 218 Union Ave, New Rochelle, NY 10801, USA | 27m 40s | 6.7 |
| 2433 | #349 | 6evx4IDXNheW1F81f07-0- | 07/05/2022 08:06:18 AM EDT | 117 2nd St, New Rochelle, NY 10801, USA | 07/05/2022 08:06:33 AM EDT | 123 2nd St, New Rochelle, NY 10801, USA | 15s | 0 |
| 2434 | #349 | 6evx4IDXNheW1F81f07-0- | 07/05/2022 08:15:31 AM EDT | 125 2nd St, New Rochelle, NY 10801, USA | 07/05/2022 08:18:33 AM EDT | 162 Washington Ave, New Rochelle, NY 10801, USA | 3m 2s | 0.4 |
| 2435 | #349 | 6evx4IDXNheW1F81f07-0- | 07/05/2022 08:28:09 AM EDT | 180 Washington Ave, New Rochelle, NY 10801, USA | 07/05/2022 08:37:07 AM EDT | 80 Charles St, New Rochelle, NY 10801, USA | 8m 58s | 0.4 |
| 2436 | #349 | 6evx4IDXNheW1F81f07-0- | 07/05/2022 08:42:21 AM EDT | 84 Charles St, New Rochelle, NY 10801, USA | 07/05/2022 08:46:23 AM EDT | 133 Washington Ave, New Rochelle, NY 10801, USA | 4m 2s | 0.4 |
| 2437 | #349 | 6evx4IDXNheW1F81f07-0- | 07/05/2022 09:20:03 AM EDT | 123 Washington Ave, New Rochelle, NY 10801, USA | 07/05/2022 09:20:24 AM EDT | 123 Washington Ave, New Rochelle, NY 10801, USA | 21s | 0 |
| 2438 | #349 | 6evx4IDXNheW1F81f07-0- | 07/05/2022 02:39:51 PM EDT | 115 Washington Ave, New Rochelle, NY 10801, USA | 07/05/2022 02:43:00 PM EDT | 143 Washington Ave, New Rochelle, NY 10801, USA | 3m 9s | 0.3 |
| 2439 | #349 | 6evx4IDXNheW1F81f07-0- | 07/05/2022 03:00:00 PM EDT | 143 Washington Ave, New Rochelle, NY 10801, USA | 07/05/2022 03:00:29 PM EDT | 143 Washington Ave, New Rochelle, NY 10801, USA | 29s | 0 |
| 2440 | #349 | 6evx4IDXNheW1F81f07-0- | 07/05/2022 03:08:14 PM EDT | 137 Washington Ave, New Rochelle, NY 10801, USA | 07/05/2022 03:10:51 PM EDT | 127 Washington Ave, New Rochelle, NY 10801, USA | 2m 37s | 0 |
| 2441 | #349 | 6evx4IDXNheW1F81f07-0- | 07/05/2022 03:20:23 PM EDT | 143 Washington Ave, New Rochelle, NY 10801, USA | 07/05/2022 03:41:54 PM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 21m 31s | 11 |
| 2442 | #349 | 6evx4IDXNheW1F81f07-0- | 07/05/2022 03:49:41 PM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 07/05/2022 03:52:06 PM EDT | 1095 Close Ave, Bronx, NY 10472, USA | 2m 25s | 0.2 |
| 2443 | #349 | 6evx4IDXNheW1F81f07-0- | 07/06/2022 05:50:08 AM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 07/06/2022 05:51:36 AM EDT | 1040 Bronx River Ave, Bronx, NY 10472, USA | 1m 28s | 0.2 |
| 2444 | #349 | 6evx4IDXNheW1F81f07-0- | 07/06/2022 06:07:54 AM EDT | 1056 Bronx River Ave, Bronx, NY 10472, USA | 07/06/2022 06:28:47 AM EDT | 1 Canal & Hillside Rds, Pelham, NY 10803, USA | 20m 53s | 8.6 |
| 2445 | #349 | 6evx4IDXNheW1F81f07-0- | 07/06/2022 07:03:25 AM EDT | 1 Canal & Hillside Rds, Pelham, NY 10803, USA | 07/06/2022 07:17:15 AM EDT | 123 2nd St, New Rochelle, NY 10801, USA | 13m 50s | 2.7 |
| 2446 | #349 | 6evx4IDXNheW1F81f07-0- | 07/06/2022 07:52:37 AM EDT | 125 2nd St, New Rochelle, NY 10801, USA | 07/06/2022 07:54:41 AM EDT | 143 Washington Ave, New Rochelle, NY 10801, USA | 2m 4s | 0.2 |
| 2447 | #349 | 6evx4IDXNheW1F81f07-0- | 07/06/2022 08:31:17 AM EDT | 143 Washington Ave, New Rochelle, NY 10801, USA | 07/06/2022 08:31:57 AM EDT | 90 Charles St, New Rochelle, NY 10801, USA | 40s | 0.1 |
| 2448 | #349 | 6evx4IDXNheW1F81f07-0- | 07/06/2022 02:43:34 PM EDT | 114 Washington Ave, New Rochelle, NY 10801, USA | 07/06/2022 03:07:09 PM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 23m 35s | 11 |
| 2449 | #349 | 6evx4IDXNheW1F81f07-0- | 07/06/2022 04:10:59 PM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 07/06/2022 04:11:31 PM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 32s | 0 |
| 2450 | #349 | 6evx4IDXNheW1F81f07-0- | 07/06/2022 04:20:13 PM EDT | 1056 Bronx River Ave, Bronx, NY 10472, USA | 07/06/2022 04:22:23 PM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 2m 10s | 0.1 |
| 2451 | #349 | 6evx4IDXNheW1F81f07-0- | 07/06/2022 06:01:52 PM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 07/06/2022 06:02:07 PM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 15s | 0 |
| 2452 | #349 | 6evx4IDXNheW1F81f07-0- | 07/07/2022 05:43:04 AM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 07/07/2022 05:43:17 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 13s | 0 |
| 2453 | #349 | 6evx4IDXNheW1F81f07-0- | 07/07/2022 06:26:14 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 07/07/2022 06:45:47 AM EDT | 123 2nd St, New Rochelle, NY 10801, USA | 19m 33s | 10.2 |
| 2454 | #349 | 6evx4IDXNheW1F81f07-0- | 07/07/2022 08:17:44 AM EDT | 126 2nd St, New Rochelle, NY 10801, USA | 07/07/2022 08:19:23 AM EDT | 210 Webster Ave, New Rochelle, NY 10801, USA | 1m 39s | 0.2 |
| 2455 | #349 | 6evx4IDXNheW1F81f07-0- | 07/07/2022 08:26:21 AM EDT | 200 Webster Ave, New Rochelle, NY 10801, USA | 07/07/2022 08:28:06 AM EDT | 90 Charles St, New Rochelle, NY 10801, USA | 1m 45s | 0.1 |
| 2456 | #349 | 6evx4IDXNheW1F81f07-0- | 07/07/2022 08:37:31 AM EDT | 127 Washington Ave, New Rochelle, NY 10801, USA | 07/07/2022 08:38:01 AM EDT | 127 Washington Ave, New Rochelle, NY 10801, USA | 30s | 0 |
| 2457 | #349 | 6evx4IDXNheW1F81f07-0- | 07/07/2022 03:29:29 PM EDT | 100 Washington Ave, New Rochelle, NY 10801, USA | 07/07/2022 03:32:03 PM EDT | 90 Charles St, New Rochelle, NY 10801, USA | 2m 34s | 0.4 |
| 2458 | #349 | 6evx4IDXNheW1F81f07-0- | 07/07/2022 03:54:00 PM EDT | 127 Washington Ave, New Rochelle, NY 10801, USA | 07/07/2022 04:21:04 PM EDT | 1090 Close Ave, Bronx, NY 10472, USA | 27m 4s | 10.9 |
| 2459 | #349 | 6evx4IDXNheW1F81f07-0- | 07/07/2022 09:33:03 PM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 07/07/2022 09:33:10 PM EDT | 1035 Close Ave, Bronx, NY 10472, USA | 7s | 0 |
| 2460 | #349 | 6evx4IDXNheW1F81f07-0- | 07/08/2022 05:34:30 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 07/08/2022 05:35:25 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 55s | 0.2 |
| 2461 | #349 | 6evx4IDXNheW1F81f07-0- | 07/08/2022 06:22:58 AM EDT | 1055 Bronx River Ave, Bronx, NY 10472, USA | 07/08/2022 06:42:29 AM EDT | 221 Union Ave, New Rochelle, NY 10801, USA | 19m 31s | 10.3 |
| 2462 | #349 | 6evx4IDXNheW1F81f07-0- | 07/08/2022 06:51:59 AM EDT | 221 Union Ave, New Rochelle, NY 10801, USA | 07/08/2022 06:52:28 AM EDT | 123 2nd St, New Rochelle, NY 10801, USA | 29s | 0 |
| 2463 | #349 | 6evx4IDXNheW1F81f07-0- | 07/08/2022 08:23:01 AM EDT | 125 2nd St, New Rochelle, NY 10801, USA | 07/08/2022 08:25:46 AM EDT | 90 Charles St, New Rochelle, NY 10801, USA | 2m 45s | 0.2 |
| 2464 | #349 | 6evx4IDXNheW1F81f07-0- | 07/08/2022 10:50:08 AM EDT | 109 Washington Ave, New Rochelle, NY 10801, USA | 07/08/2022 10:52:58 AM EDT | 141 Washington Ave, New Rochelle, NY 10801, USA | 2m 50s | 0.3 |