# EXHIBIT M

| Device | Gross Avg. Daily Duration | Avg. Daily Duration Excluding Days -4 |
|---|---|---|
| #221 | 8.56 | 10.93 |
| #223 Bx Shop | 6.06 | 8.50 |
| #225 Taft Shop | 4.16 | 8.31 |
| #227 | 9.05 | 10.22 |
| #228 | 8.08 | 11.06 |
| #231 | 10.76 | 12.29 |
| #233 | 10.40 | 11.79 |
| #234 | 9.99 | 10.46 |
| #243 | 9.29 | 10.50 |
| #244 | 9.85 | 11.04 |
| #245 | 11.15 | 12.34 |
| #247 | 7.88 | 10.18 |
| #250 | 9.69 | 10.82 |
| #252 | 10.65 | 12.22 |
| #255 | 9.97 | 10.77 |
| #258 Bx P/U | 7.87 | 10.74 |
| #260 | 6.76 | 8.58 |
| #261 | 8.16 | 9.42 |
| #308 | 4.01 | 6.87 |
| #309 Bx Delivery | 6.28 | 7.63 |
| #314 | 4.61 | 7.05 |
| #327 | 6.76 | 9.56 |
| #332 | 7.96 | 9.85 |
| #333 | 10.18 | 10.86 |
| #334 | 9.15 | 10.30 |
| #338 | 8.94 | 10.35 |
| #339 | 8.57 | 10.42 |
| #344 | 8.53 | 10.59 |
| #346 | 10.07 | 11.28 |
| #349 | 8.79 | 10.60 |
| #350 | 9.42 | 10.92 |
| #351 | 9.15 | 10.66 |

| **Calculations** | |
|---|---|
| Start Date | 1/1/2021 |
| End Date | 1/15/2026 |
| | |
| Avg. GPS Daily Duration | 7.40 |
| Avg. Duration (excl. -4) | 9.24 |

| | | |
|---|---|---|
| #352 | 8.58 | 9.93 |
| #354 | 10.82 | 12.05 |
| #355 | 8.80 | 9.53 |
| #356 | 8.22 | 9.85 |
| #357 | 9.06 | 10.38 |
| #358 | 9.70 | 10.66 |
| #359 | 9.80 | 10.81 |
| #360 | 9.12 | 10.63 |
| #361 | 8.81 | 11.02 |
| #362 | 9.22 | 9.92 |
| #363 | 8.68 | 9.79 |
| #364 | 9.68 | 12.60 |
| #365 | 9.24 | 10.68 |
| #367 | 10.26 | 12.57 |
| #368 | 8.89 | 10.26 |
| #369 | 9.86 | 10.92 |
| #370 | 10.43 | 10.99 |
| #371 | 8.67 | 10.61 |
| #602 | 2.52 | 6.55 |
| #608 | 3.08 | 7.09 |
| #609 | 3.75 | 7.10 |
| #615 | 4.85 | 7.32 |
| #617 | 4.95 | 7.26 |
| #621 | 7.27 | 7.76 |
| #622 | 5.37 | 7.78 |
| #623 | 5.61 | 7.69 |
| #627 | 6.08 | 7.97 |
| #628 | 5.00 | 6.85 |
| #630 | 4.59 | 6.69 |
| #632 | 4.83 | 7.37 |
| #633 | 4.54 | 6.96 |
| #635 | 5.87 | 7.34 |
| #636 Mecalac | 5.10 | 7.77 |
| #637 Mecalac | 4.31 | 7.37 |

| | | |
|---|---|---|
| #638 Excavator | 5.63 | 7.85 |
| #639 | 6.85 | 7.73 |
| #641 | 3.88 | 7.21 |
| #652 | 5.27 | 7.46 |
| #653 | 5.71 | 7.58 |
| #654 | 8.12 | 9.55 |
| #655 | 6.58 | 7.73 |
| #656 | 6.38 | 7.34 |
| #657 | 6.52 | 8.06 |
| #658 | 6.30 | 7.43 |
| #659 | 6.15 | 7.41 |
| #660 | 7.26 | 8.83 |
| #661 | 5.69 | 6.53 |
| #662 | 6.64 | 7.29 |
| #663 | 5.51 | 6.72 |
| #702 | 4.26 | 7.23 |
| #715 | 6.53 | 8.92 |
| #716 Vactor | 6.50 | 8.78 |
| #721 | 9.42 | 9.93 |
| #723 | 9.13 | 9.74 |
| #724 | 7.87 | 9.48 |
| #725 Vactor | 4.55 | 7.61 |
| #728 | 10.56 | 11.47 |
| #731 | 9.08 | 9.90 |
| #732 | 9.21 | 9.93 |
| #733 | 9.26 | 9.74 |
| #734 Tractor | 7.58 | 9.27 |
| #883 | 3.72 | 7.34 |
| #889 | 3.06 | 7.09 |
| #890 Generator | 4.29 | 9.12 |
| #894 | 4.06 | 8.48 |