# EXHIBIT O

# TimeCard

**Job ID: 132595**

**Job#: CE2021030301-09**

**Job date: 12/02/2022**

**Address: DISTRIBUT, Walworth Ave, Scarsdale, New York**



*Sync date & time: 12/05/2022 08:47:11*

| Labor information | | | | |
|---|---|---|---|---|
| Employee Id | Employee Name | Start | End | Total Hours |
| [redacted] | | | | |
| 2483 | Soldano, Austin | 12/02/2022 06:30:00 | 12/02/2022 03:30:00 | 8.5 |

| Equipment information | |
|---|---|
| Equipment | Actual hours |
| 338 - Utility Truck | 8.0 |

| Description | |
|---|---|
| Inspector 1: | Bennett, Dennis |
| Inspector 2: | |
| Description | |
| Escavate main and c/v for 118 Walworth then preform low to high pressure conversion 8' of 1" steel use for vent line. 119walworth canceled apt again | |

| Subcontractor/Trucking information | |
|---|---|
| Subcontractor/Trucking | Hours |

| Material information | | | |
|---|---|---|---|
| Material name | Vendor name | Quantity | UOM |

# #2

COMPLETE

**Collector:** Truck Inspection (Web Link)
**Started:** Friday, December 02, 2022 8:04:41 AM
**Last Modified:** Friday, December 02, 2022 8:06:55 AM
**Time Spent:** 00:02:13
**IP Address:** 174.197.134.77

## QUIZ SUMMARY

| 68% SCORE | 13/19 POINTS | 7,177/14 RANK | 26% PERCENTILE |
|---|---|---|---|

**QUIZ RESULTS**

| Correct | Incorrect | Partially Correct | Skipped | Total Questions |
|---|---|---|---|---|
| 13 | 1 | 0 | 5 | 19 |

Page 1: Daily FMCA Vehicle Inspection (PROVIDE COMMENT ON ANY DEFECT REPORTED)

**Q1**

Today's Vehicle Inspection

Date / Time **12/02/2022 06:00 AM**

**Q2**

Driver Information

| | |
|---|---|
| Driver's Name | **Austin soldano** |
| Truck # | **338** |
| Current Mileage | **25304** |
| Foreman's Name | **Sal** |
| Yard Location | **Bronx** |
| Phone Number | **5165786187** |

**Q3**

In-cab, check all windows, glass, side mirrors, and rear mirror are properly working and adjusted?

✓ **Yes** **( 1pt )**

1/1 pt

DEF017924

| | | | | | | |
|---|---|---|---|---|---|---|
| #338 | 11/23/2022 08:06:16 AM | 33 Greenacres Ave, Scarsdale, NY 10583, USA | 11/23/2022 08:09:45 AM | 16 Greenacres Ave, Scarsdale, NY 10583, USA | 3m 29s | 0.2 |
| #338 | 11/23/2022 10:04:55 AM | 16 Greenacres Ave, Scarsdale, NY 10583, USA | 11/23/2022 10:06:38 AM | 14 Greenacres Ave, Scarsdale, NY 10583, USA | 1m 43s | 0.1 |
| #338 | 11/23/2022 10:58:12 AM | 14 Greenacres Ave, Scarsdale, NY 10583, USA | 11/23/2022 10:59:59 AM | 38 Greenacres Ave, Scarsdale, NY 10583, USA | 1m 47s | 0.2 |
| #338 | 11/23/2022 12:25:01 PM | 38 Greenacres Ave, Scarsdale, NY 10583, USA | 11/23/2022 01:03:53 PM | 1035 Close Ave, Bronx, NY 10472, USA | 38m 52s | 21.1 |
| #338 | 11/28/2022 06:40:36 AM | 1035 Close Ave, Bronx, NY 10472, USA | 11/28/2022 07:30:07 AM | 112 Walworth Ave, Scarsdale, NY 10583, USA | 49m 31s | 20.7 |
| #338 | 11/28/2022 08:23:40 AM | 112 Walworth Ave, Scarsdale, NY 10583, USA | 11/28/2022 08:25:14 AM | 112 Walworth Ave, Scarsdale, NY 10583, USA | 1m 34s | 0 |
| #338 | 11/28/2022 12:55:40 PM | 112 Walworth Ave, Scarsdale, NY 10583, USA | 11/28/2022 12:57:56 PM | 121 Walworth Ave, Scarsdale, NY 10583, USA | 2m 16s | 0.1 |
| #338 | 11/28/2022 01:51:14 PM | 121 Walworth Ave, Scarsdale, NY 10583, USA | 11/28/2022 01:52:58 PM | 114 Walworth Ave, Scarsdale, NY 10583, USA | 1m 44s | 0.1 |
| #338 | 11/28/2022 02:10:40 PM | 114 Walworth Ave, Scarsdale, NY 10583, USA | 11/28/2022 03:02:12 PM | 1035 Close Ave, Bronx, NY 10472, USA | 51m 32s | 21.9 |
| #338 | 11/29/2022 07:38:51 AM | 1095 Close Ave, Bronx, NY 10472, USA | 11/29/2022 08:39:08 AM | 112 Walworth Ave, Scarsdale, NY 10583, USA | 1h 17s | 22.7 |
| #338 | 11/29/2022 12:17:57 PM | 112 Walworth Ave, Scarsdale, NY 10583, USA | 11/29/2022 12:18:32 PM | 110 Walworth Ave, Scarsdale, NY 10583, USA | 35s | 0 |
| #338 | 11/29/2022 02:46:53 PM | 110 Walworth Ave, Scarsdale, NY 10583, USA | 11/29/2022 03:30:27 PM | 1095 Close Ave, Bronx, NY 10472, USA | 43m 34s | 21.3 |
| #338 | 11/30/2022 06:43:18 AM | 1095 Close Ave, Bronx, NY 10472, USA | 11/30/2022 07:26:43 AM | 2 A Berkeley Rd, Scarsdale, NY 10583, USA | 43m 25s | 21.1 |
| #338 | 11/30/2022 07:57:17 AM | 2 A Berkeley Rd, Scarsdale, NY 10583, USA | 11/30/2022 08:00:09 AM | 2 A Berkeley Rd, Scarsdale, NY 10583, USA | 2m 52s | 0 |
| #338 | 11/30/2022 02:39:44 PM | 2 A Berkeley Rd, Scarsdale, NY 10583, USA | 11/30/2022 03:23:08 PM | 1035 Close Ave, Bronx, NY 10472, USA | 43m 24s | 21.4 |
| #338 | 12/01/2022 06:49:42 AM | 1035 Close Ave, Bronx, NY 10472, USA | 12/01/2022 07:14:08 AM | 1451 Weaver St, Scarsdale, NY 10583, USA | 24m 26s | 17 |
| #338 | 12/01/2022 07:20:19 AM | 1451 Weaver St, Scarsdale, NY 10583, USA | 12/01/2022 07:35:58 AM | 111 Walworth Ave, Scarsdale, NY 10583, USA | 15m 39s | 3.9 |
| #338 | 12/01/2022 07:53:35 AM | 111 Walworth Ave, Scarsdale, NY 10583, USA | 12/01/2022 07:56:03 AM | 77 Walworth Ave, Scarsdale, NY 10583, USA | 2m 28s | 0.5 |
| #338 | 12/01/2022 08:01:45 AM | 77 Walworth Ave, Scarsdale, NY 10583, USA | 12/01/2022 08:08:11 AM | 110 Walworth Ave, Scarsdale, NY 10583, USA | 6m 26s | 0.3 |
| #338 | 12/01/2022 12:08:19 PM | 106 Walworth Ave, Scarsdale, NY 10583, USA | 12/01/2022 12:11:18 PM | 111 Walworth Ave, Scarsdale, NY 10583, USA | 2m 59s | 0.1 |
| #338 | 12/01/2022 12:16:18 PM | 111 Walworth Ave, Scarsdale, NY 10583, USA | 12/01/2022 12:34:18 PM | 263 S Central Ave, Hartsdale, NY 10530, USA | 18m | 3.3 |
| #338 | 12/01/2022 12:39:18 PM | 259 S Central Ave, Hartsdale, NY 10530, USA | 12/01/2022 12:46:56 PM | 73 Walworth Ave, Scarsdale, NY 10583, USA | 7m 38s | 2 |
| #338 | 12/01/2022 01:41:22 PM | 73 Walworth Ave, Scarsdale, NY 10583, USA | 12/01/2022 01:41:56 PM | 73 Walworth Ave, Scarsdale, NY 10583, USA | 34s | 0 |
| #338 | 12/01/2022 01:51:51 PM | 69 Walworth Ave, Scarsdale, NY 10583, USA | 12/01/2022 01:54:56 PM | 38 Greenacres Ave, Scarsdale, NY 10583, USA | 3m 5s | 0.7 |
| #338 | 12/01/2022 02:02:51 PM | 38 Greenacres Ave, Scarsdale, NY 10583, USA | 12/01/2022 02:39:58 PM | 1090 Close Ave, Bronx, NY 10472, USA | 37m 7s | 20.7 |
| #338 | 12/01/2022 02:55:27 PM | 1035 Close Ave, Bronx, NY 10472, USA | 12/01/2022 02:55:44 PM | 1055 Bronx River Ave, Bronx, NY 10472, USA | 17s | 0 |
| #338 | 12/02/2022 06:19:13 AM | 1055 Bronx River Ave, Bronx, NY 10472, USA | 12/02/2022 06:22:47 AM | 1602 Bruckner Blvd, Bronx, NY 10473, USA | 3m 34s | 0.6 |
| #338 | 12/02/2022 06:32:21 AM | 1616 Bruckner Blvd, Bronx, NY 10473, USA | 12/02/2022 07:03:59 AM | 111 Walworth Ave, Scarsdale, NY 10583, USA | 31m 38s | 20.1 |
| #338 | 12/02/2022 07:15:34 AM | 111 Walworth Ave, Scarsdale, NY 10583, USA | 12/02/2022 07:16:19 AM | 112 Walworth Ave, Scarsdale, NY 10583, USA | 45s | 0 |
| #338 | 12/02/2022 07:26:55 AM | 112 Walworth Ave, Scarsdale, NY 10583, USA | 12/02/2022 07:28:20 AM | 112 Walworth Ave, Scarsdale, NY 10583, USA | 1m 25s | 0 |
| #338 | 12/02/2022 08:12:54 AM | 112 Walworth Ave, Scarsdale, NY 10583, USA | 12/02/2022 08:16:00 AM | 120 Walworth Ave, Scarsdale, NY 10583, USA | 3m 6s | 0.1 |
| #338 | 12/02/2022 08:22:23 AM | 120 Walworth Ave, Scarsdale, NY 10583, USA | 12/02/2022 08:24:31 AM | 117 Walworth Ave, Scarsdale, NY 10583, USA | 2m 8s | 0 |
| #338 | 12/02/2022 02:45:16 PM | 117 Walworth Ave, Scarsdale, NY 10583, USA | 12/02/2022 02:51:03 PM | 75 Walworth Ave, Scarsdale, NY 10583, USA | 5m 47s | 0.5 |
| #338 | 12/02/2022 03:02:51 PM | 2 A Berkeley Rd, Scarsdale, NY 10583, USA | 12/02/2022 03:54:30 PM | 1055 Bronx River Ave, Bronx, NY 10472, USA | 51m 39s | 21.8 |
| #338 | 12/05/2022 06:53:36 AM | 1055 Bronx River Ave, Bronx, NY 10472, USA | 12/05/2022 07:23:07 AM | 1461 Weaver St, Scarsdale, NY 10583, USA | 29m 31s | 17.2 |
| #338 | 12/05/2022 07:30:21 AM | 36 Livingston Rd, Scarsdale, NY 10583, USA | 12/05/2022 07:42:26 AM | 19 Greenacres Ave, Scarsdale, NY 10583, USA | 12m 5s | 3.2 |
| #338 | 12/05/2022 02:25:16 PM | 18 Greenacres Ave, Scarsdale, NY 10583, USA | 12/05/2022 02:30:23 PM | 38 Greenacres Ave, Scarsdale, NY 10583, USA | 5m 7s | 0.4 |
| #338 | 12/05/2022 05:40:09 PM | 40 Greenacres Ave, Scarsdale, NY 10583, USA | 12/05/2022 05:41:47 PM | 16 Greenacres Ave, Scarsdale, NY 10583, USA | 1m 38s | 0.2 |
| #338 | 12/05/2022 05:49:22 PM | 16 Greenacres Ave, Scarsdale, NY 10583, USA | 12/05/2022 05:50:15 PM | 16 Greenacres Ave, Scarsdale, NY 10583, USA | 53s | 0 |
| #338 | 12/05/2022 06:33:24 PM | 14 Greenacres Ave, Scarsdale, NY 10583, USA | 12/05/2022 06:35:36 PM | 40 Greenacres Ave, Scarsdale, NY 10583, USA | 2m 12s | 0.4 |
| #338 | 12/05/2022 07:12:19 PM | 40 Greenacres Ave, Scarsdale, NY 10583, USA | 12/05/2022 07:14:18 PM | 14 Greenacres Ave, Scarsdale, NY 10583, USA | 1m 59s | 0.2 |
| #338 | 12/05/2022 07:20:47 PM | 14 Greenacres Ave, Scarsdale, NY 10583, USA | 12/05/2022 07:28:37 PM | 69 Bank St, White Plains, NY 10606, USA | 7m 50s | 1.5 |
| #338 | 12/05/2022 07:34:14 PM | 69 Bank St, White Plains, NY 10606, USA | 12/05/2022 07:52:06 PM | 1227 Mamaroneck Ave, White Plains, NY 10605, USA | 17m 52s | 5.6 |
| #338 | 12/05/2022 07:59:40 PM | 1227 Mamaroneck Ave, White Plains, NY 10605, USA | 12/05/2022 08:23:18 PM | 1035 Close Ave, Bronx, NY 10472, USA | 23m 38s | 16.9 |
| #338 | 12/06/2022 05:11:09 AM | 1035 Close Ave, Bronx, NY 10472, USA | 12/06/2022 05:12:37 AM | 1055 Bronx River Ave, Bronx, NY 10472, USA | 1m 28s | 0.1 |
| #338 | 12/06/2022 07:00:49 AM | 1055 Bronx River Ave, Bronx, NY 10472, USA | 12/06/2022 07:41:15 AM | 28 Greenacres Ave, Scarsdale, NY 10583, USA | 40m 26s | 20.6 |
| #338 | 12/06/2022 02:07:51 PM | 28 Greenacres Ave, Scarsdale, NY 10583, USA | 12/06/2022 02:45:23 PM | 1035 Close Ave, Bronx, NY 10472, USA | 37m 32s | 20.7 |
| #338 | 12/07/2022 06:50:23 AM | 1055 Bronx River Ave, Bronx, NY 10472, USA | 12/07/2022 07:36:24 AM | 111 Walworth Ave, Scarsdale, NY 10583, USA | 46m 1s | 21.2 |
| #338 | 12/07/2022 08:15:10 AM | 111 Walworth Ave, Scarsdale, NY 10583, USA | 12/07/2022 08:15:33 AM | 112 Walworth Ave, Scarsdale, NY 10583, USA | 23s | 0 |
| #338 | 12/07/2022 03:20:43 PM | 112 Walworth Ave, Scarsdale, NY 10583, USA | 12/07/2022 03:24:51 PM | 51 Greenacres Ave, Scarsdale, NY 10583, USA | 4m 8s | 0.7 |
| #338 | 12/07/2022 03:30:29 PM | 51 Greenacres Ave, Scarsdale, NY 10583, USA | 12/07/2022 04:16:59 PM | 1035 Close Ave, Bronx, NY 10472, USA | 46m 30s | 21.1 |
| #338 | 12/08/2022 05:59:27 AM | 1055 Bronx River Ave, Bronx, NY 10472, USA | 12/08/2022 05:59:57 AM | 1055 Bronx River Ave, Bronx, NY 10472, USA | 30s | 0 |
| #338 | 12/08/2022 06:57:27 AM | 1035 Close Ave, Bronx, NY 10472, USA | 12/08/2022 07:43:16 AM | 117 Walworth Ave, Scarsdale, NY 10583, USA | 45m 49s | 20.7 |
| #338 | 12/08/2022 08:12:03 AM | 117 Walworth Ave, Scarsdale, NY 10583, USA | 12/08/2022 08:12:29 AM | 120 Walworth Ave, Scarsdale, NY 10583, USA | 26s | 0 |
| #338 | 12/08/2022 02:54:15 PM | 117 Walworth Ave, Scarsdale, NY 10583, USA | 12/08/2022 03:37:04 PM | 1035 Close Ave, Bronx, NY 10472, USA | 42m 49s | 21.6 |
| #338 | 12/09/2022 06:34:46 AM | 1035 Close Ave, Bronx, NY 10472, USA | 12/09/2022 06:35:32 AM | 1055 Bronx River Ave, Bronx, NY 10472, USA | 46s | 0 |
| #338 | 12/09/2022 06:59:34 AM | 1055 Bronx River Ave, Bronx, NY 10472, USA | 12/09/2022 07:33:18 AM | 1461 Weaver St, Scarsdale, NY 10583, USA | 33m 44s | 16.3 |
| #338 | 12/09/2022 07:39:51 AM | 1461 Weaver St, Scarsdale, NY 10583, USA | 12/09/2022 07:52:59 AM | 19 Greenacres Ave, Scarsdale, NY 10583, USA | 13m 8s | 3.2 |
| #338 | 12/09/2022 08:01:38 AM | 18 Greenacres Ave, Scarsdale, NY 10583, USA | 12/09/2022 08:05:41 AM | 30 Greenacres Ave, Scarsdale, NY 10583, USA | 4m 3s | 0.1 |