# KAUFMAN|DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Edward H. Grimmett**
egrimmett@kaufmandolowich.com

July 29, 2026

**Via ECF**

Hon. Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re: *Manuel Angel Calderon v. Network Infrastructure, Inc., et al.*
> Case No. 24-cv-05442-ALC

Dear Judge Moses:

This firm represents defendants, Network Infrastructure, Inc. ("Network") and Patrick Clarke ("Clarke") (collectively, the "Defendants"), in the above-referenced action. We are writing jointly with Plaintiffs' counsel, to respectfully request a brief, 30-day stay of the proceedings in this matter. As the Parties previously advised the Court, the Parties participated in a private mediation on May 20, 2026. *See* ECF Docket No. 110. This mediation session was not successful, but the Parties have continued settlement discussions with the assistance of the private mediator and there has recently been meaningful progress in the negotiations. While the Parties' respective settlement positions remain far apart, the Parties are hopeful they can reach an agreement in principle within the next 30 days. Given that Defendants' Motion to Dismiss (*See* ECF Docket Nos. 97-99) and Plaintiffs' Motion for Class Certification (*See* ECF Docket Nos. 107-109) are pending with the Court, the Parties respectfully request a 30-day stay of the proceedings (i.e. until August 28, 2026) to help facilitate settlement discussions and preserve judicial resources.

We thank the Court for its consideration of this request.

Respectfully Submitted,
Kaufman Dolowich LLP

Edward Grimmett

cc:    All counsel of record (via ECF)