**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**MANUEL ANGEL CALDERON, individually and on behalf of all others similarly situated,**

**Plaintiff,**

**-against-**

**NETWORK INFRASTRUCTURE, INC. and PATRICK CLARKE, jointly and severally,**

**Defendant.**

---

**1:24-cv-5442 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court hereby schedules a hearing **for Thursday, September 3, 2026, at 12:00 p.m**. The parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in **Courtroom 444** on the date and time specified above.

**SO ORDERED.**

**Dated:** August 28, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**