**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **MANUEL ANGEL CALDERON, individually and on behalf of all others similarly situated,** | : | **1:24-cv-5442 (ALC)** |
| **Plaintiff,** | : | **ORDER** |
| **-against-** | : | |
| **NETWORK INFRASTRUCTURE, INC. and PATRICK CLARKE, jointly and severally,** | : | |
| **Defendant.** | : | |

**ANDREW L. CARTER, JR., United States District Judge:**

The hearing schedule for Thursday, September 3, 2026, at 12:00 p.m. is ADJOURNED to **September 8, 2026, at 11:30 a.m.** The parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in **Courtroom 444** on the date and time specified above.

**SO ORDERED.**

**Dated:** September 2, 2026
**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**