**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

**MANUEL ANGEL CALDERON, individually and on behalf of all others similarly situated,**

**Plaintiff,**

**-against-**

**NETWORK INFRASTRUCTURE, INC. and PATRICK CLARKE, jointly and severally,**

**Defendant.**

---------------------------------------------------------------x

**1:24-cv-5442 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons stated at the September 8, 2026, hearing, Defendants' Motion to Dismiss, ECF No. 97, is DENIED without prejudice.

The Clerk of Court is respectfully directed to terminate ECF Nos. 97, 122, 123.

**SO ORDERED.**

**Dated:** September 8, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**